1  **KEMP JONES, LLP**
   Michael J. Gayan (SBN 11135)
2  Wells Fargo Tower, 17th Floor
   3800 Howard Hughes Parkway
3  Las Vegas, NV 89169
   T: 702.385.6000 | F: 702.385.6001
4  Email: m.gayan@kempjones.com

5  **DLA PIPER LLP (US)**
   David S. Sager (Pro Hac Vice Forthcoming)
6  51 John F. Kennedy Parkway, Suite 120
   Short Hills, New Jersey 07078
7  T: 973.520.2550 | F: 973.520.2551
   Email: david.sager@us.dlapiper.com
8
   Kyle T. Orne (Pro Hac Vice Forthcoming)
9  2525 East Camelback Road, Suite 1000
   Phoenix, AZ 85016
10 T: 480.606.5100 | F: 480.606.5101
   Email: dlaphx@us.dlapiper.com
11
   *Attorneys for Defendants Venetian Casino*
12 *Resort, LLC dba The Venetian Las Vegas*
   *and Las Vegas Sands LLC dba The*
13 *Venetian Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual, | Case No. |
| Plaintiff, | |
| v. | |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a | **DEFENDANTS VENETIAN CASINO RESORTS, LLC DBA THE VENETIAN LAS VEGAS, AND LAS VEGAS SANDS LLC DBA THE VENETIAN LAS VEGAS NOTICE OF FILING OF NOTICE OF REMOVAL** |

-1-

Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive,

                Defendants.

Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas, and Las Vegas Sands LLC, dba The Venetian Las Vegas, ("Venetian Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully give notice of the removal of this action from the Eighth Judicial District Court, Clark County, Nevada, to the United States District Court for the District of Nevada. In support of this Notice of Removal, the Venetian Defendants state as follows:

## I.    INTRODUCTION

1. On March 8, 2024, Plaintiff A.H. filed her Complaint naming the Venetian Defendants as defendants in the Eighth Judicial District Court, Clark County, Nevada, case number A-24-888768-C (the "State Court Action"). Plaintiff did not serve the Venetian Defendants nor, apparently, any of the other named defendants, with a copy of the Complaint.

2. On May 8, 2024, Plaintiff A.H. filed her Amended Complaint in the State Court Action. The Venetian Defendants were first served with process on May 16, 2024.

3. Removal is being effectuated within 30 days of the receipt of the Amended Complaint, pursuant to 28 U.S.C. § 1446(b).

4. Copies of all process, pleadings, orders, and other papers on file in the State Court Action are attached as follows:

- The Complaint and other documents filed with the State Court are attached as **Exhibit A**;

|   |   |
|---|---|
| 1 | • All executed process in this case is attached as **Exhibit B**; |
| 2 | • The docket sheet for the State Court Action is attached as **Exhibit C**; and |
| 3 | • A list of all counsel of record, presently known to the Venetian Defendants and their |
| 4 | undersigned counsel, including addresses, telephone numbers, and parties represented is |
| 5 | attached as **Exhibit D**. |

5. The Complaint purports to assert a claim under 18 U.S.C. § 1595(a), a federal statute.

6. As set out below, removal of the State Court Action is proper because it is a civil action that arises from a federal statute and, therefore, is subject to the Court's original jurisdiction. *See* 28 U.S.C. §§ 1331, 1441(a).

## II.   BASIS FOR REMOVAL

7. This case is removable pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Count I of the Complaint purports to assert a claim under 18 U.S.C. § 1595(a). *See* Amended Complaint at ¶¶ 209–228. That statute provides a federal cause of action that may be brought "in the appropriate district court of the United States." 18 U.S.C. § 1595(a).

9. Because Plaintiff's Complaint purports to assert a claim arising under the laws of the United States, this action is within the original jurisdiction of this Court under 28 U.S.C. § 1331. As such, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

10. The Court also has supplemental jurisdiction over Plaintiff's other claims in Counts II and III because they are so related to the claims in Count I such that they form a part of the same case or controversy under Article III of the United States Constitution. Plaintiff's claims all arise out of her allegations of being trafficked. Accordingly, pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's other claims as alleged in Counts II and III.

///

///

### III. PROCEDURAL REQUIREMENTS

11. The Venetian Defendants were served with process on May 16, 2024, and removal is thus timely pursuant under 28 U.S.C. § 1446(b).

12. Pursuant to 28 U.S.C. § 1446(a), correct copies of all process and documents filed in the State Court Action are attached as set out above as **Exhibits A–D**.

13. The Venetian Defendants will have a copy of this Notice of Removal filed with the Clerk of the Clark County District Court, and provide written notice to Plaintiff, as provided by 28 U.S.C. § 1446(d). A copy of the Notice is attached hereto as **Exhibit E**.

14. In accordance with 28 U.S.C. § 1446(b)(2)(A), the following named Defendants have consented to removal: Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, Wynn Resorts Limited, Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, MGM Resorts Internation, New York-New York Hotel & Casino, LLC d/b/a New York New York Hotel and Casino, and Citycenter Land, LLC. *See Proctor v. Vishay Intertechnology Inc.*, 584 F.3d 1208, 1225 (9th Cir. 2009) ("[T]he filing of a notice of removal can be effective without individual consent documents on behalf of each defendant. One defendant's timely removal notice containing an averment of the other defendants' consent and signed by an attorney of record is sufficient.").

15. The Venetian Defendants have been unable to ascertain who is representing the remaining defendant, Ace A Propco LLC, or whether it has been served at this time. The Venetian Defendants expect the remaining defendant to consent to the removal upon service and appearance. *See Desfino v. Reiswig*, 630 F.3d 952, 956–57 (9th Cir. 2011) (holding that, if all defendants do not join in the removal "when the notice of removal is filed, the district court may allow the removing defendants to cure the defect by obtaining joinder of all defendants prior to the entry of judgment").

16. In accordance with 28 U.S.C. § 1448, after removal, any future defendants to be served shall be served "in the same manner as in cases originally filed in such district court."

17.	Venue is proper in the United States District Court for the District of Nevada, as the state court in which the action is pending is within the jurisdictional confines of the District of Nevada (*i.e.*, Clark County, Nevada). *See* 28 U.S.C. § 1446(a).

18.	In removing this action, Defendants specifically reserve all rights and all defenses including, without limitation, all defenses specified in Federal Rule of Civil Procedure 12(b).

19.	The Venetian Defendants attach a completed Civil Cover Sheet hereto as **Exhibit F**.

20.	Simultaneously with the filing of this Notice of Removal, the Venetian Defendants file their Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

### IV.  CONCLUSION

WHEREFORE, Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas, and Las Vegas Sands LLC, dba The Venetian Las Vegas, respectfully give notice of the removal of the State Court Action to the United States District Court for the District of Nevada, and respectfully request that this Court assume jurisdiction over this action.

Dated: June 3, 2024				Respectfully submitted,

 /s/ *Michael J. Gavan*
Michael J. Gavan, Esq.
Nevada Bar No. 11135
KEMP JONES, LLP
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gavan@kempjones.com

DLA PIPER LLP (US)
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
Email: david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
Email: dlaphx@us.dlapiper.com