# EXHIBIT B

Executed Process

Electronically Filed
5/29/2024 9:43 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT
CLARK COUNTY, NEVADA**

A.H.
Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant ACE A PROPCO LLC, A DELAWARE LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005941.01

Electronically Filed
5/29/2024 10:47 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
  Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
  Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant ARIA RESORT & CASINO HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON**, **CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005942.01

Electronically Filed
5/29/2024 10:45 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



A.H.
  Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
  Defendant

DISTRICT COURT
CLARK COUNTY, NEVADA

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant ARIA RESORT & CASINO, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005943.01

Electronically Filed
5/29/2024 10:44 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



A.H.
Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
Defendant

DISTRICT COURT
CLARK COUNTY, NEVADA

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant CITYCENTER LAND, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005944.01

Electronically Filed
5/29/2024 10:42 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
   Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
   Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant LAS VEGAS SANDS, LLC D/B/A THE VENETIAN LAS VEGAS, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS  #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005945.01

Electronically Filed
5/29/2024 10:41 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant MGM RESORTS INTERNATIONAL, A DELAWARE CORPORATION, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPQRATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005946.01

Electronically Filed
5/29/2024 10:39 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
    Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
    Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant NEW YORK-NEW YORK HOTEL & CASINO D/B/A NEW YORK NEW YORK HOTEL AND CASINO, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON**, `CORPORATE SPECIALIST, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005947.01

Electronically Filed
5/29/2024 10:37 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:50 PM** to:

**Defendant VENETIAN CASINO RESORT, LLC, D/B/A THE VENETIAN LAS VEGAS, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING CORPORATION SERVICE COMPANY, REGISTERED AGENT**

by leaving the copies with or in the presence of **KRIS KENISSON, CORPORATE SPECIALIST**, at 112 N CURRY ST, CARSON CITY, NV 89703, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005949.01

Electronically Filed
5/29/2024 10:31 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
   Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
   Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN AMERICA GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005950.01

Electronically Filed
5/29/2024 9:58 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



A.H.
 Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
 Defendant

DISTRICT COURT
CLARK COUNTY, NEVADA

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN LAS VEGAS HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005955.01

Electronically Filed
5/29/2024 9:58 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



DISTRICT COURT
CLARK COUNTY, NEVADA

A.H.
  Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
  Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN LAS VEGAS HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

_____
KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005955.01

Electronically Filed
5/29/2024 10:05 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



DISTRICT COURT
CLARK COUNTY, NEVADA

A.H.
  Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
  Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN RESORTS FINANCE, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

KYLE THOMAS    #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005952.01

Electronically Filed
5/29/2024 10:29 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



DISTRICT COURT
CLARK COUNTY, NEVADA

A.H.
Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN RESORTS HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005951.01

Electronically Filed
5/29/2024 9:56 AM
Steven D. Grierson
CLERK OF THE COURT

CLAGGETT & SYKES
4101 MEADOWS LN STE 100
LAS VEGAS, NV 89107
(702) 655-2346



**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

A.H.
    Plaintiff

vs

WYNN LAS VEGAS, LLC, ET AL.
    Defendant

Case Number: A-24-888768-C

Dept:

**PROOF OF SERVICE**

KYLE THOMAS, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age and not a party to nor interested in the proceeding in which this statement is made.

Affiant received a copy of the:
**SUMMONS; AMENDED COMPLAINT**

I served the same on **05/16/2024 at 12:53 PM** to:

**Defendant WYNN RESORTS, LIMITED, A NEVADA CORPORATION, BY SERVING C T CORPORATION SYSTEM, REGISTERED AGENT**

by leaving the copies with or in the presence of **ANA GOMES, ADMINISTRATIVE ASSISTANT**, at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701, pursuant to **NRS 14.020**.

Service was made outside the state of Nevada not subject to NRS 14.025.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, May 20, 2024

KYLE THOMAS   #R-2019-08090
Battle Born Process Service, NV PILB LIC #1876
3710 Grant Drive, Ste. L
Reno, NV 89509
775-507-7188

P-2005956.01