# EXHIBIT C

Docket Sheet for State Court Action

## Case Information

A-24-888768-C | A. H., Plaintiff(s) vs. Wynn Las Vegas, LLC, Defendant(s)

| Case Number | Court | Judicial Officer |
|---|---|---|
| A-24-888768-C | Department 5 | Barisich, Veronica M. |
| File Date | Case Type | Case Status |
| 03/08/2024 | Negligence - Other Negligence | Open |

## Party

**Plaintiff**
H., A.

Active Attorneys ▼

Lead Attorney
Claggett, Sean K.
Retained

Attorney
Blankenship, Brian
Retained

Attorney
Lundy, Scott E.
Retained

**Defendant**
Wynn Las Vegas, LLC

**Defendant**
Wynn Las Vegas Holdings, LLC

Defendant

Wynn America Group, LLC

Defendant

Wynn Resorts Finance, LLC

Defendant

Wynn Resorts Holdings, LLC

Defendant

Wynn Resorts, Ltd

Defendant

Aria Resort & Casino, LLC

Defendant

Aria Resort & Casino Holdings, LLC

Defendant

MGM Resorts International

Defendant

Venetian Casino Resort, LLC

    Aliases
    *DBA* The Venetian Las Vegas

Defendant

Las Vegas Sands, LLC

    Aliases
    *DBA* The Venetian Las Vegas

Defendant
New York-New York Hotel & Casino, LLC

  Aliases
  *DBA* New York New York Hotel and Casino

---

Defendant
CityCenter Land, LLC

---

Defendant
Ace A Propco LLC

---

## Events and Hearings

03/08/2024 Complaint ▾

Complaint - COMP (CIV)

  Comment
  [1] Complaint

03/08/2024 Demand for Jury Trial ▾

Demand for Jury Trial - DMJT (CIV)

  Comment
  [2] Demand for Jury Trial

03/08/2024 Initial Appearance Fee Disclosure ▾

Initial Appearance Fee Disclosure - IAFD (CIV)

  Comment
  [3] Initial Appearance Fee Disclosure

03/08/2024 Summons Electronically Issued - Service Pending ▾

  Comment
  [4] SUMMONS - ACE A PROPCO LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[5] SUMMONS - ARIA RESORT & CASINO HOLDINGS, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[6] SUMMONS - ARIA RESORT & CASINO, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[7] SUMMONS - CITYCENTER LAND, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[8] SUMMONS - LAS VEGAS SANDS, LLC D/B/A THE VENETIAN LAS VEGAS

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[9] SUMMONS - MGM RESORTS INTERNATIONAL

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[10] SUMMONS - NEW YORK-NEW YORK HOTEL & CASINO, LLC D/B/A NEW YORK NEW YORK HOTEL AND CASINO

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[11] SUMMONS - VENETIAN CASINO RESORT, LLC, D/B/A THE VENETIAN LAS VEGAS

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[12] SUMMONS - WYNN AMERICA GROUP, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[13] SUMMONS - WYNN LAS VEGAS HOLDINGS, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[14] SUMMONS - WYNN LAS VEGAS, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▾

Comment
[15] SUMMONS - WYNN RESORTS FINANCE, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[16] SUMMONS - WYNN RESORTS HOLDINGS, LLC

03/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[17] SUMMONS - WYNN RESORTS, LIMITED

03/15/2024 Peremptory Challenge ▼

Peremptory Challenge - CHLG (CIV)

Comment
[18] Plaintiff's Peremptory Challenge

03/22/2024 Notice of Department Reassignment ▼

Notice of Department Reassignment - NODR (CIV)

Comment
[19] Notice of Department Reassignment

05/08/2024 Amended Complaint ▼

Amended Complaint - ACOM (CIV)

Comment
[20] AMENDED COMPLAINT

05/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[21] SUMMONS - WYNN LAS VEGAS, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[22] SUMMONS - WYNN LAS VEGAS HOLDINGS, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[23] SUMMONS - WYNN AMERICA GROUP, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▼

Comment
[24] SUMMONS - WYNN RESORTS FINANCE, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[25] SUMMONS - WYNN RESORTS HOLDINGS, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[26] SUMMONS - WYNN RESORTS, LIMITED

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[27] SUMMONS - ARIA RESORT & CASINO, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[28] SUMMONS - ARIA RESORT & CASINO HOLDINGS, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[29] SUMMONS - MGM RESORTS INTERNATIONAL

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[30] SUMMONS - VENETIAN CASINO RESORT, LLC, D/B/A THE VENETIAN LAS VEGAS

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[31] SUMMONS - LAS VEGAS SANDS, LLC D/B/A THE VENETIAN LAS VEGAS

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[32] SUMMONS - NEW YORK-NEW YORK HOTEL & CASINO, LLC D/B/A NEW YORK NEW YORK HOTEL AND CASINO

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[33] SUMMONS - CITYCENTER LAND, LLC

05/08/2024 Summons Electronically Issued - Service Pending ▾

Comment

[34] SUMMONS - ACE A PROPCO LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[35] PROOF OF SERVICE- ACE A PROPCO LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[36] PROOF OF SERVICE- WYNN RESORTS, LIMITED

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[37] PROOF OF SERVICE- WYNN LAS VEGAS HOLDINGS, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[38] PROOF OF SERVICE- WYNN LAS VEGAS, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[39] PROOF OF SERVICE

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[40] PROOF OF SERVICE- WYNN RESORTS HOLDINGS, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[41] PROOF OF SERVICE- WYNN AMERICA GROUP, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment
[42] PROOF OF SERVICE- VENETIAN CASINO RESORT, LLC DBA THE VENETIAN LAS VEGAS

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[43] PROOF OF SERVICE- NEW YORK-NEW YORK HOTEL & CASINO DBA NEW YORK NEW YORK HOTEL AND CASINO

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[44] PROOF OF SERVICE- MGM RESORTS INTERNATIONAL

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[45] PROOF OF SERVICE- LAS VEGAS SANDS, LLC DBA THE VENETIAN LAS VEGAS

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[46] PROOF OF SERVICE- CITYCENTER LAND, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[47] PROOF OF SERVICE- ARIA RESORT & CASINO, LLC

05/29/2024 Proof of Service ▾

Proof of Service - PSER (CIV)

Comment

[48] PROOF OF SERVICE- ARIA RESORT & CASINO HOLDINGS, LLC

## Financial

H., A.

| | |
|---|---|
| Total Financial Assessment | $720.00 |
| Total Payments and Credits | $720.00 |
| | |
| 3/11/2024     Transaction Assessment | $270.00 |

| 3/11/2024 | Efile Payment | Receipt # 2024-18462-CCCLK | H., A. | ($270.00) |
| 3/15/2024 | Transaction Assessment | | | $450.00 |
| 3/15/2024 | Efile Payment | Receipt # 2024-19940-CCCLK | H., A. | ($450.00) |

## Documents

Complaint - COMP (CIV)

Demand for Jury Trial - DMJT (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Peremptory Challenge - CHLG (CIV)

Notice of Department Reassignment - NODR (CIV)

Amended Complaint - ACOM (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)

Proof of Service - PSER (CIV)