# EXHIBIT D

All Counsel of Record

| | |
|---|---|
| 1 | **KEMP JONES, LLP**<br>Michael J. Gayan (SBN 11135) |
| 2 | Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway |
| 3 | Las Vegas, NV 89169<br>T: 702.385.6000 | F: 702.385.6001 |
| 4 | Email: m.gayan@kempjones.com |
| 5 | **DLA PIPER LLP (US)**<br>David S. Sager (Pro Hac Vice Forthcoming) |
| 6 | 51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078 |
| 7 | T: 973.520.2550 | F: 973.520.2551<br>Email: david.sager@us.dlapiper.com |
| 8 | |
| 9 | Kyle T. Orne (Pro Hac Vice Forthcoming)<br>2525 East Camelback Road, Suite 1000 |
| 10 | Phoenix, AZ 85016<br>T: 480.606.5100 | F: 480.606.5101 |
| 11 | Email: dlaphx@us.dlapiper.com |
| 12 | *Attorneys for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas* |
| 13 | *and Las Vegas Sands LLC dba The Venetian Las Vegas* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 16 | A.H., an Individual, | |
| 17 | Plaintiff, | |
| | | Case No. |
| 18 | v. | |
| 19 | WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a | **EXHIBIT D - ALL COUNSEL OF RECORD** |

-1-

1610120496.1

Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive,

    Defendants.

-2-

1610120496.1

| | |
|---|---|
| CLAGGETT & SYKES LAW FIRM<br>Sean K. Claggett<br>Brian Blankenship<br>Scott E. Lundy<br>4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107<br>T: 702.655.2346 \| F: 702.655.3763<br>Email: sclaggett@claggettlaw.com<br>　　　　brian@claggettlaw.com<br>　　　　scott@claggettlaw.com<br><br>Attorneys for Plaintiff | LEVIN PAPANTONIO RAFFERTY<br>Kimberly L. Adams<br>Matthew D. Schultz<br>316 South Baylen Street<br>Pensacola, FL 32502<br>T: 850.435.7000<br>Email: kadams@levinlaw.com<br>　　　　mschultz@levinlaw.com<br><br>Attorneys for Plaintiff |
| JONES DAY<br>Bethany Biesenthal<br>Allison McQueen<br>110 North Wacker Drive<br>Chicago, IL 60606<br>T: 312.782.3939<br>Email: bbiesenthal@jonesday.com<br>　　　　amcqueen@jonesday.com<br><br>Attorneys for Defendants Wynn Las Vegas, LLC; Wynn Las Vegas Holdings, LLC; Wynn America Group, LLC; Wynn Resorts Financing LLC; Wynn Resorts Holdings, LLC; Wynn Resorts, Limited | JONES DAY<br>Nicole M. Perry<br>717 Texas Street, Suite 3300<br>Houston, TX 77002<br>T: 832.239.3939<br>Email: nmperry@jonesday.com<br><br>Attorneys for Defendants Wynn Las Vegas, LLC; Wynn Las Vegas Holdings, LLC; Wynn America Group, LLC; Wynn Resorts Financing LLC; Wynn Resorts Holdings, LLC; Wynn Resorts, Limited |
| SNELL & WILMER<br>Patrick G. Byrne<br>Dawn Davis<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>T: 702.784.5275<br>Email: pbyrne@swlaw.com<br>　　　　ddavis@swlaw.com<br><br>Attorneys for Wynn Las Vegas, LLC; Wynn Las Vegas Holdings, LLC; Wynn America Group, LLC; Wynn Resorts Financing LLC; Wynn Resorts Holdings, LLC; Wynn Resorts, Limited | DLA PIPER LLP (US)<br>Angela Agrusa<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br>T: 310.595.3000<br>Email: angela.agrusa@us.dlapiper.com<br><br>Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC |

1610120496.1

| | |
|---|---|
| DLA PIPER LLP (US)<br>Ellen Dew<br>Harbor East 650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202<br>T: 410-580-4127 \| F: 410-580-3127<br>Email: ellen.dew@us.dlapiper.com<br><br>Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC | KNIGHT & RYAN PLLC<br>Robert A. Ryan<br>8880 W Sunset Road, Suite 130<br>Las Vegas, NV 89148<br>T: 702.462.6083 \| F: 702.462.6084<br>Email: robert@knightryan.com<br><br>Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC |
| KEMP JONES, LLP<br>Michael J. Gayan<br>Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>T: 702.385.6000 \| F: 702.385.6001<br>Email: m.gayan@kempjones.com<br><br>Attorney for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas; Las Vegas Sands LLC dba The Venetian Las Vegas | DLA PIPER LLP (US)<br>David S. Sager<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, NJ 07078<br>T: 973.520.2550 \| F: 973.520.2551<br>Email: david.sager@us.dlapiper.com<br><br>Attorney for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas; Las Vegas Sands LLC dba The Venetian Las Vegas |
| DLA PIPER LLP (US)<br>Kyle T. Orne<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>T: 480.606.5100 \| F: 480.606.5101<br>Email: dlaphx@us.dlapiper.com<br><br>Attorney for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas; Las Vegas Sands LLC dba The Venetian Las Vegas | |

-4-

1610120496.1