# EXHIBIT E

Notice of Notice of Removal Filed in State Court Action

1  **KEMP JONES**
Michael J. Gayan (SBN 11135)
2  Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
3  Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
4  Email: m.gayan@kempjones.com

5  *Attorneys for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas and Las Vegas Sands LLC dba The Venetian Las Vegas*
6
7

8  **EIGHTH JUDICIAL DISTRICT COURT**

9  **CLARK COUNTY, NEVADA**

| | |
|---|---|
| 10  A.H., an Individual, | Case No.  A-24-888768-C |
| 11              Plaintiff, | Dept. No. V |
| 12       v. | **DEFENDANTS VENETIAN CASINO RESORTS, LLC DBA THE VENETIAN LAS VEGAS, AND LAS VEGAS SANDS LLC DBA THE VENETIAN LAS VEGAS NOTICE OF FILING OF NOTICE OF REMOVAL** |
| 13  WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; | |

-1-

1610076708

DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive,

        Defendants.

**PLEASE TAKE NOTICE** that on June 3, 2024, Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas, and Las Vegas Sands LLC dba The Venetian Las Vegas in the above-captioned action filed a Notice of Removal, thereby removing this action to the United States District Court for the District of Nevada. A copy of the Notice of Removal is attached as Exhibit 1 and is fully incorporated herein by reference.

Accordingly, and under 28 U.S.C. § 1446(d), this Court may proceed no further unless and until the case is remanded.

Dated: June 3, 2024                              Respectfully submitted,

                                                        /s/ *Michael J. Gavan*
                                            Michael J. Gavan, Esq.
                                            Nevada Bar No. 11135
                                            KEMP JONES
                                            Wells Fargo Tower, 17th Floor
                                            3800 Howard Hughes Parkway
                                            Las Vegas, NV 89169
                                            T: 702.385.6000 | F: 702.385.6001
                                            Email: m.gavan@kempjones.com

1610076708