**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

A. H.,

        Plaintiff(s),

vs.

WYNN LAS VEGAS, LLC, et al.,

        Defendant(s).

2:24–cv–01041–GMN–NJK

MINUTES OF THE COURT

June 5, 2024

PRESENT:

The Honorable  __Gloria M. Navarro__ , U.S. District Judge

Deputy Clerk:  __Miriam A Moran__        Recorder/Reporter:  __None Appearing__

Counsel for Plaintiff(s):  __None Appearing__     Counsel for Defendant(s):  __None Appearing__

**MINUTE ORDER IN CHAMBERS:**

    The removing defendant must, no later than 15 days from the date of this order, file and serve a signed statement regarding removal in this case that sets forth the following information:

1. The date on which you were served with a copy of the complaint.

2. The date on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.

4. If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

5. In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons

this action should not summarily be remanded to the state court.

6. The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

All defendants who joined in the notice of removal may file the statement jointly.

Within 30 days from the date of this order, the parties must file a joint status report that sets forth the status of this action, including a statement of action required to be taken by this court.

**All pending motions and other requests directed to the state court are automatically denied without prejudice upon removal, but may be refiled in this court. Motions refiled in this court must include citation to all relevant federal law and must be revised as necessary to comply with this court's rules.** See LR 81–1.

The removing defendant must serve a copy of this order on all other parties to the action within 15 days from the date of this order. A party who learns that the statement regarding removal filed under this order contains incorrect information must promptly file a written notice with the court.

**IT IS SO ORDERED.**