Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com

Kimberly L. Adams, Esq., (*pro hac* forthcoming)
Matthew D. Schultz, Esq. (*pro hac* forthcoming)
LEVIN PAPANTONIO RAFFERTY
316 South Baylen Street
Pensacola, Florida 32502
(850) 435-7000 – Telephone
kadams@levinlaw.com
mschultz@levinlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual, | CASE NO.: 2:24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada | |

1  Corporation; ARIA RESORT &
2  CASINO, LLC, a Nevada Limited
   Liability Company; ARIA RESORT &
3  CASINO HOLDINGS, LLC, a Nevada
   Limited Liability Company; MGM
4  RESORTS INTERNATIONAL, a
   Delaware Corporation; VENETIAN
5  CASINO RESORT, LLC, d/b/a THE
   VENETIAN LAS VEGAS, a Nevada
6  Limited Liability Company; LAS
   VEGAS SANDS, LLC d/b/a THE
7  VENETIAN LAS VEGAS, a Nevada
   Limited Liability Company; NEW
8  YORK-NEW YORK HOTEL &
   CASINO, LLC d/b/a NEW YORK-NEW
9  YORK HOTEL AND CASINO, a
   Nevada Limited Liability Company;
10 CITYCENTER LAND, LLC, a Nevada
   Limited Liability Company; ACE A
11 PROPCO LLC, a Delaware Limited
   Liability Company; DOES I-X; ROE
12 BUSINESS ENTITIES XI-XX,
   inclusive,

13       Defendants.

14

15       PLEASE TAKE NOTICE that the undersigned counsel of record for

16 Plaintiff, A.H., an Individual, certifies that the following have an interest in the

17 outcome of this case:

18     1.  Plaintiff, A.H., an Individual; and

19     2.  Defendants, WYNN LAS VEGAS, LLC, a Nevada Limited Liability

20         Company;

21     3.  WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability

22         Company;

23     4.  WYNN AMERICA GROUP, LLC, a Nevada Limited Liability

24         Company;

5. WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company;

6. WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company;

7. WYNN RESORTS, LIMITED, a Nevada Corporation;

8. ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company;

9. ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company;

10. MGM RESORTS INTERNATIONAL, a Delaware Corporation;

11. VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company;

12. LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company;

13. NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company;

14. CITYCENTER LAND, LLC, a Nevada Limited Liability Company; and

///

///

///

///

15. ACE A PROPCO LLC, a Delaware Limited Liability Company.

Dated this 6th of June 2024.

CLAGGETT & SYKES LAW FIRM

/s/ *Brian Blankenship*

_____

Brian Blankenship, Esq.
Nevada Bar No. 11522
*Attorneys for Plaintiff*

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of June 2024, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** on the following person(s) via the United States District Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing:

**VIA E-SERVICE ONLY:**
Michael J. Gayan, Esq.
KEMP JONES, LLP
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
La Vegas, Nevada 89169

DLA PIPER LLP (US)
David S. Sager (Pro Hac Vice Forthcoming)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
*Attorneys for Defendants Venetian Casino Resort, LLC*
*dba The Venetian Las Vegas and*
*Las Vegas Sands LLC dba The Venetian Las Vegas*


_/s/ Maria Alvarez-Willson_
Employee of Claggett & Sykes Law Firm