**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual, | Case No.: 2:24-cv-01041-GMN-NJK |
| Plaintiff, | **JOINT MOTION AND PROPOSED ORDER TO EXTEND DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 1-1)** |
| v. | |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited | **(FIRST REQUEST)** |

1

|   |   |
|---|---|
| 1 | Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive, |
| | Defendants. |

Plaintiff A. H. ("Plaintiff") and Defendants WYNN LAS VEGAS, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS, LIMITED; ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC; NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC ("Certain Defendants"), by and through their respective counsel of record (collectively, the "Parties"), hereby jointly agree and move to extend Certain Defendants' deadline to respond to Plaintiff's Amended Complaint in accordance with LR 7-1(c).

## I.

## JOINT MOTION

1. WHEREAS, Plaintiff filed the Amended Complaint on May 8, 2024, in the Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1 at 5–110.

2. WHEREAS, Plaintiff served the Amended Complaint on Certain Defendants on May 16, 2024. ECF No. 1-2.

3.     WHEREAS, Defendants VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC (collectively, "Venetian Defendants") removed this action to this Court on June 3, 2024. ECF No. 1. As stated in the Notice of Removal, the Venetian Defendants have been unable to ascertain who represents Defendant Ace A Propco, LLC for this action. *Id.* at ¶ 15. For that reason, this Joint Motion does not include Defendant Ace A Propco, LLC.

4.     WHEREAS, Rule 81(c) of the Federal Rules of Civil Procedure provides that Certain Defendants' deadline to respond to the Amended Complaint is the longest of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after the notice of removal is filed. Certain Defendants' current deadline to respond to the Amended Complaint is currently June 10, 2024.

5.     WHEREAS, the Parties agree that Certain Defendants' deadline to respond to the Complaint shall be extended from the current deadline until **July 8, 2024**.

**IT IS SO STIPULATED.**

DATED this 10th day of June, 2024.

**KEMP JONES, LLP**

 /s/ Michael Gayan
Michael J. Gayan, Esq. (#11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC*

DATED this 10th day of June, 2024.

**CLAGGETT & SYKES LAW FIRM**

 /s/ Brian Blankenship
Sean K. Claggett
Brian Blankenship
Scott E. Lundy
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com

**LEVIN PAPANTONIO RAFFERTY**
Kimberly L. Adams
Matthew D. Schultz
316 South Baylen Street
Pensacola, FL 32502
kadams@levinlaw.com
mschultz@levinlaw.com

*Attorneys for Plaintiff*

| | |
|---|---|
| DATED this 10th day of June, 2024. | DATED this 10th day of June, 2024. |
| **SNELL & WILMER** | **KNIGHT & RYAN PLLC** |
| /s/ Dawn Davis | /s/ Robert Ryan |
| Patrick G. Byrne | Robert A. Ryan |
| Dawn Davis | 8880 W Sunset Road, Suite 130 |
| 3883 Howard Hughes Parkway, Suite 1100 | Las Vegas, NV 89148 |
| Las Vegas, NV 89169 | robert@knightryan.com |
| pbyrne@swlaw.com | |
| ddavis@swlaw.com | **DLA PIPER LLP (US)** |
| | Angela Agrusa |
| **JONES DAY** | 2000 Avenue of the Stars, Suite 400 |
| Bethany Biesenthal | Los Angeles, CA 90067 |
| Allison McQueen | angela.agrusa@us.dlapiper.com |
| 110 North Wacker Drive | |
| Chicago, IL 60606 | Ellen Dew |
| bbiesenthal@jonesday.com | Harbor East 650 S. Exeter Street, Suite 1100 |
| | Baltimore, MD 21202 |
| Nicole M. Perry | ellen.dew@us.dlapiper.com |
| 717 Texas Street, Suite 3300 | |
| Houston, TX 77002 | *Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC* |
| nmperry@jonesday.com | |
| | |
| *Attorneys for Defendants Wynn Las Vegas, LLC; Wynn Las Vegas Holdings, LLC; Wynn America Group, LLC; Wynn Resorts Financing LLC; Wynn Resorts Holdings, LLC; Wynn Resorts, Limited* | |

## II.

## ORDER

Based on the foregoing Joint Motion by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Extend Certain Defendants' Deadline to Respond to Plaintiff's Amended Complaint is **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for Defendants WYNN LAS VEGAS, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS,

4

LIMITED; ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC; NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC to respond to Plaintiff's Amended Complaint is hereby extended until **July 8, 2024**.

**IT IS SO ORDERED.**

DATED this _____ day of June, 2024.

_____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com