**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>                     Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited | Case No.: 2:24-cv-01041-GMN-NJK<br><br>**AMENDED JOINT MOTION AND PROPOSED ORDER TO EXTEND DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 1-1)**<br><br>**(FIRST REQUEST)** |

1

|   |   |
|---|---|
| 1 | Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive, |

Defendants.

Plaintiff A. H. ("Plaintiff") and Defendants WYNN LAS VEGAS, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS, LIMITED (together, "Wynn Defendants"); VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC (together, "Venetian Defendants"); ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC (together, "MGM Defendants" and together with Wynn Defendants and Venetian Defendants, "Certain Defendants"), by and through their respective counsel of record (collectively, the "Parties"), hereby jointly agree and move to extend Certain Defendants' deadline to respond to Plaintiff's Amended Complaint in accordance with LR 7-1(c).

## I.

## JOINT MOTION

1. WHEREAS, Plaintiff filed the Amended Complaint on May 8, 2024, in the Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1 at 5–110.

2

2. WHEREAS, Plaintiff served the Amended Complaint on Certain Defendants on May 16, 2024. ECF No. 1-2.

3. WHEREAS, Venetian Defendants removed this action to this Court on June 3, 2024. ECF No. 1. As stated in the Notice of Removal, the Venetian Defendants have been unable to ascertain who represents Defendant Ace A Propco, LLC for this action. *Id.* at ¶ 15. For that reason, this Joint Motion does not include Defendant Ace A Propco, LLC.

4. WHEREAS, the MGM Defendants have and continue to investigate the identity and role of Defendant, Ace A Propco, LLC.

5. WHEREAS, Rule 81(c) of the Federal Rules of Civil Procedure provides that Certain Defendants' deadline to respond to the Amended Complaint is the longest of 21 days after receiving the Complaint, 21 days after being served with the summons for an initial pleading on file at the time of service, or 7 days after the notice of removal is filed. Certain Defendants' current deadline to respond to the Amended Complaint is June 10, 2024.

6. WHEREAS, the operative Complaint names multiple entities that the Wynn Defendants and the Venetian Defendants contend are improper parties to the above-captioned lawsuit.

7. WHEREAS, the Wynn, the MGM, and Venetian Defendants shall use the requested additional time to identify the proper parties in interest with respect to Plaintiff's claims and to meet and confer with Plaintiff's counsel regarding the same.

8. WHEREAS, if the Parties are able to reach an agreement regarding the proper and necessary defendants to be named prior to the extended deadline to respond to the Complaint, the Parties shall submit a Joint Motion to amend the operative Complaint (to dismiss certain current Defendants, add new Defendants, and amend the caption).

9. WHEREAS, allowing the Wynn, the MGM, and the Venetian Defendants additional time to reach an agreement regarding the proper and necessary defendants will allow for orderly and streamlined motion practice limited to the proper parties in interest. The extension requested by this motion will also conserve the Court's resources and streamline

3

1  motion to dismiss briefing, as it will ensure that Certain Defendants remain on the same briefing
2  schedule.
3     10.   WHEREAS, the Parties agree that Certain Defendants' deadline to respond to the
4  Complaint shall be extended from the current deadline until **July 8, 2024**.
5     **IT IS SO STIPULATED.**

6  DATED this 12th day of June, 2024.          DATED this 12th day of June, 2024.

7  **KEMP JONES, LLP**                          **CLAGGETT & SYKES LAW FIRM**

8  /s/ Michael Gayan                            /s/ Brian Blankenship
9  Michael J. Gayan, Esq. (#11135)              Sean K. Claggett
   Wells Fargo Tower, 17th Floor                Brian Blankenship
10 3800 Howard Hughes Parkway                   Scott E. Lundy
   Las Vegas, NV 89169                          4101 Meadows Lane, Suite 100
11 m.gayan@kempjones.com                        Las Vegas, NV 89107
                                                sclaggett@claggettlaw.com
12 **DLA PIPER LLP (US)**                       brian@claggettlaw.com
13 David S. Sager (Pro Hac Vice Forthcoming)    scott@claggettlaw.com
   51 John F. Kennedy Parkway, Suite 120
14 Short Hills, New Jersey 07078                **LEVIN PAPANTONIO RAFFERTY**
   david.sager@us.dlapiper.com                  Kimberly L. Adams
15                                              Matthew D. Schultz
16 Kyle T. Orne (Pro Hac Vice Forthcoming)      316 South Baylen Street
   2525 East Camelback Road, Suite 1000         Pensacola, FL 32502
17 Phoenix, AZ 85016                            kadams@levinlaw.com
   dlaphx@us.dlapiper.com                       mschultz@levinlaw.com
18
19 *Attorneys for Defendants Venetian Casino    *Attorneys for Plaintiff*
   Resort, LLC and Las Vegas Sands LLC*
20
   DATED this 12th day of June, 2024.           DATED this 12th day of June, 2024.
21
22 **SNELL & WILMER**                           **KNIGHT & RYAN PLLC**

23 /s/ Dawn Davis                               /s/ Robert Ryan
   Patrick G. Byrne                             Robert A. Ryan
24 Dawn Davis                                   8880 W Sunset Road, Suite 130
   3883 Howard Hughes Parkway, Suite 1100       Las Vegas, NV 89148
25 Las Vegas, NV 89169                          robert@knightryan.com
   pbyrne@swlaw.com
26 ddavis@swlaw.com                             **DLA PIPER LLP (US)**
                                                Angela Agrusa
27 **JONES DAY**                                2000 Avenue of the Stars, Suite 400
28 Bethany Biesenthal                           Los Angeles, CA 90067

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

| | | |
|---|---|---|
| 1 | Allison McQueen | angela.agrusa@us.dlapiper.com |
| 2 | 110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 | Ellen Dew |
| 3 | bbiesenthal@jonesday.com<br>amcqueen@jonesday.com | Harbor East 650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202 |
| 4 | | ellen.dew@us.dlapiper.com |
| 5 | Nicole M. Perry | *Attorneys for Defendants MGM Resorts* |
| 6 | 717 Texas Street, Suite 3300<br>Houston, TX 77002 | *International; New York New York Hotel &*<br>*Casino, LLC; Aria Resort & Casino, LLC;* |
| 7 | nmperry@jonesday.com | *CityCenter Land LLC* |

*Attorneys for Defendants Wynn Las Vegas, LLC; Wynn Las Vegas Holdings, LLC; Wynn America Group, LLC; Wynn Resorts Financing LLC; Wynn Resorts Holdings, LLC; Wynn Resorts, Limited*

## II.

## ORDER

Based on the foregoing Amended Joint Motion by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Amended Joint Motion to Extend Certain Defendants' Deadline to Respond to Plaintiff's Amended Complaint is **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for Defendants WYNN LAS VEGAS, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS, LIMITED; ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC; NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC to respond to Plaintiff's Amended Complaint is hereby extended until **July 8, 2024**.

**IT IS SO ORDERED.**

DATED this ____ day of June, 2024.

_____