**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC*

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>       Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited | Case No.: 2:24-cv-01041-GMN-NJK<br><br>**AMENDED JOINT MOTION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 1-1)**<br><br>**(FIRST REQUEST)** |

1

1   Liability Company; MGM RESORTS
2   INTERNATIONAL, a Delaware
    Corporation; VENETIAN CASINO
3   RESORT, LLC, d/b/a THE VENETIAN
    LAS VEGAS, a Nevada Limited Liability
4   Company; LAS VEGAS SANDS, LLC
    d/b/a THE VENETIAN LAS VEGAS, a
5   Nevada Limited Liability Company; NEW
    YORK-NEW YORK HOTEL & CASINO,
6   LLC d/b/a NEW YORK-NEW YORK
    HOTEL AND CASINO, a Nevada Limited
7   Liability Company; CITYCENTER LAND,
    LLC, a Nevada Limited Liability
8   Company; ACE A PROPCO LLC, a
    Delaware Limited Liability Company;
9   DOES I-X; ROE BUSINESS ENTITIES
10  XI-XX, inclusive,

11                      Defendants.

12

13          Plaintiff A. H. ("Plaintiff") and Defendants WYNN LAS VEGAS, LLC; WYNN LAS

14  VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS

15  FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS, LIMITED

16  (together, "Wynn Defendants"); VENETIAN CASINO RESORT, LLC; LAS VEGAS

17  SANDS, LLC (together, "Venetian Defendants"); ARIA RESORT & CASINO, LLC;

18  ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL;

19  NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC

20  (together, "MGM Defendants" and together with Wynn Defendants and Venetian

21  Defendants, "Certain Defendants"), by and through their respective counsel of record

22  (collectively, the "Parties"), hereby jointly agree and move to extend Certain Defendants'

23  deadline to respond to Plaintiff's Amended Complaint in accordance with LR 7-1(c).

24                                      **I.**

25                              **JOINT MOTION**

26          1.      WHEREAS, Plaintiff filed the Amended Complaint on May 8, 2024, in the

27  Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1 at 5–110.

28

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1    2.      WHEREAS, Plaintiff served the Amended Complaint on Certain Defendants on

2    May 16, 2024. ECF No. 1-2.

3    3.      WHEREAS, Venetian Defendants removed this action to this Court on June 3,

4    2024. ECF No. 1. As stated in the Notice of Removal, the Venetian Defendants have been

5    unable to ascertain who represents Defendant Ace A Propco, LLC for this action. *Id.* at ¶ 15.

6    For that reason, this Joint Motion does not include Defendant Ace A Propco, LLC.

7    4.      WHEREAS, the MGM Defendants have and continue to investigate the identity

8    and role of Defendant, Ace A Propco, LLC.

9    5.      WHEREAS, Rule 81(c) of the Federal Rules of Civil Procedure provides that

10   Certain Defendants' deadline to respond to the Amended Complaint is the longest of 21 days

11   after receiving the Complaint, 21 days after being served with the summons for an initial

12   pleading on file at the time of service, or 7 days after the notice of removal is filed. Certain

13   Defendants' current deadline to respond to the Amended Complaint is June 10, 2024.

14   6.      WHEREAS, the operative Complaint names multiple entities that the Wynn

15   Defendants and the Venetian Defendants contend are improper parties to the above-captioned

16   lawsuit.

17   7.      WHEREAS, the Wynn, the MGM, and Venetian Defendants shall use the

18   requested additional time to identify the proper parties in interest with respect to Plaintiff's

19   claims and to meet and confer with Plaintiff's counsel regarding the same.

20   8.      WHEREAS, if the Parties are able to reach an agreement regarding the proper

21   and necessary defendants to be named prior to the extended deadline to respond to the

22   Complaint, the Parties shall submit a Joint Motion to amend the operative Complaint (to dismiss

23   certain current Defendants, add new Defendants, and amend the caption).

24   9.      WHEREAS, allowing the Wynn, the MGM, and the Venetian Defendants

25   additional time to reach an agreement regarding the proper and necessary defendants will allow

26   for orderly and streamlined motion practice limited to the proper parties in interest.   The

27   extension requested by this motion will also conserve the Court's resources and streamline

28

1    motion to dismiss briefing, as it will ensure that Certain Defendants remain on the same briefing

2    schedule.

