**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

A.H., an Individual )  Case #2:24-cv-01041-GMN-NJK

　　　　　　Plaintiff(s), ) **VERIFIED PETITION FOR**
 ) **PERMISSION TO PRACTICE**
 ) **IN THIS CASE ONLY BY**
vs. ) **ATTORNEY NOT ADMITTED**
 ) **TO THE BAR OF THIS COURT**
WYNN LAS VEGAS, LLC, et al. ) **AND DESIGNATION OF**
 ) **LOCAL COUNSEL**
 )
　　　　　　Defendant(s). )
 ) FILING FEE IS $250.00

　　　　　Matthew D. Schultz　　　　　, Petitioner, respectfully represents to the Court:
　　　　　(name of petitioner)

1.　　That Petitioner is an attorney at law and a member of the law firm of

Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
　　　　　　　　　　　　　(firm name)

with offices at 　　　　316 S. Baylen Street, Suite 600　　　　,
　　　　　　　　　　　(street address)

　　Pensacola　　　,　　　　Florida　　　,　　32502　　,
　　(city)　　　　　　　　　(state)　　　　　　(zip code)

　　850-435-7140　　　,　　mschultz@levinlaw.com　　.
　(area code + telephone number)　　　(Email address)

2.　　That Petitioner has been retained personally or as a member of the law firm by

　　　　　　A.H.　　　　　　　 to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____ April 16, 2003 _____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____ Florida _____
                                                                                      (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> none

7.    That Petitioner is a member of good standing in the following Bar Associations.

> The Florida Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    _____
                                                                     Petitioner's signature

5    STATE OF _____Florida_____ )

6    COUNTY OF _____Escambia_____ )

7    _____Matthew D. Schultz_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                    _____
                                                                     Petitioner's signature

10   Subscribed and sworn to before me this

11   _10th_ day of __June__, _2024_.

12

13   _____
                Notary Public or Clerk of Court

WILLIAM MIZE
Commission # HH 387142
Expires May 16, 2027

14

15

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Brian Blankenship_____,
                                                                                (name of local counsel)

19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23   _____Claggett & Sykes Law Firm, 4101 Meadows Lane, Suite 100_____,
                            (street address)

24

25   _____Las Vegas_____,    _____Nevada_____,    _____89107_____
          (city)                   (state)              (zip code)

26   _____702-655-2346_____,    _____brian@claggettlaw.com_____.
        (area code + telephone number)        (Email address)

27

28                                    4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Brian Blankenship _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

A.H., Plaintiff

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

11522                          brian@claggettlaw.com

Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**ATTACHMENT**

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Florida | 04/16/2003 | 640328 |
| U.S. District Court for the Northern District of Florida | 04/15/2004 | |
| U.S. Court of Appeals for the Fifth Circuit | 04/02/2007 | |
| U.S. District Court for the Southern District of Florida | 05/02/2007 | |
| U.S. Court of Appeals for the Eleventh Circuit | 05/07/2007 | |
| U.S. District Court for the District of New Mexico | 01/31/2017 | |
| U.S. District Court for the Middle District of Florida | 02/22/2018 | |
| U.S. District Court for the Eastern District of Wisconsin | 04/27/2020 | |
| U.S. Court of Appeals for the Ninth Circuit | 06/22/2022 | |
| U.S. Court of Appeals for the Tenth Circuit | 09/20/2023 | |

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MATTHEW D. SCHULTZ

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 16, 2003, is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this MAY 23, 2024.*

*Clerk of the Supreme Court of Florida*