**KEMP JONES, LLP**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (Pro Hac Vice Forthcoming)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
Email: david.sager@us.dlapiper.com

Kyle T. Orne (Pro Hac Vice Forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
Email: dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas and Las Vegas Sands LLC dba The Venetian Las Vegas*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual, | Case No. 2:24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **DEFENDANTS VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC'S NOTICE OF COMPLIANCE WITH MINUTE ORDER (ECF NO. 3)** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a | |

-1-

1610469018

Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive,

        Defendants.

Defendants VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC (together, "Venetian Defendants") hereby submit this Notice of Compliance with Minute Order (ECF No. 3).

1. Venetian Defendants removed this action on June 3, 2024. (ECF No. 1.)

2. On June 5, 2024, this Court issued a Minute Order (ECF No. 3) that, among other things, instructs removing Defendants (Venetian Defendants) to serve a copy of the aforementioned Minute Order on all other parties to the action within 15 days from its issuance.

3. Venetian Defendants submit this Notice of Compliance to inform the Court that as of this filing it has served a copy of the Court's June 5, 2024 Minute Order (ECF No. 3) to all parties to this action whose counsel are known to Venetian Defendants' counsel (*i.e.*, all Wynn Defendants and MGM Defendants).

4. As mentioned in the Joint Motion filed on June 12, 2024, the MGM Defendants are investigating the identity and role of Defendant Ace A Propco, LLC. (ECF No. 9 at ¶ 4).

Dated: June 17, 2024        Respectfully submitted,

          /s/ Michael J. Gavan
        Michael J. Gavan, Esq. (SBN 11135)
        KEMP JONES, LLP
        Wells Fargo Tower, 17th Floor
        3800 Howard Hughes Parkway
        Las Vegas, NV 89169
        T: 702.385.6000 | F: 702.385.6001
        Email: m.gavan@kempjones.com

1610469018

| | |
|---|---|
| 1 | |
| 2 | DLA PIPER LLP (US)<br>David S. Sager (Pro Hac Vice Forthcoming)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>T: 973.520.2550 \| F: 973.520.2551<br>Email: david.sager@us.dlapiper.com |
| 3 | |
| 4 | |
| 5 | Kyle T. Orne (Pro Hac Vice Forthcoming)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>T: 480.606.5100 \| F: 480.606.5101<br>Email: dlaphx@us.dlapiper.com |
| 6 | |
| 7 | |
| 8 | *Attorneys for Defendants Venetian Casino Resort, LLC dba The Venetian Las Vegas and Las Vegas Sands LLC dba The Venetian Las Vegas* |
| 9 | |
| 10 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1610469018

**PROOF OF SERVICE**

I hereby certify that on the 17th day of June, 2024, I served a true and correct copy of the foregoing **DEFENDANTS VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC'S NOTICE OF COMPLIANCE WITH MINUTE ORDER (ECF NO. 3)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

  _/s/ Ali Lott_
  An employee of Kemp Jones, LLP

1610469018