# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

A.H., an Individual.,

    Plaintiff,

v.

Wynn Las Vegas, LLC, et al.,

    Defendants.

Case No.: 2:24-cv-01041-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

<u>Kyle T. Orne</u>, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

<u>DLA Piper LLP (US)</u>
(firm name)

with offices at <u>2525 East Camelback Road, Suite 1000</u>
(street address)

<u>Phoenix</u>, <u>Arizona</u> <u>85016</u>
(city)    (state)    (zip code)

<u>480.606.5172</u>, <u>kyle.orne@us.dlapiper.com</u>
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by <u>Venetian Casino Resort, LLC dba The Venetian Las Vegas and Las Vegas Sands LLC dba The Venetian Las Vegas</u> to provide legal representation in connection with [client(s)] the above-entitled case now pending before this Court.

3. That since <u>October 19, 2015</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Arizona</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Arizona | 10/19/2015 | AZ-032438 |
| USDC, District of Arizona | 08/22/2016 | AZ-032438 |
| USDC, District of Colorado | 03/07/2022 | AZ-032438 |
| U.S. Court of Appeals Sixth Cir. | 11/12/2019 | 8657 |
| U.S. Court of Appeals Ninth Cir. | 01/16/2018 | N/A. |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

2

7. That Petitioner is a member of good standing in the following Bar Associations. Maricopa County Bar Association, Federal Bar Association, and the American Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters:(State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator Denied | Was Application Granted or Denied |
|---|---|---|---|
| 06/03/2024 | *Catelyn H. v. G6 Hospitality, et al.* | USDC-Nevada | Granted |
| 06/03/2024 | *Tyla D. v MGM Resorts, et al.* | USDC-Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3  _____
                                          Petitioner's signature

4
5  STATE OF Arizona          )
                             )
6  COUNTY OF Maricopa        )

7
8  Kyle T. Orne, Petitioner, being first duly sworn, deposes and says:
9  That the foregoing statements are true.

10  _____
                                          Petitioner's signature

11  Subscribed and sworn to before me this
12  17 day of June, 2024.
13  Devona a ~
14  Notary Public or Clerk of Court

*DEVONA A TSOSIE*
*Notary Public - Arizona*
*Maricopa County*
*Commission # 661709*
*My Comm. Expires Feb 10, 2028*

15
16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**
17
18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19  believes it to be in the best interests of the client(s) to designate Michael J. Gayan, (name of local
20  counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before
21  the above-entitled Court as associate resident counsel in this action. The address and email address
22  of said designated Nevada counsel is:

23  Kemp Jones located at Wells Fargo Tower, 3800 Howard Hughes Parkway, 17th Floor
                              (street address)
24  Las Vegas              Nevada                     89169
    (city)                 (state)                    (zip code)
25
26  702.385.6000                      m.gayan@kempjones.com
    (area code + telephone number)    (Email address)
27
28

4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael J. Gayan_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

*Carol Wetzel*
(party's signature)

Venetian Casino Resort, LLC dba The Venetian Las Vegas
(type or print party name, title)

_____
(party's signature)

Las Vegas Sands LLC dba The Venetian Las Vegas
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 11135 | m.gayan@kempjones.com |
| Bar number | Email address |

_____
Designated Resident Nevada Counsel's signature

| Bar number | Email address |

APPROVED:

Dated: this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

5



# Supreme Court
STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **KYLE T. ORNE**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 19, 2015, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  05-22-2024

*Kristina Tuba*

Kristina Tuba
Associate Disciplinary Clerk

COGS411725E5F9F

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-452-3300  (TDD) 602-452-3545

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### KYLE T. ORNE

was on the 19th day of October, 2015 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 28th day of May, 2024.

TRACIE K. LINDEMAN, Clerk

By *Ana Ramirez*
Ana Ramirez
Deputy Clerk III