# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

A.H., an Individual,

    Plaintiff,

v.

Wynn Las Vegas, LLC, et al.,

    Defendants.

Case No.: 2:24-cv-01041-GMN-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    David S. Sager, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

DLA PIPER LLP (US)
(firm name)

with offices at 51 John F. Kennedy Parkway, Suite 120
(street address)

Short Hills,    New Jersey    07078-2704
(city)    (state)    (zip code)

973.520.2570,    david.sager@us.dlapiper.com
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Venetian Casino Resort, LLC dba The Venetian Las Vegas and Las Vegas Sands LLC dba The Venetian Las Vegas to provide legal representation in connection with [client(s)] the above-entitled case now pending before this Court.

3. That since __June 11, 1992__, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __New Jersey__ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of New Jersey | June 11, 1992 | 0077361992 |
| State Bar of New York | October 22, 1996 | 2772994 |
| USDC, District of New Jersey | December 1, 1994 | |
| USDC, Southern District of New York | February 21, 1997 | |
| USDC, Eastern District of New York | August 11, 2001 | |
| USDC, Eastern District of Michigan | February 8, 2023 | |
| US Court of Appeals for the Third Circuit | June 6, 1995 | |
| US Court of Appeals for the Eleventh Circuit | May 22, 2020 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

The American Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters:(State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator Denied | Was Application Granted or Denied |
|---|---|---|---|
| 6/3/2024 | *Catelyn H. v G6 Hospitality, et al.* | USDC – Nevada | Granted |
| 6/3/2024 | *Tyla D. v. MGM Resorts, et al.* | USDC – Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF NEW JERSEY  )
                     )
COUNTY OF ESSEX      )

David S. Sager, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 14th day of June, 2024.

M. Calderon
_____
Notary Public or Clerk of Court

MAJHANANDY J CALDERON
Notary Public - State of New Jersey
My Commission...

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Michael J. Gavan, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Kemp Jones, LLP, 3800 Howard Hughes Parkway, 17th Floor
(street address)

| Las Vegas | Nevada  | 89169      |
|-----------|---------|------------|
| (city)    | (state) | (zip code) |

702.385.6000                    m.gayan@kempjones.com
(area code + telephone number)  (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael J. Gayan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Carol Wetzel*
(party's signature)

Venetian Casino Resort, LLC dba The Venetian Las Vegas
(type or print party name, title)

_____
(party's signature)

Las Vegas Sands LLC dba The Venetian Las Vegas
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11135                        m.gayan@kempjones.com
Bar number                   Email address

_____
Designated Resident Nevada Counsel's signature

_____
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **David S Sager** (No. **007361992**) was constituted and appointed an Attorney at Law of New Jersey on **June 11, 1992** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 23rd day of May, 2024.

Heather J Baker
Clerk of the Supreme Court



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## David Stewart Sager

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 22, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 13, 2024.

*Robert D. Mayberger*

Clerk of the Court

CertID-00179042