Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5275
Fascimile:  (702) 784-5252
Email: ddavis@swlaw.com

Bethany Biesenthal, Esq. (*Pro Hac Vice Forthcoming*)
Allison McQueen, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bbiesenthal@jonesday.com
          amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice Forthcoming*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email: nmperry@jonesday.com

*Attorneys for Defendants Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC and Wynn Resorts, Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an individual, | Case No. 2:24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability | |

1  Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive,

Defendants.

15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wynn Resorts, Limited discloses that it is a Nevada, publicly-traded corporation with its principal place of business in Nevada. No publicly-traded corporation owns 10% or more of its stock. Defendants Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, and Wynn Resorts Holdings, LLC disclose that they are Nevada limited liability companies with their principal place of business in Nevada and disclose that they are wholly owned by Defendant Wynn Resorts, Limited. Pursuant to LR 7.1-1, the undersigned attorney of record also certifies that there are no known interested parties who may have a direct, pecuniary interest in the outcome of the case, other than those parties participating in the case and identified in the Complaint.

Dated: June 18, 2024

SNELL & WILMER L.L.P.

By: */s/ Dawn L. Davis*
Dawn L. Davis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Bethany Biesenthal, Esq. (*PHV Forthcoming*)
Allison McQueen, Esq. (*PHV Forthcoming*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606

Nicole Perry, Esq. (*PHV Forthcoming*)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002

*Attorneys for Defendants Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC and Wynn Resorts, Limited*

# OICERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PARTIES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED June 18, 2024.

/s/ Lyndsey Luxford
An employee of SNELL & WILMER L.L.P.

4855-1548-7689