Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

Ellen E. Dew (pro hac vice forthcoming)
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202
Telephone: 410.580.3000

*Attorneys for Defendants MGM Resorts International;*
*New York New York Hotel & Casino, LLC;*
*Aria Resort & Casino, LLC; CityCenter Land LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| A.H., pseudonymously, | Case No.: 24-cv-01041-GMN-NJK |
|---|---|
| Plaintiff, | |
| v. | |
| WYNN LAS VEGAS LLC, *et al.*, | **NOTICE OF APPEARANCE** |
| Defendants. | |
| Defendants. | |

PLEASE TAKE NOTICE that Robert A. Ryan, Esq. will be appearing as counsel of record for Defendants MGM Resorts International, New York New York Hotel & Casino, LLC, Aria Resort & Casino, LLC, and CityCenter Land, LLC in the above-entitled action.

. . .

. . .

. . .

. . .

. . .

Dated: June 19, 2024.

Respectfully submitted,

By:___/s/ Robert A. Ryan_____
KNIGHT & RYAN PLLC
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax

Ellen E. Dew (*pro hac vice application
forthcoming*)
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for Defendants MGM Resorts
International; New York New York Hotel
& Casino, LLC; Aria Resort & Casino,
LLC; CityCenter Land LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, the foregoing **NOTICE OF APPEARANCE** was filed using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.



      /s/ *Jessica Malone*
An employee of Knight & Ryan