1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # 24-cv-01041-GMN-NJK

A.H., pseudonymously,

          Plaintiff(s),

    vs.

WYNN LAS VEGAS LLC, et al.,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

          Ellen E. Dew         , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

          DLA Piper LLP (US)
             (firm name)

with offices at          650 S. Exeter Street, Suite 1100         ,
                 (street address)

      Baltimore      ,     Maryland     ,  21202  ,
      (city)           (state)       (zip code)

    410-580-4127    ,   ellen.dew@us.dlapiper.com   .
  (area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

MGM, New York New York, Aria, CityCenter  to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____12/18/2008_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Maryland_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC District of Maryland | 1/23/2009 | 28830 |
| USDC District of Colorado | February 19, 2020 | N/A |
| USDC E.D. Michigan | August 6, 2020 | N/A |
| Court of Appeals for the Fourth Circuit | March 31, 2021 | |
| Court of Appeals for the Fifth Circuit | Nov. 11, 2020 | |
| Court of Appeals for the Eleventh Circuit | July 19, 2022 | 811136183 |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association
Maryland State Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | C.C. v. Rashid, et al. | USDC D. Nev. | |
| | Tyla D. v. MGM, et al. | USDC D. Nev. | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                    Petitioner's signature

     STATE OF _____Maryland_____    )
5                                      )
     COUNTY OF _____Baltimore_____  )
6

7    _____Ellen E. Dew_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                                    Petitioner's signature

10   Subscribed and sworn to before me this

11   __7th__ day of ____June____, __2024__

12

13   _____          ┌─────────────────────────────────┐
     Notary Public or Clerk of Court               │        PAULA K. PALMERE          │
14                                                  │  Notary Public - State of Maryland │
                                                    │         Harford County           │
15                                                  │ My Commission Expires Oct 17, 2026 │
                                                    └─────────────────────────────────┘

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
     **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate _____Robert Ryan_____,
19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____8880 W. Sunset Road, Suite 130_____,
                              (street address)
24
     _____Las Vegas_____,    _____Nevada_____,    __89148__,
25          (city)                  (state)            (zip code)

26   _____702-462-6083_____,    _____robert@knightryan.com_____.
     (area code + telephone number)        (Email address)
27

28                                      4                                      Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Robert Ryan_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

MGM Resorts International
(type or print party name, title)

_____
(party's signature)

New York New York, Aria Resorts, CityCenter LLC
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12084          robert@knightryan.com
Bar number          Email address

APPROVED:

Dated: this __20__ day of __June__, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5                                        Rev. 5/16

# Supreme Court of Maryland

## Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of December, 2008,

### *Ellen Elizabeth Dew*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-ninth day of July, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this thirtieth day of May, 2024.

*Gregory Hilton*

_____

Clerk of the Supreme Court of Maryland