Robert A. Ryan, Esq. #12084
robert@knightryan.com
Scott A. Knight, Esq. #9083
scott@knightryan.com
KNIGHT & RYAN
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
Telephone: 702.462.6083

Ellen E. Dew (admitted *Pro Hac Vice*)
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202
Telephone: 410.580.3000

*Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC; and Ace A. Propco, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS LLC, *et al.*,<br><br>Defendants. | Case No.: 24-cv-01041-GMN-NJK<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT, ACE A. PROPCO, LLC** |

PLEASE TAKE NOTICE that Robert A. Ryan, Esq. will be appearing as counsel of record for Defendant, Ace A. Propco, LLC, in the above-referenced matter. Mr. Ryan, in conjunction with Ellen E. Dew, Esq., continues to also represent Defendants, MGM Resorts International, New York New York Hotel & Casino, LLC, Aria Resort & Casino, LLC, and CityCenter Land, LLC in the above-entitled action.

. . .

. . .

…

Dated: July 5, 2024.

Respectfully submitted,

By:   */s/ Robert A. Ryan*
KNIGHT & RYAN PLLC
Robert A. Ryan, Esq. #12084
Scott A. Knight, Esq. #9083
8880 W. Sunset Rd., Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax

Ellen E. Dew (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for Defendants MGM Resorts International; New York New York Hotel & Casino, LLC; Aria Resort & Casino, LLC; CityCenter Land LLC, and Ace A. Propco, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2024, the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT, ACE A. PROPCO, LLC** was filed using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jessica Malone*
　　　　　　　　　　　　　　　　　　　　　An employee of Knight & Ryan

