**KEMP JONES**
Michael J. Gayan (#11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager *(Admitted Pro Hac Vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne *(Admitted Pro Hac Vice)*
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual, | Case No.: 2:24-cv-01041-GMN-NJK |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR VENETIAN CASINO RESORT, LLC AND LAS VEGAS SANDS, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 1-1)** |
| v. | |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited | **(SECOND REQUEST)** |

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1

|   |   |
|---|---|
| 1 | Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive, |
| | Defendants. |

Plaintiff A. H. ("Plaintiff") and Defendants VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC (together, "Venetian Defendants"), by and through their respective counsel of record (collectively, the "Parties"), hereby agree to extend the Venetian Defendants' deadline to respond to Plaintiff's Amended Complaint.

## I.

## STIPULATION

1. WHEREAS, on May 8, 2024, Plaintiff filed the Amended Complaint in the Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1 at 5–110.

2. WHEREAS, on May 16, 2024, Plaintiff served the Amended Complaint on the Venetian Defendants. ECF No. 1-2.

3. WHEREAS, on June 3, 2024, the Venetian Defendants removed this action to this Court. ECF No. 1.

4. WHEREAS, pursuant to the Court's prior order entered on June 13, 2024 (ECF No. 10), the Venetian Defendants' current deadline to respond to the Amended Complaint is July 8, 2024. Since then, lead counsel for the Venetian Defendants have been handling an

arbitration that has taken a substantial amount of time that they had planned to use to complete the necessary work to meet the July 8 deadline.

5.   WHEREAS, Plaintiffs and the Venetian Defendants continue to meet and confer regarding the proper and necessary defendant(s) to be named for Plaintiff's claims related to the Venetian Las Vegas resort hotel and casino. ECF No. 1-1 at 77–85. The Parties desire to complete these discussions and, if successful, submit a Joint Motion to dismiss the Venetian Defendants, add a new Defendant, and amend the caption before the Venetian Defendants and/or their successor responds to the Amended Complaint. This will allow for orderly and streamlined motion practice limited to the proper parties in interest.

6.   WHEREAS, the Parties agree that the Venetian Defendants' deadline to respond to the Amended Complaint shall be extended from the current deadline until **July 15, 2024**.

**IT IS SO STIPULATED.**

DATED this 5th day of July, 2024.                    DATED this 5th day of July, 2024.

| **KEMP JONES, LLP** | **CLAGGETT & SYKES LAW FIRM** |
|---|---|
| /s/ Michael Gayan | /s/ Brian Blankenship |
| Michael J. Gayan, Esq. (#11135) | Sean K. Claggett |
| Wells Fargo Tower, 17th Floor | Brian Blankenship |
| 3800 Howard Hughes Parkway | Scott E. Lundy |
| Las Vegas, NV 89169 | 4101 Meadows Lane, Suite 100 |
| m.gayan@kempjones.com | Las Vegas, NV 89107 |
| | sclaggett@claggettlaw.com |
| **DLA PIPER LLP (US)** | brian@claggettlaw.com |
| David S. Sager *(Admitted Pro Hac Vice)* | scott@claggettlaw.com |
| 51 John F. Kennedy Parkway, Suite 120 | |
| Short Hills, New Jersey 07078 | **LEVIN PAPANTONIO RAFFERTY** |
| david.sager@us.dlapiper.com | Kimberly L. Adams |
| | Matthew D. Schultz |
| Kyle T. Orne *(Admitted Pro Hac Vice)* | 316 South Baylen Street |
| 2525 East Camelback Road, Suite 1000 | Pensacola, FL 32502 |
| Phoenix, AZ 85016 | kadams@levinlaw.com |
| dlaphx@us.dlapiper.com | mschultz@levinlaw.com |
| *Attorneys for Defendants Venetian Casino Resort, LLC and Las Vegas Sands LLC* | *Attorneys for Plaintiff* |

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

## II.

## ORDER

Based on the foregoing Stipulation by Plaintiff and the Venetian Defendants, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Defendants VENETIAN CASINO RESORT, LLC and LAS VEGAS SANDS, LLC to respond to Plaintiff's Amended Complaint is hereby extended until **July 15, 2024**.

**IT IS SO ORDERED.**

DATED this 5th day of July, 2024.

_____

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com