Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
       ddavis@swlaw.com

Bethany Biesenthal, Esq. *(Pro Hac Vice)*
Allison McQueen, Esq. *(Pro Hac Vice)*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
       amcqueen@jonesday.com

Nicole Perry, Esq. *(Pro Hac Vice)*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Attorneys for Defendants
*Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, and Wynn Resorts, Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., individually,<br><br>            Plaintiff,<br><br>      v.<br><br>Wynn Las Vegas, LLC, *et al.*,<br><br>            Defendants. | Case No. 2:24-cv-01041<br><br>**JOINT INITIAL STATUS REPORT REGARDING REMOVED ACTION** |

1    In accordance with the Court's June 5, 2024 Minute Order (ECF No. 3), Plaintiff A.H. and Defendants Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, Wynn Resorts, Limited, Venetian Casino Resort, LLC, Las Vegas Sands, LLC, Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, MGM Resorts International, New York-New York Hotel & Casino, LLC, CityCenter Land, LLC, and Ace A Propco LLC (collectively the "Parties") hereby submit the following joint status report in the above-captioned matter.

**I.    Status of this action, including a list of any pending motions and/or other matters that require the attention of the court.**

   *A.    Status of Consent to Removal to the U.S. District Court for the District of Nevada.*

   On June 3, 2024, Defendants Venetian Casino Resort, LLC and Las Vegas Sands, LLC (together the "Venetian Defendants") timely removed all of Plaintiff's claims to this Court pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446.  The removal was joined by Defendants Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, Wynn Resorts, Limited, Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, MGM Resorts International, New York-New York Hotel & Casino, LLC, and CityCenter Land, LLC.  Defendant Ace A Propco LLC, through undersigned counsel, also confirms its consent to removal of this action to this Court.

   In accordance with the Court's June 5, 2024 minute order (ECF No. 3), the Venetian Defendants filed the Statement Regarding Removal on June 20, 2024 (ECF No. 29).

   *B.    Status of Defendants' Responsive Pleadings.*

   On June 13, 2024, the Venetian Defendants filed an Amended Joint Motion to Extend Deadline for Certain Defendants to Respond to Plaintiff's Amended Complaint, including Defendants Venetian Casino Resort, LLC, Las Vegas Sands, LLC, Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, Wynn Resorts, Limited, Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, MGM Resorts International, New York-New York Hotel & Casino, LLC, and

CityCenter Land, LLC (together "Certain Defendants") (ECF No. 9). That motion was granted on June 13, 2024, allowing Certain Defendants until July 8, 2024 to respond to Plaintiff's Complaint (ECF No. 10).

**II.    Include a statement of action required to be taken by this court.**

No immediate action is required to be taken by the Court at this time. The Parties respectfully request that the Court rule on any motions to dismiss that may be filed in response to the Complaint after briefing is complete.

Dated: July 5, 2024                                      Respectfully submitted,


By: */s/ Scott E. Lundy*
Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 655-2346
Facsimile: (702) 655-3763
Email: sclaggett@claggettlaw.com
           brian@claggettlaw.com

Kimberly L. Adams, Esq. (*Pro Hac Vice*)
Matthew D. Schultz, Esq. (*Pro Hac Vice*)
LEVIN PAPANTONIO RAFFERTY
316 South Baylen Street
Pensacola, FL 32502
Telephone: (850) 435-7056
Facsimile: (850) 435-7056
Email: kadams@levinlaw.com
           mschultz@levinlaw.com

Attorneys for Plaintiff *A.H.*


By: */s/ Nicole M. Perry*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636

|   |   |
|---|---|
| 1 | Dawn Davis, Esq. |
| 2 | Nevada Bar No. 13329<br>SNELL & WILMER |
| 3 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 |
| 4 | Telephone: (702) 784-5275<br>Facsimile: (702) 784-5252 |
| 5 | Email: pbyrne@swlaw.com<br>         ddavis@swlaw.com |

Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
         amcqueen@jonesday.com

Nicole Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Attorneys for Defendants
*Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, and Wynn Resorts, Limited*


By: */s/ Ellen Dew*
Robert A. Ryan, Esq.
Nevada Bar No. 12084
KNIGHT & RYAN PLLC
8880 W. Sunset Road, Suite 130
Las Vegas, NV 89148
Telephone: (702) 462-6083
Email: robert@knightryan.com

Angela C. Agrusa, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
2000 Avenue of the Stars
North Tower, Suite 400
Los Angeles, CA 90067
Telephone: (310) 500-3591
Facsimile: (310) 595-3361

Email: angela.agrusa@us.dlapiper.com

Ellen Dew, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
Telephone: (410) 580-4127
Facsimile: (410) 580-3127
Email: ellen.dew@us.dlapiper.com

Attorneys for Defendants
*Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, MGM Resorts International, New York-New York Hotel & Casino, LLC, CityCenter Land, LLC, and Ace A PropCo LLC*


By: */s/ Michael J. Gayan*
Michael J. Gayan, Esq.
Nevada Bar No. 11135
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: mjg@kempjones.com

David Sager, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
Telephone: (973) 520-2570
Email: david.sager@dlapiper.com

Kyle T. Orne, Esq. (*Pro Hac Vice*)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Telephone: (480) 606-5172
Facsimile: (480) 606-5527
Email: kyle.orne@dlapiper.com

Attorneys for Defendants
*Venetian Casino Resort, LLC and Las Vegas Sands, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      /s/ *Nicole M. Perry*
      Nicole M. Perry

Attorney for Defendants
*Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, and Wynn Resorts, Limited*