Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Scott E. Lundy, Esq.
Nevada Bar No. 14235
Kevin T. Strong, Esq.
Nevada Bar No. 12107
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
brian@claggettlaw.com
scott@claggettlaw.com

Kimberly L. Adams, Esq., (*pro hac* forthcoming)
Matthew D. Schultz, Esq. (*pro hac* forthcoming)
LEVIN PAPANTONIO RAFFERTY
316 South Baylen Street
Pensacola, Florida 32502
(850) 435-7000 – Telephone
kadams@levinlaw.com
mschultz@levinlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual, | Case No. 2:24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINES FOR PLAINTIFF TO FILE HER OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS (ECF NO(S) 41, 42, 43)** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; WYNN LAS VEGAS HOLDINGS, LLC, a Nevada Limited Liability Company; WYNN AMERICA GROUP, LLC, a Nevada Limited Liability Company; WYNN RESORTS FINANCE, LLC, a Nevada Limited Liability Company; WYNN RESORTS HOLDINGS, LLC, a | **(FIRST REQUEST)** |

|   |   |
|---|---|
| 1 | Nevada Limited Liability Company; WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX, inclusive, |


1  Nevada Limited Liability Company;
2  WYNN RESORTS, LIMITED, a Nevada Corporation; ARIA RESORT &
3  CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT &
4  CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM
5  RESORTS INTERNATIONAL, a Delaware Corporation; VENETIAN
6  CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS, a Nevada
7  Limited Liability Company; LAS VEGAS SANDS, LLC d/b/a THE
8  VENETIAN LAS VEGAS, a Nevada Limited Liability Company; NEW
9  YORK-NEW YORK HOTEL & CASINO, LLC d/b/a NEW YORK-NEW YORK HOTEL AND CASINO, a
10 Nevada Limited Liability Company; CITYCENTER LAND, LLC, a Nevada
11 Limited Liability Company; ACE A PROPCO LLC, a Delaware Limited
12 Liability Company; DOES I-X; ROE BUSINESS ENTITIES XI-XX,
13 inclusive,

14                Defendants.

15  Plaintiff A.H., through her counsel of record, and Defendants Aria Resort

16 & Casino Holdings, LLC, Aria Resort & Casino, LLC, CityCenter Land, LLC,

17 MGM Resorts International, New York New York Hotel & Casino, LLC, Wynn

18 America Group, LLC, Wynn Las Vegas Holdings, LLC, Wynn Las Vegas, LLC,

19 Wynn Resorts Finance, LLC, Wynn Resorts Holding, LLC, Wynn Resorts Limited,

20 and Venetian Gaming Las Vegas LLC, through their respective counsel of record,

21 hereby stipulate and agree that Plaintiff shall have a two-week extension, to file

22 her Oppositions to pending Motions to Dismiss (ECF No(s) 41, 42, and 43). To

23 accommodate the extension, the Parties agree that Defendants will have an

24

- 2 -

additional 1-week extension to file their respective Reply Briefs. Pursuant to LR IA 6-1, this is the first request to extend the deadline to file an opposition to Defendants' Motions. The extension is requested due to conflicts in Plaintiff counsel's schedule, including pending deadlines for motions in limine due in Nevada State Court, Case No(s) A-22-851350-C and 22-10DC-00072. The request is not sought for purposes of delay and will not result in prejudice to the parties of the Court.

## STIPULATION

Therefore, the Parties hereby stipulate to the following:

1. Plaintiff's deadline to file an opposition to Defendants Aria Resort & Casino Holdings, LLC, Aria Resort & Casino, LLC, CityCenter Land, LLC, MGM Resorts International, New York New York Hotel & Casino, LLC.'s Motion to Dismiss (ECF No. 41) shall be extended to August 5, 2024; and

2. Plaintiff's deadline to file an opposition to Wynn America Group, LLC, Wynn Las Vegas Holdings, LLC, Wynn Las Vegas, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holding, LLC, Wynn Resorts Limited's Motion to Dismiss (ECF No. 42) shall be extended to August 5, 2024;

3. Plaintiff's deadline to file an opposition to Defendant Venetian Gaming Las Vegas LLC's Motion to Dismiss (ECF No. 43) shall be extended to August 12, 2024.

/ / /

/ / /

4. Defendants will have an additional 1-week extension to file their respective Reply Briefs.

| DATED: July 19, 2024. | DATED: July 19, 2024. |
|---|---|
| CLAGGETT & SYKES LAW FIRM | |
| */s/ Brian Blankenship* | */s/ Ellen E. Dew* |
| Brian Blankenship, Esq.<br>Nevada Bar No. 11522<br>*Attorneys for Plaintiff*<br><br>and<br><br>LEVIN PAPANTONIO RAFFERTY<br><br>Kimberly L. Adams, Esq., (pro hac forthcoming)<br>Matthew D. Schultz, Esq. (pro hac forthcoming)<br>*Attorneys for Plaintiff* | Ellen E. Dew (admitted pro hac vice)<br><br>and<br><br>KNIGHT & RYAN PLLC<br><br>Robert A. Ryan, Esq.<br>Nevada Bar No. 12084<br>Scott A. Knight, Esq.<br>Nevada Bar No. 9083<br><br>and<br><br>DLA Piper LLP (US).<br><br>Angela C. Agrusa (pro hac vice forthcoming)<br>*Attorneys for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; MGM Resorts International; New York New York Hotel & Casino, LLC; CityCenter Land, LLC; and Ace A PropCo LLC* |
| DATED: July 19, 2024. | DATED: July 19, 2024. |
| JONES DAY | KEMP JONES |
| */s/ Nicole M. Perry* | */s/ Michael J. Gayan* |
| Nicole M. Perry, Esq. (Pro Hac Vice)<br><br>*and* | Michael J. Gayan<br>Nevada Bar No.: 11135<br><br>*and* |

- 4 -

| | |
|---|---|
| SNELL & WILMER<br><br>Patrick G. Byrne, Esq.<br>Nevada Bar No. 7636<br>Dawn Davis, Esq.<br>Nevada Bar No. 13329<br><br>*and*<br><br>JONES DAY<br><br>Bethany K. Biesenthal, Esq. *(Pro Hac Vice)*<br>Allison L. McQueen, Esq. *(Pro Hac Vice)*<br>*Wynn Las Vegas, LLC, Wynn Las Vegas Holdings, LLC, Wynn America Group, LLC, Wynn Resorts Finance, LLC, Wynn Resorts Holdings, LLC, and Wynn Resorts, Limited* | DLA PIPER LLP (US)<br><br>David S. Sager (admitted pro hac vice)<br><br>*and*<br><br>Kyle T. Orne (admitted pro hac vice)<br>*Attorneys for Defendant Venetian Gaming Las Vegas LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 22, 2024

- 5 -