# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

A.H.,

    Plaintiff(s),

v.

WYNN LAS VEGAS, LLC, et al.,

    Defendant(s).

Case No. 2:24-cv-01041-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).[1] A joint discovery plan must be filed by September 6, 2024.

IT IS SO ORDERED.

Dated: August 23, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Although Defendants filed motions to dismiss, "[t]he Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).

1