# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

A.H.,

    Plaintiff,

v.

WYNN LAS VEGAS, LLC, *et al.*,

    Defendants.

Case No. 2:24-cv-01041-GMN-NJK

**Order**

[Docket No. 63]

    Pending before the Court is a stipulated confidentiality agreement and protective order. Docket No. 63.

    The parties submit that they were unable to reach consensus on certain provisions in the confidentiality order regarding Plaintiff's identity. Docket No. 63 at 2, n.1. As a result, the parties submit that Plaintiff will file a motion seeking Court approval of her proposed confidentiality agreement, and Defendants will respond to Plaintiff's motion. *Id*. Protective orders are fairly routine and almost never require Court intervention. The parties must make every effort to resolve any differences regarding the protective order among themselves.

    Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and protective order. Docket No. 63. Further, the Court **ORDERS** the parties to meet and confer, no later than October 7, 2024, regarding a protective order that can be entered in this case, including provisions regarding Plaintiff's identity. The Court further **ORDERS** that the parties must file a proposed protective order for the Court's review no later than October 14, 2024. To the extent the parties continue to disagree, they must submit (no later than October 14, 2024) a joint filing: (1) attaching their competing protective orders; and (2) providing any legal authority and/or argument they deem necessary to enable the Court to decide the issues.

    IT IS SO ORDERED.

    Dated: September 30, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge