**KEMP JONES**
Michael J. Gayan
Nevada Bar No.: 11135
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (admitted *pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants Las Vegas Sands,*
*LLC and Venetian Casino Resort, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual, | Case No. 2:24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **JOINT MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al.*, | |
| Defendants. | |

Plaintiff A.H. ("Plaintiff"), by and through her counsel of record, Defendants LAS VEGAS SANDS, LLC d/b/a THE VENETIAN LAS VEGAS ("Defendant Sands") and VENETIAN CASINO RESORT, LLC, d/b/a THE VENETIAN LAS VEGAS ("Defendant Venetian Resort") by and through their counsel of record, (collectively, the "Parties"), hereby stipulate and agree as follows:

/ / /

# I.

## STIPULATION

1.  Plaintiff filed the Complaint in Nevada's state court (A-24-888768-C) on March 8, 2024, naming Defendant Sands and Defendant Venetian Resort as defendants. Thereafter, the action was removed to this Court.

2.  The Parties agree to dismiss Defendant Sands and Defendant Venetian Resort without prejudice.

3.  The Parties agree to add VENETIAN LAS VEGAS GAMING, LLC as a defendant in place of Defendant Sands and Defendant Venetian Resort. Counsel for Defendant Sands and Defendant Venetian Resort also represents VENETIAN LAS VEGAS GAMING, LLC.

4.  The Parties agree the case caption shall be updated to reflect the dismissal of Defendant Sands and Defendant Venetian Resort and the addition of VENETIAN LAS VEGAS GAMING, LLC.

5.  The Parties further agree that Plaintiff may, at her election, amend the Complaint pursuant to FRCP 15(a)(2) for the sole purpose of adding VENETIAN LAS VEGAS GAMING, LLC as a defendant in place of Defendant Sands and Defendant Venetian Resort.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 25th day of October, 2024.

**KEMP JONES LLP**



/s/ Michael J. Gayan
Michael J. Gayan, Esq., SBN 11135
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 86169

**DLA PIPER LLP (US)**
David S. Sager (*Pro Hac Vice pending*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (*Pro Hac Vice pending*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016

*Attorneys for Defendants Las Vegas Sands, LLC and Venetian Casino Resort, LLC*

DATED this 25th day of October, 2024.

**CLAGGETT & SYKES LAW FIRM**



/s/ Kevin T. Strong
Sean K. Claggett, Esq., SBN 8407
Brian Blankenship, Esq., SBN 11522
Kevin T. Strong, Esq., SBN 12107
Scott E. Lundy, Esq., SBN 14235
8335 West Flamingo Road
Las Vegas, Nevada 89147

**LEVIN PAPANTONIO**
Kimberly L. Adams, Esq., (*pro hac vice*)
Matthew D. Schultz, Esq. (*pro hac vice*)
316 South Baylen Street
Pensacola, Florida 32502

*Attorneys for Plaintiff A.H.*

## II.

## ORDER

Based on the foregoing stipulation by the Parties, and for other good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to dismiss Defendant Sands and Defendant Venetian Resort without prejudice and add VENETIAN LAS VEGAS GAMING, LLC is **GRANTED**.

**IT IS FURTHER ORDERED** that the caption in this matter shall be updated to reflect that VENETIAN LAS VEGAS GAMING, LLC is a Defendant and that Defendant Sands and Defendant Venetian Resort are no longer a parties to this action.

**IT IS FURTHER ORDERED** that Plaintiff may amend her Complaint pursuant to FRCP 15(a)(2), providing the amendment is for sole purpose of substituting VENETIAN LAS VEGAS GAMING, LLC in place of Defendant Sands and Defendant Venetian Resort as a Defendant in this matter.

Dated this 28 day of October, 2024.

_____

Gloria M. Navarro
United States District Court

1