# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.H.,<br><br>       Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, *et al.*,<br><br>       Defendants. | Case No.: 2:24-cv-1041-GMN-NJK<br><br>**Order**<br><br>[Docket No. 74] |

Pending before the Court is the parties' stipulation to extend Defendant Wynn Las Vegas, LLC's and Defendant Wynn Resorts, Limited's time to respond to Plaintiff's first amended complaint, Docket No. 74, which is **GRANTED**.

Accordingly, Defendant Wynn Las Vegas, LLC's and Defendant Wynn Resorts, Limited's deadline to respond is extended to January 27, 2025.

IT IS SO ORDERED.

Dated: January 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge