KNIGHT & RYAN PLLC
Robert A. Ryan, #12084
Scott A. Knight, #9083
8880 W. Sunset Road. Ste. 130
Las Vegas, Nevada 89148
(702) 462-6083
(702) 462-6084 fax
robert@knightryan.com
scott@knightryan.com

DLA Piper LLP (US).
Angela C. Agrusa (*pro hac vice* forthcoming)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704
(310) 595-3000
(310) 595-3300 fax

Ellen E. Dew (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for Defendants Aria Resort & Casino, LLC;*
*Aria Resort & Casino Holdings, LLC; MGM Resorts International;*
*New York New York Hotel & Casino, LLC;*
*CityCenter Land, LLC; and Ace A PropCo LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **A.H., an Individual,** | Case No. 24-cv-1041-GMN-NJK |
| Plaintiff, | **ORDER TO EXTEND DEFENDANTS' ARIA RESORT & CASINO, LLC; ARIA RESORT & CASINO HOLDINGS, LLC; MGM RESORTS INTERNATIONAL; NEW YORK NEW YORK HOTEL & CASINO, LLC; CITYCENTER LAND, LLC; AND ACE A PROPCO LLC DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| **WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company,** *et al.*, | |
| Defendants. | |
| | **(FIRST REQUEST)** |

1    Plaintiff A.H. and Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; MGM Resorts International; New York New York Hotel & Casino LLC; CityCenter Land, LLC; and Ace A PropCo LLC (collectively, the "MGM Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

On July 8, 2024, Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; MGM Resorts International; New York New York Hotel & Casino LLC; CityCenter Land, LLC; and Ace A PropCo LLC; filed their motion to dismiss Plaintiff's amended complaint. (ECF No. 41). Plaintiff timely filed her opposition (ECF No. 46), and the MGM Parties timely filed their reply. (ECF No. 53).

On December 30, 2024, this Court granted in part and denied in part the MGM Parties' Motion to Dismiss, dismissing the state law claims without prejudice, but denying the MGM Parties' motion with respect to Plaintiff's TVPRA claims. (ECF No. 72).

Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the MGM Parties' response to Plaintiff's Amended Complaint would now be due on January 13, 2025. Since the ruling on the MGM Parties' Motion to Dismiss was entered in between the Christmas and New Year holidays, the MGM Parties need additional time to review the Order and respond to the Plaintiff's First Amended Complaint in light of the rulings made by this Court. The Plaintiff has agreed to the requested extension.

As such, the Plaintiff and the MGM Parties stipulate that the MGM Parties' response to the First Amended Complaint shall be extended for fourteen (14) days, making the MGM Parties' response due by January 27, 2025.

…

…

…

IT IS SO ORDERED.  
Dated: January 13, 2025

Nancy J. Koppe  
United States Magistrate Judge

1