**KEMP JONES**
Michael J. Gayan
Nevada Bar No.: 11135
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (*admitted pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (*admitted pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al*.,<br><br>Defendants. | Case No. 24-cv-01041-GMN-NJK<br><br>**ORDER TO EXTEND DEFENDANT VENETIAN LAS VEGAS GAMING, LLC'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

     Plaintiff A.H. and Defendant Venetian Las Vegas Gaming, LLC ("Venetian") by and through their respective counsel of record, hereby agree to extend Venetian's deadline to response to Plaintiff's Amended Complaint and stipulate as follows:

     On July 15, 2024, 2024 Defendant Venetian Las Vegas Gaming, LLC filed its motion to dismiss Plaintiff's amended complaint (ECF 43). Plaintiff timely filed her opposition

(ECF No. 46) and Venetian timely filed its reply (ECF No. 55).

On December 30, 2024, this Court granted in part and denied in part Venetian's Motion to Dismiss, dismissing the state law claims without prejudice, but denying Venetian's motion with respect to Plaintiff's TVPRA claims (ECF. No. 72).

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Venetian's response to Plaintiff's Amended Complaint would be due on January 13, 2025. Since the ruling on Venetian's Motion to Dismiss was entered in between the Christmas and New Year holidays, Venetian needs additional time to review the Order and respond to Plaintiff's Amended Complaint in light of the rulings made by this Court. The Plaintiff has agreed to the requested extension.

As such, Plaintiff and Venetian stipulate that Venetian's response to the Amended Complaint shall be extended by fourteen (14) days, making Venetian's response due by January 27, 2025.

IT IS SO STIPULATED.

/ / /

/ / /   IT IS SO ORDERED.                          Nancy J. Koppe
        Dated: January 14, 2025                    United States Magistrate Judge

/ / /

2