**KEMP JONES, LLP**
Nathanael R. Rulis (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager *(Admitted pro hac vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T.: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne *(Admitted pro hac vice)*
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
T.: 480.606.5100 | F: 480.606.5101
kyle.orne@us.dlapiper.com

*Attorneys for Defendant Venetian Las
Vegas Gaming, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual, | Case No. 24-cv-01041-GMN-NJK |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al*., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Michael J. Gayan, Esq. has disassociated from Kemp Jones, LLP. Mr. Gayan is no longer associated as counsel for Defendant Venetian Gaming, LLC and current counsel is respectfully requesting that Mr. Gayan be removed from the service list for this matter.

1

1    Plaintiff continues to be represented by Nathanael R. Rulis, Esq. at Kemp Jones, LLP and

2  David S. Sager, Esq., and Kyle T. Orne, Esq. at DLA PIPER LLP (US).

3    DATED this 31st day of January, 2025.

4                                    Respectfully submitted,

5                                    **KEMP JONES, LLP**

6

7    By:*/s/ Nathanael R. Rulis*
          Nathanael R. Rulis, Esq. (#11259)
8         3800 Howard Hughes Parkway, 17th Floor
          Las Vegas, Nevada 89169

9

10        **DLA PIPER LLP (US)**
          David S. Sager *(Admitted pro hac vice)*
11        51 John F. Kennedy Parkway, Suite 120
          Short Hills, New Jersey 070798-2704

12
          Kyle T. Orne *(Admitted pro hac vice)*
13        2525 East Camelback Road, Suite 1000
          Phoenix, Arizona 85016

14

15        *Attorneys for Defendant Venetian Las Vegas*
          *Gaming, LLC*

16

17

18

19                                    **IT IS SO ORDERED:**

20

21

22                                    UNITED STATES MAGISTRATE JUDGE

23

24                                    Dated: February 3, 2025

25

26

27

28

2