# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.H.,<br><br>   Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, *et al.*,<br><br>   Defendants. | Case No. 2:24-cv-01041-GMN-NJK<br><br>**Order**<br><br>[Docket No. 92] |

On February 26, 2025, Plaintiff filed a notice of substitution of attorneys. Docket No. 91. As it contained Plaintiff's personal identifying information, the Court sealed the notice. *See* Docket. Plaintiff now seeks to strike the notice "permanently from the Court's docket in order to preserve confidentiality over [her] identity. Docket No. 92 at 3. Since the notice is sealed, the Court **DENIES** Plaintiff's motion as moot. Docket No. 92.

Further, Plaintiff is **ORDERED** to file her substitution of attorneys without her identifying information by March 7, 2025.

IT IS SO ORDERED.

Dated: March 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1