# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.H.,<br>       Plaintiff,<br>v.<br>WYNN LAS VEGAS, LLC, *et al.*,<br>       Defendants. | Case No. 2:24-cv-01041-GMN-NJK<br>**Order**<br>[Docket No. 94] |

On March 4, 2025, Plaintiff filed a notice of substitution of attorneys. Docket No. 94. This filing contains Plaintiff's personal identifying information above her signature line. *See id*. at 2. Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 94.

Further, Plaintiff must file a stipulation to substitute attorneys, not a notice.[1] *See* Local Rule IA 11-6(c). Plaintiff is **ORDERED** to file her stipulation to substitute attorneys without her identifying information by March 7, 2025.

IT IS SO ORDERED.

Dated: March 5, 2025

                                                              Nancy J. Koppe
United States Magistrate Judge

---

[1] In violation of Local Rule IA 6-2, Plaintiff includes the undersigned's signature block on a separate page.