**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

A.H., an Individual,

    Plaintiff(s),

vs.

WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, et al.

    Defendant(s).

Case # 2:24-cv-1041

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Alexa Pauline Ain, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

DLA Piper LLP (US)
(firm name)

with offices at 650 S. Exeter Street, Suite 1100,
(street address)

Baltimore, Maryland, 21202,
(city) (state) (zip code)

(410) 580-4033, alexa.ain@us.dlapiper.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by MGMRI, Aria Resort & Casino, LLC, New York New York Hotel & Casino, CityCenter LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 14, 2021 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Maryland (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC for the District of Maryland | 2/2023 | 30563 |
| Fourth Circuit | 1/2025 | |
| Supreme Court of Maryland | 12/2021 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
none
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
Federal Bar Association
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Maryland )
)
COUNTY OF Baltimore City )

_____Alexa Pauline Ain_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__9th__ day of __July__, __2025__.

_____
Notary Public or Clerk of Court

TERESA ANN DUNN
Notary Public - State of Maryland
Baltimore County
My Commission Expires Feb 21, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Robert A. Ryan, Esq.__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

8880 W. Sunset Rd., Suite 130
(street address)

Las Vegas, Nevada, 89148
(city)    (state)   (zip code)

702-462-6083, robert@knightryan.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Robert A. Ryan, Esq.__ as his/her/their Designated Resident Nevada Counsel in this case.

_(signature)_
(party's signature)

MGM Resorts Int'l, New York New York Hotel & Casino, Aria Resorts & Casino, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_(signature)_
Designated Resident Nevada Counsel's signature

12084                    robert@knightryan.com
Bar number               Email address

APPROVED:

Dated: this __9__ day of __July__, 20__25__.

_(signature)_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fourteenth day of December, 2021,

### *Alexa Pauline Ain*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the sixth day of September, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this eighth day of July, 2025.

_____
Clerk of the Supreme Court of Maryland