Michael C. Kane, Esq. (NBN 10096)
Bradley J. Myers, Esq. (NBN 8857)
Joel S. Hengstler, Esq. (NBN 11597)
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Email: mckteam@the702firm.com

Kimberly L. Adams, *Pro Hac Vice*
Matthew D. Schultz, *Pro Hac Vice*
LEVIN PAPANTONIO
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Email: kadams@levinlaw.com
           mschultz@levinlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al.*,<br><br>    Defendants. | Case No. 24-cv-1041-GMN-NJK<br><br>**ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO THE WYNN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1    Plaintiff A.H. and Defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited
2 ("Wynn"), by and through their respective counsel of record, hereby agree and stipulate as follows:
3    On October 3, 2025, Wynn filed its Motion for Summary Judgment ("MSJ") in this action
4 (ECF No. 116).
5    Pursuant to Local Rule 7-2(b), Plaintiff's deadline to respond to Wynn's MSJ is 21 days
6 after service, or October 24, 2025. Plaintiff has requested an additional 14 days to review Wynn's
7 MSJ and draft her response. This extension of time is stipulated because Plaintiff's counsel,
8 Michael Kane, has 15 depositions, multiple court hearings, and a mediation in the next 10 days.
9 Wynn has agreed to the requested extension.
10    As such, Plaintiff and Wynn stipulate that Plaintiff's deadline for responding to Wynn's MSJ
11 be extended by 14 days to November 7, 2025. Pursuant to Local Rule 7-2(b), Wynn's deadline to
12 reply in support of its MSJ will be 14 days after service of Plaintiff's response.
13    IT IS SO STIPULATED.

Dated: October 14, 2025                                        Respectfully submitted,

/s/ Nicole M. Perry                                            /s/ Matthew D. Schultz
Nicole M. Perry, *Pro Hac Vice*                                Michael C. Kane, Esq. (NBN 10096)
JONES DAY                                                      Bradley J. Myers, Esq. (NBN 8857)
717 Texas Street, Suite 3300                                   Joel S. Hengstler, Esq. (NBN 11597)
Houston, TX 77002                                              THE702FIRM INJURY ATTORNEYS
Telephone: (832) 239-3939                                      8335 West Flamingo Road
Facsimile: (832) 239-3600                                      Las Vegas, Nevada 89147
Email: nmperry@jonesday.com                                    Telephone: (702) 776-3333
                                                               Email: mckteam@the702firm.com
Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*                             Kimberly L. Adams, *Pro Hac Vice*
JONES DAY                                                      Matthew D. Schultz, *Pro Hac Vice*
110 North Wacker Drive, Suite 4800                             LEVIN PAPANTONIO
Chicago, IL 60606                                              316 South Baylen Street, Suite 600
Telephone: (312) 782-3939                                      Pensacola, Florida 32502
Facsimile: (312) 782-8585                                      Telephone: (850) 435-7000
Email: bbiesenthal@jonesday.com                                Email: kadams@levinlaw.com
       amcqueen@jonesday.com                                          mschultz@levinlaw.com

                                                               *Attorneys for Plaintiff*

,

Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
　　　　ddavis@swlaw.com

*Attorneys for Defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited*

**IT IS SO ORDERED.**

Plaintiff's deadline for responding to Wynn's MSJ be extended by 14 days to November 7, 2025. Pursuant to Local Rule 7-2(b), Wynn's deadline to reply in support of its MSJ will be 14 days after service of Plaintiff's response.

Dated this __14__ day of October, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

- 3 -