1  Michael C. Kane (NBN 10096)
   Bradley J. Myers (NBN 8857)
2  Joel S. Hengstler (NBN 11597)
   THE702FIRM INJURY ATTORNEYS
3  8335 West Flamingo Road
   Las Vegas, Nevada 89147
4  Telephone: (702) 776-3333
   Email: mckteam@the702firm.com
5
   Kimberly L. Adams, *Pro Hac Vice*
6  Matthew D. Schultz, *Pro Hac Vice*
   LEVIN PAPANTONIO
7  316 South Baylen Street, Suite 600
   Pensacola, Florida 32502
8  Telephone: (850) 435-7000
   Email: kadams@levinlaw.com
9          mschultz@levinlaw.com

10 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **A.H.**, individually, | Case No. **2:24-cv-01041** |
| **Plaintiff**, | |
| v. | **ORDER DISMISSING CLAIMS AGAINST WYNN RESORTS, LIMITED** |
| **Wynn Las Vegas, LLC**, *et al.*, | |
| **Defendants**. | |

Plaintiff A.H. and Defendants Wynn Las Vegas, LLC and Wynn Resorts, Limited, by and through their respective undersigned counsel, file this Stipulation and Order Regarding Voluntary Dismissal without prejudice of Plaintiff's claims in this action against Wynn Resorts, Limited only. Plaintiff enters this stipulation based on Wynn's statements in Exhibit A to its Motion to Dismiss (Declaration of Eric Aldrian) (ECF No. 42-1) and Exhibit A to its Motion for Summary Judgment (Declaration of Todd Fasulo) (ECF No. 116-1). Each party shall bear its own fees and costs.

Dated: October 27, 2025                                   Respectfully submitted,

/s/ Matthew D. Schultz
Michael C. Kane (NBN 10096)
Bradley J. Myers (NBN 8857)
Joel S. Hengstler (NBN 11597)
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Email: mckteam@the702firm.com

Kimberly L. Adams, *Pro Hac Vice*
Matthew D. Schultz, *Pro Hac Vice*
LEVIN PAPANTONIO
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Email: kadams@levinlaw.com
        mschultz@levinlaw.com

*Attorneys for Plaintiff*

/s/ Nicole M. Perry
Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com

Bethany K. Biesenthal, *Pro Hac Vice*
Allison L. McQueen, *Pro Hac Vice*
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: bbiesenthal@jonesday.com
        amcqueen@jonesday.com

Patrick G. Byrne (NBN 7636)
Dawn Davis (NBN 13329)
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5275
Facsimile: (702) 784-5252

*Attorneys for Wynn Las Vegas, LLC and Wynn Resorts, Limited*

**IT IS HEREBY ORDERED** that all claims against Defendant Wynn Resorts, Limited are voluntarily dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this __27__ day of October, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court