3         10.    WHEREAS, the Parties agree that Certain Defendants' deadline to respond to the

4    Complaint shall be extended from the current deadline until **July 8, 2024**.

5         **IT IS SO STIPULATED.**

6    DATED this 12th day of June, 2024.          DATED this 12th day of June, 2024.

7    **KEMP JONES, LLP**                         **CLAGGETT & SYKES LAW FIRM**

8     /s/ Michael Gayan                           /s/ Brian Blankenship
9    Michael J. Gayan, Esq. (#11135)             Sean K. Claggett
     Wells Fargo Tower, 17th Floor               Brian Blankenship
10   3800 Howard Hughes Parkway                  Scott E. Lundy
     Las Vegas, NV 89169                         4101 Meadows Lane, Suite 100
11   m.gayan@kempjones.com                       Las Vegas, NV 89107
                                                 sclaggett@claggettlaw.com
12   **DLA PIPER LLP (US)**                      brian@claggettlaw.com
     David S. Sager (Pro Hac Vice Forthcoming)   scott@claggettlaw.com
13   51 John F. Kennedy Parkway, Suite 120
     Short Hills, New Jersey 07078
14   david.sager@us.dlapiper.com                 **LEVIN PAPANTONIO RAFFERTY**
                                                 Kimberly L. Adams
15   Kyle T. Orne (Pro Hac Vice Forthcoming)     Matthew D. Schultz
16   2525 East Camelback Road, Suite 1000        316 South Baylen Street
     Phoenix, AZ 85016                           Pensacola, FL 32502
17   dlaphx@us.dlapiper.com                      kadams@levinlaw.com
                                                 mschultz@levinlaw.com
18
     *Attorneys for Defendants Venetian Casino*  *Attorneys for Plaintiff*
19   *Resort, LLC and Las Vegas Sands LLC*

20   DATED this 12th day of June, 2024.          DATED this 12th day of June, 2024.

21
     **SNELL & WILMER**                          **KNIGHT & RYAN PLLC**
22
23    /s/ Dawn Davis                              /s/ Robert Ryan
     Patrick G. Byrne                            Robert A. Ryan
24   Dawn Davis                                  8880 W Sunset Road, Suite 130
     3883 Howard Hughes Parkway, Suite 1100      Las Vegas, NV 89148
25   Las Vegas, NV 89169                         robert@knightryan.com
     pbyrne@swlaw.com
26   ddavis@swlaw.com                            **DLA PIPER LLP (US)**
                                                 Angela Agrusa
27   **JONES DAY**                               2000 Avenue of the Stars, Suite 400
     Bethany Biesenthal                          Los Angeles, CA 90067
28

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

4

1   Allison McQueen                          angela.agrusa@us.dlapiper.com
    110 North Wacker Drive, Suite 4800
2   Chicago, IL 60606                        Ellen Dew
    bbiesenthal@jonesday.com                 Harbor East 650 S. Exeter Street, Suite 1100
3   amcqueen@jonesday.com                    Baltimore, MD 21202
                                             ellen.dew@us.dlapiper.com
4

5   Nicole M. Perry                          *Attorneys for Defendants MGM Resorts*
    717 Texas Street, Suite 3300             *International; New York New York Hotel &*
6   Houston, TX 77002                        *Casino, LLC; Aria Resort & Casino, LLC;*
    nmperry@jonesday.com                     *CityCenter Land LLC*
7

8   *Attorneys for Defendants Wynn Las Vegas,*
    *LLC; Wynn Las Vegas Holdings, LLC; Wynn*
9   *America Group, LLC; Wynn Resorts*
    *Financing LLC; Wynn Resorts Holdings,*
10  *LLC; Wynn Resorts, Limited*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

5

**II.**

**ORDER**

Based on the foregoing Amended Joint Motion by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Amended Joint Motion to Extend Certain Defendants' Deadline to Respond to Plaintiff's Amended Complaint is **GRANTED.**

**IT IS FURTHER ORDERED** that the deadline for Defendants WYNN LAS VEGAS, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN RESORTS, LIMITED; ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; VENETIAN CASINO RESORT, LLC; LAS VEGAS SANDS, LLC; NEW YORK-NEW YORK HOTEL & CASINO, LLC; and CITYCENTER LAND, LLC to respond to Plaintiff's Amended Complaint is hereby extended until **July 8, 2024**.

**IT IS SO ORDERED.**

DATED this 13th day of June, 2024.

In addition, the earlier motion to extend (Docket No. 7) is **DENIED** as moot.

_____
United States Magistrate Judge

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

6