# EXHIBIT 2

# To Be Filed Under Seal

CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEVADA
 3
 4    A.H., an individual,            )
                                      )
 5         Plaintiff,                 )
                                      )
 6       vs.                          )CASE NO.
                                      )2:25:CV-01041-GMN-NJK
 7    WYNN, et al.,                   )
                                      )
 8         Defendants.                )
      _____ )
 9
10
11
12
13
14                 CONFIDENTIAL
15              VIDEO DEPOSITION
16                     OF
17                    A.H.
18
              LAS VEGAS, NEVADA
19
            WEDNESDAY, JULY 23, 2025
20
21
22
23
24    REPORTED BY:  DONNA E. MIZE, CCR NO. 675, CSR 11008
25    JOB NO: 7467849; Nevada Firm Lic #053F
```

Page 1

CONFIDENTIAL

```
1              DEPOSITION OF A.H. taken at 3800 Howard Hughes
2       Parkway, Las Vegas, Nevada, on Wednesday, July 23,
3       2025, at 9:05 a.m., before Donna E. Mize, Certified
4       Court Reporter, in and for the State of Nevada.
5
6
7       APPEARANCES
8
9       For Plaintiff:
10                      MATTHEW SCHULTZ, ESQ.
                        KIMBERLY ADAMS, ESQ.(via Zoom)
11                      Levin Papantonio Rafferty
                        316 South Baylen Street
12                      Pensacola, Florida  32502
                        mschultz@levinlaw.com
13
14
                        MICHAEL KANE, ESQ.
15                      The702Firm
                        8335 West Flamingo Road
16                      Las Vegas, Nevada  89147
                        mckteam@the702firm.com
17
18      For MGM, New York-New York, Aria, City Center:
19                      ELLEN DEW, ESQ.
                        DARRYl TARVER, ESQ. (via Zoom)
20                      ALEXA AIN, ESQ. (via Zoom
                        DLA Piper
21                      650 South Exeter Street
                        Suite 1100
22                      Baltimore, Maryland  21202
                        ellen.dew@dlapiper.com
23
24
25
```

Page  2

CONFIDENTIAL

```
 1    For Venetian:
 2                    DAVID SAGER, ESQ.
                      DLA Piper
 3                    51 John F. Kennedy Parkway
                      Suite 120
 4                    Short Hills, New Jersey 07078
                      david.sager@us.dlapiper.com
 5
 6                    NATHANAEL RULLS, ESQ.
                      Kemp, Jones
 7                    3800 Howard Hughes Parkway
                      17th Floor
 8                    Las Vegas, Nevada  89119
 9
                      KYLE ORNE (via Zoom)
10                    CAROLINE MONTFORT, ESQ. (via Zoom
                      DLA Piper
11                    2525 East Camelback Road
                      Suite 1000
12                    Phoenix, Arizona 85016
13
14    For Wynn:
15                    BETHANY BIESENTHAL, ESQ.
                      CLARE BALDWIN, ESQ.
16                    Jones Day
                      110 North Wacker Drive
17                    Suite 4800
                      Chicago, Illinois  60606
18                    bbiesenthal@jonesday.com
19
20
21    Also Present:  MARC ZAMORA, VIDEOGRAPHER
22
23
24
25
```

Page  3

CONFIDENTIAL

```
 1                  INDEX OF EXAMINATION

 2

 3    WITNESS:   A.H.

 4

 5    EXAMINATION                                PAGE

 6    By Mr. Sager:                                6

 7    By Ms. Dew:                                193

 8    By Ms. Biesenthal:                         240

 9

10

11                  INDEX OF EXHIBITS

12

13    Exhibit            Description            Page

14     Exhibit 1  Amended Complaint              51

15     Exhibit 2  ██████████  Lawsuit            71

16     Exhibit 3  Answers to Interrogatories     82

17     Exhibit 4  Extraction Report             130

18     Exhibit 5  11/6/2019 Email               147

19     Exhibit 6  11/13/2019 Email              149

20     Exhibit 7  Incident File Report          222

21     Exhibit 8  Incident File Report          230

22

23

24     ///

25     ///

                                            Page 4
```

CONFIDENTIAL

1          Las Vegas, Nevada; Wednesday, July 23, 2025

2                          9:05 a.m.

3                           -oOo-

4

5          THE VIDEOGRAPHER:  Good morning.  We are on

6     the record.  Today's date is July 23, 2025.  Time is

7     now 9:05 a.m.  We are here for the video recorded

8     deposition of A.H. in the matter of A.H. versus Wynn

9     Las Vegas held at Kemp Jones.

10          I'm Marc Zamora, the videographer.  The court

11     reporter is Donna Mize.  We both represent Veritex.

12          Would all present please identify themselves

13     beginning with the witness.

14          THE WITNESS:  ██████████ or A.H.

15          MR. SCHULTZ:  Matt Schultz.  Levin Papantonio

16     Law Firm, Pensacola, Florida for the plaintiff.

17          MR. KANE:  Michael Kane for plaintiff.

18          MR. SAGER:  Dave Sager for Venetian Las Vegas

19     Gaming, LLC.

20          MS. DEW:  Ellen Dew for MGM Resorts

21     International, Aria Resorts Hotel and Casino, City

22     Center, LLC and New York-New York.

23          MS. BIESENTHAL:  Bethany Biesenthal for Wynn

24     Resorts Limited and Wynn Las Vegas, LLC.

25          MS. BALDWIN:  Clare Baldwin also for Wynn

CONFIDENTIAL

1    Resorts Limited and Wynn Resorts, LLC.

2              MR. RULLS:  Nate Rulls for Venetian Las

3    Vegas.

4              THE VIDEOGRAPHER:  Can those on Zoom please

5    say their names for the record.

6              MS. ADAMS:  Kimberly Adams for plaintiff.

7              MR. TARVER:  Darryl Tarver for the MGM

8    defendants, including Aria, New York-New York and City

9    Center, LLC.

10             MR. ORNE:  Kyle Orne for Venetian.

11             MS. MONTFORT:  Caroline Montfort for

12   Venetian.

13             MS. AIN:  Alexa Ain for MGM defendants.

14             THE VIDEOGRAPHER:  Will the court reporter

15   please swear in the witness.

16                        A.H.,

17   was called as a witness, and having been first duly

18   sworn, was examined and testified as follows:

19                     EXAMINATION

20   BY MR. SAGER:

21        Q.   Good morning, Ms. ███████  We had a chance to

22   meet prior to going on the record.  My name is Dave

23   Sager and I represent Venetian, one of the defendants

24   in the case, and we are here to take your deposition

25   today in the case you brought in the District of

                                           Page 6

CONFIDENTIAL

```
 1    Nevada.
 2            As I mentioned to you off the record and want
 3    to reiterate now you are our guest today and while the
 4    circumstances that bring us together are not ideal,
 5    anything we can do to make this less uncomfortable for
 6    you, please just tell us.  Whatever that may be.  You
 7    are too warm, you want a break, you want a drink, you
 8    want something to eat.  All those things are things we
 9    are more than happy to accommodate.  Okay?
10        A.    Uh-huh.
11        Q.    So you will tell me?
12        A.    Uh-huh.
13        Q.    The most important thing today is that when
14    you answer a question everybody in the room is going to
15    assume that you understood it so if I ask you any
16    question or anybody here asks you any questions that
17    you don't understand or would like repeated for any
18    reason at all, will you just tell us so that we can do
19    that?
20        A.    Okay.
21        Q.    If you answer a question we are going to
22    assume you understood it; is that fair to you?
23        A.    Okay.
24        Q.    Is that a yes?
25        A.    Yes.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    Q.   One of the things the court reporter always

2  likes us to remind witnesses of is she can't take down

3  nods or uh-huh so when I do that I'm not trying to be a

4  jerk, it's for her benefit.

5    A.   Gotcha.   Okay.

6    Q.   Will you just please state your full name and

7  address for the record?

8    A.   ▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮

▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮

▮  ▮▮▮▮

11        MR. SAGER:  We will presumptively deem this

12  transcript confidential until such time as you have a

13  chance to go through it.

14        MR. SCHULTZ:  Yes.

15        MR. SAGER:  If I ask her questions like her

16  address and you want to redact that or deem that

17  confidential later, that's fine with us.   Okay?

18        MR. SCHULTZ:  Agreed.

19  BY MR. SAGER:

20    Q.   Do you live with anyone else?

21    A.   I do.   I have recently got married so I live

22  with my husband.

23    Q.   What's your husband's name?

24    A.   ▮▮▮▮▮▮▮▮▮.

25    Q.   When did you get married?

Page 8

CONFIDENTIAL

1      A.   �â–ˆâ–ˆâ–ˆ

2      Q.   Congratulations.

3      A.   Thank you.

4      Q.   Can you spell your husband's name for the

5  court reporter?

6      A.   ████████████

7      Q.   How long have you known Mr. ████?

8      A.   A little over a year.

9      Q.   How old is he?

10     A.   ██████.

11     Q.   And did you move in the apartment you are in

12 now after you got married?

13     A.   I moved into his house in ████.

14     Q.   So this was his house?

15     A.   Uh-huh.

16     Q.   You moved in and you have continued to live

17 there after you got married?

18     A.   Yep.

19     Q.   Where did you get married?

20     A.   ████████████████

   ██████

22     Q.   Was it a planned wedding, in other words, did

23 you have guests and all that good stuff?

24     A.   Yes.

25     Q.   Congratulations again.  Have you ever had

Page 9

CONFIDENTIAL

1    your deposition taken before?

2        A.    No.

3        Q.    I know you've given testimony in a criminal

4    trial back in, I think, ███.  Do you recall that?

5        A.    Yes.

6        Q.    And that was a criminal trial against ███

█    ███ the man who did very bad things to you, right?

8        A.    Yes.

9        Q.    Other than that testimony have you ever given

10   sworn testimony before today?

11       A.    I have -- I don't know if this exactly

12   counts, but I have spoken on bills so I have given my

13   experiences related to those things.

14       Q.    And by bills you mean legislative action and

15   you've spoken in support of or against whatever it was

16   before elected officials?

17       A.    Yes.

18       Q.    When you gave that testimony you are not sure

19   if you were sworn in or not but seems kind of similar

20   to you?

21       A.    Yes, I would assume so.

22       Q.    How many times did you do that?

23       A.    I do not know off the top of my head but I

24   can remember three specific times that I had done that.

25       Q.    How recently?

CONFIDENTIAL

1    A.    The first time was back in ▮▮▮ when I first

2    started my work.  Then again here in ▮▮▮ .

3    Q.    Tell me about the last time in ▮▮▮ that you

4    testified before elected officials?

5    A.    It was in support of a bill ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮

8    Q.    How long was the testimony you gave, do you

9    remember?

10    A.    I believe I had five minutes tops, maybe

11    three minutes.  I wasn't calculating my exact time, but

12    that was what we were discussing prior to the

13    testimony.

14    Q.    Other than the criminal trial and the times

15    you've testified in front of elected officials, whether

16    under oath or not, to your recollection you've never

17    given sworn testimony before?

18    A.    That I know of at this point.

19    Q.    All you can do today is gives us the best of

20    your recollection so if you don't know something that

21    is a perfectly acceptable answer.  Okay?

22    A.    Okay.

23    Q.    Have you ever to your knowledge sworn out an

24    affidavit or declaration where you signed a document

25    under oath in connection with some sort of legal

Page 11

CONFIDENTIAL

```
 1   proceeding?
 2        A.   I had given my clearing on all the documents
 3   that I had sent in for all of your questions.  I'm not
 4   sure what the term exactly is, the legal term.
 5        Q.   Are you referring to verifying answers to
 6   interrogatories?
 7        A.   I believe so, yes.
 8        Q.   Any other times you recall swearing out an
 9   affidavit or a declaration in connection with any type
10   of legal proceeding?
11        A.   Not that I recall at this point in time.
12        Q.   You were married before Mr. ████, do I
13   have that right?
14        A.   Yes.
15        Q.   Can you tell us who your first husband was?
16        A.   ████████
17        Q.   How long were you married to Mr. ████
18        A.   About a year.
19        Q.   When was that?
20        A.   We were married in ████.
21        Q.   When was the divorced finalized?
22        A.   ████████.
23        Q.   You don't need to go into any detail, but
24   generally speaking what was the cause for the marriage
25   not succeeding?
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        A.    My opinion is that I was young and I had a

2   lot of growth personally, and he was a bit older than

3   me and I think he was settled in his ways.  I think I

4   was too young to get married.

5        Q.    How old was he or is he?

6        A.    ████████████████████████████████████████

7   ███████████

8        Q.    Who chose to end that marriage?

9        A.    I did.

10       Q.    Was it an amicable divorce?

11       A.    Yes.

12       Q.    Do you have any children?

13       A.    No, not at this point.

14       Q.    Would you just briefly describe or identify

15   for me your immediate family?

16       A.    ███████████████████████████████████

███████████████████████████████  ██████████████████████

███████████████████  ████████████████████████████████████

████████████████████████  ████████████████████████████

████████████████████████████████████████████████████

████████████████  █████████████████████████████████████

███  █████  ██████████████████████████

███  █████  ███████████

███  █████  ████████████████████████████████████

███  ████████████████████████████████

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1       ████   ████████████████████

   ██ ████████████████   ██████████████████████

   ██ ████████████████████████████

4       Q.   Do you maintain relationships with your

5   mother, a relationship with your mother?

6       A.   No, I do not.

7       Q.   When was the last time you spoke to your mom?

8       A.   It would have been in ████████████

9       Q.   Is there a particular reason why you stopped

10   speaking with your mother?

11       A.   Just a toxic relationship.

12       Q.   In very general terms what made it toxic?

13       A.   The way we communicated with each other was

14   not ideal.

15       Q.   Can you give me some description of what you

16   mean?

17       A.   My mom grew up in an abusive home and

18   believed that communicating the way she grew up was

19   normal, and unfortunately, that made it very unhealthy

20   for me and my brother growing up.

21       Q.   Did something happen in ████████████ that led

22   you to say no more, I'm just not going to speak to her?

23       A.   I -- in ████████████ it was the fact that the

24   communication had still stayed relatively similar to

25   the way it was when I was a child growing up and I

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
 1    didn't want to deal with it anymore.
 2           Q.    So you made a decision that for your own --
 3           A.    Health.
 4           Q.    Mental health?
 5           A.    Yeah.
 6           Q.    You were going to stop speaking to her?
 7           A.    Yes.
 8           Q.    And she has honored that?
 9           A.    Yes.
10           Q.    Do you communicate by email or text or
11    anything like that?
12           A.    No.
13           Q.    How about your dad?
14           A.    My dad and I still have a relationship.
15           Q.    Tell me about that, is it positive in your
16    life?
17           A.    It is positive as it can be.  My dad is an
18    alcoholic so there is complications that come with
19    that.
20           Q.    Is he in recovery or is he --
21           A.    No.
22           Q.    -- an active alcoholic?
23           A.    Active alcoholic and active gambler.
24           Q.    Where does your mom reside?
25           A.    ███████████
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    Your dad?

2      A.    ▬▬▬▬▬▬

3      Q.    How long has your dad been in ▬▬▬▬▬▬

4      A.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬      ▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬

▬      ▬▬▬▬

7      Q.    Do you have relationships with your siblings?

8      A.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

9      Q.    A productive, positive one?

10     A.    Yeah.

11     Q.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬      ▬▬▬▬▬

13     A.    No.  I think that when we were young we had a

14  typical sibling relationship of fighting a lot, and

15  then I have a relationship with ▬▬▬ as well.

16     Q.    Tell me about your relationship with ▬▬▬▬

17     A.    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬

▬      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬      ▬    ▬▬▬▬▬▬▬▬▬▬

▬      ▬    ▬▬▬▬▬▬

▬      ▬    ▬▬▬▬▬▬▬

▬      ▬    ▬▬▬▬▬▬▬▬▬▬    ▬▬▬▬▬▬▬▬

▬      ▬▬▬▬▬▬▬

▬      ▬    ▬▬▬▬▬▬    ▬▬▬▬

▬      ▬    ▬▬▬▬▬▬▬▬▬▬



Page 16

CONFIDENTIAL

1        Q.    The events that bring us here today occurred

2    in 2014, right?

3        A.    Yes.

4        Q.    In 2014 what type of relationship did you

5    have with your mom?

6        A.    Very similar.  Her and I had not spoken for

7    quite a bit of time prior to my trafficking.

8        Q.    What about your dad?

9        A.    Relatively similar.  His alcoholism and

10   gambling were aspects of our relationship that caused

11   tension.

12       Q.    ███████

██       ███  ███████, we unfortunately had lost touch

14   during that time period, and ██████ and I had not spoke

15   too much as well so similar in that aspect.

16       Q.    Was there any reason why you had lost touch

17   with ████████

18       A.    Access to cell phones were a big reason.

19       Q.    For him or for you?

20       A.    For me.

21       Q.    When did that relationship start up again

22   where you began communicating?

23       A.    Once I was able to get out of the hospital

24   and I had a cell phone.

25       Q.    How about with ██████

CONFIDENTIAL



1      A.   With ▉▉▉ there were a few years that I had

2  not spoken to him, yeah.

3      Q.   Was there a reason?

4      A.   Not particularly. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

24      A.   Overall I would say yeah.  It was positive

25  enough.  I was going through a lot emotionally because

Page 18

CONFIDENTIAL

1    of the disconnection from my mother especially, but

2    otherwise other than my own stuff that I was

3    emotionally going through the experience was relatively

4    positive.

5         Q.    When you say you were going through a lot of

6    stuff, what type of stuff?

7         A.    I was quite heartbroken about the things that

8    were going on with my mom.

9         Q.    Was it primarily your mom, exclusively your

10   mom, were there other factors?  I'm just trying to get

11   a sense of your well being at that point in time.

12        A.    I would say it was primarily my mom.  There

13   were other things in my childhood that, you know, were

14   abusive or toxic or traumatic in different aspects, but

15   the relationship with my mom has been a thing during my

16   childhood.

17        Q.    ███████████████████████████████████████████

     ██  ███████████████████████████████

     ██     ██   ███████████████

     ██     ██   ████████████████████████████████████████

     ██  ███████████████████████████████

     ██     ██   ██████████

23        Q.    If you were going to enroll in school?

24        A.    Yes.

25        Q.    And you couldn't accomplish that?

CONFIDENTIAL



1        A.   Yes.

2        Q.

CONFIDENTIAL

1      Q.   ██████████████████████████

          A.   ███

          Q.   ███████████████████████

          A.   ████████████████

          Q.   ███████████████████████████

             ████████████████████████████

             █████████████████████████

             ██████████

          A.   █████████  ████████

             ██████████████████████████

             ██████

12     Q.   Did you want to move in with him?

13     A.   No.

14     Q.   Where did you want to be?

15     A.   I don't think I had options at that point in

16  time.

17     Q.   ████████████████████████

18     A.   I understood it.  At that point I had lived

19  with other family members.  I understood why he was

20  sending me away.  At ████████ house I also slept on a

21  couch so I -- that was just the living conditions I was

22  relatively used to at that point in time.

23     Q.   █████████████████████████████

             ████████████████

             █  ███████████████████████

Page 21

CONFIDENTIAL

1   ███████████

2   ████    ████    ████████████████████████

3        A.   Yes.

4        Q.   Tell me about them.

5        A.   Both alcoholics.  In 2013 they both had

6   gambling addictions.  They now are I would say

7   recovered from the gambling addiction.

8        Q.   But not the alcoholism?

9        A.   No.

10        Q.   Are you in touch with them?

11        A.   No.

12        Q.   When was the last time you had any contact

13   with ████████████████████████

14   ████    ████    ████████████████████████████████████

15   ████    █████████████████████

16   ████    ████    ████████████████████

17   ████    ████    ████

18   ████    ████    ████████████████████

19   ████    ████    ████████████

20   ████    ████    ████████████████████████████████

21             You didn't respond?

22        A.   I had sent a text back after the first

23   interaction but have not sent a text back for about a

24   month.

25        Q.   So she reached out by text, you responded and

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    then what happened?

2         A.    She has continued to text me.

3         Q.    Why are you choosing not to respond?

4         A.    I love ████    I think she's amazing and I

5    would love a relationship with her, but unfortunately,

6    my ██████ had grown up in the same household as my dad

7    and the way they are okay with speaking to each other

8    as family members is not the way I would want my future

9    son to hear people speaking.

10         Q.   ████████████████████████████

     ███████████████████████████████████

     ███    ██    █████████

13         Q.    How would you describe that relationship?

14         A.    I would say positive enough, yeah.

15         Q.    Any negatives?

16         A.    ████████████████████████████

     ███████████████████████████████

     ███████████████████████████████████

     ███████████████████████████████

     ████

21         Q.    What type of issues did it cause?

22         A.    They would move me in for a couple weeks and

23    then I got kicked out three times.

24         Q.    When they kicked you out where would you go?

25         A.    I would have to go back to my dad's.

CONFIDENTIAL

```
 1        Q.   How would it happen that you were leaving
 2   your dad's and winding up with them these three times?
 3        A.   What do you mean?
 4        Q.   Why did you leave your father's apartment and
 5   go live with them?
 6        A.   My dad's studio -- well, for one our
 7   relationship was not good at that point overall, and I
 8   would sleep in the closet and I would try as best I can
 9   to not have cockroaches all over me.  Anything outside
10   of that house -- not anything but my ████ and ████████
11   house was a better option for me when I could be there.
12   Even when I lived with my dad I spent nights at ████
13   and████████  house as much as I could without upsetting
14   ██████
15        Q.   Were you enrolled in school in Las Vegas
16   during this period of time?
17        A.   No.
18        Q.   Did you ever attempt to enroll in school?
19        A.   Yes.
20        Q.   What happened?
21        A.   My dad did not have legal guardianship of me.
22        Q.   So your brother ████ had the idea that you
23   should move to Las Vegas with your father so you could
24   enroll in school, but your father couldn't enroll you
25   because he didn't have guardianship?
```

Page 24

CONFIDENTIAL

1       A.   Yes.

2       Q.   Did ███ understand that?

3       A.   No, I don't think he did.  I assumed that and

4  I still think he does think that because my father is

5  my father he would have been able to, but no, he didn't

6  have guardianship of me.

7       Q.   Who did have guardianship?

8       A.   ████████████████████████████

█  ████████████

10      Q.   When did she obtain guardianship of you?

11      A.   ████████████████████████

12      Q.   How did that come to be?

13      A.   My mother was kicking me out and she had

14  given me two options of my father or my ███ in

15  ████████    I didn't know my ███ too well so I moved

16  in with her.

17      Q.   This is your father's sister?

18      A.   Yes.

19      Q.   Was she married?

20      A.   No, not at the time.

21      Q.   Who else lived with her, if anyone?

22      A.   ████████████████    ███████████

█  ██████████████████████████████

█  ████████████████████████    █████████████

█  ███████████████████████████

Page 25

CONFIDENTIAL



1   ████████████████████████████████████

██  ████████████████████████████████████

3        Q.    That doesn't sound complicated at all.

4              What was her ex-husband's name?

5        A.    ████████████████

6        Q.    Did you have any relationship with ███

██       ████████████

8        A.    A little bit.  It was friendly.

9        Q.    ██████████████████████████████████

██       ██  ████████████████████

██       ██  ██████████████████████████████

██       ██  ██████

██       ██  ██████████████

██       ██  ████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████████

17       Q.    You actually saw her use drugs?

18       A.    Yes -- yeah.

19       Q.    I have to ask certain questions.  Did you

20   ever use drugs with her?

21       A.    No.

22       Q.    Did she offer them to you?

23       A.    Not that I recall.

24       Q.    ██████████████████████████████████

██       ██  ████████████

Page 26

CONFIDENTIAL

1      Q.    That's the name I was missing.  Where is the

2    ███████ from?

3      A.    One of the husbands she had.  I don't know

4    when she had that husband or why she kept that last

5    name but one of the husbands she had.

6      Q.    So there was a legal proceeding where your

7    ██████  I'm going to call her ████████████, she obtained

8    guardianship of you?

9      A.    ███████████████████████████████████████

██   ███████████████████████  ████████████████████████████

██   █████████████████████████████████

12     Q.    When that happened did you go live with

13   ██████████

14     A.    Yes.

15     Q.    How was that situation?

16     A.    Very rough.

17     Q.    Why?

18     A.    ████████  is unstable mentally and was very

19   difficult to live with.

20     Q.    Can you give me any examples of how this

21   manifested in your daily life?

22     A.    I had went to three schools during my time

23   there, I believe, or I was enrolled in three different

24   schools when I had lived with her off and on during

25   that time.  Originally I got there when I was ████   I

CONFIDENTIAL

1   was sent away when I was ██ and was put into a

2   situation where I -- my dad thought he had custody of

3   me and signed over guardianship to a friend.  When I

4   went back to ████████the experience I had there was

5   also not good.

6        Q.   You said your dad signed over custody.  How

7   did custody go from ████████ to your father to your

8   father's friend?

9        A.   That's the problem.  My dad thought he had

10  guardianship of me again because he is my legal dad.

11  We thought that he had the ability to sign over

12  guardianship to my friend's mother.  She took me in,

13  got me signed up for school, and it was not until my

14  mom threatened to call CPS on my friend's mom that we

15  found out that my dad had no legal standing to take

16  care of me at all.

17       Q.   Who was your friend's mom that you are

18  referring to?

19       A.   The friend was ████████████.

20  Unfortunately, I don't even remember her mother's

21  name -- ████████████ I believe.

22       Q.   Tell me about them.  Were they good people?

23       A.   They were.  They were really good people.  I

24  got back in school.  I had just done an interview and

25  was accepted to start the job that I had prior to

Page 28

CONFIDENTIAL

1    everything happening.  I just never got a chance to

2    start it.

3         Q.   Do you have any other ███████ or ███████

4         A.   I do from my mom's side but my

5    relationship -- I had one relationship with one ████

6    who lived with us briefly when I was ████but,

7    otherwise, no relationship with any of my mom's

8    brothers or sisters.

9         Q.   Who was that ████

10        A. ████████

11        Q.   Could you spell that for the court reporter?

12        A.   ██████████████  I think.

13        Q.   Any other cousins or family members with whom

14   you had relationships growing up?

15        A.   Yes and no. ███████████████

██   ████████████████████████████

██   ████████████████  █████████

██   ███████  ████████████████

██   █████  ██████████████████

██   ████████████████████

██   ██ ██████████████

██   ███████████████

██   ██ █████████████

██   ██████████  █████████████

██   ██████

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    ███████████████████████████████

       ████████████

3      A.    There was points in time where I would spend

4      the night and we would watch scary movies prior to my

5      trafficking, and after my trafficking I did have a

6      relationship with them.

7      Q.    Can you tell me an idea whether by date or

8      based on how old you were or relative to when your

9      alleged -- your trafficking period started when you

10     were spending time with ███████████████████?

11     A.    I would say when I lived there when I was ███

12     there were definitely some times I spent time with them

13     then.  Then after my trafficking I had lived and

14     stopped in off and on because I had known them a little

15     bit in █████ -- and spent a good amount of time with

16     them it would have been in ██████

17     Q.    Do you still have a good relationship with

18     them?

19     A.    No.

20     Q.    Why not?

21     A.    Unfortunately, I felt for my own safety that

22     it is safer to not have relationships with anybody in

23     ███████████

24     Q.    Why is that a safety issue for you?

25     A.    ██████ is quite scary.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        Q.    Did something change -- I don't want to put
2    words in your mouth but my understanding was that --
3    I'm sorry, ████████ is the --
4        A.    The mother.
5        Q.    Is the mother --
6        A.    ███████████████████████
7        Q.    What's scary about ██████?
8        A.    ██████ is okay with hurting other people.
9    She is willing to do whatever she needs to get what she
10   wants, and it's always been -- how do I put this.
11   There is always trouble that arises every time I
12   interact with ██████so I have cut off contact with
13   everyone in ██████ so I don't have to interact with
14   her.
15       Q.    Were your experiences with ████ and ███████
16   generally positive?
17       A.    Yes -- yeah.
18       Q.    But you felt that even though those
19   experiences isolated from ██████ was positive it was
20   better for you to have no contact at all?
21       A.    Yes.
22       Q.    When was the last time you were in █████████?
23       A.    Last time I had visited ████████ was I had
24   custody of my niece for a brief period of time and had
25   to go there to visit to get the legal guardianship from

                                        Page 31

CONFIDENTIAL

1     the state from ██████.  Other than that I had lived in

2     ████████ in █████.

3          Q.   Who is your niece?

4          A.   █████████████    ███████████████

      ██████████

6          Q.   How was it that you came to have custody of

7     ██████████████████

8          A.   ██████ had told me that she was terminally

9     ill and was going to pass away and that she needed

10    someone who could take care of ██████

11         Q.   Did you have to go through a legal process to

12    obtain custody of ████████

13         A.   Yes.

14         Q.   And how did you do that?

15         A.   We had went to the court system in███████,

16    ███████ to -- because she was a ward of the state.

17         Q.   When did you do that?

18         A.   ████████████████████.

19         Q.   So are you still the legal guardian?

20         A.   No.

21         Q.   Why did that end?

22         A.   ██████████████████████

      ████████████████████████████

      ████████████████

25         Q.   What was the reason that they gave?

Page 32

CONFIDENTIAL



1      A.   I was not giving her her epilepsy medication
2  and I was not feeding her.

3      Q.   This was in ████?

4      A.   Yes.

5      Q.   So where were you living with ████?

6      A.   ████████████████████████████████

      ████████████████     ██████████████████

      ████████████     ████████████████     ████

      ████████████████████████

      ██████████████████████████████████

      ██████     ████████████████████████████

      ████████████████████████

      ████████████

14      Q.   Who was the meth user?

15      A.   ████████████████████████████████

      ████████████████.

17      Q.   So you went to ████████, you got custody of
18  ████ and you brought ████████████████████?

19      A.   Yes.

20      Q.   She lived with you?

21      A.   Yes.

22      Q.   Where?

23      A.   We had an apartment at ████████████████

      ████████

25      Q.   Was it just the two of you?

Page 33

CONFIDENTIAL

1        A.    Yes.

2        Q.    I take it from your answer that you did give

3   her her medicine and you did feed her?

4        A.    Yes.

5        Q.    This was conjured up to interfere with that

6   relationship.  Is that your understanding?

7        A.    Yes.   ███████ also was unaware that I had

8   taken her to a doctor, a neurologist to get her tested.

9   She was not showing signs of epilepsy at that point in

10  time.

11       Q.    But were you still giving her medicine?

12       A.    Her medications were offered to her.  She

13  decided not to take them.

14       Q.    █████████████████

    ███       ██   ████████

16       Q.    When you say CPS, you mean Child Protective

17  Services?

18       A.    Yes.

19       Q.    A case was opened up meaning you were

20  investigated?

21       A.    Yes.

22       Q.    And do you have any files relating to that

23  investigation?

24       A.    Yes.  I have documentation that they had

25  given me showing that the case was closed.

Page 34

CONFIDENTIAL

1      Q.    Did you have a lawyer involved in that

2    proceeding?

3      A.    No.

4      Q.    ██████████████████████████████████████████

   ███████████████████████████████████

   ██    ██      ██████████████    █████████████████████

7      Q.    Tell me why you raised that?

8      A.    She kind of helped support through the

9    process in creating the documentation that was needed

10   both on my behalf when I got custody of ███████ as well

11   as the documentation that was created by and for ███████

12   to get custody.

13     Q.    In any of these places that you lived were

14   you abused physically or sexually?

15           MR. SCHULTZ:  Object to the form.

16           You can answer.

17           THE WITNESS:  Yes.  I was experiencing sexual

18   abuse during my childhood.

19   BY MR. SAGER:

20     Q.    When you were living with whom?

21     A.    There were some inappropriate touching when I

22   was around eight years old.  I was living with my

23   mother.  She was not present.  █████████████████████████

   ██ ██████████████████████████████████████████████████

   ██ ████████████████████████████████████

CONFIDENTIAL

1    Q.   Was he related to you?

2    A.   Just by marriage.

3    Q.   And he physically abused you or sexually

4    abused you or both?

5    A.   Sexually.

6    Q.   Was there any reported case?

7    A.   Yes, there was.  I did report it to officers.

8    I was asleep.  I was drugged.  I was asleep during the

9    interaction so I did not know how far it went other

10   than there was physical touching during the daytime as

11   well as my body showing signs that someone had touched

12   me at night.  I don't remember the sexual assaults

13   specifically.

14   Q.   How did it come about that you reported it?

15   A.   ███████████████████████████████████

     ███████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████        ████████████

     ██████████████████████████      █████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████

     ███████████████████████████████████████

     ████████████████████████████

CONFIDENTIAL

1      Q.    Who is this individual that touched you?

2      A. ███████████████████████████████████

███ ███████████████████████████████████

4      Q.    Is he still living?

5      A.    No, ██████████████████████████████████

███ ███████    ██████████████████

7      Q.    You said an officer called you.  I'm guessing

8      you don't remember the name of the officer?

9      A.    I do not. █████████████████████████

██ ████████████████████████████████████████

██ █████████

12      Q.    Who reported the abuse to law enforcement

13      such that an officer reached out to you?

14      A.    I don't recall at this point.  I don't recall

15      at this point but it was -- I remember an officer,

16      somebody coming in to or CPS, someone coming in to talk

17      to me at school.

18      Q. ████████████████████████

██ ████ █████████████████████████

██ ████ ████████████████████████████████

██ ███████████████████

██ ████ ██████████████████████████████

██ ██████████████████████    ██████████████

██ ███████████████████████████████

██ ████ █████████████████████████████

Page 37

CONFIDENTIAL

1  A. Yes.

2  Q. How long were you involved with CPS in

3 ██████?

4  A. Not long.  I -- they had that interaction and

5 moving forward I had never seen █████again.

6  Q. Other than that interaction with CPS were you

7 ever involved with Child Protective Services for any

8 other reason relating to you as opposed to █████?

9  A. Yes.  There was physical abuse that happened

10 in the home.  There is a report that was created when I

11 was about three, three and a half.  █████████████

██ ████████████████████████████████████

██ █████████████ and CPS was involved in that.  I don't

14 have legal documentation of this part, but from what

15 I've heard from family members he was arrested and he

16 was in jail or, I'm guessing, jail for ████████████

17  Q. █████never abused you in anyway, right?

18  A. No.

19  Q. Your father never physically or sexually

20 abused you in anyway, correct?

21  A. No.

22  Q. Your mother never physically or sexually

23 abused you, correct?

24  A. I think my mom was sometimes unconventional

25 with her parenting style.  At this point in time in

Page 38

CONFIDENTIAL

1    history they could say some of that went over the line.

2         Q.    In terms of physical contact?

3         A.    Yes.

4         Q.    ██████████████████ -- no one else ever

5    abused you physically or sexually?

6         A.    No.

7              MR. SCHULTZ:  Object to form.

8    BY MR. SAGER:

9         Q.    Let's go back to the 2012 and '13 time

10   period.  Did you have friends?

11        A.    Yes and no.  When I had left my mom's house I

12   left my friends.  When I got to ██████████ when I was

13   16 I had attempted to make friends, but I had lived

14   with██████ somewhere between ████████████████████

██   ████████████████████████so wasn't very long I was

16   there.  It took an extremely inappropriately long time

17   to get me into school at that point so I didn't have

18   the opportunity to really make a good amount of

19   friends.

20             I also as a child did not have consistent

21   access to cell phones.  It was a rule in the house that

22   at 12 if you wanted a cell phone you needed to figure

23   out how to pay for it, and so with that I wasn't able

24   to afford cell phones consistently and then that had

25   continued to become more of an issue the longer that I

Page 39

CONFIDENTIAL

1    had moved around.

2          Q.    Do you have any friendships today with people

3    who you knew before your trafficking period?

4          A.    I do not.  I think it was not connected to

5    anything bad that happened, but it was just the fact

6    that life changes and we just grew apart in a lot of

7    ways.  I have had friendships that I had carried into

8    my 20s for sure, but they have at this point had

9    dropped off.

10         Q.    Can you identify those friendships for me?

11         A.    Yeah.  Some people in my closest group were

12    ██████████████    She is in ████████ from the last

13    I've spoken to her.  I also think not having social

14    media for my safety has caused a lot of disconnection

15    from friendships that I would have been able to keep if

16    I was able to stay in touch easier.  ████████████ is

17    another one.

18         Q.    That's a man?

19         A.    Yes.  ████████████ was a friend I had for a

20    good amount of time, at least a few years after my

21    trafficking, 21, 22.  Those were the longest term one.

22    I had reconnected with ██████████████ after my

23    trafficking.  I got in contact again with ███████

██    ████████ after my trafficking for a short period of

25    time as well.

CONFIDENTIAL

1      Q.    Did you have friendships with any of these
2   folks during your trafficking period?
3      A.    No.
4      Q.    ████████████████████
5      A.    Uh-huh.  ████████████████████  I believe.  She
6   had two last names.
7      Q.    Was  ████████████  a platonic friend --
8      A.    Yes.
9      Q.    -- or boyfriend?  Any boyfriends during this
10   period of time?
11          MR. SCHULTZ:  Object to form.
12          THE WITNESS:  No.  During my trafficking, no,
13   there was not.
14   BY MR. SAGER:
15      Q.    I meant before in this period of like 2012 to
16   2014?
17      A.    From that point in time I had one person I
18   would consider a boyfriend.
19      Q.    What was his name?
20      A.    ████████████████
21      Q.    Can you spell the last name?
22      A.    ████████████  I believe.  There might be an ██ in
23   there.
24      Q.    That's a tough name to go through high school
25   with.

Page 41

CONFIDENTIAL

```
1                    Any contact with ████████████
2        A.    After?
3        Q.    Yeah.
4        A.    No, we never spoke after.
5        Q.    He was never abusive to you?
6        A.    No.  I will say I did have a bit of contact
7    after my trafficking with his sister.  She has since
8    passed.  Her name was ████████████.
9        Q.    You are saying ████████████████?
10       A.    Yes, I know.  That's how we pronounced it.
11   It was very French.  It did spell like ████████.
12       Q.    You have known you were going to testify in
13   this case for a while I assume; is that correct?
14       A.    I was unaware of the deposition for a while,
15   yes.
16       Q.    But in the last month or two or three or
17   whatever it was you became aware you were going to
18   testify?
19       A.    Yes.  I would say there were conversations
20   about the fact I would potentially get on a deposition
21   within the last couple of months, and then last month
22   is when I was told the date.
23       Q.    I'm not asking you to tell me anything you
24   may have discussed with your attorneys so the substance
25   of the conversations, but can you tell me what, if
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1    anything, you did to prepare yourself to give testimony
2    here today?
3         A.   I tried to get a good night's rest and I did
4    eat this morning.  ████ has helped me over --
5    especially the past couple of days with some panic
6    attacks and things like that but just was trying to
7    take it very easy the past few days, yeah.
8         Q.   What about looking at documents or records,
9    did you do any of that in preparation?
10        A.   I did not.  I did not because it was very
11   triggering to certify -- I'm not sure what the correct
12   legal word is but going through each document
13   individually was difficult for me, very triggering, and
14   I just did not believe that even a month time wise
15   would have been enough time for me to really set aside
16   a day a week to do that.
17        Q.   So am I understanding you correctly that you
18   tried to do it but it was too triggering so you
19   stopped?
20        A.   I had went through the interrogatories with
21   lawyers and legal counsel, and when I did that I would
22   have to make it on a day I wouldn't work -- I wouldn't
23   go work, I would not drive anywhere after.  They had to
24   read me the questions and read me the answer, and I
25   would answer back the rest of the question.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1              I just knew that wasn't for me and, you know,
2     this might be controversial or doesn't look like the
3     right decision, but for me I think it would have
4     unfortunately been so triggering that I would have been
5     disassociated today more than I already am.  I decided
6     not to look at them again.  The last time I looked at
7     any of the interrogatories was when I went to go
8     certify each document separately as they were coming to
9     me from my legal counsel.
10         Q.   Do you recall when that was?
11         A.   I do not recall the exact dates.  Each one
12    was done I want to say different weeks, but I'm not 100
13    percent sure about that.  As they came in I did -- the
14    Wynn when the Wynn's came in and the Venetian when they
15    came in, et cetera.
16         Q.   I will give you an example of the type of
17    document I'm talking about just in case it helps
18    refresh your recollection.
19              One of the documents that's been available in
20    this case is your testimony from the criminal case and
21    the complete transcript from the criminal case.  Have
22    you ever seen that?
23         A.   I have not seen the complete document from
24    that, no.
25         Q.   Have you read any portions of it?
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
 1        A.    No.
 2        Q.    Do you remember testifying in it?
 3        A.    Testifying in the criminal case you mean?
 4        Q.    The criminal case against ███████████ in
 5   ████
 6        A.    Yes.  I do remember testifying, yeah.
 7        Q.    But you've never seen the transcript of your
 8   testimony or anybody else's testimony from that trial?
 9        A.    No.
10        Q.    As you sit here today is there anything you
11   remember, and I understand it was a long time ago,
12   about your testimony that you believe was untrue or
13   incomplete?
14             MR. SCHULTZ:  Object to form.
15             THE WITNESS:  Not that I recall.  I do think
16   that that was a very, you know, scary and triggering
17   position and so I'm not sure if there was something in
18   there that was miscommunicated, but I did not attempt
19   to lie on the stand.
20   BY MR. SAGER:
21        Q.    You gave truthful testimony to the best of
22   your ability?
23        A.    I believe that's an accurate statement.
24        Q.    There was testimony that I saw during the
25   criminal trial about a cameraman being in the courtroom
```

Page 45

CONFIDENTIAL

1    videotaping your testimony for purposes of a

2    documentary?

3         A.    Yes.

4         Q.    Do you remember that?

5         A.    Yes, I remember the documentary camera.

6         Q.    What happened with that documentary?

7              MR. SCHULTZ:  Object to form.

8              THE WITNESS:  The documentary was never

9    released.  I don't believe they had the funding to

10   release it.

11   BY MR. SAGER:

12        Q.    Was it made?

13             MR. SCHULTZ:  Form.

14             THE WITNESS:  What do you mean by made?

15   BY MR. SAGER:

16        Q.    Was a film made and -- there was an actual

17   film that somebody prepared based on the footage?

18             MR. SCHULTZ:  Object to form.

19             THE WITNESS:  No, no.  From my

20   understanding -- I haven't spoken to the producer but

21   there was not enough funding to cut and edit to pay for

22   an editor to create a film.

23   BY MR. SAGER:

24        Q.    Did you ever see any of the video that was

25   taken?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1          A.    No.

2          Q.    Who was the producer?

3          A.    ████████████.

4          Q.    Do you stay in touch with ██████████?

5          A.    I do not.

6          Q.    How did it come about that ██████████

7    was going to make a documentary or attempt to make a

8    documentary about your experience?

9              MR. SCHULTZ:  Object to the form.

10             THE WITNESS:  I had met ███████ at a

11   survivor's retreat and she had, I don't know, found my

12   case interesting.

13   BY MR. SAGER:

14         Q.    Did you ever agree to allow her to make a

15   documentary about your story?

16         A.    Yes, I was hopeful that something would be

17   produced from it.

18         Q.    Were there any lawyers involved in preparing

19   legal documents or agreements?

20         A.    No, not that I was aware of.  There was one

21   and maybe it got updated a couple times.  I'm not quite

22   sure or remember, but there were a couple releases that

23   I had signed where I released my image to the

24   documentary for the purposes of a documentary being

25   created, but, otherwise, I did not interact with any

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1  lawyers with her or anything like that.

2       Q.   Did you have a generally positive

3  relationship with ███████████

4       A.   I would saw overall, yes, our relationship

5  was okay.  I had a hard time with setting boundaries

6  because people in films -- this is my opinion but I

7  think people in films are wanting to get the nitty

8  gritty and the details and the difficult stuff, and I

9  didn't want to show my trauma.  I wanted to show the

10 strong parts and I think she -- you know, we had some

11 issues with that, but I think it's normal stuff that

12 people who are on camera extended periods of time

13 experience.  Also filming takes a very long time to do

14 something so you have to walk a street multiple times

15 to get the right shot or get in all the angles, and I

16 think that was also a little bit difficult for me to

17 comprehend at the time.

18      Q.   Do you recall other circumstances and by

19 other I mean besides from being in court where she

20 recorded you?

21      A.   Yes.  She had recorded me a couple other

22 times.  We had done a bit of a sitdown interview as

23 well as she recorded me getting my first acceptance

24 letter to a job in anti-trafficking so she was filming

25 the positives as well.  The journey, she was filming

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    the journey of what it looks like when someone has

2    experienced trafficking when you're trying to recover.

3         Q.   You introduced yourself today as ███████████

4    That's the name you go by currently, correct?

5         A.   Yes.

6         Q.   ████████████████████████████████████████

███    ██████████████████  ████████████████████████████████

███    ███████████

9         A.   My name was changed in ███████ I believe.  I

10   want to say it was████████  It might have been the end of

11   ████████

12        Q.   For what purpose?

13        A.   My trafficker from my understanding -- this

14   came from the detective.  I did not get legal

15   documentation saying this.  That I heard my trafficker

16   was using my name and social security number to do

17   potential online money laundering through an online

18   business.  The business I had actually heard about when

19   I was in my trafficking situation so I wasn't surprised

20   to hear that that was potentially what was happening.

21             It was a company that works on creating cable

22   cell phones and that kind of services.  She was able to

23   freeze my social security card, my social security

24   number so I couldn't get a credit card or anything like

25   that when I got out of trafficking.  Then she sent

Page 49

CONFIDENTIAL

1  documentation to a lawyer in ███████ that had helped

2  support me get a legal name change and sealed social

3  security number and name change.

4       Q.   When you were working, working may be the

5  wrong term but associated with ██████████ what

6  name were you using?

7       A.   ██████████ was the name that I had chosen

8  when I got out of my trafficking situation.  My --

9  ██████████ was my grandfather's name, my mom's dad, and I

10  wanted to honor my grandmother who I loved as dearly as

11  I loved my grandpa.

12       Q.   You were born?

13       A.   ████████████████

14       Q.   You then changed your name to?

15       A.   To ██████████

16       Q.   Then you changed your name to?

17       A.   To ██████████   That was when I got

18  married.  I kept the name ████ because of the fact that

19  I had -- my career started really picking up at that

20  point in time when I was married to ████████ so I kept

21  the last name ████ for that reason.

22       Q.   Even after you got remarried?

23       A.   Currently, this is just because of the legal

24  case, but I do plan to change my name to match his and

25  our son's when this is -- whenever this gets finished.

CONFIDENTIAL

1      Q.   I'm going to hand you a document and I'm

2   going to explain what we do.  I'm going to give it to

3   the court reporter and she puts a sticker on it and it

4   becomes part of the record so I'm going to suggest we

5   call the first document ███1.

6           You then get to look at the document if you

7   need to and it stays in front of you and gets attached

8   to the transcript of the testimony.  That's all that's

9   happening right now.

10          MR. SCHULTZ:  We've been going about an hour.

11   I'm fine to keep going if you are.

12          THE WITNESS:  I'm okay for right now.

13              (Exhibit 1 marked)

14   BY MR. SAGER:

15      Q.   Ms. ███ you have in front of you what's

16   been marked ███ 1 for identification.  It's a copy of

17   the amended complaint that your lawyer filed on behalf

18   of you in this case.  I'm not going to quiz you about

19   the document.  I just want to know if you've seen it

20   before?

21      A.   Yes.  I have seen this document before.  When

22   it was initially sent in to the clerk I had to read

23   through it back in 2024.

24      Q.   Did you read through it before it was filed?

25      A.   Yes.  March 10, 2024 and this was a -- this

Page 51

CONFIDENTIAL

```
1    one says 5/8/2024, but I think there was changes that
2    were made in May.
3         Q.   So I will represent to you there was an
4    initial complaint filed and this was an amendment so
5    you reviewed the initial complaint before that was
6    filed?
7         A.   Yes.
8         Q.   And then you reviewed the amendment before
9    that was filed?
10        A.   Yes.  I believe with the amendment I did not
11   go through the entire document.  I just went through
12   the amended parts.
13        Q.   Do you recall what was amended?
14        A.   I do not at this point.
15        Q.   I'm handing this to you because as you can
16   see there are a number of people sitting around the
17   table.  I want you to have a list of the defendants in
18   the case, and I will represent to you that that list
19   has changed a little bit for reasons among lawyers that
20   we don't need to go into right now.
21             I really just wanted you to have the benefit
22   of having the document in front of you that brings us
23   here today legally.  Okay?
24        A.   Uh-huh, yes.  I'm sorry.
25        Q.   If you look in the upper left-hand part of
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    the first page it lists a bunch of lawyers.  Sean

2    Claggett, Brian Blankenship, Scott Lundy.  Do you know

3    any of those people?

4         A.    Yes, I believe I met Sean.

5         Q.    And then it references Kimberly Adams who is

6    on the Zoom link and Matt Schultz who is with us today?

7         A.    Correct.

8         Q.    How did you come to associate with either

9    Claggett and Sykes Law Firm or the Levin Papantonio

10   firm, how did you come to them?

11              MR. SCHULTZ:  Object to the form.

12              THE WITNESS:  So I was referred by a friend

13   to the Levin Papantonio firm, and they found the Nevada

14   based counsel Claggett and Sykes.

15   BY MR. SAGER:

16        Q.    Who was your friend?

17        A.    Her name was ██████████████

18        Q.    How did you become friendly with ████████

     ██████████

20        A.    ███████████████████████████████████.

21        Q.    When did you meet her?

22        A.    It would have been ██████████████████

23        Q.    Are you still friendly with ████████?

24        A.    Yes.

25        Q.    Do you keep in touch?

Page 53

CONFIDENTIAL

1      A.   Yeah.

2      Q.   Do you know what ███████ does career wise?

3      A.   Yes.

4      Q.   Do you know that for a period of time, and

5   she may still, I don't know, she was a lawyer with

6   Levin Papantonio?

7      A.   Yes.

8      Q.   When she referred you to Ms. Adams and Mr.

9   Schultz was she working at Levin Papantonio?

10          MR. SCHULTZ:  Object to the form.

11          THE WITNESS:  I'm not aware of the exact

12   timeline of when she started working at Levin

13   Papantonio.

14   BY MR. SAGER:

15      Q.   I started to ask you about what you did in

16   preparation for the deposition.  Did you meet with -- I

17   don't want you to tell me what you discussed but did

18   you meet with any attorneys in preparation?

19      A.   Yes.

20      Q.   Who did you meet with?

21      A.   Kim and Matt.

22      Q.   When did you do that?

23      A.   Monday.

24      Q.   In person or by Zoom?

25      A.   Over Zoom and Matt and I spoke yesterday as

Page 54

CONFIDENTIAL

```
1    well.
2         Q.    In person yesterday?
3         A.    No, over the phone.
4         Q.    On Monday how much time did you spend talking
5    to Matt and Kim?
6         A.    Couple hours.
7         Q.    And then yesterday how much time?
8         A.    Well, we had it set for about 15 minutes but
9    I don't even think we spoke that long.
10        Q.    Other than starting to review some documents
11   that were triggering so you stopped and speaking with
12   Ms. Adams and Mr. Schultz on Monday and Tuesday of this
13   week did you do anything to prepare for your
14   deposition?
15        A.    Other than the mental healthcare, I also did
16   some therapy sessions in preparation of the fact that
17   this will be triggering but not that I recall anything
18   specific.
19        Q.    Who did you do therapy sessions with?
20        A.    My therapist is currently ███████.  I don't
21   know her last name or how to pronounce it.
22        Q.    Is she a psychologist, a psychiatrist,
23   something else?
24        A.    I believe she is a therapist.  I'm not
25   exactly sure what her licensing is.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        Q.   How recently did you meet with ████ in

2    preparation for this deposition?

3        A.   I spoke with her yesterday and I spoke with

4    her Friday.

5        Q.   For how long?

6        A.   An hour session.

7        Q.   Was the entire hour of each session dedicated

8    to preparing yourself for this deposition?

9        A.   No.

10       Q.   How much time was spent on that?

11       A.   This is an estimate but on Friday maybe a

12   third of it and then yesterday maybe half of it.

13       Q.   Was it helpful to you?

14       A.   Yeah -- yes.  It was helpful to me.

15       Q.   Anything else at all you did to prepare

16   yourself?

17       A.   Not that I recall I did.

18       Q.   If you look at what we call the caption,

19   lawyers refer to the first and second page of ████ 1 as

20   a caption, you will see it says A.H. an individual and

21   that's you, right?

22       A.   Yes.

23       Q.   Then it lists a whole bunch of entities,

24   right?

25       A.   Yes.

Page 56

CONFIDENTIAL

1          Q.   You understand that these are entities that

2     you've elected to sue in this litigation?

3               MR. SCHULTZ:  Object to the form.

4               THE WITNESS:  From my understanding these are

5     the companies that operate the casinos.

6     BY MR. SAGER:

7          Q.   Again, I wanted you to have the benefit of

8     seeing the legal document.  I think you would agree

9     with me there are several names listed in the caption

10    of defendants and that you allege that you were

11    trafficked at several hotels and casinos, correct?

12              MR. SCHULTZ:  Object to the form.

13              THE WITNESS:  Yes.

14    BY MR. SAGER:

15         Q.   Did you do anything in preparation for

16    today's deposition to try to reconstruct the events

17    from 2014 in your own mind so that you could tell your

18    story as well as it could be told?

19              MR. SCHULTZ:  Object to the form.

20              THE WITNESS:  Can you reask the question?

21    BY MR. SAGER:

22         Q.   Yes.  Thank you for asking me to because it

23    probably was a bad question.

24              What I'm trying to understand is whether

25    there was any sort of process you went through to

CONFIDENTIAL

1    organize your thoughts so you could remember what

2    happened where or what happened when?

3         A.   I mean, we -- not particularly overall.  I

4    did -- I identified the four casinos on our calls but

5    that goes into the legal conversation with my lawyers,

6    but as far as recreating, I don't believe so.

7         Q.   One of the reasons I'm asking you is I

8    watched some presentations you've done and in one of

9    the presentations, I think it was the first responder

10   presentation you did, you said, and I'm not trying to

11   quote, and you can correct me in anyway you would like,

12   that when somebody goes through complex trauma their

13   brain is not able to produce a chronological order of

14   events?

15        A.   Yes, that is scientifically proven.  It's

16   difficult for people who go through trauma to have a

17   relatively good timeline.  I have kind of unfortunately

18   out of response to my own trauma and this is me

19   inferring about my experiences that have -- I haven't

20   talked to a therapist about this I should say.

21             My cell phone was -- I didn't have access to

22   the cell phone I was trafficked with unless I was out

23   on the Strip for many months of my trafficking so my

24   idea of time was really limited to daylight or

25   nighttime, and I became a little bit obsessive with,

CONFIDENTIAL

1    and I think naturally I'm this way, I like birthdays, I

2    like anniversaries and things like that and celebrate

3    them accordingly.  I think naturally I do that but also

4    during my trafficking it was -- it is important to me

5    to know dates and timelines to understand what's going

6    on.

7              I think that's why I'm relatively good at

8    memory -- the memory of the dates and the timelines in

9    my experience.  I also was trafficked March 10, 2014,

10   and that date was supposed to be the day I took a

11   Greyhound bus out of town.  I started a prepaid cell

12   phone that started that day.

13             A lot of my timeline comes from the idea of

14   us having to refill that Cricket cell phone so I kind

15   of have separated the dates in my head by the month

16   that I was trafficked.  I also wasn't trafficked as

17   long as a lot of other people were.  I think that that

18   helps with the memory timeline that I have to a certain

19   extent.

20        Q.   I'm not arguing the point with you but I want

21   to drill down on something.  This notion that complex

22   trauma can impact the brain's ability to put events in

23   a sequence, do you think that pertains to you at all?

24        A.   Yeah, I do.  I believe that that definitely

25   can play a part in my experience, yeah.

Page 59

CONFIDENTIAL

1          Q.   And understanding that you have wanted to be

2     as truthful as possible tell me the steps or the

3     process that you went through to try to organize the

4     events that started on March 10, 2014 relative to your

5     trafficking?

6               MR. SCHULTZ:  Object to the form.

7               THE WITNESS:  Can you repeat the question?

8     BY MR. SAGER:

9          Q.   Yeah.  Have you attempted to put the events

10    from March 10 to the end of June 2014 into

11    chronological order?

12         A.   I will attempt to do that for the

13    understanding of everyone else who is hearing my

14    testimony today, yes, I will try and be chronological

15    as much as I can.

16         Q.   You understand or you're aware of the science

17    that to some extent may impact a trauma victim's

18    ability to do that, correct?

19         A.   Yes.

20         Q.   Do you feel that you and I don't mean suffer

21    in a pejorative sense but that you suffer from that

22    phenomenon in trying to recreate events?

23              MR. SCHULTZ:  Asked and answered.

24              THE WITNESS:  I believe as far as a timeline

25    goes I will try and answer to the best of my ability,

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    and typically I will try and connect them to certain
2    experiences.  Like I knew what happened before we
3    refilled the first cell phone, for example, right, or
4    since you're the Venetian, I only had one period during
5    my trafficking experience so I know relatively when my
6    experience at the Venetian happened because of that.
7    BY MR. SAGER:
8        Q.   When was that?
9        A.   That would have been in the first month of my
10   trafficking before April 10, 2014.
11       Q.   And you are referring to a menstrual period?
12       A.   Yes, I am.
13       Q.   What does that have to do with your time at
14   the Venetian?
15       A.   The specific incident at the Venetian
16   happened when I was on my period.
17       Q.   What was that incident?
18       A.   I was trafficked in the Venetian throughout
19   my trafficking experience very consistently, but the
20   specific incident we are speaking to was when I was
21   raped by a buyer.
22       Q.   Do you recall approximately the date?
23       A.   I do not other than the fact I was on a
24   period and I had a tampon in.
25       Q.   Does that fact give you any idea of what the

CONFIDENTIAL

1    date may have been?

2         A.    From my understanding I had a period at the

3    end of the month and so I believe it would have been

4    the last week of April -- sorry, the last week of

5    March, excuse me.

6         Q.    2014?

7         A.    Yes.

8         Q.    We are going to go back to specifics of the

9    Venetian and other hotels, but for now what I'm trying

10   to do is understand what you did, if anything, to

11   organize the events between March 10 and let's say June

12   29, which is when you wound up in the hospital?

13        A.    Yes.

14        Q.    For purposes of trying to relay them in this

15   case?

16        A.    Yes.

17             MR. SCHULTZ:  You've asked a very similar

18   question.  Are you talking about to prepare the

19   complaint, to prepare for deposition or just --

20   BY MR. SAGER:

21        Q.    Just in her mind.

22             All I want to know, Ms. ▮▮▮▮ is how -- what,

23   if anything, you did or how you did it to organize the

24   events chronologically so you could present them in

25   this case in whatever matter?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      A.   I think to start like a lot of it has been

2  through trauma work.  A lot of it has been through

3  therapy.  I've talked about each one of these

4  experiences in therapy session at some point in time in

5  my life.  There is specific moments in my trafficking

6  that I remember, of course, the first day I was

7  trafficked.  The two week mark in my trafficking

8  because he had said that he would give me $500 to leave

9  with in two weeks and when I asked for the money things

10  had changed.

11      I remember the week-ish after that was when

12  he tried to initiate sex with me, and he switched his

13  tactics from being -- trying to make me be in love with

14  him to being a very violent pimp and then, you know,

15  again I remember my period and that being the only one

16  I had during that time.  April 10 being the first time

17  we had to refill the cell phone.  During that time

18  period I had the broken jaw.

19      Q.   When did you have a broken jaw?

20      A.   Somewhere in between the end of March and

21  would have been around-ish the middle of April just to

22  give it a longer window.

23      Q.   You used therapy and you refer dates to other

24  events to try to make sense or organize your thoughts;

25  is that correct?

CONFIDENTIAL

1      A.    Yeah, I agree with that statement.

2      Q.    Did you go back and look at any documents or

3   records to try to organize your thoughts

4   chronologically?

5           MR. SCHULTZ:  Object to the form.

6           THE WITNESS:  As far as this deposition goes,

7   no.  Also, I think unfortunately there is not a lot

8   of -- all of my medical experiences were after my

9   trafficking experience had ended so there isn't really

10  any information about the physical injuries that I

11  could have gone back to other than the fact that it

12  showed I was in different stage of healing with all of

13  my broken bones.

14          There is really not a lot of information

15  there to go off of other than memories and experiences

16  and again, that cell phone refill date was very

17  memorable, especially, you know, certain ones were more

18  memorable.

19  BY MR. SAGER:

20     Q.    Why was that date which I think you said is

21  April 10, 2014 so memorable?

22     A.    Just the fact that I -- I don't want to say

23  this for sure but I remember that we had to go get the

24  cards multiple times, and I believe the cell phone had

25  ran out before we went to grab the cards every time.

CONFIDENTIAL

```
 1    It wasn't something he automatically remembered to do.
 2    I believe that was a case in April as well.  It
 3    definitely was a case in May.
 4              That's when -- May 10 was when I had finally
 5    gotten the final courage to ask to leave, please just
 6    let me go, and that was when I got a beating and it
 7    turned into kidnapping at that point in time legally
 8    from the criminal case point of view.  Then June 10 was
 9    a bit of a blur specifically.
10         Q.   In this lawsuit, which from a legal
11    standpoint is commenced by a complaint and an amended
12    complaint, what is it that you're seeking to
13    accomplish, and I'm not asking you for any sort of
14    damages analysis or that, but personally what are you
15    hoping to achieve?
16         A.   There is a few things.  For one, I personally
17    believe that this is still very, very active in the
18    casinos that are here in Las Vegas, that there is
19    absolutely better training and liability that the
20    casinos have to helping people who are being trafficked
21    or what they assume are prostitution in their casinos
22    so I think that's a part of it for me.
23              Another big part is I have medical debt that
24    I will never be able to pass a house down to my future
25    children with if I still have.  I would like to get
```

Page 65

CONFIDENTIAL

1    that repaid back to the states and to all the entities

2    that I do owe that restitution with as well as moving

3    forward and getting my mental health and my physical

4    healthcare taken care of.

5            I don't want to have to be burdened with

6    that, and at this point in time I just have not had the

7    money to support quality care for me to be a really

8    functioning member of society at this point in time.  I

9    try my best, but I just don't have the money and I

10   don't have the time to dedicate to my mental health or

11   to my physical health that is required because of the

12   things that I experienced.

13       Q.   How much debt do you currently have?

14       A.   I don't particularly have debt -- I owe

15   13,000 I will say that on a credit card and then I have

16   $6,000 on a car.  The State of California had paid for

17   most of my medical care, and I know that's a

18   requirement that you pay them back before I get a dime

19   and as I should.

20       Q.   How much do you believe you owe the State of

21   California?

22       A.   I am not aware.  I know when I left the

23   hospital in California which was for half of my stay,

24   the last half of my stay the bill was 1.9 million.

25   That, I don't know exactly what was settled.  That was

Page 66

CONFIDENTIAL

1   the bill for half of the hospital stay.  I only had two

2   surgeries at that hospital.  I can't even imagine what

3   UMC's bill was.

4        Q.   Is anybody currently seeking money from you

5   in relation to medical debt arising from your

6   post-trafficking treatment?

7        A.   Not currently.  That being said, the way

8   California is required, I was aware of this, that if

9   you pass away and there is a home the home gets

10  liquidated into assets that go to Medicaid or Medical

11  in California prior to you -- and this is from my

12  understanding, I'm not a lawyer clearly, but before it

13  goes to your family.  For me, that's important to be

14  able to at least attempt to pass something down to my

15  family.

16       Q.   So if I've understood you correctly one of

17  the things you wanted to achieve was have better

18  training in casinos?

19       A.   Yes.

20       Q.   You also would like to have money so that you

21  can get the appropriate care you feel you need to move

22  forward?

23       A.   Yes.

24       Q.   And you haven't had that resource; is that

25  correct?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        A.    I have not had the resource I need to get the

2    best quality of care that would actually have me

3    thrive.

4        Q.    What care do you think you've been lacking

5    over the last several years that you would otherwise

6    have gotten if you had the resources?

7        A.    I think there is a few things.  Physically I

8    have -- I don't know how much we want to go into my

9    physical injuries or my mental health issues.  I have

10   aspects physically that are causing me from not being

11   able to work a full-time job.  I will likely need to be

12   in bed tomorrow because I'm sitting in a chair for so

13   long today.

14             That's just the reality of my life at this

15   point.  I can't do the things normal 29 year olds do

16   because of my physical injuries.  The mental health

17   aspects I still suffer panic attacks and flashbacks and

18   nightmares.  At least once every two weeks I experience

19   at least some of those.  I know because of being able

20   to go to a really in-depth trauma treatment center that

21   there is mental healthcare that can, you know, all the

22   years prior to me going to this trauma treatment center

23   do not equal the three months I spent at this trauma

24   treatment center.  And realistically, I probably need

25   to go to a treatment center like that for routine

CONFIDENTIAL

```
1    maintenance of my mental health for the rest of my
2    life, and that's just, you know, it is what it is but
3    also it's rough.
4         Q.    Another thing you said you want to achieve is
5    to retire whatever medical debt you may have but you're
6    not quite sure what that is?
7         A.    Yes.
8         Q.    Anything else you're hoping to achieve in
9    this case?
10        A.    No.  I think that those are the things that
11   are important to me to take care of myself to a certain
12   extent so I can continue to do the work I like to do
13   and to further the work that I'm doing.
14        Q.    Are you currently taking any prescription
15   medication?
16        A.    No, I'm not.
17        Q.    And I'm going to ask this but it's not meant
18   to offend you.  You're not under the influence of any
19   drugs or alcohol here today?
20        A.    No.
21        Q.    There is no reason why you can't give
22   truthful testimony, correct?
23        A.    I agree that I am not under the influence of
24   anything.
25        Q.    You had previously filed another lawsuit?
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1         A.    Yes.

2         Q.    Can you tell me about that?

3         A.    Back in ████ as the criminal case was

4    clearing up I started to attempt to look for lawyers

5    who could help support originally to sue the casinos.

6    At that point in time I looked in Las Vegas and in

7    Reno, and lawyers at that point were not willing to

8    even attempt to go against the casinos on a hot topic

9    like this.  I settled with ██████ I know that was his

10   nickname but suing for ████████████████████████████

██   ██████████████████████████████ to try and get

12   some coverage.

13        Q.    ██████ is that the name of your attorney?

14        A.    That was the attorney I went with, yes.

15        Q.    I have something here.  It's██████████

██   ██████     A.    Yes.

17        A.    Yes.

18        Q.    That's the person?

19        A.    Yes.

20        Q.    How many attorneys did you consult with in

21   ██████ time frame in your quest to find somebody who

22   might be willing to sue casinos?

23        A.    This is a very big estimate.  I'm not sure

24   but I think I called about ten different lawyers and

25   then had given up.

Page 70

CONFIDENTIAL

1      Q.   And then what happened?

2      A.   I met ████ through another survivor who had

3  used his brother who is also a lawyer on her legal case

4  against her trafficker.

5      Q.   Did you ask ████ -- I will ask it

6  differently.  You didn't sue any casinos in the lawsuit

7  that ████ filed on your behalf in ████, correct?

8      A.   Yes.  He said he wasn't willing to do that

9  because you guys could become potential clients, which

10  was kind of the notion I got with every other law firm

11  that I talked to in Nevada, which I why I looked

12  outside of Nevada when I finally did find someone.

13      Q.   Let's mark this so you have it in front of

14  you.

15              (Exhibit 2 marked)

16  BY MR. SAGER:

17      Q.   You have in front of you what's been marked

18  ████ 2 for identification.

19      A.   Yes.

20      Q.   You can flip through it.  My initial question

21  is whether this is the lawsuit that ████, the person

22  we've been referring to as ████ filed on your behalf?

23      A.   I believe so, yes.  It's been a very long

24  time since I've seen it.

25      Q.   You filed this lawsuit not under a pseudonym

CONFIDENTIAL

```
 1    A.H. but under your actual name at the time, correct?
 2         A.   Yes.
 3         Q.   Is there a reason why you chose to use your
 4    name at that time?
 5         A.   So with the criminal case my --██████████
      ██████   had suggested to keep under the name ███████
      █████████   and told me not to let anyone know my new name
 8    so for safety I kept it under the name ████████████████
 9    because my name was put out in the public at that point
10    in time to try and protect myself especially
11    considering the fact I was going against him and his
12    family members.
13         Q.   If you look at the second page of █████ 2 you
14    will see again what I referred to as a caption, and it
15    says ████████████████   an individual plaintiff versus
16    several people.   ████████████████   who is he?
17         A.   ████████████████████   was the person who
18    trafficked me.
19         Q.   ██████████████████
20         A.   Yes.
21         Q.   Who is she?
22         A.   She was the girl I was trafficked with.  She
23    is what we refer to as the bottom.
24         Q.   The bottom also referred to as the bottom
25    bitch?
```

Page 72

CONFIDENTIAL

1      A.   Yes.

2      Q.   And then can you pronounce the third name for

3   me?

4      A.   I think it's ████████████████        and

5   that is from my understanding ███████████████████

6   ███████

7      Q.   Why did you sue ██████████ if you know?

8      A.   Again, this is coming from the detective.  I

9   do not actually have documentation of this.  Even

10   though it did go through the court system we could

11   probably find it in the criminal case.  The house that

12   ██████ had with his grandfather was signed over to

13   ██████████ with the attempt to try and use it as bail

14   because it would have been enough to bail him out of

15   jail.

16         The courts from my understanding had stopped

17   him using it as bail and so her name was added because

18   of the fact she was the technical owner of the home at

19   that point.

20      Q.   Do you have any reason to believe that ██████

21   ███████████knew what was going on in the house during your

22   trafficking period?

23      A.   I have not seen her criminal record but from

24   my understanding from ████████████████████████ which

25   is what we were required to call him, she was

Page 73

CONFIDENTIAL

1    trafficked by his father when she was 14.  She had him

2    when she was 14 and he was raised by his maternal

3    grandparents with mom and dad coming in and out of the

4    home.

5         Q.    Back to my question.  Do you have any reason

6    to believe that ████████████████ was involved in your

7    trafficking?

8         A.    I do not believe she was involved in my

9    trafficking other than the fact she was the now current

10   at the time owner of the home.

11        Q.    What about ████████████████████████████,

12   was he involved in your trafficking?

13        A.    From my understanding ████████████████

     ████████████████was in a memory care facility for dementia

15   or some type of senior living facility and really the

16   home was going to be given to wholly and solely to

17   ████████████████ when his grandfather passed.

18        Q.    Was ████████████ one of the people who

19   trafficked you?

20        A.    I have mixed emotions around that.  I know

21   she's a victim of trafficking, and yet, she was

22   complicit and unfortunately very helpful in keeping me

23   trapped in the situation I was in.

24        Q.    Do you have any communications with ████████

     ████████

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        A.    I do not.

2        Q.    When was the last time you communicated with

3   her in anyway?

4        A.    We served her these papers when she had went

5   to this type of -- this case specifically and the

6   paralegal had shared with me after she had served her

7   in jail that she had said she was sorry for what she

8   had did, but that was the last communication.  And

9   before that was the day that I was dropped off at

10  ███████house.

11       Q.    ██████ being another trafficker that ███████

██  ███████ essentially delivered you to?

13       A.    He sold me to him -- from my understanding he

14  sold me for a Chrysler 300.

15       Q.    Did ██████ ever actually traffic you?

16       A.    No.

17       Q.    Do you have any expectation that ███████

██  ███████ is going to substantiate any of the facts in

19  this case?

20            MR. SCHULTZ:  Object to the form.

21            THE WITNESS:  I do.  ███████was around a lot

22  during my trafficking and was there during multiple

23  interactions with these casinos, yes.

24  BY MR. SAGER:

25       Q.    Are you aware of any effort to communicate

                                              Page 75

CONFIDENTIAL

1    with████████████  for the purpose of supporting your

2    legal case?

3        A.    No, I'm not aware of that.  Personally I am a

4    bit fearful to reach out to her.  She was taken into

5    custody when the criminal case came about, and her very

6    young child was taken from her.  And this is again, not

7    confirmed but from my understanding ████████████████

8    has custody of ██████████child, and so I am fearful that

9    she will be extremely upset with my involvement of her

10   child being taken away.  We have purposefully tried not

11   to contact her until it's required.

12       Q.    Are you aware of anyone else who you would

13   consider an accomplice or complicit in████████████████

14   trafficking of you?

15           MR. SCHULTZ:  Object to the form.

16           THE WITNESS:  No.  Would you be able to reask

17   the question?

18   BY MR. SAGER:

19       Q.    Sure.  I asked you who ███████████████  was.

20   You said he was the trafficker and you gave an answer

21   as to ████████████████  role.

22           To your understanding was anyone else

23   involved in facilitating or helping or assisting ██████

██        ████████  trafficking of you?

25           MR. SCHULTZ:  Object to the form.

                                         Page 76

CONFIDENTIAL

1        THE WITNESS:  I think that's a bit of a

2   loaded question.  I think that ███████ was the

3   person who was taking the initial money from the buyers

4   that I was sold to.  I think that there were family

5   members that came into the home.  I cannot identify any

6   of them, which is why I asked to keep that also quiet

7   just in case there is concern for my safety on that,

8   that I think were aware of what was going on.  This is

9   a family business.  There are multiple ██████ that

10  have criminal records like this.

11        And as far as complacencies I would say the

12  casinos are people who had benefited financially from

13  my trafficking, and the buyers were coming to their

14  casinos with the intention of having a good time and

15  with everything that that means in Las Vegas with the

16  concept of what happens in Vegas stays in Vegas.

17  BY MR. SAGER:

18      Q.   What family members of ███████ visited

19  the house, and I understand you said you don't know

20  their names but can you identify them by their gender,

21  their age, physical description, anything?

22      A.   I know each trafficker has different rules

23  about where people are allowed to look.  When I was in

24  the home and there were family members inside the home

25  we were very much separate, isolated from the people

                                              Page 77

CONFIDENTIAL

1   that were visiting the home.  We were not allowed to

2   look up at them.  I know that ████████████ had said

3   his father came and visited.  He said an ██████ came and

4   visited.

5            Other than that I cannot identify what these

6   people look like.  I really wish for my own safety that

7   I could, but I have no idea what they look like or how

8   many of them had come into the house other than there

9   were a couple of times that there was a group of people

10  that were enjoying themselves in the kitchen around the

11  island.

12       Q.   You didn't interact with any of those people?

13       A.   No.

14       Q.   Or any of ██████████████ family?

15       A.   No.

16       Q.   When you said you were not to look at them

17  who is the we?

18       A.   Myself and ████████████████

19       Q.   What happened to this lawsuit that is

20  reflected in ██████ Exhibit 2?

21       A.   ████████████████ had passed away and it made the

22  case relatively difficult to continue.  Also, ██████████

23  was able to identify documentation that showed she was

24  financially supporting ████████████████ a lot of the time

25  that I was trafficked with things like covering energy

Page 78

CONFIDENTIAL

1    bills and stuff like that.

2          From my understanding ▮▮▮▮▮▮▮ never

3    even had a bank account during the time of my

4    trafficking.  With that we had decided that -- to drop

5    the case.

6          Q.   If ▮▮▮▮▮▮▮▮ was supporting ▮▮▮▮

     ▮▮▮▮ during the period of the trafficking do you --

8    put aside legally, but do you personally feel that

9    makes her responsible for your trafficking in someway?

10         A.   I don't personally think so.  I don't agree

11   with that.  I think she would have been required to try

12   and cover those bills anyways with her father being in

13   a senior living facility and that kind of thing anyway,

14   yeah.

15         Q.   Have you made any effort to identify any of

16   the people, family members or whoever they may have

17   been that entered the home while you were there in

18   2014?

19         A.   Yes, I have.  I have had a couple different

20   forms of social medias that were specifically for the

21   purposes of -- one of them being like this is just an

22   example but Jane Smith to identify the people who were

23   related to my trafficker for my own safety.  It's

24   especially a concern as I've lived in Vegas to try and

25   make sure that I keep my identity quiet and I can know

                                              Page 79

CONFIDENTIAL

1    who to watch out for?

2        Q.    Why did you choose to stay in Vegas?

3        A.    The main reason right now is related to

4    financial reasons.  I moved back in 2022 because

5    ██████████ is very expensive.  I loved it out there but

6    Vegas was a cheaper place.  My family is still out here

7    and ██████████████ was able to -- by

8    marriage but cousin, I look at him as a cousin, was

9    able to get me a job at the ██████████████, and

10   I worked ██████████ there for a couple years so I had

11   opportunities for employment here.

12            Before that it was very much connected to

13   trying to solidify and support my relationship with my

14   dad and to make sure he is doing well.  He is getting

15   older.

16       Q.    Why don't we take a break.

17       A.    Okay.

18            THE VIDEOGRAPHER:  We are off the record at

19   10:52 a.m.

20                (A recess was taken.)

21            THE VIDEOGRAPHER:  We are back on the record

22   at 11:08 a.m.

23   BY MR. SAGER:

24       Q.    Ms. ██████ the lawsuit we were talking about

25   that's reflected in ██████ Exhibit 2 did you ever receive

                                            Page 80

CONFIDENTIAL

1    any money?

2        A.    No.

3        Q.    It was dismissed and that was the end of it?

4        A.    Yes.

5        Q.    What I would like to do now, Ms. ███████ is

6    talk to you about locations at which you contend you

7    were trafficked.  I just want to make sure when we are

8    doing that that we put some firm dates around the

9    period we are talking about.

10       A.    Yes.

11       Q.    You allege your trafficking period started on

12   March 10, 2014, correct?

13       A.    Yes.

14       Q.    You allege you were sold to ██████ on or about

15   June 25, 2014, correct?

16       A.    Yes.

17       Q.    Because that's four days before you were in

18   the hospital?

19       A.    Yes.

20       Q.    Were you ever trafficked before or after that

21   period of time?

22       A.    No.

23       Q.    During that period of time -- to help you do

24   that I want to make sure you have your complaint and

25   the answers to the interrogatories that were served by

Page 81

CONFIDENTIAL

1    my client the Venetian because I'm not trying to make

2    this harder than it needs to be so let's mark this as

3    ███ 3.

4                    (Exhibit 3 marked)

5    BY MR. SAGER:

6        Q.    Ms. ███ you have in front of you what's

7    been marked ███ 3 for identification.  Do you

8    recognize that document?

9        A.    Yes, but this does say the Wynn on it.  I

10   didn't know if we were doing --

11       Q.    If you look on the right-hand side next to

12   that caption where it says Wynn.  It says Plaintiff's

13   Answers to Defendant Venetian Las Vegas Gaming, LLC's

14   First Set of Interrogatories to Plaintiff.

15            Do you see that?

16       A.    Yep.

17       Q.    What happens in litigation is the parties

18   shorten the caption so you see the Wynn Las Vegas, et

19   al?

20       A.    No, it just says defendant Venetian.

21       Q.    No.  You are looking at ███ 3.  If you look

22   in this little box here you see it says Wynn?

23       A.    Yes.

24       Q.    And then it says Wynn Las Vegas, et al?

25       A.    Uh-huh.

                                        Page 82

CONFIDENTIAL

1      Q.   That just means we are shortening the

2  caption.  All the other names are still there.

3      A.   Okay.

4      Q.   As if they are in the complaint.

5      A.   Okay.

6      Q.   We just don't repeat them.

7      A.   Gotcha.

8      Q.   I don't want you to be confused about what

9  you're looking at.

10          Are these the interrogatories that you

11  answered in response to what the Venetian, my client,

12  served on you?

13      A.   Yes, with the support of my lawyer.

14      Q.   Of course.  You certified that to the best of

15  your ability they are true and correct?

16      A.   Yes.

17      Q.   If you look at the very last page of the

18  document you are going to see something called a

19  verification?

20      A.   Page 17.

21      Q.   It doesn't have a page number but yes.  Do

22  you see verification and then it says A.H., is that

23  your signature?

24      A.   Yes.

25      Q.   Have you gone back and reviewed these

CONFIDENTIAL

1    interrogatory responses since you verified them in

2    April of 2025?

3        A.   I have not.

4        Q.   Do you have any reason to believe anything

5    you said in here is untrue?

6        A.   I do not believe anything in here is untrue.

7        Q.   I wanted you to have these documents in front

8    of you because my very specific question for you right

9    now, and I know it's going to take a little bit of time

10   to work through is I would like you independently for

11   the moment to identify every location at which █████

     ██  ██████  trafficked you?

13       A.   Okay.  You said not use this document?

14       Q.   You are welcome to, and I can even point you,

15   you know, in your complaint you make certain

16   allegations and in the answers to interrogatories

17   you -- in Interrogatory No. 2 -- I'm sorry, three you

18   mention things.

19            I just wanted you to be aware that you had

20   answered this question to some extent in writing.

21       A.   Yes.

22       Q.   So that it wasn't confusing and you didn't

23   think I was trying to trick you here.

24       A.   Yes.

25       Q.   Tell me now each location that you were

Page 84

CONFIDENTIAL

1    trafficked?

2          A.    So the locations where a buyer actually had

3    purchased me to the best of my knowledge, the Hooters

4    hotel.  Stardust, I went up to a room.  I did not

5    exchange money with that potential buyer.  That was

6    only one time.  Bellagio I was sold one time for a

7    bachelor party.  Cosmo, same concept.

8          Q.    Can I ask you to slow down a little.

9          A.    Sorry.

10         Q.    You're fine.  I don't want to have to ask you

11   to repeat it.

12         A.    Hooters hotel also was one time.  Cosmo, I

13   was only sold one time.  Bellagio and Cosmo I was

14   specifically only in those casinos the one time because

15   we found buyers in other casinos.  ████████████████

██   ████████████████████████████████████████████████████

██   ██████████████████████████████████

18         Q.    What were those casinos?

19         A.    Cosmopolitan and the Bellagio.

20         Q.    ███████████████████████████████████████

21         A.    Uh-huh.

22         Q.    Is that a yes?

23         A.    Yes, sorry.  Planet Hollywood, Paris, Encore,

24   Monte Carlo, which is now Park MGM, Luxor, Ellis

25   Island.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        Q.    Hold on one sec.

2        A.    Circus Circus, the LV Hotel and Casino, which

3    is now the Westgate.  I was trafficked into buyers'

4    homes.  I had walked through, and I do not recall if I

5    was brought up to rooms in these casinos, I might have

6    missed a buyer, but from my understanding and my best

7    recollection I only walked through these casinos and

8    was not able to find a buyer.

9        Q.    Which casino specifically are you referring

10   to?

11       A.    These next ones.  Flamingo, Harrah's, Caesars

12   Palace, the Stardust, Excalibur, Mandalay Bay, the Rio,

13   Palms, which are two different casinos.  I know it says

14   Rio Palms here, two different casinos, and Palace

15   Station.

16       Q.    Palace Station?

17       A.    Yes.  I was also taken one time with a buyer

18   to -- I'm not seeing those here.  I believe it was a

19   Motel 6 at the time, but now it's the Ellis Island

20   Hotel portion.  I think the hotel was a Motel 6 at that

21   point, and then I was also in Treasure Island as well.

22   I was sold in both of those.  The Motel 6 I was only

23   brought to with the buyer.  Treasure Island I was sold

24   in and was on the floor.

25       Q.    When you refer to Motel 6 are you referring

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1   to an outcall?

2        A.   It was a buyer I met somewhere else on the

3   Strip.  I do not remember or recall which casino I met

4   him at, but he had a bachelor party or a group of

5   friends, I'm not sure which, who had a room at the

6   hotel and so there was a cab ride -- sorry, there was a

7   cab ride to the Motel 6 together.  He purchased another

8   room there and then I had left after that.

9        Q.   Any other locations at which you were

10  trafficked?

11       A.   I had walked through Tropicana but I was

12  never trafficked in it, was never sold to someone in

13  it.  I'm trying to think of a map of the Strip right

14  now.

15            MR. SCHULTZ:  I want to note on the record,

16  Dave, given the questions that the interrogatory

17  excludes the named defendants so she hasn't identified

18  them in her response on the record.

19            THE WITNESS:  Thank you.  I believe that's it

20  that I know of at this point in time.

21  BY MR. SAGER:

22       Q.   And just for clarity and completeness, what

23  about the hotels of the named defendants?

24       A.   The Aria, the Venetian and the Wynn and then

25  New York-New York were all places I was trafficked in.

Page 87

CONFIDENTIAL

1        Q.   Who picked the locations where you would

2    attempt to get Johns successfully or not?

3        A.   Our trafficker.

4        Q.   You never picked?

5        A.   No.

6        Q.   Before we continue as I mentioned I -- I have

7    gone back and looked at things like your transcript

8    from your criminal testimony or your -- let me start

9    that again.  Your testimony in the criminal trial.

10            I believe you've testified that you weren't

11   brought to hotels and casinos every day, it was -- it

12   could range between two or three times per week; is

13   that right?

14       A.   I don't believe that's fully accurate.  I

15   think there was a lot of ebb and flow with the amount

16   of times we were there.  When they asked me that

17   question I kind of averaged it, and the reason I said

18   that was when my jaw was fractured there was at least a

19   week and a half that I was not able to go to the Strip

20   at all, and towards the end of my trafficking there

21   were times where we skipped days and things like that.

22            I kind of averaged that but there were

23   definitely -- when I first was trafficked I was in the

24   casinos a lot more frequently, and that was more of an

25   every night situation versus towards those incidents of

Page 88

CONFIDENTIAL

1    reasons of why we weren't in the casinos every night.

2        Q.    Do you recall testifying at your criminal

3    trial about the frequency of your trafficking?

4        A.    I don't remember or I don't recall the

5    question being asked, but I know they had asked me a

6    couple different questions like that throughout the

7    time I was getting on the stand.

8        Q.    Let's take the first week of your trafficking

9    period.

10       A.    Yeah.

11       Q.    Were you in casinos or let's not even limit

12   it to casinos, were you trafficked every day that week?

13       A.    I believe so.  I can't fully recall but I do

14   believe so.

15       Q.    What about the second week?

16       A.    I would have definitely been trafficked as

17   frequently as the first week that second week.

18       Q.    You don't know if it was five days, six days,

19   seven days?

20       A.    That specific I don't know.

21       Q.    When was your jaw broken?

22       A.    My jaw was broken I would say beginning of

23   April.  It was right around -- it was in between my

24   period ending that last week of March and I believe it

25   was already broken by the time I had to get the phone

CONFIDENTIAL

1    card redone.

2           Q.   To the best of your recollection what was the

3    date?

4                MR. SCHULTZ:  Object to the form.

5                THE WITNESS:  I don't recall the exact date.

6    BY MR. SAGER:

7           Q.   Who broke your jaw?

8           A.   ██████████  had been the one that broke my

9    jaw, and also my jaw was broken in four different

10   locations.  It happened at different days and different

11   times.

12          Q.   For that week and a half after he broke your

13   jaw you didn't go to the casinos at all or any place

14   outside the house?

15          A.   Correct.

16          Q.   You stayed in the house?

17          A.   We tried to go to the casinos.  My incident

18   at the Wynn happened during that time period, and

19   that's in the case.  And then the next day ██████  had

20   tried to go into the Stardust to find me a date, but

21   when the date had saw me he made a comment about was I

22   even able to give him a blow job and we realized I was

23   too broken face wise to go into the casinos at all.

24          Q.   Let's go through this list.  I may not do it

25   in the same order you gave it and if I forget something

Page 90

CONFIDENTIAL

1    obviously tell me.  Treasure Island, how many times
2    were you there?
3         A.   I don't know.  I would say -- and Mirage.
4    I'm so sorry I forgot the Mirage was also a casino in
5    that same section.  I would say I was probably walking
6    through there maybe once a week, maybe more.
7         Q.   How many -- you testified that you would
8    typically go out late at night say 2:00, 3:00 in the
9    morning for two to four hours; is that correct?
10        A.   In the beginning of my trafficking it was
11   earlier in the night.  It was I would say 12:00, 1:00,
12   and then as time went on and got closer to the
13   summertime we would go out later.  When I first started
14   my trafficking we would go home earlier-ish a little
15   bit earlier and then towards the end of my trafficking
16   we were out until the sun came up.
17        Q.   On the days or nights that you were
18   trafficked can you give us a range of how long you
19   would be away from the house?
20        A.   I think like a 12:00 to 4:00 or 5:00 was
21   pretty common or a 2:00 to 3:00 starting time to 7:00
22   or 8:00.
23        Q.   And how many places, whether they were
24   hotels, casinos, residences, whatever would you visit
25   on a given night or would that vary?

Page 91

CONFIDENTIAL

1      A.   It would absolutely vary based on what was

2  going on in the casinos that we were dropped off at,

3  and it would just vary by, you know, different factors

4  like if the buyer is at a hotel here or things like

5  that.  Also, based off of like conference times so if

6  there was a conference -- we kind of divided it north

7  and south end of the Strip.

8           Typically we were dropped off at the Aria if

9  we were going to do the south end of the strip that

10  night.  Often we were parked at the Venetian or Mirage

11  if we were doing the northern part of the strip, or we

12  could have been dropped off at the Wynn and then he

13  would go to the parking lot at the Venetian.

14           It just depended where he wanted to go

15  really, and, like I said, I know that he watched for

16  conferences and he would have us like report back to

17  him what's going on in the casinos when we first walked

18  in to kind of figure out if it was a safe place for us

19  to be.

20      Q.   What does that mean, safe place?

21      A.   We would do around, like around the casino

22  where the carpet, you know, the area you're allowed to

23  walk if you're not playing slots.  We would walk around

24  that area, we would check for like security.  If there

25  were a lot of buyers in there, if there were a lot of

Page 92

CONFIDENTIAL

1  girls, other girls, if there were a lot of pimps in

2  there, and by that our trafficker believed anyone who

3  was African-American.  If there were too many

4  African-American men we would leave typically.  If

5  there were families, that was a big thing in the

6  summertime to watch out for how many families were in

7  the casinos.

8      Q.   What was the purpose of watching out for

9  these things?

10     A.   Security obviously was to like see if they

11 are going to actively try and raid the area, which is

12 what we called it when a larger group of girls would be

13 picked up and taken into the booking area.  He didn't

14 want us to get arrested or trespassed from a property.

15 The buyer was -- like we wanted to make sure there was

16 enough buyers that were there, but also if there were

17 too many girls in the casino that was kind of a catch

18 22 where it's like there is not a likelihood to

19 potentially get a lot of the buyers.  Too many fish in

20 the pond kind of concept, I guess, was the idea.

21 That's me using those words, not my trafficker.

22          If there were too many girls in the casino,

23 my trafficker thought that was a sign a raid was going

24 to happen from the casinos so he would watch for those

25 things.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1           Then the families just not good for the idea

2     of the fathers buying sex with the family.  That

3     doesn't typically happen, which is why we started going

4     in the summertime more in the early morning and things

5     like that.  It was all important to watch what was

6     going on to kind of identify if this was a good place

7     to potentially find buyers or not.

8           Q.   One of the factors that you were instructed

9     to be on the lookout for was security?

10          A.   Yes, absolutely.

11          Q.   Was security at these various hotels and

12    casinos different?

13          A.   I mean, I think I want to say no but I think

14    it was just because anybody who was wearing a security

15    outfit was just automatically get away from them, you

16    know, that was the way we were told to interact with

17    them.

18          Q.   So you would walk around the slot machines

19    and if there were some number of security people you

20    would report back to your trafficker that this probably

21    isn't a safe place for us to work tonight; is that

22    correct?

23          A.   Yes.  I will say that I was not usually the

24    person that had that conversation.  My trafficker

25    didn't trust me with that type of information so the

Page 94

CONFIDENTIAL

1    girl I was trafficked with if she was with me at that

2    exact moment she would be the one that would report

3    that to him.

4        Q.   And if he determined there was too much

5    security how would you decide when to leave and how

6    would you get to the next place?

7        A.   He would tell us when we go, when we stay,

8    that kind of thing, and then usually I would say we

9    would be required to walk to the next property.  And

10   that's why I would say we did like the north portion or

11   the south portion together because, you know, they are

12   all in the same vicinity.

13       Q.   So you started with Treasure Island.  Can you

14   tell me how many times you were trafficked there?

15       A.   Treasure Island I would say I assume once a

16   week.  Maybe more than that.  It wasn't a big buyer

17   property so my trafficker would limit our time frame in

18   the non-big buyer properties.

19       Q.   Why wasn't that considered a buyer property?

20       A.   A big buyer so like somebody who has got a

21   lot of money who could give him the return amount that

22   he wanted.

23       Q.   Is that because it wasn't as fancy as a hotel

24   or casino?

25       A.   I think partially.  I know potentially also

Page 95

CONFIDENTIAL

1   hotel costs, like the room costs and thing like that if

2   he is looking for people that, you know, have a lot of

3   money I think a lot of people who have a lot of money

4   want to go to a nicer hotel.

5         Q.   How many Johns did you have commercial sex

6   with at the Treasure Island hotel?

7               MR. SCHULTZ:  Object to the form.

8               THE WITNESS:  Maybe a handful.  Not too many.

9   I feel like that was a property just to walk through to

10  get to the other casinos.

11  BY MR. SAGER:

12        Q.   Why didn't you sue Treasure Island if you

13  were trafficked there?

14              MR. SCHULTZ:  Object to the form.

15              THE WITNESS:  I didn't have many interactions

16  with the employees there, which was a big part of it

17  and I think with all the casinos that I had -- did move

18  forward with this lawsuit with it was based off of

19  sharing my experiences with my lawyers and them

20  deciding which ones to go after.

21  BY MR. SAGER:

22        Q.   How many times were you trafficked at the

23  Mirage?

24        A.   I would say a similar frequency.  Probably

25  once a week, maybe more.  I don't know.  I think that

Page 96

CONFIDENTIAL

1  casino I was probably with buyers a little bit more

2  frequently.

3       Q.   How many buyers -- I call them Johns but we

4  can use -- doesn't matter to me.  How many buyers would

5  you say you were with during the entirety of your

6  trafficking period?

7            MR. SCHULTZ:  Object to the form.

8            THE WITNESS:  I don't really know or have a

9  real definite answer on that, but I would assume

10  somewhere between 50 and 100.

11  BY MR. SAGER:

12       Q.   Why do you assume that?

13       A.   There were definitely -- I feel like most

14  nights we were required to have at least a couple

15  buyers because sometimes he was not -- my trafficker

16  was not a super patient person so sometimes he would

17  cut it at two, but there were other nights where I had

18  five buyers in a night and so it really just depend --

19  would depend on the night how he felt more than

20  anything and then what was going on.

21       Q.   The Mirage was slightly more than Treasure

22  Island?

23       A.   Yes.

24       Q.   And can you give me some idea of the 50 to

25  100 buyers you had how many of those were at the

CONFIDENTIAL

```
 1   Mirage?
 2              MR. SCHULTZ:  Object to the form.
 3              THE WITNESS:  Maybe two handfuls.  I don't
 4   know.
 5   BY MR. SAGER:
 6        Q.   When you say handful?
 7        A.   Maybe 10ish.
 8        Q.   So roughly 10 percent of the high end of the
 9   total would have been at the Mirage?
10              MR. SCHULTZ:  Object to the form.
11              THE WITNESS:  Yeah, I guess.  Now, I'm
12   looking at the numbers and probably was higher than
13   that honestly.
14   BY MR. SAGER:
15        Q.   Have you made any effort in this case to try
16   to figure out how many buyers with whom you engaged in
17   commercial sex during your trafficking period?
18        A.   No, I did not.
19        Q.   Are you aware that you at some point had
20   testified that the number of buyers was somewhere
21   between 50 and 60.  Does that seem right?
22        A.    It doesn't seem accurate.  I remember the
23   question coming up when I gave my statement, but it
24   doesn't seem accurate.  And I think that, you know, I
25   don't count them as sexual encounters and I don't know
```

CONFIDENTIAL

1    I have a -- my own, you know, cultural stereotype to

2    people that have high numbers, and I think that I

3    wanted the number to be lower than what it is.

4        Q.    So Mirage give or take 10 buyers?

5        A.    Yeah, I think that's probably accurate.

6        Q.    Treasure Island a few less than that?

7        A.    Yeah.

8        Q.    Hooters?

9        A.    One.

10        Q.    Stardust?

11        A.    Zero.

12        Q.    And at Hooters when was that?

13        A.    That was towards the end of my trafficking.

14    That was in the morning.  That morning specifically I

15    was being picked up from my trafficker and there was a

16    traffic stop that my trafficker had pulling out of the

17    Hooters hotel.

18        Q.    Do you recall when you were at the Mirage

19    hotel?

20        A.    That was sporadic through my trafficking

21    experience.

22        Q.    You couldn't, and I'm not faulting you, I'm

23    just asking, you couldn't go back and say I was there

24    three times in April and two times, you can't do that?

25        A.    Uh-uh, no.  I'm not able to do that.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1          Q.   The Bellagio, you said there was one time at

2     a bachelor party?

3          A.   Yes.  What I remember about that is we were

4     at another casino, I'm not 100 percent sure, but I

5     believe we were at the Venetian and we all got into a

6     taxi, the girl I was trafficked with and I and the

7     bachelor party we got into two different taxis and were

8     transported to the Bellagio.

9               What happened that morning and why I remember

10    it is we were getting out of the room at 4:00 which is

11    the hour that ████████ gets on the casino floor, and I

12    tried to get to her but the girl I was trafficked with

13    had my trafficker on the phone before we even got out

14    of the elevator and she had my arm and he threatened --

15    he walked past us and threatened me that morning.

16              The reason I think that is important is my

17    hair color was changed at that point in time.  I don't

18    know when my hair change happened.  I know it happened

19    in May or maybe in June, but that was a big identifying

20    change in my trafficking during that time period.

21         Q.   ███████████████     worked at the Bellagio?

22         A.   Yeah.

23         Q.   Did ██████ or your trafficker know that?

24         A.   Yes.

25         Q.   Is it your testimony that the one occasion

                                              Page 100

CONFIDENTIAL

1    you were trafficked there you were going to try to --

2         A.    Run.

3         Q.    Run?

4         A.    Yes.

5         Q.    How did they know that you were going to try

6    to do that?

7               MR. SCHULTZ:  Object to the form.

8    BY MR. SAGER:

9         Q.    Because you said she grabbed your arm?

10        A.    I had at that point already had a few

11   attempts of running before that point in time and so

12   like I said they didn't trust me as they shouldn't

13   have.  With what they were doing they shouldn't have

14   trusted me.

15        Q.    Did you see ███████████████ that day?

16        A.    I think I did.  I know where her tables would

17   have been.  She was always proud of working at the

18   Bellagio so she had taken me there when I was 15, and

19   we walked around the casino and so I kind of knew where

20   her tables would have been.  I think I saw her, but ███

21  ███████████████she was always a bit of a spacy person and

22   she was just staring off into the table.  There was no

23   one there yet.

24        Q.    What significance -- I think you put

25   significance on the fact that your hair color had

Page 101

CONFIDENTIAL

1  changed at this time, why is that relevant?

2        A.   They were concerned because I was going into

3  the casino where ████████ worked so they didn't want

4  me to be recognized.  It was to cover that potential of

5  something happening in the future and they changed my

6  hair color to red.

7        Q.   So you wouldn't be caught?

8        A.   Didn't want to be recognized.

9        Q.   So you wouldn't be identified?

10       A.   Yes.

11       Q.   And you looked out for security so you

12  wouldn't be caught?

13       A.   What do you mean?

14       Q.   You said earlier that you would look out for

15  security because if there is security you might get

16  trespassed, you might get -- whatever might happen with

17  security and you didn't want that to happen?

18       A.   I assumed I would be arrested.  That was

19  something I was told.  I was so scared of my trafficker

20  and his family and things like that that I knew that if

21  I escaped especially after the failed attempts that I

22  needed to be able to run away in the right time and the

23  right way, and unfortunately, that had not presented

24  itself until I was able to get transferred to UC Davis

25  in California.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.   The Cosmo, when was that one time you were
2  trafficked?
3      A.   I believe that was earlier in the earlier
4  months of my trafficking somewhere in the March or
5  April time period.
6      Q.   How many times were you trafficked at Planet
7  Hollywood?
8      A.   I walked through there quite a bit.  I don't
9  think I had more than three dates in the casino though.
10     Q.   Three dates you mean buyers?
11     A.   Yes.  We called them dates when we were being
12  trafficked.
13     Q.   You referred to a Motel 6.  How many times
14  were you trafficked there?
15     A.   One time.
16     Q.   How many dates?
17     A.   One.
18     Q.   The Encore?
19     A.   The Encore I was in pretty consistently.  I
20  would say we were in there probably once a week.  My
21  trafficker's understanding of the properties were that
22  at the time every casino had one that allowed a lot of
23  prostitution and the other one that didn't.  Out of the
24  Wynn and the Encore the Encore was looked at the more
25  family friendly casino.  We were aware or told that the

CONFIDENTIAL

1    security was more stringent there than they were at the

2    Wynn.  Venetian and Palazzo, same kind of concept as

3    far as the properties go.  We were probably in there

4    once a week but we didn't usually have buyers in there,

5    and I do remember being more fearful of the security

6    there.

7        Q.    How many buyers would you say you had at the

8    Encore during your trafficking period?

9        A.    I would say probably less than five.

10       Q.    When you say you were fearful of security you

11   were fearful of them identifying you and potentially

12   arresting you?

13       A.    Yes.  I definitely didn't see any of the

14   casino employees as a way of support.  I believe that

15   the casinos per the actions and experiences I had in

16   there that they saw me as a nuisance and that I was a

17   dirty, you know, prostitute who was doing this by

18   choice.

19       Q.    Did you have ID on you when you were in these

20   places?

21       A.    Yes, I did.

22       Q.    Were you ever asked to show your IDs?

23       A.    Not in any of the casinos in this lawsuit.

24       Q.    You had your cell phone on you in the

25   casinos?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      A.    We were required to have a cell phone on us,
2  yes.
3      Q.    The Paris, how many buyers did you have
4  there?
5      A.    I don't believe I was actually sold in Paris.
6      Q.    How many times were you physically attempting
7  to identify buyers there?
8      A.    Not often at all.  That was one of the
9  casinos from our understanding from what our trafficker
10  told us was the casino that's the pimps would hang out
11  in.  You don't go into those casinos because of the
12  fact that if you are going in those casinos the pimps
13  think that you're trying to choose up, which is like
14  you're trying to pick a new trafficker and then you're
15  being dishonorable and disloyal from your own
16  trafficker so he wouldn't want us in there because the
17  traffickers could be aggressive.
18      Q.    What about the Monte Carlo, how many times
19  were you trafficked there and how many buyers?
20      A.    I would say less than ten.  We walked through
21  that one I would say once or twice a week.  Typically
22  the casinos because they were so close together there
23  was certain ones we with work in pairs, the Wynn and
24  the Venetian being relatively close together those
25  nights I would be working at the Wynn where typically

Page 105

CONFIDENTIAL

1    nights we would at some point get to the Venetian

2    unless we were having a really great night at the Wynn,

3    for example, and we would just go in that casino floor

4    again, go to another buyer's room and kind of do that

5    over and over again.

6            Those were the casinos that were kind of

7    bunched together.  Monte Carlo is very close to the

8    Aria so with that we were in that one a good amount.

9        Q.   With the Monte Carlo, to be clear, you had

10   less than ten buyers?

11       A.   Yeah.

12       Q.   Can you be more specific, between five and

13   ten?

14       A.   Between five and ten I think is probably

15   relatively accurate.

16       Q.   And that's a casino that you would go to --

17       A.   Relatively frequently.

18       Q.   The Luxor?

19       A.   I can recall a buyer at the Luxor.  It was

20   not a super common casino for us to go into.  The ones

21   around New York-New York were ones that we

22   frequently -- frequented, sorry, closer to the

23   summertime.  Those are because the money kind of drops

24   during the summertimes.

25       Q.   With the Luxor you only recall one buyer?

Page 106

CONFIDENTIAL

1      A.   Yeah.

2      Q.   Have you made an effort as part of this

3  lawsuit or before you filed or preparing for your

4  deposition at any time to think back and say okay, with

5  respect to the Luxor or any other hotel I want to

6  replay in my mind how many buyers there were, and I

7  understand that's painful, but in conjunction with

8  litigation I need to ask you the question?

9           MR. SCHULTZ:  Object to the form.

10          THE WITNESS:  No, I didn't.  The reason I

11  went forward with the lawsuit that I did was not

12  because of the amount of buyers that I had in each

13  casino, it was about the interactions with employees

14  that I had in each one of these casinos as well as the

15  ability to actually intervene, which was different than

16  these other casinos.

17  BY MR. SAGER:

18      Q.   Ellis Island?

19      A.   Just that one time and that was the one that

20  I believe it was the Motel 6 at that point in time.

21      Q.   Circus Circus?

22      A.   One time.

23      Q.   You're being very specific, for instance, as

24  to Circus Circus.  You have a vivid memory that you

25  went there once and had one buyer?

CONFIDENTIAL

1        A.    It was a bachelor party.  It was Indian men

2    they were all in one room.  Ellis Island I remember the

3    incident.  The Cosmo and the Bellagio I remember the

4    incident.  The Stardust I unfortunately have a very

5    painfully vivid memory of things that had happened to

6    me.

7        Q.    At which hotel?

8        A.    I can remember most of the interactions.

9        Q.    But the one you just referred to where you

10   said you had particularly vivid recollection what were

11   you referring to?

12       A.    Which casino, the Stardust.  That was the

13   interaction where the buyer told me that -- where he

14   asked me if I was even able to give a blowjob.

15       Q.    LV?

16       A.    That was one time.

17       Q.    You only went there one time or only had one

18   John there?

19       A.    We went there a couple times.  My trafficker

20   was trying to see if he could do online advertising,

21   which was not very profitable for him so he had bought

22   a motel room one time using ████████ information, I

23   believe.  It might have been his but it wasn't mine.

24             At this point in time there was a local who

25   had responded to an online ad, and my trafficker did

                                           Page 108

CONFIDENTIAL

```
1    not want to buy a hotel room so I was told to take him
2    to the staircase.
3         Q.   At the LV?
4         A.   Yes.
5         Q.   You mentioned you were trafficked in homes.
6    How many different home?
7         A.   Two buyers' homes.  One of them was an
8    apartment and one of them was a house.
9         Q.   One visit to each or more?
10        A.   Yes, one visit to each.
11        Q.   Any other homes?
12        A.   No.  The online market here at that time, I
13   don't know if it's changed at all, was not profitable.
14   I know that he had to pay for our ads as well so I'm
15   not -- I think that he stopped kind of soon after he
16   started.
17        Q.   When you talk about online ads are you
18   referring to a particular place that they were?
19        A.   I wasn't in charge of doing the ads too much.
20   I was required to help create them in the beginning but
21   I had one phone call and my trafficker had got upset
22   with me because he felt like I was not good at talking
23   to the potential buyers so he had ███████ handle that
24   stuff moving forward.  I know I was on things like
25   Backpage and I don't know where -- or Seeking
```

Page 109

CONFIDENTIAL

1     Arrangements.  That was another one.  There were a

2     couple other online sources that we were required to

3     make profiles for.  Those three dates came from some

4     online source, the one at Westgate, the LV and the two

5     buyers' homes.

6          Q.   Westgate, I don't believe you had mentioned

7     or at least I didn't mention so I apologize for that.

8     How many times were you at the Westgate?

9          A.   Westgate used to be called the LV Hotel.

10         Q.   Got it.  How many buyers did you have at the

11    Aria?

12         A.   Gosh, that was a very busy one for us.

13    Somewhere 30 to 45 probably.  It was definitely 30ish.

14    That casino specifically was one of the casinos that

15    ██████████████ was -- buyers liked her aesthetic in that

16    casino because she had very beautiful blue eyes, and it

17    was very striking to a lot of the Asian clientele that

18    came into that casino so that was one we went into a

19    lot for that reasons.

20         Q.   You said 30 to 45 --

21         A.   Yeah.

22         Q.   -- buyers at the Aria.  How many nights would

23    you say you were physically present at the Aria?

24         A.   At least every week, once a week and most of

25    the time we were there two or three times a week.

CONFIDENTIAL

```
1          Q.    The Venetian, how many buyers?

2                MR. SCHULTZ:  Object to the form.

3                THE WITNESS:  I would say probably around the

4     same amount of 30 to 45 buyers in there.  That one was

5     popular for both of us, and so we were there very much

6     just as consistently.  We were there every week, and

7     most of the time we were there two or three times a

8     week or more.

9     BY MR. SAGER:

10         Q.    What about the Palazzo, same thing or are you

11    including that in your answer for the Venetian?

12         A.    No, the Palazzo I would say I was in --

13    typically we would walk through the Palazzo.  We

14    weren't actually interacting with people in the Palazzo

15    very often.  It was maybe five to ten buyers just to be

16    on the safe side in the Palazzo, but we often were just

17    walking through it because it was a way to get from the

18    Wynn to the Venetian.

19         Q.    What about the Wynn?

20         A.    The Wynn was my biggest seller, and that I

21    would probably say I was probably trafficked in around

22    50 times.

23         Q.    How many times would you say you were

24    physically present at the Wynn during the trafficking

25    period?
```

CONFIDENTIAL

1    A.   One time at least to two to three times so

2    most of the times when I went to the Venetian I was at

3    the Wynn earlier or I was -- actually I will say that.

4    We were often dropped off at the Wynn at the valet area

5    and would walk our way towards the Venetian.

6    Q.   New York-New York, how many times or how many

7    buyers did you have there?

8         MR. SCHULTZ:  Object to the form.

9         THE WITNESS:  I would say probably 20 to 30.

10   Somewhere in between there and the frequency would

11   probably be -- I would say every week, and especially

12   specifically during the summer I was there multiple

13   times a week.

14   BY MR. SAGER:

15   Q.   How many locations -- on the nights you were

16   being trafficked, how many locations would you

17   typically go to or would it vary?

18   A.   It would vary.  It would definitely vary

19   based on what was going on on the casino floors and how

20   long my trafficker wanted us to be out for, what the

21   quota was.

22   Q.   Let's start with the Venetian, which is my

23   client.  When you had a buyer or a John where would the

24   commercial sex occur?

25   A.   In their hotel rooms.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    How would you get to the hotel room?

2      A.    They would -- we would walk with them up into

3   their hotel rooms.

4      Q.    Always?

5      A.    The hesitancy was because there was a couple

6   buyers, specifically the ones at -- one of the ones at

7   the Luxor or the one at the Luxor where I met them at

8   the Venetian and then we traveled to the Luxor.  It was

9   never in the hotel -- or in the casino bathrooms or

10  anything.

11     Q.    When you went to the room you would go to I

12  assume an elevator bank?

13     A.    Yes.

14     Q.    Was there security at the elevator bank?

15     A.    I do not recall how many times there was a

16  security person at the elevator bank.  Typically, the

17  security guards would not bother us when we are with

18  the buyers.

19     Q.    When you went to an elevator bank at the

20  Venetian, for example, did you have to show a key or

21  did somebody in the group have to show a key to get up?

22     A.    Yes, the buyers would show their key if

23  security was there.

24     Q.    When you were with a buyer were you

25  attempting to demonstrate that you were physically with

Page 113

CONFIDENTIAL

1    that person and their key was good enough for the both

2    of you?

3              MR. SCHULTZ:  Object to the form.

4              THE WITNESS:  Not that I was attempting to do

5    that.  I think for me it was more of -- in the moment I

6    was trying to make it so that way the interaction with

7    the buyer went as smoothly as possible because of the

8    dangers that could happen with the buyer so you still

9    wanted to act like you were interested and happy and

10   you wanted to be with them.  It was kind of the

11   requirement of playing the part for lack of better

12   terms.

13   BY MR. SAGER:

14       Q.   I'm trying to reconstruct this to some extent

15   or the best you can.

16            You would go to the elevator bank, the buyer

17   would show the key and you would be acting as though

18   you were willingly with that buyer?

19       A.   Potentially, yes.

20       Q.   Do you recall an instance where you

21   demonstrated an unwillingness to go up to the room with

22   a buyer at the Venetian?

23       A.   Not that I can recall but also I think that

24   there were potential signs that -- you know, there was

25   potential signs that there was prostitution, which I

                                           Page 114

CONFIDENTIAL

```
1    think requires more conversation to see if there is
2    potential conversations for sex trafficking.
3         Q.   Right.  When this was occurring I'm just
4    asking to your recollection, whether it actually
5    occurred, you went to an elevator bank and there was a
6    person there that was looking at keys, correct?
7              MR. SCHULTZ:  Object to the form.
8              THE WITNESS:  Occasionally.  I think it was
9    more common to see those people on weekends, but I
10   don't remember seeing them on weekdays, the security at
11   the elevator bank but that was even spotty, I think.
12   BY MR. SAGER:
13        Q.   Are you talking about a particular hotel now?
14             MR. SCHULTZ:  I was about to ask because we
15   started with let's talk about Venetian and we seem to
16   have --
17   BY MR. SAGER:
18        Q.   I will clarify that.  When you talk about
19   this process of entering an elevator bank, were you
20   just referring specifically to the Venetian or just
21   generally?
22        A.   I think from my understanding and my
23   recollection the Venetian specifically did not have
24   always someone at the hotel elevators.
25        Q.   How often was there someone at the hotel
```

Page 115

CONFIDENTIAL

1    elevator checking keys at the Venetian?

2           A.   I think from my recollection it was more

3    common on weekends than on weekdays.

4           Q.   Did it sometimes happen on weekdays?

5           A.   It could have.  I just don't remember

6    specifics.

7           Q.   Were there some hotels that had somebody

8    checking keys all the time?

9           A.   Not that I recall.

10          Q.   Were there some hotels that never had folks

11   check keys?

12              MR. SCHULTZ:  At the elevators?

13   BY MR. SAGER:

14          Q.   At the elevators?

15          A.   I believe so.  I believe some casinos didn't

16   have them at all.

17          Q.   Which hotels were those?

18          A.   I don't recall which ones.  Yeah, I don't

19   recall which ones.

20          Q.   We've gone through a list here and you've

21   mentioned a couple of times that one of the things you

22   brought this suit for was to see better training.

23              Looking back on all of these hotels, are

24   there any that you would identify as being easier to

25   access hotel rooms as compared to others?

Page 116

CONFIDENTIAL

```
1        A.    Yes, I do.  I think that the casinos in
2    question I do believe were relatively easy to interact
3    with.  I think I remember the ones that were difficult
4    more than I remember the ones that weren't difficult.
5    I remember we weren't even allowed to walk into
6    Hiltons.  I remember Caesars Palace was the only place
7    I got carded.  I remember the Mirage had a specific
8    security, head of security that would come on on
9    certain weeknights that during certain times that we
10   would avoid, but I don't remember the status quos of
11   the casinos that just didn't have the security all the
12   time.
13       Q.    I'm trying to get a sense of your memory here
14   and frankly how accurate it is when you talk about
15   going up to hotel rooms, and let's use the Venetian as
16   an example.
17            Do you have a specific memory of there being
18   times when there was no one checking keys or are you
19   just generalizing?
20       A.    I think that I'm generalizing with what
21   happened at the Venetian, if that makes sense.  There
22   were certain days that they were there and certain days
23   that they were not, but that was very consistent
24   throughout the entirety of my trafficking.
25       Q.    When you went to an elevator bank you didn't
```

Page 117

CONFIDENTIAL

1   know before you got there whether somebody was going to

2   be checking keys or not, correct?

3       A.   Yeah, I was unaware if they were going to be

4   there or not.

5       Q.   You mentioned before that part of the role

6   here is to act like you're enjoying it?

7       A.   Yes.

8       Q.   And you did that, correct?

9       A.   Yes.

10      Q.   Whether somebody was checking keys or not you

11  were trying to pretend or to convey that you were

12  willingly with the buyer, correct?

13          MR. SCHULTZ:  Object to the form.

14          THE WITNESS:  Yes.  But I'm sure it looked

15  like and part of the concern is that I would have

16  willingly looked like I was in prostitution, which is

17  illegal.

18  BY MR. SAGER:

19      Q.   How do you know -- let me say it differently.

20  Why do you say what it would have looked like?

21      A.   I think there are some pretty clear -- there

22  are routines that we did when we were in trafficking.

23  There were things that we did that would be indicators

24  of trafficking in casinos and I think -- again, if

25  people were trained at that point in time on indicators

CONFIDENTIAL

1    that that would have been potentially changing the

2    outcome of my situation.

3        Q.    Why do you say potentially?

4        A.    Because I think -- I hope this is not the

5    case anymore but at that point in time in my

6    trafficking there definitely were interactions with

7    employees that knew I was in what they believed was by

8    choice prostitution, and they responded to me as such

9    and it's part of the reason why I didn't see the

10   casinos as people that could help me.

11       Q.    Let's talk about that.  You mentioned it a

12   few times and start with the Venetian.  Can you

13   identify any employee or somebody you believed was an

14   employee at the Venetian with whom you interacted that

15   you believe knew you were at least a prostitute if not

16   a trafficking victim?

17            MR. SCHULTZ:  Object to the form.

18            THE WITNESS:  I don't know anyone in specific

19   but I do know that there were ways that people would

20   look at us where they knew.  There are ways that people

21   would turn the other cheek when they saw us talking to

22   buyers.  There is a specific bar that we would have to

23   go to at the Venetian to find buyers, and because we

24   weren't 21 we had to stay in specific areas where, you

25   know, we were close enough to buyers potentially but

Page 119

CONFIDENTIAL

1    not in areas that are 21 restricted.

2         There were certain signs that I think, you

3    know, indicate that something was going on, and we were

4    approaching men that we didn't know.  We had similar

5    lines every single time we would talk to someone.  If a

6    cocktail waitress was informed on, you know, us going

7    up to somebody and saying hey, we are looking for a

8    party to random people we didn't know I think that that

9    could change the outcome for somebody as, you know, who

10   is in trafficking or someone who is in yes, by chose

11   prostitution but really doesn't have an option other

12   than prostitution.

13   BY MR. SAGER:

14        Q.   What was the bar at the Venetian you referred

15   to?

16        A.   There was one that was kind of in the middle

17   of the property.  I know that's not very specific but

18   like from the front like hotel registration area it was

19   kind of like in the middle and had like -- I don't want

20   to say it was like rectangular but a rectangular-ish

21   shape that we would go to.

22        There was one time in specific there where we

23   were starting to walk up to it and there was a raid at

24   that bar of all the women that were in there, and we

25   were able to turn around and leave the casino in time.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1    Yeah, that bar specifically and it's kind of an

2    indirect but a shot to the hotel rooms that were here

3    where the escalator was to the -- the parking was up

4    there, I think.

5         Q.   Do you remember the name of the bar?

6         A.   I don't.  I wasn't 21 at that point either so

7    I was never sitting at the bar so I never knew the name

8    of any of the bars other than we were pretty much

9    required to remember what the casino looked like so

10   that way we could know all the exits and ways to get

11   out of them.

12        Q.   When's the last time you were in the

13   Venetian?

14        A.   New Year's.

15        Q.   Of this year?

16        A.   Yes.

17        Q.   Why were you there?

18        A.   There was a New Year's event that me and

19   ████████  had gone to in one of your showrooms.

20        Q.   Was that triggering for you?

21        A.   Yeah, it was.  Not at the actual event

22   because we were in the event room and, you know, we had

23   a seat and all that stuff and were watching the show,

24   but when we left at 12:00 we were trying to get an Uber

25   and I was kind of in that same area where you go to the
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1    parking garage inside and we were waiting for the Uber
2    there, and I had a panic attack over there and so he
3    calmed me down and, you know, I said I can't be in this
4    area.
5            Those parking garages and those little small
6    hallways were scary because if another pimp had
7    cornered you and you accidentally looked at them then
8    you would being picked up by that person, your money
9    would be given to that person and they would be able to
10   quote, unquote choose up, but it was an aggressive way
11   to do it.  And sometimes you wouldn't be chosen by that
12   new person so you would get beaten, your money would be
13   stolen and you would be dropped off with your original
14   trafficker and I might have died if I had had that
15   happen.
16       Q.   That never happened to you?
17       A.   It did not but there was definitely the
18   knowledge that that could happen.
19       Q.   Did _____ know what caused your panic
20   attack?
21       A.   Yes.
22       Q.   Back to employees at the Venetian.  Can you
23   identify for me any particular employee with whom you
24   interacted that you think knew what was happening and
25   could or should have intervened?
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      A.    No one in specific for the Venetian.

2      Q.    What about the Palazzo?

3      A.    The Palazzo, no.

4      Q.    One of the things you said though was that

5   you sued Venetian and the other named defendants

6   because you felt their employees -- you had

7   interactions with their employees?

8      A.    The Venetian is the only one I did not have a

9   specific interaction with an employee out of the four

10  casinos.  I did during that experience that I had that

11  I was talking about earlier I did scream and I did

12  unfortunately limp out of the room, and so if someone

13  was watching the security cameras at that point in time

14  it would have been an opportunity to pull me into the

15  room, and if somebody had shown me some kindness during

16  that time period I would have tried to get out.

17     Q.    When you say you screamed where were you?

18     A.    I was in one of the buyer's rooms.

19     Q.    Did the buyer beat you in anyway?

20     A.    No.  He raped me and he did cover my mouth so

21  I would stop screaming.

22     Q.    Do you know or have reason to believe anybody

23  heard your scream?

24     A.    I'm unaware.

25     Q.    I have a delicate question.  You use the word

CONFIDENTIAL

1    that this buyer raped you.  What differentiates this

2    particular individual who you say raped you, if

3    anything, from another buyer?

4        A.   I think for me during my trafficking

5    experience for one I didn't know I was a victim of

6    anything.  I didn't realize until my first therapy

7    appointment after my trafficking experience had ended

8    and I got out of the hospital, but I had really held a

9    lot of shame and guilt for getting into a stranger's

10   car and I had felt that what is happening to me is

11   because of the fact that I got into a stranger's car.

12            I felt I deserved a lot of the things that

13   had happened so I didn't for a long time identify the

14   trauma that my body experienced with the other buyers

15   as a sexual assault, and it's only been through a lot

16   of years of therapy that I see it that way or see that

17   my body is experiencing it that way.

18       Q.   Why do you refer to this experience and there

19   may be others --

20       A.   Yeah.

21       Q.   -- as rape?

22       A.   The specific experience was I was in the room

23   with him, I was giving him a blowjob.  We were required

24   to give blowjobs.  Most of the times that was what we

25   were asked to do.  If they wanted sex it would require

CONFIDENTIAL

1    more money.  He was not okay with that and he -- I was

2    on the ground, knees on the ground, and he threw me

3    onto the bed, pulled my pants down, I was screaming and

4    then, you know, it happened, and I went downstairs and

5    dealt with the tampon later.

6         Q.    In the bathroom in the lobby of the casino?

7         A.    The bathroom in the casino area.

8         Q.    In the Venetian?

9         A.    Yes.

10        Q.    Do you recall which bathroom?

11        A.    I do not recall from experience but there is

12   a specific bathroom set that is closer to the hotel

13   elevators that I believe would have been the one.

14        Q.    Did anybody to your knowledge see you in

15   distress in that bathroom or near that bathroom?

16        A.    I don't know.  Like I said, I had to go down

17   to the hotel elevators, I had to ride down the

18   elevators and then walk to the bathroom there, but I

19   assume that, you know, the eye in the sky would have

20   seen the oddness because I had to -- I was hunched

21   forward because of the way it was positioned in me.

22        Q.    You were in physical pain?

23        A.    Yes.

24        Q.    Was anybody with you?

25        A.    No, ███████ was not with me at that point in

CONFIDENTIAL

1    time.

2         Q.   Did you tell anybody that you needed help?

3         A.   No.

4         Q.   At any time you were at the Venetian or the

5    Palazzo did you ever say to anybody words to the effect

6    that I need help?

7         A.   I didn't but again, I didn't think the

8    casinos were a place that were going to help, a place

9    that even saw me as someone who deserved help.  I also

10   was very scared for my life and my family's life at

11   that point in time.

12        Q.   At any of the casinos you mentioned whether

13   you were trafficked there or not, and what I mean by or

14   not, whether you had a buyer there or not, you gave me

15   a long list.  Did you say to anybody words to the

16   effect I need help?

17        A.   No, not at the casinos.

18        Q.   Did you ever say to anyone whether at a

19   casino or any other place words to the effect I need

20   help during the trafficking period?

21        A.   No.

22        Q.   Are you aware of anyone, anyone at all who

23   witnessed you being present at the Venetian or the

24   Palazzo other than ████████

25        A.   Not anybody in specific.  I mean, the buyers,

Page 126

CONFIDENTIAL

1    of course, the people who worked at the casinos.  The

2    interaction with the employees that I did have as

3    minimal as, for example, the cocktail waitress at the

4    Wynn or, you know, the security officer at the Aria but

5    no one by name.

6        Q.   What about by physical description?

7        A.   I was able to describe a bit of the security

8    officers in the Wynn a little bit, and I know that it's

9    in the document for the Wynn.  I kind of faintly

10   remember the cocktail waitress to a certain extent, but

11   that also could be fuzzy, the cocktail waitress

12   specifically.  I'm aware of that.  Again, no one I can

13   describe by name.

14       Q.   What about any of the Johns you mentioned, 50

15   to 100, and you said that number could be off so I'm

16   not trying to limit you, can you identify by name any

17   of the Johns who bought sex during your trafficking

18   period?

19       A.   No.  I'm sure some of them had given me their

20   name but to me it was some of that information that

21   didn't feel relevant during my trafficking experience

22   to even try to remember because there was so much of my

23   mental space on safety and fear and making my

24   trafficker happy that I just didn't recall any of those

25   names.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    Q.   I'm trying to figure out if there is anyone

2    in the world that we could talk to who could confirm

3    what happened to you at any time in the Venetian or the

4    Palazzo, are you aware of anyone who can do that?

5              MR. SCHULTZ:  Object to the form.

6              THE WITNESS:  No one by name at this point in

7    time.

8    BY MR. SAGER:

9    Q.   What efforts have you made, if any, to try to

10   identify such a person?

11   A.   I have not personally made any efforts to it.

12   Q.   Were you ever beaten in the Venetian?

13   A.   No.  Other than him throwing me onto the bed,

14   no.

15   Q.   What about in the Palazzo?

16   A.   No.

17   Q.   Were you ever physically beaten, and I'm

18   differentiating that from the sex act or whatever that

19   may have been, physically beaten at any hotel?

20   A.   Yes, at the Aria.

21   Q.   When did that occur?

22   A.   I'm not sure about the timing of when that

23   happened.  It would have been towards the end of my

24   trafficking.  The girl I was trafficked with was pretty

25   far along in her pregnancy.  There was an incident

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    where she had tried to -- this makes sense to my

2    memory.  She had tried an escort service in Las Vegas

3    and there was a couple buyers she was sold to.  Both

4    buyers were attempting to beat her up, and she had to

5    give them money back to stop the beating from

6    happening.

7             When I had this interaction at the Aria I had

8    made a really fast and bad decision to give the money

9    back, part of the money back to him, and that had

10   stopped the beating from happening or continuing.

11        Q.   Did anybody witness that?

12        A.   No, it was in the hotel room.

13        Q.   Have you seen any of the photos that were

14   taken by you or of you when the trafficker tried to do

15   online advertising?

16        A.   I have seen them to verify that it was me in

17   the criminal case.

18        Q.   I have them here but I'm mindful that this is

19   difficult.  Is that something that you can -- if I show

20   you these photos from the criminal case is that

21   something you think you can look at and identify for us

22   as to what they are?

23        A.   Yes.

24        Q.   If this becomes overwhelming for you just

25   tell us and we will take a break; is that fair?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

1     A.    Okay.

2                (Exhibit 4 marked)

3     BY MR. SAGER:

4     Q.    Just so you know what I think we will do is

5     we will go through this document and take a break for

6     lunch.

7     A.    Okay.

8     Q.    Ms. ███ you have in front of you what's

9     been marked ███ 4 for identification.  If you look at

10    the lower right you will see what we call Bates number.

11    It says AH-DNV-000023 and then the document goes

12    through 53.

13          Do you see that?

14    A.    Yes.

15    Q.    Those are numbers your attorneys added in the

16    case.  They weren't on the originals.  Have you seen

17    this document before?

18    A.    This specific document I have not.

19    Q.    If you flip through it you will see in the

20    first several pages there are some data and then on

21    page Bates stamped 33 you are going to start to see

22    thumbnail photos along the right-hand column.  They are

23    small.  Just using that page can you identify who is in

24    those photos?

25    A.    That was me.

CONFIDENTIAL

1          Q.    Who took those photos?

2          A.    ███████████████████

3          Q.    Where were they taken?

4          A.    They were taken in the room he had me stay

5     in.

6          Q.    When I had asked you if you had seen photos

7     of yourself that were used, for instance, on Backpage

8     are these the photos you were referring to?

9          A.    Those are the photos I've seen, yes.

10         Q.    Have you seen them in larger size?

11         A.    I have not.

12         Q.    If you turn the page to -- it's a double

13    sided copy so you get to 35.  Are those of you?

14         A.    Yes.

15         Q.    Thirty-seven?

16         A.    No, those are not.

17         Q.    Do you know who those are?

18         A.    Those are ████████

19         Q.    Do you know who took those?

20         A.    Some of those were taken by me.  He required

21    me to take them, and some of those were ones he took.

22         Q.    I want you to, if you will, flip through this

23    document and here is what I would like to know from

24    you.

25               Do any of these photos as small as they are

Page 131

CONFIDENTIAL

1   indicate to you any injuries that you had suffered at

2   the hands of your trafficker?

3         A.   Not at this time.  I also am not sure

4   timewise when these were taken.

5         Q.   Do you remember when you were asked to take

6   pictures of ████

7         A.   Not timewise, no.  I know that my photos that

8   we used when I had red hair were photos we got offline.

9         Q.   What do you mean by that?

10        A.   We went on -- they went on Backpage and they

11   found photos with redheads to put as my photos.

12        Q.   They didn't take photos of you?

13        A.   Yes.  At that point in time.

14        Q.   Did they do that because you had been hurt so

15   badly?

16        A.   I think partially and I think it was also

17   because they wanted to make sure that my identity was

18   more concealed so no one could find me.  They were

19   informed that there was a missing person's report out.

20        Q.   If you look on page 33 of Exhibit ████ 4 you

21   will see, for instance, in the second -- in conjunction

22   with the second picture camera make and it says Huawel,

23   I'm not sure how to pronounce that.

24             Do you see it?

25        A.   Camera make, is it the top or the --

CONFIDENTIAL

1        Q.   It's in the middle column about almost
2    halfway down the page.  It says camera make, camera
3    model, capture time, make, model.  Do you see those?
4        A.   Uh-huh.
5        Q.   Do you know what any of those refer to?
6        A.   I assume they refer to the camera that was
7    used to take those photos.
8        Q.   Do you know if that camera was on your phone?
9        A.   I am not sure.  From my memory I had a
10   Cricket Blackberry looking thing.  Definitely didn't
11   have a good camera so I assume it wasn't mine, but it
12   looked like a Blackberry whatever phone I had.
13       Q.   If you look at -- let's take the second one.
14   It says capture time April 9, 2014 at 5:32 p.m.  Do you
15   see that?
16       A.   Uh-huh.
17       Q.   Is that a yes?
18       A.   You're talking about photo two?
19       Q.   Photo two.
20       A.   Yes.
21       Q.   Do you have any recollection of when that
22   photo was taken, and I've just shown you the date to
23   see if that helps refresh your recollection, it may
24   not?
25            MR. SCHULTZ:  I will object to the form.

Page 133

CONFIDENTIAL

```
1              THE WITNESS:  I don't exactly remember the

2    photos being taken, but I do remember the online ads

3    being something relatively consistent through the

4    period of time of my trafficking.

5    BY MR. SAGER:

6         Q.   Do you know if these or any online ads

7    depicting you are still available online?

8         A.   I don't.  I would assume that based off of my

9    own experience that they are.  Especially the photos --

10   a lots of the photos that my trafficker had taken off

11   of other girls' ads had watermarks on them so if these

12   didn't have watermarks I would assume they are probably

13   still being used online based off of my experience.

14        Q.   Are you aware of any other women who ███████

     ███  ██████ trafficked?

16        A.   I have not -- I met one that he attempted to

17   traffic.  She had not been sold to a buyer during my

18   experience.  She told us her name was ██████ which is

19   in some of the interrogatories, I believe is the word.

20   She is mentioned.  That being said ██████ did share a

21   story of a girl who was trafficked prior to me.  They

22   both did in different capacities and what happened to

23   her.  He also had a stack of seven IDs that he said

24   were girls he trafficked prior to me.

25        Q.   The girl that ██████ identified to you, do
```

Page 134

CONFIDENTIAL

1    you know her name?

2         A.    No.

3         Q.    Did you ever meet her?

4         A.    No.  All she had said to me was that she

5    had -- I had to be careful about the way I spoke to

6    ████ because the last girl had spoken back to him, and

7    he choked her out so much that she didn't come back.

8         Q.    You mean she died?

9         A.    I don't know.  She immediately was spacing

10   off when she said it and then looked behind her and

11   said she wasn't allowed to talk about it.

12        Q.    Did you use any drugs or alcohol during your

13   trafficking period?

14        A.    I did not.  There was one night where I did

15   drink about a half of a Vodka Red Bull because the

16   buyers had offered it to us.  It was towards the

17   beginning of my trafficking, and I at that point was

18   unaware that we weren't allowed to drink any alcohol.

19   The girl I was trafficked -- again, I'm not able to

20   confirm this, but she did have previous addictions and

21   so she got in trouble.  That was one of the times I did

22   see her get a beating from our trafficker was when he

23   found out that we had drank and that kind of thing.

24        Q.    Who are you referring to, what person?

25        A.    Sorry, ████████████

Page 135

CONFIDENTIAL

```
 1        Q.    During your trafficking period did you ever
 2    spend the night meaning sleep over at any place away
 3    from the house?
 4        A.    No.  I never had a buyer pay for what we call
 5    a girlfriend experience.
 6        Q.    So you returned to the house every night
 7    until he sold you to  ████
 8        A.    Yes.
 9        Q.    Without exception?
10        A.    Yes.
11        Q.    And when you look at this house are there
12    neighbors nearby?
13        A.    Yes.
14        Q.    Did you ever interact with any neighbors?
15        A.    No, we were not allowed to.  The neighbor on
16    the left side specifically we were told was a very nosy
17    man.  He was very aware of that when we were in the
18    home.  The blinds were always closed.  He always
19    monitored us very closely, me very closely.  When we
20    would pull up to the house I would have to -- any time
21    I was on the road actually but especially when I got
22    towards the house because it looked like they were a
23    potential couple, just being the two of them, but me in
24    the backseat he would make me crouch down so that way
25    this man was unaware of my existence.
```

Page 136

CONFIDENTIAL

```
1         Q.   Tell me how that worked.  Was there a
2    driveway?
3         A.   Yes, and a garage.  And we would park in the
4    garage.
5         Q.   I suggest we take a break for lunch so let's
6    go off the record.
7              THE VIDEOGRAPHER:  We are off the record at
8    12:32 p.m.
9                   (A recess was taken.)
10             THE VIDEOGRAPHER:  We are back on the record
11   at 1:08 p.m.
12   BY MR. SAGER:
13        Q.   Ms. ████ do you have any reason to believe
14   that at least starting with the Venetian and the
15   Palazzo that those hotels wanted underage prostitutes
16   on their property?
17             MR. SCHULTZ:  Object to the form.
18             THE WITNESS:  I think that it was relatively
19   ramped in the casinos.  I think that me not being IDed
20   at all, I believe I looked very, very young.  I believe
21   the girl I was trafficked with looked relatively young
22   as well.  In my personal experience I did believe that
23   the casinos were aware of the prostitution issues and
24   were not interested at the time dealing with the
25   problem.
```

Page 137

CONFIDENTIAL

```
 1    BY MR. SAGER:
 2        Q.    Did you ever order a drink at the Venetian?
 3        A.    No.
 4        Q.    At the Palazzo?
 5        A.    No.
 6        Q.    Did you ever gamble at the Venetian or the
 7    Palazzo?
 8        A.    No.
 9        Q.    Did you ever go to the cashier's station?
10        A.    No.
11        Q.    Did you ever play any slot machines?
12              MR. SCHULTZ:  Are we still on Venetian and
13    Palazzo for the last two?
14    BY MR. SAGER:
15        Q.    Yes, sorry.
16        A.    No.  I was not interacting in a position
17    where the casino employees would have automatically
18    asked for my ID other than the fact that I was in a
19    casino on the hours I shouldn't have been.
20        Q.    To Mr. Schultz's objection did you ever
21    gamble at any casino?
22        A.    I did not gamble at any casino.
23        Q.    Did you ever order a drink at any casino?
24        A.    No, I did not.
25        Q.    Did you ever do anything at any casino during
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    the trafficking period that required you to be 21?

2              MR. SCHULTZ:  Object to the form.

3              THE WITNESS:  Correct me if I'm wrong, I

4    thought there was an age restriction on what age you

5    had to be at a certain time of night as well as I was

6    standing in areas where, you know, it would tiptoe the

7    line where I was allowed to walk or stand because I

8    needed to be in close proximity to buyers so I would

9    try as much as possible to stay in the walkway I was

10   allowed to be in during daylight hours, but the fact

11   was that I needed to be near the entrance to the bars

12   or around the bars or around the slot machines near

13   busy intersections to look and find potential buyers.

14   BY MR. SAGER:

15        Q.   Did you ever spend any money at the Venetian?

16        A.   I was not allowed to have any money other

17   than the money that the buyers had given to me that I

18   hadn't give to my trafficker yet.  I didn't have any

19   money to spend.

20        Q.   The answer is no, you never spent any money

21   at the Venetian?

22        A.   No, I didn't.

23        Q.   Did you ever have any injuries that were in

24   your mind sufficiently visible that somebody should

25   have offered you assistance while you were at the

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1   Venetian?

2            MR. SCHULTZ:  Object to the form.

3            THE WITNESS:  I think there was a few that

4   were or could have been identified.  I don't think this

5   one was a specific one that would require people to

6   come up, but I had a couple bruises on my arms

7   occasionally.  I know that's not typically a

8   potentially big deal by itself but it was something

9   that occasionally would happen, you know, I was and am

10   still a bit of a peach and bruise easily.

11           I also had lost an extremely large amount of

12   weight during my trafficking and looked sickly,

13   especially toward the end of my trafficking, and with

14   all the casinos in this case I was in there so

15   consistently that they could have seen the decline of

16   my physical appearance as it was going on.  And I also

17   had towards the end of my trafficking an injury to my

18   right foot that had me limping.  I had -- I was burned

19   with a clothing iron on the top of my foot so I was

20   limping through weeks of my trafficking towards the

21   end.

22   BY MR. SAGER:

23       Q.   What was the last day, and you may not be

24   able to give me a date by any measure that you stepped

25   foot on the Venetian during the trafficking period?

Page 140

CONFIDENTIAL

1        A.    I'm not exactly 100 percent positive about

2    the Venetian in specific, but I know that I was

3    trafficked the last week with my trafficker too.  I had

4    the most severe of my injuries at the end of my

5    trafficking, and I was still being trafficked during

6    that time period.

7        Q.    But my question is specific to the Venetian

8    and if you don't know or can't answer or whatever you

9    can do is appreciated.  When was the last time you were

10   there relative to let's call it June 25, which is when

11   you were sold?

12       A.    I do not recall the last date specifically.

13   I was definitely still being sold by the last week of

14   my trafficking, but at the Venetian I'm not sure

15   exactly when.

16       Q.    Do you know if you were physically present at

17   the Venetian in June?

18       A.    Yes, I can say that I was definitely in the

19   Venetian in June.  When in June I'm not sure exact

20   dates, but I know that I was definitely in all four of

21   these casinos in June.

22       Q.    What did you do to make yourself sure of

23   that?

24       A.    I just knew that it was one of the casinos

25   that we always would go into.  Again, there were

Page 141

CONFIDENTIAL

1   repetitiveness in my trafficking experience that I knew

2   Venetian was one of the casinos where my trafficker

3   liked to park at so that was, you know, always

4   happening.

5        Q.   When you say parked at, would he pull into

6   the garage?

7        A.   Yes.

8        Q.   Would you have to pull a ticket to park

9   there?

10       A.   I don't remember at that point in time how

11  all the ticket stuff worked.  I also wasn't allowed to

12  look up in the car in that point.  I had to stay down.

13  Any time we would approach the Strip off of the freeway

14  or I remember we drove down Martin Luther King

15  Boulevard a lot maybe to the highway, but any time we

16  got towards the Strip I would have to duck and so I

17  don't remember exactly the parking situations on most

18  casinos.

19       Q.   You had mentioned an experience outside of

20  Hooters in which your trafficker got some sort of

21  ticket?

22       A.   Uh-huh.

23       Q.   Yes?

24       A.   Yes, I'm sorry.

25       Q.   You're fine.  It's really for the court

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    reporter.

2              Did you have any other interactions with

3    Metro police?

4        A.    Not that I know of.

5        Q.    And the interaction you had when your

6    trafficker got pulled over can you tell us about that?

7        A.    Yeah.  My trafficker picked me up from the

8    Hooters hotel in the parking lot.  He had to go through

9    I want to say three lanes of traffic to get into the

10   left turn lane and he -- there was an officer that I

11   think just so happened pulled behind him and he turned

12   his lights on before we got through the light, and

13   while we were driving through the light my trafficker

14   gave us a story we were supposed to tell the officers.

15   When we got pulled over my interactions with the

16   officer was very brief.

17       Q.    At that point you knew there was a missing

18   persons report filed on you, correct?

19       A.    Yes.

20       Q.    The officer checked your ID, correct?

21       A.    Uh-huh.

22       Q.    Yes?

23       A.    Yes.

24       Q.    The officer determined you were the subject

25   of a missing persons report, correct?

CONFIDENTIAL

1      A.    Yes.

2      Q.    What did you tell the officer to get him to

3  conclude that you weren't missing?

4           MR. SCHULTZ:  Object to the form.

5           THE WITNESS:  I had been separated -- I was

6  still very close to my trafficker at that point in

7  time.  I was never really separated from my trafficker

8  in that incident.  Me and ███████ were in the front of

9  the car most of the time, and when I was removed to be

10 separated I was on the left -- like behind the driver's

11 side was my trafficker.  I was brought to that left

12 side, and before I could even start talking my

13 trafficker started screaming about the fact it was hot

14 in the car and he needed the windows down.

15          I say that because I knew he heard everything

16 I said and he even had his ear tilted out the window,

17 and when the officer pulled me to the side he asked me

18 that, he goes you have a missing persons report, it

19 says you are mentally ill and mentally slow, and I said

20 where did you hear that.  He goes your mom and your

21 ██████ and I said oh, those bitches, I don't speak with

22 them anymore, I only speak with my dad.

23 BY MR. SAGER:

24      Q.    That's all you said?

25      A.    I said we were are going and I repeated the

                                          Page 144

CONFIDENTIAL

1     story I was supposed to tell that my trafficker had us

2     repeat.

3          Q.   Which was what?

4          A.   Me and her were best friends, best friends

5     forever, he had just met us on the Strip and he was

6     giving us a ride home to my dad's place because we were

7     right around the corner.  Unfortunately, he didn't

8     release me alone, otherwise, I would have attempted to

9     go to my dad's house.  He released me with ███████ so

10    she had known where my dad lived and she had walked us

11    in the opposite direction.

12         Q.   At this point in time did you display from

13    your perspective any signs that you were a victim of

14    human trafficking?

15         A.   I had physical injuries that were causing me

16    to be very lightheaded.  I was now I know internally

17    bleeding because of something that my trafficker had

18    heard where it can cause internal damage but no

19    bruising on the body where he took socks and he would

20    fill them up with grapefruits.

21         Q.   When this officer interviewed you after the

22    traffic stop you were in physical distress?

23         A.   Yeah.  I was at that point wearing a pair of

24    black pants because I had bruises on my legs, I was

25    wearing boots because I had already gotten the top of

CONFIDENTIAL

```
1    my foot burned.
2         Q.   You were limping?
3         A.   Yeah, and I had the internal bleeding that
4    made me a bit lightheaded.
5         Q.   Is it your belief that the officer should
6    have identified you as a potential victim of sex
7    trafficking?
8         A.   I think the officer like most people in
9    society at the time had assumed I wanted to be there,
10   that I was in prostitution.
11        Q.   And you successfully convinced him of that in
12   your view, correct?
13             MR. SCHULTZ:  Object to the form.
14             THE WITNESS:  I think that I like most
15   interactions with other people I was scared of trusting
16   anyone who I believed didn't see my safety as a
17   concern.
18   BY MR. SAGER:
19        Q.   You didn't believe Metro police saw your
20   safety as a concern, did you?
21        A.   At that point in time I think that I was
22   scared.
23        Q.   Did you think Metro police could help you?
24        A.   I don't think that -- I didn't think Metro
25   police could help.
```

Page 146

CONFIDENTIAL

```
 1        Q.   Who did you think could help you?
 2        A.   Like I said, I felt like I was only going to
 3   be able to get away from my trafficking situation with
 4   the very right circumstances and situations and I do
 5   feel that the hospital stay and being transferred for
 6   my safety to California was the way to do that.
 7        Q.   One of the things we talked about earlier was
 8   that you didn't want to get caught or arrested, right?
 9        A.   Yeah.
10        Q.   And given what you just said is one of the
11   reasons you didn't want to get arrested because you
12   didn't think the police would treat you as a victim,
13   you thought they would treat you as a criminal?
14        A.   I did think they were going to treat me as a
15   criminal, but also, I didn't see myself as a victim at
16   that point.  I thought that I was in prostitution.
17                  (Exhibit 5 marked)
18   BY MR. SAGER:
19        Q.   Ms.███████ you have in front of you what's
20   been marked ███████5 for identification and on the bottom
21   right will see the Bates number AH-DNV9554.
22            What this indicates is that the document that
23   follows was produced in a format that wasn't numbered.
24   It's a lawyer thing.  Don't worry about it but this was
25   produced by your lawyers in this case.  Okay?
```

CONFIDENTIAL

```
 1        A.    Okay.
 2        Q.    I want you to turn the page and if you look
 3   at the top it appears to be an email from you to ███
     ███      ████
 5        A.       ████ .
 6        Q.    Am I pronouncing her name right?
 7        A.       ████
 8        Q.    Who is    ██████
 9        A.    She is a██████████████████████
10        Q.    What is this document?
11        A.    This was originally a -- I believe it was
12   originally a journal entry that I then had tweaked to
13   make a speech.
14        Q.    A speech that you intended to give publicly?
15        A.    Yes.
16        Q.    Did you ever give this as a speech?
17        A.    I assume that I had given this speech out
18   publicly in other varieties.  Timing wise I can't
19   exactly tell how long this would have taken me, but,
20   you know, my typical speech is around 20 to 25 minutes
21   when I do give the speech so this is probably that
22   timeline.
23        Q.    If you wanted to figure out if you had given
24   this speech is there a way you could do that?
25        A.    Not that I know of exactly.
```

CONFIDENTIAL

1    Q.   Is it fair to say though that preparing this

2    as a speech that you might give you tried to be as

3    accurate as possible?

4    A.   I would say so.  I also am not sure -- ████.

5    I would like to say yes, I tried to be accurate.

6    Q.   I want to ask you about some particular

7    sections in here and you're welcome to spend as much

8    time reading them as you would like.  If you turn to

9    the second page of the email about a quarter of the way

10   down it begins ████████████████████████████

11   Do you see where I am?

12   A.   Not particularly.

13   Q.   If you are in the second page of the email

14   you go down about 12 lines it says ██████████████

     ████████████████ right in the middle of the page -- in the

16   middle of the line I should have said.

17   Do you mind if I point it to you just to

18   help?

19   A.   Yeah.  All the weird symbols in there too.

20   Q.   I'm so sorry I handed you the wrong document.

21   With permission we will remark -- we will leave this as

22   five.

23   MR. SCHULTZ:  I think you handed me the wrong

24   one too.

25   (Exhibit 6 marked)

Page 149

CONFIDENTIAL

1   BY MR. SAGER:

2       Q.   Ms. ████ you now have what's been marked

3   Exhibit 6.  If you look at the bottom I just want to

4   make absolutely sure that you have what I have and it

5   has the Bates number AH-DNV9554?

6       A.   Yes.

7       Q.   Now, if you turn to the first page you will

8   see an email from you to ████████?

9       A.   Yes.

10      Q.   Now, we are talking about -- what was this?

11      A.   This was a speech for an event in ████ I

12   believe.

13      Q.   Did you give this speech?

14      A.   Something similar word for word.  I can't say

15   that that ever happened.

16      Q.   Is the same true for this that having written

17   it and thought about presenting it you would have tried

18   to make it accurate?

19      A.   Yes, I would try to make it accurate.

20      Q.   And now, if you look about a quarter of the

21   way down on the second page you see in the middle of

22   the line ████████████████████?

23      A.   Yes.

24      Q.   It says ████████████████████

█   ████████████████████,

Page 150

CONFIDENTIAL

1      ██████████████████████████████████████

2           A.    Naive.

3           Q.    You meant naive?

4           A.    Yeah.   These ones with this speech

5      specifically I had not a lot of time to write it so the

6      grammatical errors in this one is -- I didn't focus on

7      it.

8           Q.    I do that all the time.   No fault.

9                 The next line and this is what I want to ask

10     you about.   ████████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████████████

13          A.    Yep.

14          Q.    Who were████████████████████████ that

15     you're referring to?

16          A.    Well, I will say none of them had confirmed

17     that this was what they were attempting to do.   The

18     first one was a female and she came into my life I

19     would say early December of 2013.   She had been around

20     in Vegas for about a week.   She said she was from

21     ████████████████████████████, and she had

22     me walk around town with her while she had tried to get

23     people to buy cell phones, and I don't exactly know

24     what the deal with that was, but she said it could help

25     her if she had another pretty girl with her.

                                          Page 151

CONFIDENTIAL

```
 1              She made sure I had food and had got me a
 2     hotel room or I would have been on the streets.  She
 3     gave me a cell phone so I could stay in contact.
 4     Overall she met my dad and the next day she left.  I
 5     think she realized my relationship with him was a
 6     little too strong.
 7          Q.   What happened with the cell phone she gave
 8     you?
 9          A.   She took it back.
10          Q.   What hotel did she put you up?
11          A.   I'm not sure which one it was but it was in
12     downtown.
13          Q.   She didn't traffic you at that hotel?
14          A.   No.
15          Q.   Did you stay in the hotel by yourself?
16          A.   No.
17          Q.   Who did you stay with?
18          A.   It was with her.
19          Q.   What was her name?
20          A.   At this point I don't remember.  It was
21     again, a brief week and she never described what she
22     did.  The week that she was in Vegas she was saying you
23     can come to ███████████ with me, you can come back
24     to town and that kind of thing.
25          Q.   Oh, sorry, go ahead.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        A.   I think if something was going to happen she

2   was going to get me out of Las Vegas and traffic me

3   there.

4        Q.   At the time did you have any idea that she

5   was potentially grooming you?

6        A.   No.  It really wasn't until after my

7   trafficking but also like after learning that this

8   happens and the way it happens that I look back and

9   both of these people that I can say okay, yes, this is

10  probably what was happening.

11       Q.   You then say ███████████████████████████████

12  ███ ████████████████████████████████████

13       A.   Yeah.

14       Q.   I'm sorry, I started too soon.  I want you to

15  look it says ██████████████████████████████████

16  ███ ██████ who was that?

17       A.   That was a guy that I thought I was dating,

18  that I dated.  I went on a couple dates with him, and

19  we had originally met ███████████████ and he got my

20  number.  I went to ██████████████ because I had the

21  fibromyoma.  I don't know if you have records of that

22  but the fibromyoma we found out I had it so I went back

23  to ████████████ to start the process of taking care of

24  that, and we talked through that time period.  Then

25  somewhere around my birthday I flew back from

CONFIDENTIAL

1    ███████████████████████████████████████████

2    ███████████████████████████████████

3        Q.    You wrote███████████████████████

4    ██████████

5        A.    Yeah -- yep.

6        Q.    How long were you in ████████ for your

7    medical issue?

8        A.    I would say probably about a month.  I would

9    say the four months is not accurate.  I remember

10   meeting him in ████████ and around████████ I

11   had broken it off with him.

12       Q.    Why?

13       A.    He had lied about his age and that was very

14   concerning to me.  That was what I found out, what I

15   actually found out was happening, but he never said

16   that he was a pimp, but my family did believe he was a

17   pimp and now looking back they were probably right.  I

18   was probably being naive to that.

19       Q.    Did they tell you that they thought he was a

20   pimp?

21       A.    ████████████████    did but she is schizophrenic

22   and bipolar so it was really hard for me to take

23   anything that she was saying seriously but no one else

24   in my family.

25       Q.    She told you she thought he was a pimp while

Page 154

CONFIDENTIAL

1    you were dating him?

2         A.    Yes, before we went on our dates.

3         Q.    Did you know what a pimp was at that point in

4    time?

5         A.    Not really.  I mean, I think I had an

6    understanding of what I saw in movies, but I didn't

7    understand the concept fully.  I just again, because

8    she was mentally ill had assumed it to be that.  I

9    mean, this was a woman who had said to him oh, I think

10   you're a pimp, and the next morning I find her with a

11   pot on her head sitting in the living room in silence.

12   She was and still is quite mentally ill.

13        Q.    So you introduced him to your cousin?

14        A.    No.  When I was in ██████████ I spent time

15   with ████████ and so she knew I was talking to him,

16   and ██████████, I believe, had stayed with ██████ when

17   I was staying with ██████ but I'm not sure about that.

18        Q.    You then refer to a friend in ████ -- by the

19   way, I may you have asked you this.  Do you remember

20   this guy's name who you dated for whatever period of

21   time?

22        A.    His name was ████████████ and the reason I had

23   felt uneasy is just because he was buying me a lot of

24   very expensive things.  He said he was 25 so I did a

25   background check on him, and that's how I found out he

                                              Page 155

CONFIDENTIAL

```
 1    lied about his age.
 2         Q.   How old was he?
 3         A.   Thirty-seven.
 4         Q.   What expensive things was he buying?
 5         A.   He bought me shoes.  He always on the four
 6    dates made sure I was fed.  He bought me Gucci shoes I
 7    should say for my birthday he said, and then our third
 8    or fourth date, one of the last dates we had he had
 9    picked me up, I had no pants without holes in them at
10    that point so he bought me probably three or four
11    different pairs of pants.
12         Q.   You then refer to a friend in ███, who was
13    that?
14         A.   The friend in ███ was a male.  I know I said
15    she in these documents.  I for many years had felt bad
16    about -- I felt like people would look at me a certain
17    way if I was trying to move in with a guy in ███.  He
18    was a guy I had met online.  We had talked for a while
19    and he had offered for me to come and stay with him for
20    a month for free and I can start paying rent after
21    that.
22         Q.   What was his name?
23         A.   ███.
24         Q.   ███ is that his first name?
25         A.   That was his first name.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    Do you have any files, records or anything of

2    your communications with him?

3      A.    Unfortunately, no.  I tried to get phone

4    records because I did have a phone.  I got a phone for

5    my birthday that year from my dad, but the phone

6    company was unable to pull back that far.

7      Q.    Why did you try to get those records?

8      A.    I thought it would be helpful for this case.

9      Q.    How would it be helpful?

10     A.    To prove and show some of the more accurate

11    information during the before period of my trafficking.

12     Q.    With respect to ████, am I saying that

13    right?

14     A.    I think so.

15     Q.    ███████?

16     A.    Yes.  He was from ████████ originally.

17     Q.    Have you ever met him in person?

18     A.    I did.  I met him in person after my

19    trafficking experience.  We kept in touch as friends

20    for about a year, and I went and met him in████████.

21     Q.    Did you ever date?

22     A.    No.

23     Q.    At this point in time you hadn't met him?

24     A.    No.

25     Q.    What college was he at?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1        A.    He was in ██████████.   I'm not sure which

2   college but he was doing an engineer major.

3        Q.    How long had you been communicating with

4   ██████online before the invitation to move to ████?

5        A.    Not long.  We started talking as friends

6   while I was talking to █████

7        Q.    What service, ██████████ or one of those were

8   you on where you met him online?

9        A.    ████████

10       Q.    Did you have any sort of handle or user name

11  on ███████████

12       A.    ████████  I don't think there is any user

13  names on there.  At this point in time it was just like

14  a live chat so you just got paired with random people.

15  I was really lonely at that point in time.  I didn't

16  have a lot of contact with friends, lost phone numbers

17  and things like that so I was looking for friends to

18  talk to, and, you know, we talked about a lot of

19  different things, but we had a lot of interesting views

20  on religion, him being from ████████████ that I had a

21  lot of good conversations with him about.

22       Q.    You felt comfortable enough that you would

23  take a bus to ██████ and move in with him for a month?

24       A.    I think when I was 18 I was really desperate

25  and was trying to get away out of my situation, and I

CONFIDENTIAL

1   saw this as an opportunity because he had an apartment,

2   he was a very kind person, I'm sure he still is.  He

3   was very kind and he was in college and like he was

4   doing the things that I thought I wanted in my life,

5   and I just really felt like I couldn't not try and take

6   that opportunity.

7        Q.   Did you do a background check on him?

8        A.   I did not.

9        Q.   You saved up or you got money together

10  whatever it was to get a bus ticket to ███ correct?

11       A.   My dad after my birthday had won relatively

12  big and he had given me some money because he won big

13  so I was able to buy a bus ticket, and I shipped things

14  off to ███ and got the prepaid cell phone.

15       Q.   How much did your dad give you?

16       A.   I'm not exactly sure but I want to say it was

17  somewhere between 500.  Maybe $700.

18       Q.   And you spent $350 on a bus ticket?

19       A.   Yeah, something like that.

20       Q.   Do you have a receipt or any records that

21  show how much you spent?

22       A.   Not exactly, no.  I think I probably did when

23  I was trafficked but all of my belongings that I was

24  trafficked with were long gone, and when I went to go

25  see ███ I was able to get the things back that I had

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    shipped off to ▮▮▮ but the stuff that I was trafficked

2    with nothing came out of that situation other than a

3    purse and my ID.

4         Q.    Why did you ship belongings to ▮▮▮?

5         A.    I was planning on moving there and I thought

6    I was going to be there long term and they had a very

7    limited suitcase space on the bus.

8         Q.    How long a bus ride was it?

9         A.    I want to say it was like three days but I'm

10   not exactly sure.

11        Q.    How much money did you have left over after

12   you bought the bus ticket?

13        A.    I know I spent like 50ish on the cell phone

14   and I'm pretty sure the plan cost me another 50.  I had

15   also bought some things like I knew I was going to need

16   tampons or shampoo and condition.  Things I knew that

17   would get me through the time period, but right before

18   I got through the end of that week that I was planning

19   to go out there I didn't have anything really left.

20        Q.    No money?

21        A.    Not really, no.

22        Q.    You're excited about this new opportunity,

23   right?

24        A.    Yeah, I definitely was.

25        Q.    And you were scheduled to be on this bus on

Page 160

CONFIDENTIAL

1   March 9, 2014, right?

2        A.    March 10.

3        Q.    March 10.  And on March 9 something happens

4   in your life that I know you've told in various forms.

5   Why don't you tell us what happened.

6        A.    I was staying at ███████████████ at

7   that time.  Another reason why I had decided to move to

8   ████ so quickly because I could tell ████████ was

9   getting irritated by my presence at his house.

10             I had planned this date for that reason so I

11  went to go visit my dad.  I thought that my alcoholic

12  family was kind of holding me back from achieving

13  positive things in my life, and, you know, I don't

14  think I went about it the right way but I do think even

15  at 18 years old I was accurate in that.

16       Q.    I apologize if my question was broad but I

17  don't think you're being responsive to what I asked.

18       A.    Sorry.

19       Q.    Let me be more direct and if you need to

20  supplement at any time by all means.  Okay?

21       A.    Okay.

22       Q.    You had a bus ticket to go to ████ on March

23  10?

24       A.    Yes.

25       Q.    On March 9 you were at the bus station,

CONFIDENTIAL

1    correct?

2         A.   I went to go visit my dad and he lived across

3    town.  I took a local bus down to where my dad lives

4    and on my way back up to ████████████████    I

5    was at a local bus stop off of Tropicana and Paradise

6    and that is where I met ███████████████████    was

7    what she called herself, ████████

8         Q.   You had made these plans where you shipped

9    most of your belongings to ██████, correct?

10        A.   Yes.

11        Q.   You were getting ready to start a new chapter

12   in your life going to live with ████████ correct?

13        A.   Yes.

14        Q.   You are at the bus stop trying to get back to

15   ████████████████    for what purpose?

16        A.   I was going to stay there that night before I

17   took a bus -- I was going to have to take a lot of

18   local buses to go to the Greyhound bus station that

19   next day.

20        Q.   Were ██████████████████    available to drive

21   you there?

22        A.   No.

23        Q.   Did you ask them?

24        A.   No, I did not.

25        Q.   Was there a reason why you didn't ask them?

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1        A.    The same reason with my dad.   The alcoholism,
2   the gambling, the wanting to be able to make it on my
3   own.   The wanting to prove myself to my family.   It was
4   all kind of connected.
5        Q.    Would ████████████████ ever give you rides
6   anywhere?
7        A.    It was very far and few in between, but there
8   were a couple times they've given me rides to things.
9        Q.    On this occasion did you tell them that you
10  were leaving and moving to █████?
11       A.    No.
12       Q.    You were just going to leave and not tell
13  them?
14       A.    Yes.
15       Q.    What was the point of that?
16       A.    I think again I, had a bit of an issue of my
17  family is unhealthy and deals with their own trauma,
18  and I think I was going to have a really hard time
19  making it on my own if I didn't separate contact and
20  it's why most of my family I have no contact with now.
21       Q.    Right.   You said that ██████████ was getting
22  agitated by your presence, my words not yours, right?
23       A.    Yes.
24       Q.    From your perspective he would be happy you
25  would be leaving, right?
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    MR. SCHULTZ:  Object to the form.

2    THE WITNESS:  I agree.  He probably would

3  have been happy that I was leaving, but also, my ██████

4  is a bit -- he is a bit controlling on the way he wants

5  things done.  I think he wanted me to have a life that

6  looked a specific way, and I don't think that would

7  have been moving to ████.  But also at that point in

8  time in the day both of -- I'm trying to think.  ██

██  ██████ used to get off at 12:00 so I don't know if she

10  would have been able to drive me to the Greyhound

11  station that day.

12  BY MR. SAGER:

13    Q.    How far was the Greyhound station from their

14  house?

15    A.    They lived at ██████ -- I should say they

16  were closer to ████████████████████ and so I

17  think it was like four buses I was going to have to

18  take.

19    Q.    How far did they live though if they drove

20  you, how long a car ride would it have been?

21    A.    Maybe 25 minutes at that point to downtown.

22    Q.    Could you have taken a taxi?

23    A.    Well, I didn't want to spend my money that

24  way if I had any left.

25    Q.    How much would a taxi have cost?

Page 164

CONFIDENTIAL

```
1              MR. SCHULTZ:  Object to the form.
2              THE WITNESS:  I don't know.
3    BY MR. SAGER:
4         Q.    You are at the bus stop and that's where you
5    saw ████ and your trafficker pull up?
6         A.    They pulled up.  I would assume it's -- it
7    was getting dark like the sun was starting to set so I
8    would assume it was around 6:00ish.
9         Q.    What were you planning to do that night
10   before they pulled up?
11        A.    I was going to go home and go to sleep and
12   get a good shower in before having to do this travel.
13   I did talk to ████ on the phone earlier that day about
14   the fact that I wanted something positive to look back
15   on Vegas with and I wanted an experience in how -- I
16   felt like Vegas was the scariest placed I lived and it
17   was traumatizing so I had shared that all with him
18   earlier that day.  And he had said to me even that day
19   just go visit your dad and go home, but when the car
20   pulled up I just thought it was an opportunity to have
21   one good night in Vegas.
22        Q.    You had never had a good night in Vegas?
23        A.    I never had a night that was super fun that I
24   thought would be something I could remember forever.  I
25   had a couple nights where I hung out at friends' houses
```

Page 165

CONFIDENTIAL

1    but, otherwise, I didn't have a lot of good

2    experiences.

3         Q.   What made you think in that moment, and I get

4    it, you are 18 years old, but what made you think in

5    that moment that two stranger in a bus station were

6    going to give you the night in Vegas that you had never

7    been able to achieve until that point in time?

8         A.   Not that I was expecting them to achieve

9    anything, I just think I was hopeful to find something

10   fun, and I think for me I looked at the girl ████ and

11   I thought she looked younger than me, and I remember

12   thinking that if she's safe with him and she's younger

13   than me then he's probably a safe person and he didn't

14   look old.  He looked young as well, and so I kind of

15   looked through things through naive but that was the

16   lens I was looking through it at.

17        Q.   What happened to your notion of getting a

18   good shower and a good night's sleep?

19        A.   The notion to sleep definitely went out the

20   window, but I was still thinking I was going to get a

21   shower in.  I thought -- before I got into the car I

22   did ask them to say hey, I need a ride home tonight

23   before we go anywhere, you guys going to be able to

24   make sure that happens.  When I got into the car I

25   thought we were just going to the Strip, and

Page 166

CONFIDENTIAL

1   realistically I could have found my way on a bus back

2   to ███████████████████ at that point.

3          When we got to the Strip and me and ██████

4   started talking in the car when he went into one of the

5   casinos she was really the one that I started to build

6   trust with that night.

7       Q.   Did you tell ██████ that you were going out

8   with these people?

9       A.   No, I didn't tell █████.  I would have had my

10  cell phone, but I don't remember contacting anybody.

11      Q.   You did have your cell phone with you?

12      A.   There was a cell phone that my dad had given

13  me around my birthday, and I would have had that cell

14  phone at that time.

15      Q.   You had just ended a relationship with

16  somebody you did a background check on because you

17  didn't trust him?

18      A.   Yeah.

19      Q.   You had all these issues of maybe trust isn't

20  the right word, but I will use it, with your family,

21  right?

22      A.   Yeah.

23      Q.   And you had finally come up with a plan that

24  you thought was going to lead you to a better life by

25  moving to █████, correct?

CONFIDENTIAL

```
 1          A.    Yes.
 2          Q.    Where did that -- where did you buy the bus
 3     ticket?
 4          A.    The Greyhound bus ticket?
 5          Q.    Yes.
 6          A.    I had to go down to the Greyhound station to
 7     get it.
 8          Q.    How did you get there?
 9          A.    I had to take local buses.
10          Q.    Did you buy it in cash?
11          A.    I did, I think.  I think my dad gave me cash.
12     My dad did open a bank account for me, but I believe I
13     paid for it in cash.
14          Q.    Why did you go down and buy it, how far in
15     advance of the trip did you buy it?
16          A.    A week or so.
17          Q.    Why did you do that?
18          A.    Why did I buy --
19          Q.    Why did you buy a bus ticket a week in
20     advance?
21          A.    That was after the conversation I had with
22     ███     where we had confirmed everything, including the
23     details of like when I would start to pay rent and
24     things like that.
25          Q.    And you picked a day when you would take the
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
 1   bus?
 2        A.   I just picked a week from that day, I
 3   believe, that I went down to the Greyhound station.
 4   I'm not sure if this is accurate, but I feel like the
 5   price had dropped.  There was a price drop between, for
 6   example, you know, if I went to the Greyhound station
 7   on a Wednesday I think there was a price drop, you
 8   know, versus the weekend versus Tuesday, versus
 9   Wednesday.
10        Q.   Ms. █████  did you actually go and buy a bus
11   ticket?
12             MR. SCHULTZ:  Object to the form.
13             THE WITNESS:  In person, yes.
14   BY MR. SAGER:
15        Q.   Did you make any effort in this case to find
16   a record of buying that bus ticket?
17        A.   I did not.
18        Q.   Do you know what happened to it?
19        A.   The bus ticket was in my suitcase that I had
20   with me during my trafficking experience.
21        Q.   When your trafficking experience ended was
22   the bus ticket still there?
23        A.   Yes.  The bus ticket was in the suitcase that
24   my trafficker had taken with my stuff.
25        Q.   What did you do with the bus ticket after
```

Page 169

CONFIDENTIAL

1    your trafficking period?

2              MR. SCHULTZ:  Object to the form.

3              THE WITNESS:  He had taken the suitcase from

4    me when I was going towards the hospital.

5    BY MR. SAGER:

6         Q.   So it was gone, there was no more bus ticket?

7         A.   Same with my social.  He had access to my

8    social.  He had all of my photos of my family growing

9    up, journal entries I had since my grandmother had

10   died.  He had taken every belonging I had in that one

11   suitcase.

12        Q.   Other than what you sent to ████  correct?

13        A.   Uh-huh, yes.

14        Q.   We know you didn't go to ████.  Did ████

15   ever follow up with you?

16             MR. SCHULTZ:  Object to the form.

17             THE WITNESS:  I reached out to ████ after my

18   trafficking experience and explained what happened,

19   and, you know, he was very aware of what happened.

20   BY MR. SAGER:

21        Q.   I'm asking in the moment he expected you to

22   show up in ████ roughly March 13, right?

23        A.   Yes.

24        Q.   And you didn't show up?

25        A.   Yes.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    You had made a plan with somebody to move in
2   with them?
3      A.    Yes.
4      Q.    Did he follow up and say where are you?
5      A.    Yes, he did.  At that point in time it was
6   already -- we spoke after I should have gotten on the
7   bus, I had missed the bus, and I had told him that I
8   was going to need to extend my time out in Vegas for a
9   couple weeks to try and get the money to get out there.
10     Q.    Did you call Greyhound or make any effort to
11  determine whether the bus ticket had any residual
12  value?
13     A.    I did not.
14     Q.    Do you know if it did?
15     A.    No.  I assume now that I'm older, yes, but at
16  that point in time I didn't think that's the way they
17  worked.  I was pretty sure it's just non-refundable if
18  you don't get on, you don't get on.
19     Q.    Did you make any effort to figure out whether
20  it was non-refundable?
21     A.    No, I did not.
22     Q.    Did you look at the ticket to see hey, can I
23  use this tomorrow or another day?
24     A.    Other than the fact that I'm pretty sure it
25  said that it's non-refundable, no.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.   Why are you pretty sure that it said that?

2      A.   Just the devastation that I remember feeling.

3  I am making the assumption that was because of the fact

4  that I was so sure on this bus ticket and on this

5  opportunity that I think I just did non-refundable.

6  Also, there is a price difference.  I still as a person

7  do non-refundable on flights and things like that.

8  It's maybe not the smartest, but it's still what I do

9  to save 50 bucks or whatever.

10     Q.   Right.  Let's assume it was non-refundable.

11  Did you make any effort to determine whether it had

12  residual value that could be applied to a future bus

13  ticket?

14          MR. SCHULTZ:  Asked and answered.

15          THE WITNESS:  I don't -- for, one, I didn't

16  get down to the Greyhound station but no, I didn't.

17  BY MR. SAGER:

18     Q.   How frequently did buses go from that

19  Greyhound station to ███████████?

20     A.   I don't know.

21     Q.   You chose a week in advance.  Did you look at

22  a bus schedule to pick that?

23     A.    I believe so.  There was a little kiosk, but

24  I don't remember which days were available in that week

25  time period.

CONFIDENTIAL

1      Q.    When you contacted ███ and said you would

2    be delayed by a couple of weeks, what was his response?

3      A.    He said that it sucked that I was late and

4    that I missed the bus but keep him in the loop on when

5    I actually did get on the bus.

6      Q.    Did you speak to him again before your

7    trafficking period ended?

8      A.    I believe there was one more message at that

9    two week mark because at that point I was so scared of

10   what was going on that I didn't want to let anybody in.

11     Q.    So you go out with the trafficker -- you

12   didn't know him as a trafficker at that time, to you he

13   was what, ███

14     A.    On March 9, yeah, he was just a young guy

15   that I thought was dating this young girl.

16     Q.    You go out and you first go to the Strip?

17     A.    Uh-huh.  We went to Planet Hollywood and he

18   left the car and said nothing is going on, are you okay

19   with going back to our house for a while and we will go

20   back to the Strip later.

21     Q.    And that was fine with you?

22     A.    I said that was okay.  Again, I had continued

23   to build up rapport with ███ at that point.  I know

24   it all sounds very naive of me, but I told her about

25   the Greyhound bus when we were sitting there in Planet

Page 173

CONFIDENTIAL

1  Hollywood too.

2      Q.  And then you went back to their house?

3      A.  Uh-huh.

4      Q.  That's the house you ultimately were kept at

5  for the next three months or whatever it was?

6      A.  Yes, we also stopped somewhere for him to buy

7  alcohol.

8      Q.  How much did you drink that night?

9      A.  I'm not sure how much I drank that night.

10  I'm not aware of how much.

11      Q.  Were you accustomed to drinking alcohol?

12      A.  No, I wasn't.  I was not -- I'm a relatively

13  lightweight person anyways but also with my family

14  history it's always been quite scary to me.

15      Q.  When you imagine this sendoff from Las Vegas

16  for lack of a better term, just a fun night in Vegas,

17  did you envision it including drinking?

18      A.  Yeah, I think I did.

19      Q.  How often did you drink at that point?

20      A.  Whenever I was around my young friends that

21  lived in Vegas and I had probably been with them out --

22  at their houses I should say instead of out maybe five

23  to ten times during my six months in Vegas.

24      Q.  Did you also smoke marijuana that night?

25      A.  I do not remember but it definitely wasn't

Page 174

CONFIDENTIAL

1    out of the question.

2         Q.    Had you smoked marijuana before?

3         A.    I think I had smoked marijuana a couple times

4    before, but I started that when I lived in Vegas as

5    well.

6         Q.    Did you get inebriated that night of March 9?

7         A.    I definitely feel like I was not fully drunk

8    but I definitely think I was feeling the alcohol.

9         Q.    You then went back to ███████████████████

10   ██████ at some point?

11        A.    Yes, I had asked for the ride back somewhere

12   around 2:00, 2:00 to 3:00, and he said that, which I

13   thought was a little weird which was my first inkling

14   something was weird but I kind of brushed it off, he

15   said that he needed us to wait until 4:00 because

16   that's when officers are not on the road but it was

17   pretty clear that he smoked a lot of marijuana so I

18   just assumed it was that.

19        Q.    How long did it take to drive from his house

20   to ████████████████████████?

21        A.    Somewhere between 30 to 45 minutes.

22        Q.    So you get there at 4:30 quarter to 5:00 in

23   the morning?

24        A.    Yes.

25        Q.    You go in the house?

Page 175

CONFIDENTIAL

```
 1          A.    Uh-huh.

 2          Q.    Yes?

 3          A.    Yes.

 4          Q.    Is anybody there?

 5          A.    ██████    was still getting ready for work at

 6    that point.

 7          Q.    Did you interact with him at that point?

 8          A.    I attempted not to.  He had -- I went to take

 9    a shower.  I was laying in bed for a while trying to

10    wait for him to leave before I took a shower but

11    timewise I needed to take a shower and so -- at that

12    point my plan was still to try and get on those local

13    buses and he just took so long that I had to jump in

14    the shower, and when I did go into the shower he

15    knocked on the door, told me I need to get out and stop

16    acting like a slut.

17          Q.    What was the context of him referring to you

18    as a slut?

19          A.    Because I didn't go home that night.

20          Q.    This is like 5:30 in the morning?

21          A.    Yes.

22          Q.    You couldn't wait any longer for him to

23    leave, why, what was the hurry?

24          A.    I remember looking online at the local bus

25    times that I would have to leave to get to the
```

Page 176

CONFIDENTIAL

1    Greyhound station in time, like enough time before my

2    bus was supposed to leave.  I believe I was supposed to

3    leave at 7:30 in the morning.

4         Q.   What happened then?

5         A.   I took my shower, saw the time I was getting

6    out of the shower and then I started calling them to

7    come and pick me up again because they said -- he had

8    offered to give me a ride to the Greyhound station.  He

9    said he wasn't doing anything that day so he could take

10   me to the Greyhound station.

11        Q.   I'm not following something.  You said it was

12   going to take -- the bus to ███ was 1:30 in the

13   afternoon?

14        A.   Yes.

15        Q.   You thought you needed to leave ████████

16   house at 7:30 in the morning?

17        A.   Because of the way the times were with the

18   buses, yes.  The first bus being so outskirt was not

19   connected very well to any of them.  I was going to

20   take four local buses to get there, and I was trying to

21   get there an hour before my bus left so I was trying to

22   get there before 12:00.

23        Q.   What would have taken 25 minutes to drive

24   from ████████████ was going to take approximately

25   five hours on the bus lines?

CONFIDENTIAL

```
 1          A.   At that point in time, yes.
 2          Q.   But you had always planned to do that, that
 3     was part of going to ████?
 4          A.   Yes.
 5          Q.   What made you change your mind?
 6          A.   ████ usually would get up for work around
 7     6:00 and for whatever reason he was moving slower that
 8     day and I -- ████ had offered me to go back to their
 9     place and I could take a nap and then I could get that
10     ride to the bus station and because of that, the
11     timeline and us getting so close to 7:30, I was really
12     worried that I wasn't going to be able to walk both of
13     my big suitcases to the bus stop.  I was also giving
14     myself extra time for that transport of those suitcases
15     that I needed.
16          Q.   So ████████████ --
17          A.   ████████
18          Q.   Drop you off at 5:00, 5:30 in the morning at
19     ████████████?
20          A.   Around that, yes.
21          Q.   You take an hour and a half or so by the time
22     you shower, wait for ████████ and go through all
23     that, where are they during this time?
24          A.   I was not informed until after I was
25     trafficked, but from my understanding they went to the
```

Page 178

CONFIDENTIAL

1    New York-New York.

2            Q.    Did it strike you as odd that these people

3    you had met hours earlier were willing to come back to

4    ████████    house to pick you up at 7:00 in the

5    morning and then volunteer to take you to a bus station

6    a few hours later?

7            A.    Not at this point in time in my life.    I

8    think also I think growing up in ██████    there was

9    just a kindness to people that I just -- I think I have

10   always tried to operate with even though that's not a

11   Vegas culture.

12           Q.    After you missed your bus things changed?

13           A.    Yes.

14           Q.    And what happened?

15           A.    That was when he gave me his spiel about me

16   working for him for two weeks and that he would give me

17   $500 to go to ████ , and then that night I was

18   trafficked for the first time at the Aria.

19           Q.    When he gave you this speech were you

20   surprised?

21           A.    Yeah, I was but I wasn't focused on what he

22   was saying.    I was more focused on the fact that I need

23   to make it out to ████    I need to figure out things.

24   I was very much in my head at that point in time of

25   like could I get a job, where was I going to live,

                                              Page 179

CONFIDENTIAL

1    things like that because I had already made the

2    decision I wasn't going to go back to my father's

3    house.

4        Q.    What about the decision relative to ██████

         ████████████████████████

6        A.    I mean, ████████ had kicked me out that

7    morning.  I, you know, at that point knew that wasn't

8    an option for that reason.  It was my dad's or a

9    shelter, and I at that point would have chosen a

10   shelter but once you're in a shelter trying to get a

11   job is really difficult.

12       Q.    Are you familiar with the term survival sex?

13       A.    Yes.

14       Q.    Have you become familiar with that in the

15   work you've done since your trafficking?

16       A.    Yes.

17       Q.    What's your understanding of survival sex?

18       A.    Survival sex from my understanding is when

19   someone is having sex with someone for basic

20   necessities.  It's typically connected to minors from

21   my understanding.

22       Q.    With█████ he made it clear to you that this

23   wasn't survival sex, this was a business relationship

24   for two weeks, correct?

25       A.    He referred to it as what he does for a

Page 180

CONFIDENTIAL

1    living, yeah.

2         Q.    You understood that?

3              MR. SCHULTZ:  Object to the form.

4    BY MR. SAGER:

5         Q.    Did you understand that?

6         A.    To a certain extent I realized at that point

7    in time he was expecting me to do certain things but he

8    also during that day had made other -- implied that

9    sometimes I could run out of the room with the money

10   and not actually have to have sex, and so I was trying

11   to focus on things like that.

12        Q.    Did he tell you certain rules about working

13   for him?

14        A.    During that first day he did not.

15        Q.    Did he tell you to call him daddy?

16        A.    I don't know if he told me to call him that

17   during the first day.

18        Q.    When did he tell you that?

19        A.    It was definitely in the first week but I

20   don't know if it was that first day.  It's really --

21   this might just be my trafficker but I think it's a lot

22   of traffickers they will teach the rules as they get

23   broken so that way he could beat me and then could

24   create fear for me and have me to be more compliant.

25        Q.    I'm trying to understand what was said when

Page 181

CONFIDENTIAL

1    you're in the car and he says to you essentially I'm a

2    pimp and you can work for me and make money for a bus

3    ticket?

4         A.    Yeah.   That's pretty much all that was said

5    and then he said we will go buy clothes for you today,

6    and that ██████████████ was the name that she went by

7    in my trafficking but ██████ was going to show me

8    everything I needed to know, and he purposely left me

9    in the dark on that for that reason.

10        Q.    You accepted that?

11        A.    I accepted that I needed $500 and that I

12   likely was not going to be able to get that from

13   getting a job and living in a shelter.

14        Q.    At that point in time you didn't think of

15   yourself as a victim, you thought that you were making

16   a decision, I'm not questioning what legally any of

17   this means, I'm just saying you believed you were

18   making a decision?

19        A.    I believe I made a decision to get in a car

20   and I needed to live with the consequences of that.

21        Q.    You made a decision that you would perform

22   sex for money for -- what's his last name, ██████ what's

23   his last name, ██████████

24        A.    ████████

25        Q.    For this guy ██████████ you made a decision you

                                                   Page 182

CONFIDENTIAL

1    were going to do that?

2         A.   Yes, in some capacities.  I know now clearly

3    that was a coercion mechanism and also fraud because he

4    wasn't planing on ever giving me that money.

5         Q.   I'm only wondering what's in your head.  I

6    understand there might be --

7         A.   The legal stuff.

8         Q.   Legal stuff that comes later.  In your head

9    you're in this car you are told by him I'm a pimp and

10   that you can work for me and you accept that, correct?

11        A.   I -- yes and no.  I said okay, I'm going to

12   have to do what I need to do, and I had planned on this

13   being two weeks of my life that I never spoke about

14   again and just kind of would have held that shame in.

15        Q.   Had you ever been involved in anything like

16   this before?

17        A.   No.

18        Q.   Did you even know what prostitution was?

19        A.   No.  Other than what they depict on movies

20   and ███████ one time had shared with me that sometimes

21   people get put -- sometimes women think they are

22   becoming models and they get put into sex slavery, but

23   that was not my case so I didn't think that was what

24   was going on.

25        Q.   You go out and buy clothes, right?

CONFIDENTIAL

1          A.    Uh-huh.

2          Q.    Yes?

3          A.    Yes, we went to buy clothes.

4          Q.    You come back to the house and you and ███

5    get ready?

6          A.    Yes.

7          Q.    Take a shower?

8          A.    Yes, I did.

9          Q.    Curl your hair?

10          A.    Yes.

11          Q.    Put on makeup?

12          A.    Yes.

13          Q.    And while you're doing this are you saying to

14    yourself I don't want to go out and perform sex for

15    money and how do I get out of this?

16          A.    Yes.  Then when I was starting to say those

17    things he was like -- he brought up the running out of

18    the room thing again potentially.

19          Q.    What's that called by the way?

20          A.    Running out of the room?

21          Q.    Yes, stealing money from a John?

22          MR. SCHULTZ:  Object to the form.

23          THE WITNESS:  I don't even know if there was

24    a term for that.

25    BY MR. SAGER:

CONFIDENTIAL

1          Q.    Have you heard of the term trick roll?

2          A.    From my understanding what a trick roll is is

3     when you are stealing items from the buyers, not money

4     from the buyers.

5          Q.    Was it your expectation that night that you

6     were going to go in a room and get the money and run

7     out of the room?

8          A.    That was my hope.  I was trying to not think

9     about the things that were about to happen honestly,

10    and I think I was quite disassociated when I look back

11    on it.  It was quite a foggy day for me.

12         Q.    Were you ever diagnosed with any mental

13    illness prior to this time?

14              MR. SCHULTZ:  Object to the form.

15              THE WITNESS:  Not that I am currently aware

16    of.  I know that there were testing and conversations

17    about potential disorders, but I don't believe that any

18    of them were able to be confirmed until the age of 18.

19    When I started going to the doctors alone without my

20    guardian, my mother, they had redone the testing and

21    they didn't -- at that point from my understanding

22    didn't find anything conclusive with the other

23    diagnosis.

24    BY MR. SAGER:

25         Q.    You are not contending in this case that you

Page 185

CONFIDENTIAL

1  suffered from any mental infirmity that made you more

2  susceptible to trafficking?

3          MR. SCHULTZ:  Object to the form.

4          THE WITNESS:  Not that I know of at that

5  point in time.

6  BY MR. SAGER:

7      Q.   That night you go to the Aria and do you

8  perform sex for money?

9      A.   Yes.

10     Q.   And then you come back and go to sleep?

11     A.   Because that was -- it was traumatic.  I

12 actually didn't even make it back to the house before I

13 had passed out.  I just passed out in the car.  Yeah, I

14 was crying and I was constantly sleeping and in a state

15 of depression for the next I would say three weeks or

16 so that I was crying when I was with buyers.

17     Q.   You would cry with buyers?

18     A.   Yeah.

19     Q.   You said earlier that one of the things you

20 have to do or try to do at least when you are in this

21 life is try to present yourself as having fun?

22     A.   Yes.

23     Q.   You were unable to do that?

24     A.   No, not really.  Not in the beginning which

25 was another reason why I think there was such a long

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1　extension of me having to work in conjunction with

2　███████ because I just I couldn't really keep it

3　together.

4　　　　Q.　In this first two week period how many times

5　would you say you went to casinos?

6　　　　A.　I would say it was if not every night at

7　least five nights a week during those first two weeks.

8　　　　Q.　What would happen in the nights you weren't

9　in casinos?

10　　　　A.　He would still require us to get ready

11　because it was really based on whenever he wanted us to

12　go and however he felt about things so we would have to

13　get ready.  In the beginning of my trafficking he would

14　require me to sit on the couch and watch television

15　until he was ready.

16　　　　Q.　At the beginning of this did you realize you

17　had gotten yourself into something you didn't want?

18　　　　　　　MR. SCHULTZ:  Object to the form.

19　　　　　　　THE WITNESS:  Yes.  I definitely knew that I

20　was in something that wasn't good for me.

21　BY MR. SAGER:

22　　　　Q.　Did you make any effort or attempt when you

23　were in a public place to get any help?

24　　　　　　　MR. SCHULTZ:  Asked and answered.

25　　　　　　　THE WITNESS:  No, I didn't but I also was

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1  feeling like at that point I was still not going to

2  walk away with any of the money that I needed to get to

3  Ohio and to start my life and so I would just be back

4  at square one, and part of me felt like, you know,

5  after that first time I needed some of the stuff that I

6  was going through to be worth something to be okay with

7  myself, I think.

8  BY MR. SAGER:

9      Q.   When you would go to the casinos would you

10  try to look nice?

11      A.   We were required to look a specific way.  He

12  required the outfit we would wear, both me and █████

13  He had to approve my makeup and my hair.

14      Q.   But would you personally try to look nice?

15          MR. SCHULTZ:  Object to the form.

16          THE WITNESS:  For me, no, it didn't

17  particularly matter whether or not I looked nice other

18  than the fact I didn't want to get a beating not

19  looking good enough.

20  BY MR. SAGER:

21      Q.   In the beginning you hadn't been beaten, it

22  was at least two weeks before he ever laid a hand on

23  you, correct?

24          MR. SCHULTZ:  Object to the form.

25          THE WITNESS:  Yes and no.  There was one

Page 188

CONFIDENTIAL

1    incident I would not count as a beating where violence

2    started being implied.  We were watching television and

3    he told us just randomly as we were watching television

4    to pull our pants down that both of us were getting a

5    beating, and I kind of laughed it off at that point

6    because I didn't know he was serious and then ██████

7    did turn around and showed me that that was expected of

8    me so he did take his belt and slap my butt with it one

9    time but that and a couple threats of beatings so I

10   had -- not realizing that that stuff did start to

11   happen just in micro pieces, not a full beating.

12   BY MR. SAGER:

13       Q.   Ms. ██████ what is it that you wanted the

14   casinos, any of the casinos you've mentioned to do for

15   you?

16            MR. SCHULTZ:  Object to the form.

17            THE WITNESS:  I think that the casinos often

18   saw me as a person who was in by choice prostitution.

19   I was not looked at as a human being who deserved

20   respect or dignity, and I think there is a couple

21   different things that could have happened that would

22   have changed the outcome and would have made me feel

23   safe enough to come forward.  But for my interactions I

24   was never actually separated from the girl I was

25   trafficked with, that being the first big issue that I

                                              Page 189

CONFIDENTIAL

1   wish the casinos had did.

2          I was never offered to speak to a female

3   guard.  I never was offered food or water or blanket or

4   anything else that could have showed me that somebody

5   cared about me.  I was not spoken to respectfully when

6   I did interact with people.  Not disrespectfully but

7   not like somebody had cared.  I was never educated

8   about human trafficking.  I never was offered

9   resources.

10          I never saw any literature at that point in

11  bathrooms about what was going on or a way you could

12  get resources, and from my knowledge I didn't see

13  anything that indicated that you guys didn't want the

14  purchasing of sex to happen in the casinos.  Like there

15  was no literature about the fact that it's illegal in

16  Vegas or that, you know, we don't accept people who buy

17  prostitution here or, you know, anything like that.  I

18  think casinos are often very lenient to the buyers of

19  commercial sex in these facilities.

20  BY MR. SAGER:

21      Q.  Would you have hoped that the Venetian or any

22  other casinos would have identified you and called

23  Metro police?

24      A.  I think if I was separated and I wasn't

25  booked with the girl I was trafficked with and met

Page 190

CONFIDENTIAL

1    someone who was respectful in the aspect of like caring

2    for me or the magic words for me was that somebody

3    wanted to know I was safe I would have said something,

4    and I just don't feel like I ever got that opportunity.

5         Q.   If you had said something like I'm in

6    trouble, I'm being sex trafficked or being forced to do

7    something, was it your understanding or expectation

8    that who you said that to would call the police?

9         A.   It wasn't my expectation that they would call

10   the police, no.

11        Q.   What did you think they would do?

12        A.   I guess I don't know at that point.  We never

13   got to that point in time where I felt safe enough to

14   talk to anybody about the situation that was happening

15   to me, and so I don't know exactly what I would have

16   wanted in that exact moment but I was never offered

17   resources, I was never offered someone to even talk to.

18   I feel like there is certain steps that, you know,

19   starting with the separating of me and the girl I was

20   trafficked with that never happened so I feel like

21   there is multiple steps that like I would have had to

22   get to that point before I could even answer that

23   question.

24        Q.   That includes Metro police, you weren't

25   comfortable talking to them?

Page 191

CONFIDENTIAL

1      A.    No, I was scared of them.  I was definitely

2    fearful of the fact that, you know, my trafficker said

3    Metro doesn't care about you and I will come and kill

4    your family during my trafficking experience.

5      Q.    That includes the fire department.  If I'm

6    not mistaken I read an article or mentioned that the

7    fire department did walk right by you when you were in

8    need?

9      A.    Yeah.  I did see them as someone that could

10    have helped me at that point in time.  There was not an

11    opportunity for the fire personnel -- I don't know what

12    to call them -- to come into the room that I was in.

13          MR. SCHULTZ:  Can we take five soon?

14    BY MR. SAGER:

15      Q.    Yes.  Let's take a break.  I'm going to turn

16    the questioning over to my colleagues.  I just want to

17    say to you on the record that I appreciate your time

18    greatly, and I'm sorry the circumstances that bring us

19    together but I have nothing but the best wishes for you

20    and your future and your child and your marriage.

21      A.    Thank you.

22      Q.    It would have been nice if we could have had

23    a conversation under different circumstances.

24      A.    Thank you.

25          THE VIDEOGRAPHER:  We are off the record at

                                                    Page 192

CONFIDENTIAL

1   2:24 p.m.

2                    (A recess was taken.)

3           THE VIDEOGRAPHER:  We are back on the record.

4   It is now 2:46 p.m.

5                    EXAMINATION

6   BY MS. DEW:

7       Q.   Good afternoon, Ms. ███   My name is Ellen

8   Dew.  I introduced myself to you at the beginning of

9   the morning, but I will go ahead and do it again.  I'm

10  the counsel for MGM defendants, MGM, Aria and New

11  York-New York Hotel.  Okay?

12      A.   Okay.

13      Q.   I wanted to start -- I'm going to try very

14  hard not no rehash anything that Mr. Sager went over so

15  that we don't have an inefficient use of time today,

16  but the same rules apply as when Mr. Sager was

17  questioning.  If you could answer verbally, that would

18  be great.  If you don't understand my question please

19  ask me to rephrase.  Is that okay?

20      A.   Uh-huh, yes.

21      Q.   Thank you.  Earlier today this morning we

22  talked a bit about your jaw being broken.  Do you

23  remember that?

24      A.   Yes.  I have four spots in my jaw that were

25  broken at various times within a few -- maybe up to

                                        Page 193

CONFIDENTIAL

```
 1   three weeks of time.
 2         Q.   That's what I wanted to understand because
 3   you said there were four spots in your jaw that were
 4   broken.  Do you remember about when the first time that
 5   your jaw was broken occurred in your trafficking
 6   period?
 7         A.   It would have happened earlier on in my
 8   trafficking.  When I say that, before May 10 is kind of
 9   like a dividing factor of beginning and end of my
10   trafficking for me.  It was really close in time to
11   around my only period.
12         Q.   I think you said that was end of March,
13   beginning of April; is that right?
14         A.   Yeah, I think it would have been around that
15   time.
16         Q.   And was it after that first time that you
17   were unable to work for a period of about a week and a
18   half?
19         A.   I would say there was one that caused a lot
20   of swelling, but I would say it's probably after two or
21   maybe even three of them happened that I was having a
22   hard time.
23         Q.   So you think the first time that your jaw was
24   broken, which was around the time that you had your
25   period you were still able to perform commercial sex
```

CONFIDENTIAL

1  acts; is that right?

2      A.   I believe so but I'm not 100 percent positive

3  exactly.

4      Q.   Understood.  And do you remember about when

5  the second time that your jaw was injured occurred?

6      A.   It all happened within a very short period of

7  time.  He had beat and hit my face.  After the initial

8  beating had happened with my trafficker there was an

9  interaction where he tried to initiate sex -- this is

10  in the criminal case as well, and he said before he

11  left that I would be sorry for doing that and now,

12  after lots of therapy I realized that he was changing

13  his tactics and the beatings had started to increase.

14  Those next I want to say around three weeks were when

15  he had done all the damage to my face.

16          After that because of the lack of being able

17  to get the money he moved down to my body and in the

18  remaining time of my trafficking he focused on beating

19  me on my body.

20      Q.   So if we orient the first jaw injury to some

21  time at the end of March, beginning of April?

22      A.   Yeah.

23      Q.   I'm saying we are not pinpointing a specific

24  day but as best you can recall?

25      A.   Yes.

CONFIDENTIAL

1      Q.   And then there was a short period of time

2  later where he injured your jaw again after trying to

3  initiate sex, do you think that was April?

4      A.   I'm sorry, the initiating sex would have

5  happened prior to all of the beatings on my face.

6      Q.   When did he try to initiate sex?

7      A.   I want to say it was probably at around the

8  three week mark of my trafficking before my -- it would

9  have been probably right before my period, and the

10  beatings started around that time.

11      Q.   Then was there a third time that your jaw was

12  injured?

13      A.   I'm not 100 percent sure about how many

14  beatings had caused my jaw to be fractured, but I know

15  this spot in my jaw was fractured, I believe, by itself

16  where the other ones were -- this one was done while he

17  was driving, I believe, where these three were done

18  when he was hitting me straight on at home.

19      Q.   I think you're pointing to your cheekbone, is

20  that right, the one you were struck while he was

21  driving?

22      A.   Yeah, I have a spot that makes a dimple that

23  is where the fracture is.

24      Q.   What happened when he was driving?

25      A.   He was pulling around to hit me in the

Page 196

CONFIDENTIAL

1   backseat while I was laying down or laying on my side.

2        Q.   And do you know where the car was located at

3   that time the incident occurred?

4        A.   We were going home that night after the

5   Strip.  I'm not exactly sure where we were.

6        Q.   Did all of this from what you can recall

7   occur prior to May 10?

8        A.   Yes.

9        Q.   And you mentioned May 10 standing out in your

10  mind as a sort of marker in this time period.  Why does

11  that stand out in your mind?

12       A.   That day my trafficker had called the girl I

13  was trafficked with, I was placed in a room where I

14  would lay on the floor and she came into the room to

15  try to, I think, ask me which phone company my prepaid

16  phone plan was on, and a couple days prior to that he

17  had said if you want to leave you just need to tell me,

18  and I had been left in that room for a few days off and

19  on with him trying to say those type of things to me.

20            When she came in to ask that question I said

21  can I just have the phone and I said please just let me

22  go, I will do whatever you need, please let me go, and

23  he came back from Walmart really fast and he beat me

24  with a chair and he told me I wasn't going anywhere.

25       Q.   And he came back to the house, is that where

Page 197

CONFIDENTIAL

1    this occurred?

2         A.   Yes.  There was three bedrooms.  There was a

3    master bedroom, there was a middle bedroom that was --

4    we called it -- it's a light pink room.  It was

5    where -- it was set up for a little girl and then there

6    was a third room.  At that point I was in that third

7    room that had a chair and couple exercise things in it.

8         Q.   You think it was before May 10, I apologize,

9    I'm trying to understand the timeline where you were

10   unable to work for some period of time because of the

11   injury to your jaw?

12        A.   Yes, I believe it was in April.  I believe it

13   would have been near the beginning of April, maybe the

14   middle of April.

15        Q.   I think you said that was about a week and a

16   half or so period; is that right?

17        A.   I believe so.  I believe it was about that

18   much time.

19        Q.   Were there any other times during your

20   trafficking period where you were unable to work

21   because of an injury?

22        A.   Not for any extent of time.  I think there

23   was a lot of times where I shouldn't have been taken

24   out on the Strip, especially after May 10 moving

25   forward because of the injuries I incurred, but I was

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1    still required to go to the Strip.
2         Q.    Were you unable to pick up buyers because of
3    injuries at any point in time?
4         A.    My trafficker after my face had swollen up
5    like that he tried to cover some of the injuries.  Some
6    of them were visible still but that didn't deter buyers
7    from purchasing me.
8         Q.    I would like to focus on the New York-New
9    York Hotel and Casino for a moment so unless I specify
10   otherwise my questions are really focused on New
11   York-New York.
12        A.    Okay.
13        Q.    Do you recall approximately when in your
14   trafficking period was the first time you went to the
15   New York-New York?
16        A.    I don't recall a specific day but I believe
17   that it was early in my trafficking.  It probably was
18   in the first two weeks.
19        Q.    So was that before ████████ had been
20   violent with you?
21        A.    Yes, that would have been.
22        Q.    And when you went to New York-New York I
23   think you said earlier you would go there approximately
24   once a week; is that right?
25        A.    I would say that I would go there once a week
```

Page 199

CONFIDENTIAL

1    especially in March and April.  As the summer months
2    drew closer it's harder to find buyers because of the
3    families that come into town so I was in the New
4    York-New York a lot more to find small buyers during
5    the summer season.
6        Q.   When you say summer reason what, do you mean,
7    is that May, is that April?
8        A.   I feel like it was in May.  There was a big
9    change in my trafficking where there was a lot of
10   bachelor parties in March and April and then the summer
11   season had a lot of families that came into town and so
12   the amount of money I would exchange from a buyer was
13   different, the amount of buyers I needed during my time
14   out on the Strip was higher, and New York-New York had
15   smaller amounts of money from the buyers but was
16   overall a place where I found more buyers during those
17   months.
18       Q.   When you would come into the New York-New
19   York facility, where would you go?
20       A.   Typically I would say I was coming from the
21   Aria so I was going through Aria to the Monte Carlo at
22   the time and into that side door on the north side and
23   come in those doors from that direction, and I would
24   say I usually did my routine check around the area from
25   that -- I'm trying to figure out directions.  It would

CONFIDENTIAL

1    have been the northeast corner.

2         Q.    When you would come in would you come in at

3    the promenade level or down at the street level?

4         A.    Street level typically.

5         Q.    And then you would go in and do what you

6    describe as your check, right?

7         A.    Yes.

8         Q.    So that would be looking for families?

9         A.    Families, security, other pimps, although I

10   don't feel like New York-New York had a big issue with

11   that, other girls and then what was going on with

12   buyers so that kind of thing.

13        Q.    Did you ever rent a room at the New York-New

14   York?

15        A.    No, I did not.

16        Q.    Did every buyer that you had a date with at

17   New York-New York already have a room at that hotel?

18        A.    I would say not -- I can't say this for

19   certain but I feel like for the most part in most of my

20   experience at all the casinos the buyers that were in a

21   certain casino were typically staying at that casino so

22   usually we would just go up from that casino floor up

23   to their hotel rooms.

24        Q.    And so at the New York-New York did you ever

25   go to the front desk with a buyer to get a room?

CONFIDENTIAL

1    A.    I do not believe I did that at the New

2    York-New York, no.

3    Q.    Did you ever purchase any food or drinks at

4    the New York-New York?

5    A.    No, we weren't allowed to buy anything.  If

6    we used our trafficker's money we would receive a

7    beating for that.

8    Q.    At the New York-New York did you ever talk to

9    any of the buyers about what brought them to town?

10    A.    Not particularly.  I mean, there was

11    definitely the people that were doing bachelor parties

12    that would want to say this is the person that's

13    getting married, we want to show him a good time or

14    something like that.  Every night I heard what happens

15    in Vegas stays in Vegas, every single night.  I

16    really -- that was kind of one of those things like

17    their names I feel like I blocked out as not important

18    information that I didn't want to have to deal with.

19    Q.    So you don't remember anyone at New York-New

20    York ever saying I'm here for a work conference or I'm

21    here visiting family or anything like that?

22    MR. SCHULTZ:  Object to the form.

23    THE WITNESS:  Not in particular to the New

24    York-New York that I'm aware of.  There was two guys

25    who I wasn't sure exactly what they were in town for

Page 202

CONFIDENTIAL

1    but they seemed like super close buddies and were there

2    for something.  They were one of those buyers that

3    stood out in the New York-New York.

4    BY MS. DEW:

5        Q.    What stands out about them?

6        A.    That night was relatively early in my

7    trafficking and it does apply to one of my situations

8    at the New York-New York, but they had a hot tub in

9    their hotel room and they paid a lot of money for time

10   with us, not the girlfriend experience, but they did

11   pay for extra time with us.  And I remember them having

12   coke in the hotel room and ██████ telling me that you

13   can pretend to have the coke, and she said she

14   pretended to have the coke.  I don't know if she did

15   pretend to have the coke.  I wasn't paying attention to

16   her.

17            He slid a chip, a $500 chip on the

18   nightstand, my buyer, before he went to bed, and he let

19   us go out of the room when he went to bed, and so this

20   was early in the morning.  I remember the sun was

21   already up and we went downstairs.  ██████ was on the

22   phone with our trafficker in the elevator and she had

23   to give him the chip for him to go and cash it at the

24   cashiers.

25            We weren't very far from the cashiers at this

Page 203

CONFIDENTIAL

1    point in time when this chip was exchanged so I know

2    that was seen by at least cashiers but probably the eye

3    in the sky too.  Then we were told to go to the car and

4    wait right outside the car in the garage.

5          Q.    I didn't mean to interrupt you.

6          A.    No, you're fine.

7          Q.    When you say you were near the cashier when

8    you exchanged the chip with ██████ what makes you

9    think that someone observed that?

10          MR. SCHULTZ:  Object to the form.

11          THE WITNESS:  I think we were maybe only a

12   little bit farther than what you and I are from the

13   cashier's box.  We had no interaction with ████ up to

14   that point.  We didn't say hi or anything like that.  I

15   feel like it was a relatively obvious exchange of a

16   chip, and then he just immediately went to the

17   cashier's box.  I feel like the weird interaction would

18   make people potentially see something.  I wasn't

19   watching any of the cashiers to see if they were

20   looking though.

21   BY MS. DEW:

22          Q.    Were there any other employees around that

23   you think did or could have observed you that stand out

24   in your mind?

25          A.    Not in particular but, you know, we were kind

Page 204

CONFIDENTIAL

1  of at a walkway intersection so I feel like it was a

2  heavy traffic-ish area potentially that somebody could

3  have seen.

4      Q.   In your time at the New York-New York did you

5  specifically ever interact with any employees or staff

6  at that location?

7      A.   Yes, I did.  Towards the end of my

8  trafficking I believe it was around or after -- I'm

9  pretty sure it was after my experience with Metro, but

10  I had been really sick and was really lightheaded and

11  was acting -- I felt very unaware of what was going on

12  and was not able to walk and we were coming up to the

13  New York-New York.  We were outside of it in that front

14  portion.

15      At this point in time we were coming from the

16  southeast corner, and we were still outside.  I had

17  asked if I could just leave.  I asked ██████ if I could

18  please leave and go back home.  I'm close to my dad's,

19  please let me leave is what I said to her, and she

20  grabbed my arm and called my trafficker and said he was

21  on the phone while we were walking to New York-New

22  York.

23      Then an officer or security guard I should

24  say had asked me if I was okay or if I needed anything,

25  and I said oh, I'm okay, I just need some water.  I

Page 205

CONFIDENTIAL

1    said that because I was scared about her, and I think

2    at that point in time somewhere between that incident

3    with my trafficker on May 10 and the end of my

4    trafficking I just assumed this was the way I was going

5    to pass away.

6            I didn't -- I was a little more compliant to

7    the fear and the fear of what could happen to my

8    family.  He had passed -- the officer had asked that

9    question.  My trafficker had passed us twice during

10   that time.  One time when the security guard, the

11   officer -- I know I need to keep the titles straight.

12   He grabbed a little mini water for me and I was sitting

13   down and I drank the water and my trafficker had passed

14   the first time when the security guard was grabbing the

15   water, and then he went back around and passed the

16   second time behind all of us when the security guard

17   was with us so kind of letting me know to get in line

18   and we -- he parked at the New York-New York so when we

19   got to the car I passed out on the backseat, and he

20   assumed I was just tired and that's why I was

21   responding the way I was and I got a beating for that.

22       Q.   So when you say your trafficker passed, he

23   was in a vehicle driving past is that --

24       A.   He was walking.

25       Q.   Was he walking inside the New York-New York

Page 206

CONFIDENTIAL

1   or outside?

2          A.   Outside.

3          Q.   And you were also outside --

4          A.   Yes.

5          Q.   -- of the building.  Did the security guard

6   speak to you at all?

7          A.   Other than to ask me how -- if I was okay he

8   had gotten me the water, and I think he probably had

9   said something like, you know, are you okay again.  I

10  know that I didn't look well.  I think I just told him

11  yeah, I think I had too much to drink or something.

12         Q.   At that point he let you go to wherever you

13  wanted to go?

14         A.   Yes.

15         Q.   From there you went -- did you go into the

16  New York-New York after that or you went to the car?

17         A.   We went into the New York-New York and

18  through the New York-New York to get to the parking

19  lot.

20         Q.   At that incident you did not engage in any

21  commercial sex act at that time; is that right?

22         A.   I don't believe that day.  I think we had

23  gotten there just maybe less than an hour before that.

24  I remember it being sun out when we got to the Strip

25  that morning, and I was dropped off at Tropicana and

Page 207

CONFIDENTIAL

1　then walked past MGM Grand and then to New York-New

2　York, which was the first one we were going to go into.

3　　　　Q.　I think you mentioned this was towards the

4　end of your trafficking; is that right?

5　　　　A.　Yeah.　Now, I realize that my lightheadedness

6　and my -- where I was at I was internally bleeding and

7　that's why I wasn't doing well.

8　　　　Q.　When you mentioned that it was after your

9　experience with Metro, is that the traffic stop that

10　you talked about earlier that day?

11　　　　A.　Yes, uh-huh.

12　　　　Q.　I think that was about June 7, does that

13　sound about right?

14　　　　A.　Yes, that sounds about right.

15　　　　Q.　Did you go back to the New York-New York for

16　any more dates after that incident?

17　　　　A.　I don't recall in specific.　I assume that I

18　did, yes.

19　　　　Q.　Why do you assume that you did?

20　　　　A.　Again, just because the fact that I was a

21　frequent in that casino, especially during that time in

22　my trafficking.

23　　　　Q.　You don't have a specific recollection of

24　going back there after the incident with the security

25　guard?

CONFIDENTIAL

1      A.    No.

2      Q.    Other than the incident with the security

3   guard, did you ever have any other interactions with

4   any staff or employee at the New York-New York?

5      A.    No.  That was the interaction I had with the

6   staff where we spoke to each other.

7      Q.    At the New York-New York do you recall when

8   you went up to a guest's room did the guest need to

9   show a keycard to gain access upstairs?

10      A.    I do not remember at the New York-New York.

11   I think I remember too that there is a lot of

12   different -- I'm not 100 percent on this either that

13   there were different elevators in the New York-New

14   York, and so I don't remember specifically any hotel

15   keycards that needed to be shown.

16      Q.    Do you remember would you always take the

17   same elevator to get to a guest room or different

18   elevators at different times?

19      A.    I believe it was different elevators.  I

20   specifically think that the one time we went up to the

21   one with the hot tub was a different elevator than

22   other times, but I'm not 100 percent on that.

23      Q.    At some point in time ▮▮▮▮▮▮▮ beat your

24   backside very badly and it became necrotic; is that

25   right?

CONFIDENTIAL

1        A.   Yes.

2        Q.   Do you recall about when that occurred?

3        A.   I do not have a specific date of when that

4    had happened.  There were a couple incidents that had

5    actually caused the damage.  The first one was a

6    beating and like metal hangers that were made into a

7    hook, and that started opening up the wounds on my back

8    end, and then there was a larger beating where the rest

9    of it was done and my finger was broken and where I

10   made the assumptions that I got the fractures in my

11   lower back.

12       Q.   Do you recall if the first time with the

13   metal hook was before or after your interaction with

14   Metro?

15       A.   I am not 100 percent sure if it was before or

16   after, but it was very close in time.

17       Q.   How about the second time where the rest of

18   it and your finger was broken, was that after the

19   interaction with Metro?

20       A.   I believe that was definitely after.

21       Q.   When you had sustained the injuries to your

22   backside, was bruising visible when you were wearing

23   clothes at the casinos?

24            MR. SCHULTZ:  Object to the form.

25            THE WITNESS:  The injuries to my butt were

CONFIDENTIAL

1    very much on my butt.  We were not allowed to wear

2    clothing that had our butt cheeks hanging out ever.  We

3    were sold to higher clientele and we were never allowed

4    to dress like that.  We were told that we needed to

5    look like we could be a girl that went to the nightclub

6    but we were supposed to look like classier versions of

7    them.

8    BY MS. DEW:

9        Q.   Was that done to avoid detection?

10        A.   It was for us to be sold to the clientele

11    that my trafficker wanted us to be sold to.  During the

12    July month I know most of that month I had the injury

13    to my foot, and the one pair of shoes that would cover

14    that injury to my foot was a pair of black boots that

15    we bought because of the injury to my foot.  Part of

16    covering the injury to my foot was for me to wear pants

17    because it didn't make sense for me to wear the boots

18    with a dress, for example, and then there were a lot of

19    bruising to my stomach, and those were easily covered

20    by whatever shirt, dress or whatever I was wearing.

21        Q.   When you say July month, do you mean June?

22        A.   I'm so sorry, yes, June.

23        Q.   I just want to make sure I understand because

24    you were in the hospital in July; is that right?

25        A.   Yes.

CONFIDENTIAL

1    Q.   So for June your stomach was covered and your
2    legs were mostly covered when you would be in the
3    casinos, right?
4    A.   Most of the month.  The injury to my foot was
5    a really long recovery time because of the fact that I
6    think I was so ill from everything else going on that
7    my body just didn't recover very well.  I had a pretty
8    bad infection.  It smelled.  I wasn't given adequate
9    medical care to take care of it so really toilet paper
10   was the only way I could really clean it.
11   Q.   Do you recall if you went to the New York-New
12   York after sustaining the injury to your foot?
13   A.   Yes.
14   Q.   What about that, how do you recall that?
15   A.   That interaction with that security guard
16   would have been when I had the injury to my foot.
17   Q.   How about the injury to your backside, do you
18   recall going to the New York-New York when you had
19   sustained that?
20   A.   I'm not sure if I had those injuries at that
21   point in time.  Again, I can assume that I did just
22   because of how frequently I went into the New York-New
23   York that that would have been one of the casinos I
24   would have been in for sure.
25   Q.   I appreciate you distinguishing when you are

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1  assuming versus not so I want to make sure I'm clear on
2  what you're explaining to me today.
3       A.   Yes.
4       Q.   When you say today what you're saying about
5  going to New York-New York after sustaining the injury
6  to your backside, you don't have a specific
7  recollection of being there, you are just assuming that
8  you were?
9            MR. SCHULTZ:  Object to the form.
10           THE WITNESS:  I am making an educated guess
11 about my timeline because of how frequently I was in
12 the casinos.
13 BY MS. DEW:
14      Q.   Switching over to the Aria.  You mentioned
15 that you went there the very first time after missing
16 the bus; is that right?
17      A.   Yes.
18      Q.   And then when after that first night was the
19 next time that you went back to the Aria?
20      A.   I would assume that it was in the next
21 two-ish nights, but it definitely was in that week.
22      Q.   What makes you say that you would assume it
23 was in the next two-ish nights?
24      A.   When we first started going to the Strip
25 because I was not trusted to find dates or buyers or to

CONFIDENTIAL

1    interact with buyers on my own because they assumed I

2    would run I was always with ███████    That ended up

3    being one of the casinos that she was in and that she

4    was able to make a lot of money in, and it being a

5    casino that overall was one we consistently went to.  I

6    believe that we went into that casino a lot more

7    frequent than the other casinos that were mentioned

8    that we've already discussed.

9         Q.    You mentioned that ██████ was able to find a

10   lot of buyers at Aria.  Were you able to find a lot of

11   buyers at the Aria?

12        A.    I believe so.  It wasn't a bad casino for me.

13   I think that it does have a higher clientele and there

14   were specific areas that, you know, we could hang out

15   in that buyers could identify us as people to

16   potentially purchase.

17        Q.    What were those areas?

18        A.    Typically we were around the bar near the

19   hotel room elevators.  That was a very big spot for us.

20   It was also super helpful that the games in the Wynn

21   and in the Aria -- the table games were relatively out

22   in the open.  We could monitor who was winning large

23   amounts of money, and our trafficker would want us to

24   find those specific buyers.

25        Q.    What was your practice or process to find

CONFIDENTIAL

1  buyers at the Aria?

2      A.   Again, we always do the typical trek.

3  Typically for the Aria we starred at the parking

4  garage.  That was another parking garage that my

5  trafficker liked.  We would go down the escalators from

6  the garage and into -- front door is kind of like not a

7  great term but from the parking garage, and the Aria

8  was kind of rectangular shaped with a little bit of a

9  portion of it here and, you know, those doorways that

10  you would go down the elevator.  We would go around all

11  the way up towards the valet area back down, and then

12  you have the bar over here that we typically would be

13  around the hotel elevators and then back around towards

14  those original doors we started at, and then we would

15  decide from there if there was a safe enough situation

16  for us to continue.

17      Q.   Did you ever leave the Aria because it wasn't

18  a safe enough situation to continue in?

19          MR. SCHULTZ:  Object to the form.

20          THE WITNESS:  There was no point in time

21  where I remember it being too -- we would call it hot

22  where there was too many securities on the floor or

23  there was an extremely large amount of women or that we

24  thought there were a lot of pimps in there, which would

25  kind of go into the categories of what we thought --

Page 215

CONFIDENTIAL

1    who we couldn't put under the category of it being hot

2    in here or unsafe.

3    BY MS. DEW:

4        Q.    When you would go up to buyers' rooms at the

5    Aria do you recall if the hotel guest had to show a

6    keycard?

7        A.    From my memory -- I'm not 100 percent sure if

8    they had one at all times, but I do believe the Aria

9    had a person in security -- a security guard at the

10   hotel elevators to check the keys off and on during

11   that time period, but they might have had one the

12   entire time.

13       Q.    Did you ever go to the front desk at the Aria

14   with a buyer to rent a room?

15       A.    No, I did not.

16       Q.    And did ████████ ever rent a room at the

17   Aria?

18       A.    No, he did not.  I think the thing for my

19   trafficker that was appealing about casinos was the

20   fact he didn't have to put money forward to get buyers.

21   It was kind of a one stop shop of a place to find

22   buyers, a place to actually have the solicitation

23   happen and that kind of thing so I think unfortunately,

24   I don't believe that this was your intended notion when

25   you make casinos, but I think unfortunately it is an

Page 216

CONFIDENTIAL

```
1    easier outlet for traffickers to utilize.
2         Q.   Did you ever buy food or drink at the Aria?
3         A.   No.
4         Q.   Did you ever spend any money gambling at the
5    Aria?
6         A.   No.
7         Q.   Do you know if ████ ever bought food or
8    drink at the Aria?
9         A.   Not that I know of.  I had never seen her
10   spend money on anything other than a taxi that my
11   trafficker told us to purchase to get us from one
12   location to the other and that happened one time.
13        Q.   What location did you take a taxi from and
14   to?
15        A.   I know we were on the south end of the Strip
16   and we were going to the Wynn.  ████ had messed up.
17   She had given -- my trafficker looked at it as if you
18   were paying anyone extra money for anything you're
19   choosing up to that person so ████ had -- the taxi
20   driver was like how are you going to give me a tip if
21   you only have a $100, I can't break the $100 for you so
22   he suggested to go to Walgreens, which was past the
23   Wynn so that way she could get change and go back to
24   the Wynn so he beat her for choosing up to this taxi
25   driver who made a fool out of her.
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.    You testified earlier today about an incident

2    that occurred at the Aria.  I think you said that

3    ███████  had to give money to someone or back to the

4    buyer; is that right?

5      A.    That did not happen at the Aria.  The

6    incident that I was referring to -- she was working at

7    an escort service because her pregnancy had gotten

8    pretty far along at that point in time, and she was

9    having a hard time finding buyers on the casino floor

10   with me and so my trafficker put in an escort service

11   and her interactions at the escort service she had back

12   to back two bad interactions where one of them was at

13   the New York-New York and the buyer wanted his money

14   back, and so she partially gave the money back.

15         I was in the car with my trafficker while

16   this happened, and then the second one was she was sold

17   to someone at a Budget Suite, I believe, off of Boulder

18   Highway and the same thing happened to her.

19         After that I was in the Aria relatively

20   recently after that point in time of her having those

21   interactions, and one of the buyers was not satisfied

22   with his blowjob like the guy in the Venetian was and

23   he asked for his money back and he started to get

24   aggressive and started to push me against the wall and

25   things like that, and I got very fearful that if I got

Page 218

CONFIDENTIAL

1    beaten I wasn't going to be able to go to the Strip,

2    which would get me more beatings from ███ and that

3    again was towards the end of my trafficking.

4          I was really, really afraid of ███ at that

5    point, and so I gave him $50 back and ███ was

6    downstairs still, waited for me to get out of the

7    elevator and I didn't mention it for a while because I

8    was hoping I could find a buyer that I could make that

9    $50 back with and not have to tell anybody, but after a

10   while I told her hey, I had to give him $50 back and

11   she immediately called my trafficker and we went home

12   and yeah, I got a beating for that one.

13        Q.   That beating that you just described back at

14   ███s house; is that right?

15        A.   Yes.

16        Q.   So were you ever beaten at the Aria?

17        A.   I was pushed against the wall from the buyer

18   and he got aggressive.  He did take his fist to the

19   wall next to my head, and I assumed that it was going

20   to get worse.

21        Q.   But you got out of the room before it got

22   worse; is that right?

23        A.   Yes.

24        Q.   Did any hotel staff come to the room after

25   that incident?

                                          Page 219

CONFIDENTIAL

1       A.    Not that I know of.  I would assume -- I got

2    thrown against the wall a couple times so I would

3    assume if there was somebody in the room next to that

4    room they would have heard my body getting slammed

5    against the wall, but I don't know because I just got

6    out of there as quickly as I could.

7       Q.    Was there ever a time at the Aria or New

8    York-New York where you were in a hotel room and a

9    staff member came to the room?

10      A.    No.

11      Q.    Did you ever interact with staff at the Aria?

12      A.    Yes.  I had one interaction with an

13   undercover, I believe, security officer.  He never

14   actually described what his role was to me during the

15   incident, but I believe he was a security officer now.

16      Q.    Can you describe that interaction for me?

17      A.    That night we were dropped off at the valet

18   area and when we were walking in the casino -- this was

19   again towards the end of my trafficking.  ████████ was

20   definitely showing in her pregnancy, and we started to

21   do our walk around the casino.  We had just gotten in

22   there and instead of the typical doors we were coming

23   from, which would have had us go like this in a square,

24   we were starting from this corner and walking towards

25   the bar and towards the hotel room elevators.

Page 220

CONFIDENTIAL

1          During that interaction this guy came out and

2     he started talking to us and at first it was again,

3     kind of the normal interaction we would have with

4     buyers and he goes walk with me, walk with me.  He had

5     us both by the arms.  I was on his left side and ███████

6     was on his right side.

7          At that point I had gotten really compliant

8     in the fact of if ███████ was with me she would do the

9     talking, and I think when we were walking down there I

10    spaced off and I remember seeing there was a desert

11    place on the side of that walkway, and that was when my

12    arm started to shake.

13         I remember asking him when we were passing

14    the hotel rooms elevators, I said that's where the

15    hotel rooms are and he goes oh, no, I got a private

16    suite or something like that down here kind of towards

17    the conference area now that I know what that area is.

18         He shakes my arm when I was going past that

19    chocolate area or the dessert place and he goes so

20    you're both prostitutes, and I kind of looked at her.

21    We weren't allowed to say that on the casino floor, but

22    she gave me a nod and so I assumed she had vetted him

23    enough to feel comfortable and I hesitated but I said

24    yes.  And then he goes okay, great I'm going to take

25    you both down to our booking area and he had walked us

Page 221

CONFIDENTIAL

1    down this what felt like a concrete hallway into an

2    underground area where he started the booking process.

3         Q.    I'm going to show you a document that we will

4    mark as ▇▇▇ 7.

5                   (Exhibit 7 marked)

6    BY MS. DEW:

7         Q.    You have in front of you what's been marked

8    ▇▇▇ 7, which is a document bearing Bates stamp MGM all

9    of the zeros 70 through 73.  Do you have that in front

10   of you?

11        A.    Yes.

12        Q.    If you turn to the third page of the

13   document.

14        A.    Yes.

15        Q.    Can you tell me what you see on that page?

16        A.    We are looking at the one with a photo of my

17   ID?

18        Q.    Yes, ma'am.

19        A.    That is my identification on the top and it

20   looks like potentially my signature saying that I

21   recognize that I got trespassed and it looks like the

22   trespass warning notice with a photo of me at that

23   point in time.

24        Q.    Do you recall having your photo taken at the

25   Aria?

CONFIDENTIAL

1        A.    Yes, I do.  I remember specifically we were

2    told by our trafficker to try and look different.  We

3    would try and look down to look different, and he

4    specifically said you need to look up.  That's what I

5    remember about that interaction.

6        Q.    If you turn to the last page of the document

7    there are a few more photographs, can you tell me what

8    those are?

9        A.    Those are photos of me.

10       Q.    It looks like your hair is red in these

11   pictures; is that right?

12       A.    Yes.

13       Q.    Do you recall about how long you had had red

14   hair by the time this photograph was taken?

15       A.    I don't recall how long but it looks like --

16   I'm not 100 percent but this looks like a photo of my

17   red hair probably the first time I dyed it and I say

18   that because it hadn't faded the way red hair typically

19   does yet but I can't say for sure.

20       Q.    In the top photo on the last page of ███ 7

21   what is it that you're wearing?

22       A.    I am wearing a black dress with a knitted

23   portion of a top.

24       Q.    Do you know where you got that dress?

25       A.    I'm not 100 percent positive but I think that

Page 223

CONFIDENTIAL

1    was probably a part of -- there were a couple times we

2    went to TJ Maxx or there was a store called BeBe

3    outlets in the North Outlet Mall so those were

4    typically the places we would shop or like a Burlington

5    Coat Factory or something like that.

6         Q.   The dress that's shown in the photograph in

7    ■■■ 7 is this typical of what you would wear when you

8    went to the Aria?

9         A.   Yes and no.  I think towards the end we did

10   have to become a bit more promiscuous looking.

11        Q.   Is this dress promiscuous looking in your

12   mind?

13        A.   As far as the stuff we would wear when we

14   were trafficked, yes, I think it was more -- less

15   classy and fancy looking.

16        Q.   Do you recall if you had been beaten on the

17   buttocks by the time this photo was taken?

18        A.   I do not believe so.  I think that the

19   beating on the butt had happened in June.  I don't even

20   know if the beating on the butt happened before my

21   interaction with Metro.

22        Q.   This document is dated May 28, 2014; is that

23   right?

24        A.   Yes.

25        Q.   Is that the date that this incident with the

CONFIDENTIAL

1    security guard at the Aria occurred?

2         A.   I do not recall the exact date, but I would

3    assume that that was the date.

4         Q.   And when you were given the trespass warning

5    was anything explained to you about that document?

6         A.   No, not particularly.  My interaction was

7    very brief with the officer.  Again, I didn't know if

8    he was a security guard or if he was an undercover for

9    Metro which also created a lot of fear for me with him

10   not explaining that when we were taken down into the

11   rooms.  We went into our typical -- we were told on how

12   to act when we would interact with people that were

13   potentially law enforcement so we started to do what we

14   were told.  There weren't a lot of questions asked and

15   there was no -- again, there was no separation of me

16   from the girl I was trafficked with during that time.

17        Q.   How were you told to act in interactions with

18   law enforcement?

19        A.   Look down the entire time.  Don't try and

20   have conversations with the girl I was trafficked with,

21   ██████████   If she was with me she gave the story and just

22   be quiet, compliant and not say much.

23        Q.   Did you follow those instructions in this

24   incident?

25        A.   I tried to as much as possible.  We sat on

Page 225

CONFIDENTIAL

1    different benches.  I looked down the entire time as I

2    could and the officer asked us a couple questions, one

3    of them being -- the very first question being I'm

4    going to look through your purse, do you have anything

5    pokey in there which implied to me that he thought I

6    was a drug addict.  I told him no and he asked for

7    my -- where my ID was.  I gave him my ID and the rest

8    of my interaction was us sitting there in silence-ish

9    because none of us had spoken really.

10                  ███████  phone went off like 50 or 60 times

11   during that interaction, and he was concerned about

12   what was going on.  He made kind of a more I want to

13   say aggressive comment about -- he sounded aggressive

14   in his tone I felt in the moment that she could pick up

15   the call, that it seemed like it was really important

16   and she just said no thanks.

17                  At the end of it he recommended that we don't

18   come back to the Strip that night and there was an exit

19   that we could go that would kind of like -- I'm using

20   his words spit us out on Las Vegas Boulevard.

21        Q.   Did he ask you any questions?

22        A.   Those were the questions.

23        Q.   Did he ask ███████  any question?

24        A.   No.  It was the same, is there anything pokey

25   in your bag, show me your ID.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1      Q.   What was your understanding of what a

2   trespass notice was at that point?

3            MR. SCHULTZ:   Object to the form.

4            THE WITNESS:   From my understanding it's a

5   way to say that we weren't allowed to be in that casino

6   anymore, and I do believe for the next couple of weeks

7   we were trying to minimize our time in the Aria but I

8   do remember going back in there after and having to be

9   more alert.

10  BY MS. DEW:

11     Q.   When did you go back to the Aria after this

12  trespass incident?

13     A.   I believe it was a couple weeks later.  I

14  don't remember going there as often as we were prior to

15  the trespassing but I do remember going.

16     Q.   Did you engage in sex acts at the Aria after

17  this trespass incident?

18     A.   I did, yes.

19     Q.   Did you change any practices or behaviors at

20  the Aria after this incident?

21     A.   No, just because the incident was so -- I

22  think not a good experience in the first place, you

23  know, we knew better than to say anything about sex

24  acts on the casino floor, and me and ███████ walked

25  towards the front door and she had completely spaced

CONFIDENTIAL

1    out the fact that she had nodded to me yes, which is

2    why I said yes and so we had lied to my trafficker

3    about exactly what happened so she could not be beaten

4    because she was so far in her pregnancy.  I was taking

5    her beatings at that point in time and we were both

6    trying to avoid a beating so we pretty much had lied to

7    our trafficker about what had happened to avoid both of

8    us being in real big trouble.

9         I don't think he learned about it until I was

10   on the stand, and I want to say the defense had asked

11   me a question about it, but I'm not 100 percent

12   positive.  But I don't think he knew anything

13   differently until I said that because he looked mad

14   when I said that when I was on the stand.

15        Q.   Did you ever say to the security officer at

16   the Aria I need help?

17        A.   No, I did not.  Also, I think that first step

18   of being separated was, you know, a requirement for me

19   to feel safe enough to say anything.  My trafficker

20   knew where my dad lived.  My dad's address was on my

21   ID, ████████████████████ was known to them so I

22   was scared about what would happen to them, and as I

23   learned about my trafficker's familial history I became

24   more and more scared for everyone else in my family and

25   I truly believed that he would find me.

Page 228

CONFIDENTIAL

```
 1        Q.    Were you ever trespassed at any other casino
 2   location in Las Vegas?
 3        A.    I know with the trespass order that that goes
 4   to all the MGM properties that you guys had at that
 5   point, and I remember knowing that at the time of my
 6   trafficking or was explained that at the time of my
 7   trafficking but not that I was aware of.  I don't
 8   remember signing any other documents.
 9        Q.    What was explained to you about the trespass
10   order?
11        A.    Just that, you know, me and ██████ didn't
12   want one.  That it makes it harder for us to be in
13   those casinos and that the next time something like
14   that could happen we could catch a case, and I think at
15   that point in time from my memory ██████ already had a
16   case during my trafficking and we had to go to the
17   courthouse a couple different times for her, her stuff
18   that she had, I think, a year prior or so.  I think she
19   got it ██████████.  That was kind of like our
20   understanding of what happened or my understanding I
21   should say.
22        Q.    Did you understand it to mean that the casino
23   did not want you to be engaging in prostitution acts on
24   the premises?
25        A.    I did recognize that was what they meant by
```

Page 229

CONFIDENTIAL

1    that, yes.

2         Q.   I will show you another document that we will

3    mark as ████ 8.

4                   (Exhibit 8 marked)

5    BY MS. DEW:

6         Q.   Ms. ████ you have in front of you what's

7    been marked as ████ 8, which is a document bearing the

8    MGM omitting zeros three through six.

9              Do you see that?

10        A.   Yes.

11        Q.   If you would turn to the last two pages of

12   the document, who is in the photographs there?

13        A.   That is ████████

14        Q.   And the photograph on the page bearing the

15   Bates number MGM 5 is that an accurate depiction of

16   what ████ looked like on May 28, 2014?

17        A.   I believe so, yeah -- yep.

18        Q.   Did you or Ms.████ have any visible

19   injuries on your body on May 28, 2014 at the Aria?

20             MR. SCHULTZ:  Object to the form.

21             THE WITNESS:  I don't think that there were

22   any visible injuries other than the fact that I look

23   relatively small to what I did in the beginning of my

24   trafficking but physical bruises or things of that

25   nature doesn't look like anything in that photo.

CONFIDENTIAL

1    BY MS. DEW:

2         Q.    Do you recall testifying in the criminal

3    prosecution of your trafficker?

4         A.    Yes.

5         Q.    Did you meet with prosecutors or anyone else

6    relating to the case to prepare for your testimony in

7    that case?

8         A.    Yes, I had some interactions with the -- we

9    didn't speak about the case specifically but the

10   detective was really the main person who was my support

11   contact, and the night before I should have taken the

12   stand we had a 15 to 30 minute conversation with the

13   DAs about a potential plea deal that my trafficker was

14   trying to get.

15        Q.    Were you given any instructions about what to

16   say or what not to say in your testimony?

17        A.    Not that I recall because it was a long time

18   ago, but I think my understanding was that just be

19   careful for the defense attorneys to try and confuse

20   you because I never -- I didn't live in Vegas at that

21   time.  I never had a chance to -- I hope they do this,

22   I don't know if they do for victims yet here in Vegas,

23   but I wish I had the opportunity to really have a

24   formal interaction with the DA prior to that where I

25   got to sit in a courtroom, sit in the witness stand and

CONFIDENTIAL

1  things like that, but I never got that opportunity

2  living outside of the area at that point in time.

3      Q.   So did you practice your testimony at any

4  point before the criminal trial?

5      A.   No, I don't believe so.  I don't recall if

6  there was any conversations other than really that 30

7  minute conversation that happened the night before.

8  Most of it was them offering that plea deal for

9  kidnapping.

10      Q.   You were sworn under oath in that testimony

11  when you testified at the criminal trial; is that

12  right?

13      A.   Yes.

14      Q.   Do you recall testifying about how frequently

15  you went to the casinos during the criminal trial?

16      A.   Yes.  I remember talking very briefly about

17  my interactions with the casinos, but I don't remember

18  exactly what was said.

19      Q.   Do you recall testifying that in the first

20  several weeks of your trafficking you would only go out

21  for dates about two or three times a week?

22          MR. SCHULTZ:  Object to the form.

23          THE WITNESS:  I don't remember testifying

24  about that, but I also think that was where my memory

25  was kind of cloudy on the interactions with buyers and

CONFIDENTIAL

1    that kind of thing.  I think I was really overly

2    focused on keeping myself safe with my trafficker.

3    BY MS. DEW:

4        Q.   I want to make sure I understand what you're

5    explaining.  You believe your memory was worse in █████

6    than it is today?

7            MR. SCHULTZ:  Object to the form.

8            THE WITNESS:  With trauma, yes, I do believe

9    that trauma has to be worked through, and I definitely

10   didn't have the therapy amount that I had, you know, at

11   that point in time plus I haven't had the experiences

12   with the therapists I have now so a lot of the things

13   that I had went through were unworked out in my

14   criminal case unfortunately.

15   BY MS. DEW:

16       Q.   What do you mean by that?

17       A.   That it's important for people with trauma

18   and it was important for me to really talk through

19   everything, those specific interactions with therapists

20   to really decipher my experience.  Like I said, I

21   didn't recognize a lot of my experience as rape for

22   many, many years after my trafficking, and the way I

23   think about things are different now that I've been in

24   therapy longer.

25       Q.   At the time -- I want to make sure I

CONFIDENTIAL

1    understand.  Your understanding of what happened was

2    different or your understanding of what that meant was

3    different?

4              MR. SCHULTZ:  Object to the form.

5    BY MS. DEW:

6        Q.   I can try to clarify, I apologize.

7             Back when you testified in the criminal trial

8    was it that you could not recall the number of times

9    you had engaged in sex acts?

10       A.   I believe that's accurate that I was not able

11   to recall the amount of interactions I had with buyers

12   or times I was out on the Strip looking for buyers.  It

13   has been -- one of the last things I have gone through

14   with therapists in the last couple of years because

15   personally because I believe as someone who has

16   experienced sexual abuse prior that was just somewhere

17   I wasn't able to really mentally go through for a very

18   long time where the violence that I experienced with my

19   trafficker was more pressing on my mind.

20       Q.   When you testified in the criminal trial was

21   it your understanding that a portion of the period of

22   time you were involved with ███████ was voluntary?

23       A.   Yes.  At that point in time I wasn't aware of

24   what fraud and coercion were and how that played a role

25   in my first couple of weeks of trafficking.  When I got

Page 234

CONFIDENTIAL

```
1    out of trafficking I had assumed that the trafficking
2    began when the violence began, but then after being in
3    my work, gosh, maybe even two years that's when I
4    realized that there was that element of fraud and
5    coercion had been a lot more present in those first
6    couple of weeks than I was initially aware of.
7         Q.   When you were actually in the time period of
8    your trafficking was it your understanding in that
9    period that your actions were voluntary?
10             MR. SCHULTZ:  Object to the form.
11             THE WITNESS:  I wouldn't say voluntary.  I
12   would say that I felt that my actions were the only way
13   of surviving through my situation and that
14   unfortunately I wasn't able to think about more than
15   the day I was living and trying to survive that
16   specific day with my trafficker.
17   BY MS. DEW:
18        Q.   Was there ever a time in your trafficking
19   period where you and ████████ did dates separate from one
20   another?
21        A.   Yes, there was.  As she became more pregnant
22   there were aspects of times where she was able to get
23   buyers who were specifically looking for women who were
24   pregnant as a fetish.  She had a few of those dates
25   during the end of my trafficking.  That being said,
```

Page 235

CONFIDENTIAL

```
1    they were far and few in between.  She was often still
2    on the casino floor with me, and especially as the time
3    had got closer to end they became more and more
4    aggressive about watching me throughout my trafficking
5    experience and ████ was a big part of that.
6            There were times when she would wait at the
7    elevator and things like that to make sure I was doing
8    what I was told I needed to do.
9        Q.   Did you ever have a date separate from ████
10   at the New York-New York?
11       A.   Not that I'm aware of at this point in time.
12       Q.   Did you ever have a date separate from ████
13   at the Aria?
14       A.   Yes, I did.  That one interaction I had with
15   the buyer who I had to give my money back to or his
16   money back to.  That was separate from ████ but in
17   this interaction she was waiting for me.  She wasn't
18   able to find a date on the casinos floor as well as the
19   fact that ████ would park his car.  He was a pretty
20   avid weed smoker but he did often come into the
21   casinos.
22            I wasn't allowed to look at African-American
23   men, but there was knowledge that he did spend time in
24   the casinos when we were in there so there was always
25   that fear of him watching when we weren't allowed to
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1   look.
2        Q.    Did you ever engage in any sex acts with
3   ██████████████
4        A.    Yes.
5        Q.    When was that?
6        A.    The first night that we met and after that I
7   believe there was another incident, and then at that
8   three week mark I had asked him to please not touch me
9   anymore and I think because ██████ was available to him
10  he agreed with that to a certain extent but I also told
11  him I thought I had an STD.
12       Q.    When you first met ██████████ you believed he
13  and ████████ were in a relationship; is that right?
14       A.    Yes.  I started to -- when we were at the
15  house before we started watching movies that first
16  night he said no, we are not in a relationship and that
17  was when he had shared that yes, sometimes they get
18  intimate but they are not in a relationship.
19       Q.    How did it come to be that you and he had
20  sexual relations that night?
21       A.    We were talking for a while by ourselves in
22  the living room.  This was towards the end of the night
23  and it really just happened, you know, I don't know how
24  else to put it other than just the drinking and the
25  talking and it happened, and I assumed I was never
```

Page 237

CONFIDENTIAL

1    going to see him again and it was going to be something

2    I did.

3        Q.    So that sex was consensual; is that right?

4        A.    Yes.

5              MS. DEW:  I'm going to take a break.

6              THE VIDEOGRAPHER:  We are off the record at

7    4:00 p.m.

8                    (A recess was taken.)

9              THE VIDEOGRAPHER:  Back on the record at 4:07

10   p.m.

11   BY MS. DEW:

12       Q.    Ms. █████ you mentioned a time where Mr.

13   █████ was with you at the New York-New York when you

14   had the interaction with the security officer; is that

15   right?

16       A.    He was around, yes, right behind.

17       Q.    Other than that time did he ever go to the

18   New York-New York with you?

19              MR. SCHULTZ:  Object to the form.

20              THE WITNESS:  There was an interaction with

21   the exchanging of the $500 chip but I don't know -- we

22   never interacted in the New York-New York other than

23   those times, and I don't know if he was in the New

24   York-New York casino floor again.  I wasn't allowed to

25   look.  Whether he was there I'm not sure.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    BY MS. DEW:

2          Q.    How about at the Aria, did ███████ ever go

3    to the Aria with you?

4                MR. SCHULTZ:  Object to the form.

5                THE WITNESS:  Yes.  In the fact of -- I know

6    he was on the casino floor multiple times that we were

7    there, but I wasn't able to look directly at him or

8    anything like that but in passing had seen him a couple

9    times.

10   BY MS. DEW:

11         Q.    When he would be at the Aria at the same time

12   as you did you two ever interact at the Aria?

13               MR. SCHULTZ:  Asked and answered.

14               THE WITNESS:  No, not to my knowledge.

15   BY MS. DEW:

16         Q.    Towards the very end of your trafficking

17   █████████ cut your hair; is that right?

18         A.    Yes.

19         Q.    Did you go to the Aria at any point after

20   your hair had been cut?

21         A.    No.  He cut my hair it would have been the

22   day I was sold to another trafficker or the day before

23   I was sold to that other trafficker so June 24 or 25 of

24   2014.

25         Q.    So you never went to any hotel or casino

                                                    Page 239

CONFIDENTIAL

1    after your hair was cut; is that right?

2         A.    Yes.  It was the purpose of the idea that he

3    didn't want to give another pimp potential money.

4         Q.    Ms. ███████ thank you for your patience and

5    cooperation today.  I do not have any further questions

6    so I will pass the microphone over.

7                        EXAMINATION

8    BY MS. BIESENTHAL:

9         Q.    I'm going to be quick.  My name is Bethany

10   Biesenthal.  This is Clare Baldwin and the two of us

11   represent Wynn Resorts.

12              I'm going to ask you questions that are

13   specific to Wynn, okay, so you can assume if I'm asking

14   you a question it's about Wynn.  I am going to ask you

15   a couple questions about Encore as well, but I will

16   tell you if I'm asking about Encore.  Okay?

17        A.    Okay.

18        Q.    I want to make sure that I just understand

19   the timeframe first.  You were first trafficked in

20   March 2014; is that right?

21        A.    Yes, March 10.

22        Q.    And then your trafficking ended at some point

23   in June of 2014; is that right?

24        A.    Yes.

25        Q.    So I think that you testified earlier

                                            Page 240

CONFIDENTIAL

1    today -- it's been a long day, that you engaged in

2    commercial sex at the Wynn about 50 times; is that

3    right?

4        A.   Yes, the Wynn was the biggest moneymaker for

5    me.

6        Q.   What do you mean by that?

7        A.   That was a casino that I was able to get the

8    most dates and most buyers, and I believe it was

9    because the clientele -- I appealed to the clientele.

10       Q.   Why do you think that was?

11       A.   I think the Wynn is a very business oriented

12   casino, and I appealed to men who were 40s, 50s

13   businessmen, especially with the blond hair.

14       Q.   So in those 50 times or so that you engaged

15   in commercial sex at the Wynn during that time period

16   were there ever instances in which you went and you

17   didn't engage in commercial sex?

18       A.   There was definitely possibilities of that.

19   If the casino floor did not seem like a place to find a

20   buyer or I was not finding a buyer who wanted to

21   purchase me, yes.

22       Q.   So when you said 50 times were you referring

23   to 50 times that you actually went to the Wynn or 50

24   times that you engaged in commercial sex at the Wynn?

25       A.   I was referring to the amount of buyers that

Page 241

CONFIDENTIAL

```
1    I had been bought by in the rooms.  I feel like the
2    number of interactions and -- interactions with buyers
3    in the rooms and the interactions within the casinos
4    were pretty similar.
5         Q.   So it was probably that you went to the Wynn
6    about 50 times and you engaged in one commercial sex
7    act each of the times that you went?
8              MR. SCHULTZ:  Object to the form.
9              THE WITNESS:  Not necessarily.  There were
10   definitely times at the Wynn where I would be on the
11   casino floor, find a buyer, go upstairs to rooms with
12   buyers and then went back to the casino floor and that
13   wasn't just the Wynn.  That was any casino that we have
14   named here where the casino was still somewhere that
15   there could be buyers found.
16   BY MS. BIESENTHAL:
17        Q.   So I think you testified earlier that you
18   would go to the Wynn about one to three times a week
19   during that trafficking period.  Did I get that right?
20             MR. SCHULTZ:  Object to the form.
21             THE WITNESS:  Yes.  I think that's a pretty
22   accurate number for a lot of the casinos, yes.
23   BY MS. BIESENTHAL:
24        Q.   Including the Wynn?
25        A.   Yes.
```

Page 242

CONFIDENTIAL

```
1        Q.   Were there ever weeks in which you didn't go
2    at all to the Wynn?
3        A.   After my jaw fracture and attempting at the
4    Wynn and the next day during the day at the Stardust
5    there was about a week and a half that I was not able
6    to go anywhere.
7        Q.   When was that?
8        A.   That would have been towards the beginning of
9    my trafficking, meaning in March or April, and I
10   believe that would have been the beginning of April,
11   middle of April.
12       Q.   Were there any other periods of time other
13   than that week and a half during your trafficking
14   period in which you weren't going to the Wynn?
15       A.   I don't believe there was any other time that
16   I had not gone to the Wynn every week at least once a
17   week.
18       Q.   So when you went to the Wynn I think you said
19   earlier that ████████ would drop you off in the front?
20       A.   Yes.  I would say overall typically that was
21   the normal route that we would take for the Wynn where
22   we were dropped off near that circle -- I believe valet
23   was there but the hotel dropoff zone.
24       Q.   And then where would ████████ go after he
25   dropped you off?
```

Page 243

CONFIDENTIAL

1      A.   I think it varied.  I know he liked to park
2   at the Venetian.  He liked to park at the Mirage.  He
3   liked to park at the Aria.  I don't really know exactly
4   if there was -- every single time he would do the same
5   thing.
6      Q.   But he always dropped you off at that front
7   area?
8           MR. SCHULTZ:  Object to the form.
9           THE WITNESS:  Most of the time I think he did
10  drop us off there, but there were times where he would
11  park the car at the Wynn as well.
12  BY MS. BIESENTHAL:
13     Q.   The times where he would park the car at the
14  Wynn, did he actually come in?
15     A.   I would not be aware of when he came in
16  exactly.  I do believe that he had come into the Wynn
17  when I was being trafficked there just like the other
18  casinos.  He had mentioned to me multiple times about
19  watching me when I was on the casino floor throughout
20  my trafficking.  One of those interactions was at the
21  Encore.
22     Q.   I will get to that in a second.  About how
23  long usually would you stay at the Wynn after you were
24  dropped off?
25     A.   I think that varied.  I think there were some

Page 244

CONFIDENTIAL

1    nights where finding a buyer, and this is more a

2    general thing, finding a buyer could happen really

3    quickly and sometimes it was more difficult, and so

4    those numbers would vary based on that.  Of course, I

5    would say I was in the Wynn longer if I had multiple

6    dates, and this would have been in any casino, not just

7    the Wynn.

8            I was in there longer and on the casino floor

9    longer if I had a date and it still looked goodish on

10   the floor and he wanted me to stay in that casino.

11       Q.   When you were ready to leave how did you get

12   home?

13       A.   My trafficker always was on the Strip with

14   us.  Neither one of us are able to drive or had a

15   driver's license, and usually it was a very easy walk

16   to wherever he had decided to park his car.  He was

17   always very close by.

18       Q.   So would you call him once you guys were

19   ready to go?

20       A.   He would tell us when we were ready to go.

21   It was never an option of when we were ready to go.  He

22   would tell us when he wants us to leave and a lot of

23   that I think was communicated to ▇▇▇▇▇ and not to me.

24       Q.   By phone?

25       A.   Yes.

Page 245

CONFIDENTIAL

1      Q.   You just mentioned that there was a time

2  where ███████ told you that he was watching you when you

3  were at the Encore.  Can you tell me more about that?

4      A.   He was watching the interactions that me and

5  ███████ were having with buyers, and he was very upset

6  with my facial features and was blaming me for not

7  being able to find a date that night.

8      Q.   When was that, do you remember?

9      A.   I don't have a real understanding of when

10 that would have been in my trafficking.  I believe it

11 was more in the beginning.  I definitely had blond hair

12 at that point.  I would assume somewhere around April

13 but I'm not sure.

14     Q.   So did you have this conversation with him

15 after you left that night the Encore?

16     A.   We had that conversation when we were home

17 over the next few days.

18     Q.   I'm going to go back to the Wynn.  After you

19 were dropped off by ███████ out in the front round up

20 how would you approach buyers?

21     A.   There were always certain phrases we were

22 told to say and we would say things like we are looking

23 for a party, she wasn't actually a smoker but she was

24 okay to smoke a cigarette.

25     Q.   Sorry, who is she?

Page 246

CONFIDENTIAL

1     A.    ████████   She was okay to try and smoke

2   a cigarette so she would ask people for cigarettes if

3   she saw them smoking.  She would say things like are we

4   wanting a fun time tonight.  There were all kinds of

5   code words for hey, we are looking for people who would

6   like to purchase us.

7     Q.   Was it always you guys who approached the

8   potential buyer?

9     A.   We had a couple buyer interactions where the

10  buyers had come and approached us.  Actually, my first

11  time at the Aria was that way and it threw ████ off,

12  but most of the time we had to approach, and ████ if

13  she was with me she would start to talk about the money

14  on the elevators and into the room.

15    Q.   Do you remember a time at the Wynn where a

16  buyer approached you as opposed to the usual

17  circumstance of you guys approaching the buyer?

18    A.   Not that I recall.

19    Q.   What about at Encore?

20    A.   Not that I recall.

21    Q.   Now, back to Wynn.  When you would approach

22  buyers where did you actually do that within the hotel?

23    A.   I think there was a couple different spots

24  when we would come in starting at that location there

25  is that sports book area now, we would be walking down

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1  that walkway and towards the restaurants in the.  We

2  would turn the corner and I don't remember which came

3  first the hotel elevators or the bar, but the bar was a

4  big area to attract buyers.  We often would walk that

5  middle walkway between the table games.

6        Q.   At the Wynn would you ever try to approach

7  buyers actually on the casino floor?

8        A.   We would step foot into the casino floors a

9  little bit, but we were always very leery about that

10  and so as much as we could stay right on the sides of

11  the slot machines where we could jump back onto the

12  regular road if somebody started to look we would

13  attempt that, and that would have been in any of the

14  casinos.

15        Q.   Why were you leery of going onto the casino

16  floor?

17        A.   Because I was only 18.  I wasn't allowed to

18  be in the slot machine areas, and I think they were

19  more likely to card us in the slot machine areas than

20  even if we were just standing in the walkways versus

21  standing right inside the slot machine areas.

22        Q.   So were you afraid they would tell you to

23  leave?

24        A.   No.  I was afraid they would card us and that

25  I would get a trespassing and get a beating for that.

CONFIDENTIAL

1     Q.   And part of getting the trespass would be

2     that you were asked to leave, right?

3     A.   Yeah.  I guess, I didn't really think of it

4     at that point.  I think at that point I was like what

5     can I do to avoid a beating, and that was the only kind

6     of thing that repeated in my head.

7     Q.   You mentioned the bar that's there in the

8     front?

9     A.   In the middle back next to the hotel

10    elevator, yeah.

11    Q.   So because you were 18 did you actually

12    approach buyers at the bar itself?

13    A.   We would never sit at the bar but we would

14    stand right on the side of the bar.

15    Q.   Why wouldn't you actually sit at the bar?

16    A.   The same reason.  It is more likely that they

17    would have a valid enough reason to card us, and so we

18    were avoiding that.

19    Q.   Were you worried you would get a trespass if

20    you were sitting at the bar when you weren't 21?

21    A.   Yes and no.  I think it's the same kind of

22    concept of just avoid that beating.

23    Q.   What about at Encore, where would you

24    approach the buyers at Encore?

25    A.   Encore was very hard.  That long bar in the

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1     back when you walked from the Wynn and we tried to

2     stand around that, but I feel like Encore was a bit of

3     a difficult casino floor to try and find buyers in.

4          Q.   I think that you testified earlier in the day

5     that you actually only engaged in commercial sex five

6     times at the Encore; do I have that right?

7          A.   Yeah, I think that, you know, it might have

8     been three to five.

9          Q.   Maybe less than five?

10         A.   Yeah.

11         Q.   Was that because of the setup that it was

12    difficult to approach buyers without the casino guys

13    seeing you?

14         A.   From what I was told very early in my

15    trafficking was that the Encore was not a welcome place

16    for people in prostitution, but I do think the setup

17    probably did not help support the potential

18    prostitution.

19         Q.   Can you help me visualize it a little bit,

20    like what is it about the setup that's difficult at

21    Encore, just that it's a long hallway where it's

22    visible?

23         A.   It's visible but also I think there is not a

24    lot of places for the security to hide in the corners

25    for lack of better terms.  They were, I think, very

CONFIDENTIAL

1    present in the Encore.  They were also very present in

2    Palazzo.  I always looked at it as those were attached

3    to these other casinos that were very active, and I

4    thought that was casino policy that there was one place

5    where we were expected to be and we weren't expected to

6    be unofficially.  That's what I thought.

7        Q.    What was the basis for you thinking that,

8    just ███████ telling you?

9        A.    That plus my interactions at the casino and

10   the fact that I don't feel like I saw security present

11   as much at the Wynn or the casinos that we're talking

12   about, and I think the other ones did have very present

13   security.  Again, I don't think the setup was very

14   helpful.  With that long bar being there we would

15   really have to be on the bar to potentially talk to

16   people or in the slot machines really.  Yeah, I don't

17   know where I was going with that, sorry.

18       Q.    At the Wynn were there security guards

19   leading up to the hotel rooms at the elevators?

20       A.    I don't remember if there was always people

21   that were doing that, but I am not even sure if I

22   remember if there were ones there even occasionally.

23       Q.    Do you remember that you would have to swipe

24   your keycard to get up the elevator at the Wynn?

25       A.    I think I remember that part of it, yes.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1       Q.   Did you ever spend money at all at the Wynn
2   on anything?
3       A.   No.
4       Q.   You never bought a drink?
5       A.   There were a couple times I would hide or
6   have water bottles in my purse and I would fill it up
7   in the bathrooms, but we weren't even allowed to buy a
8   water bottle in these casinos.
9       Q.   You never bought any food?
10      A.   No.  I had a couple times where I took food
11  from buyer's rooms but -- especially during towards the
12  end of my trafficking, that was my main source of food.
13      Q.   You never gambled when you were at the Wynn,
14  presumably you were too young?
15      A.   Yes, sorry.  I said I never gambled.
16      Q.   Sorry, I didn't hear what you said at the
17  end?
18      A.   I never gambled.
19      Q.   What about at Encore did you ever spend any
20  money at Encore?
21      A.   No.
22      Q.   So you never bought a drink there or food?
23      A.   Uh-uh.
24      Q.   Or never gambled there?
25      A.   No.

Page 252

CONFIDENTIAL

1        Q.    Now you at the Wynn the 50 or so times that

2    you were there you never rented a room, right?

3        A.    No.

4        Q.    And ███████ never rented a room, did she?

5        A.    No.

6        Q.    And ███████ never rented a room, right?

7        A.    No.

8        Q.    Is that no?

9        A.    No.

10       Q.    I didn't mean to cut you off.  Same questions

11   for Encore.  Did you ever rent a room when you were at

12   Encore?

13       A.    No.

14       Q.    Did ███████

15       A.    No.

16       Q.    Did ███████

17       A.    No.

18       Q.    For each of those times that you were at the

19   Wynn did the buyer rent the room, in other words, you

20   went to his room?

21       A.    Yes.

22       Q.    The same thing for Encore, the buyer always

23   rented the room?

24       A.    Yes.  I believe in both of those casinos I

25   never went with the buyer -- with them while they were

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
 1    renting a room.  They already had a private room.
 2         Q.   You never went to the front desk at the Wynn?
 3         A.   Not that I can recall.
 4         Q.   You never went to the front desk at Encore?
 5         A.   Not that I can recall.
 6         Q.   Do you know whether ████ ever went to the
 7    front desk at the Wynn?
 8              MR. SCHULTZ:  Object to the form.
 9              THE WITNESS:  Not that I know of but I don't
10    know.
11    BY MS. BIESENTHAL:
12         Q.   What about at Encore?
13              MR. SCHULTZ:  Same objection.
14              THE WITNESS:  I don't know.
15    BY MS. BIESENTHAL:
16         Q.   Do you know whether ████ ever went to the
17    front desk at the Wynn?
18         A.   Not that I know of.
19         Q.   I think you testified earlier, but correct me
20    if I'm wrong, that ████ was very conscious of not
21    getting caught?
22              MR. SCHULTZ:  Object to the form.
23              THE WITNESS:  I think in certain aspects he
24    was.  He didn't like to interact with us on the casino
25    floors, but I think that he was not as cautious in
```

Page 254

CONFIDENTIAL

1    other ways.

2    BY MS. BIESENTHAL:

3        Q.    What do you mean by that, tell me what you

4    mean?

5        A.    I think that marijuana was illegal at that

6    point and he was very much smoking in garages and I

7    think for that -- and he always had his gun on him and

8    so I think there were certain aspects of it that -- I

9    believe it was unregistered that I think that he wasn't

10   as cautious.

11       Q.    When he's in the parking lot only?

12       A.    Smoking the weed that I know of, but again, I

13   didn't interact with him while we were on the casino

14   floors so I don't know if like he smoked in the

15   bathroom or anything like that.

16       Q.    About the casino floors, and this is specific

17   to Wynn, there was never an instance in which he was

18   like right by you on the casino floor at Wynn?

19       A.    Not that I am aware of or that I can recall.

20       Q.    And that was on purpose, right, because he

21   didn't want to get caught?

22           MR. SCHULTZ:   Object to the form.

23           THE WITNESS:   I believe that he didn't want

24   to be associated with me or ███████

25   BY MS. BIESENTHAL:

Page 255

CONFIDENTIAL

```
 1        Q.   Why do you think that was?

 2             MR. SCHULTZ:  Form.

 3             THE WITNESS:  I think for one he didn't want

 4   to go back to jail, and this is before my trafficking

 5   but from my understanding ████ did get picked up in a

 6   sting or something of that nature, which had caused her

 7   to have those court dates while I was trafficked with

 8   her where he was arrested and was potentially looked at

 9   as somebody who was trafficking ████ younger minor

10   sister so I think he was scared to get another charge

11   especially under the new laws that came into place in

12   that year.  I think his caution around that stuff was

13   specific to that interaction.  But I'm speculating on

14   that.

15   BY MS. BIESENTHAL:

16        Q.   Same thing with Encore, do you remember a

17   time where he was actually physically with you at

18   Encore?

19        A.   Not that I know of, but again, he did have

20   that interaction or that time where he watched me and

21   ████ at the Encore, which he had shared with me, and

22   he typically did not share with me what he witnessed

23   from me.

24        Q.   Ms. Dew was asking you about what you were

25   wearing and I will ask the same questions for Wynn and
```

Page 256

CONFIDENTIAL

1   Encore.  How did you dress when you went to the Wynn?
2        A.   We had a -- I had a few different dresses but
3   I would say they were overall nicer.  We had nicer tops
4   and we would often -- we would always wear heels, four
5   inches or higher.  We would always have -- I would
6   always have my hair curled, and I was required to have
7   my makeup done every time.
8        Q.   You said a little bit ago that you think the
9   reason that you were successful at the Wynn was because
10  there was businessmen so was it your impression that
11  businessmen were attracted to girls who were dressed a
12  little bit classier?
13       A.   Yes.  That was what was said to us plus that
14  is what I felt like my experience had always taught me
15  with the buyers.  We also both had purses.  She had
16  acquired jewelry from her trafficker at that point in
17  time so I think she had a necklace but I just want to
18  make sure those things were in the record.
19       Q.   Can you say that a little bit louder?
20       A.   I wanted to make sure that was in the record
21  too.
22       Q.   When you said that it was usually the case
23  that you had to approach the buyer is it because they
24  probably wouldn't even know that you would engage in
25  commercial sex because of the way you were dressed?

CONFIDENTIAL

```
1              MR. SCHULTZ:  Object to the form.
2              THE WITNESS:  No, I think it was just the way
3    that the casinos had operated when it came to
4    prostitution or sex trafficking.  I think that was just
5    the expectation and also, you know, that was kind of
6    also present with the, like, ways we were very careful
7    about the way we would say things on the casino floor
8    and not be willing to typically talk about the numbers
9    or the money or the sex acts until we got in the room
10   with the buyers if at all possible.
11   BY MS. BIESENTHAL:
12        Q.   What do you mean by that, why wouldn't you
13   talk about the money on the floor?
14        A.   The idea was if there is undercover officers
15   that we could be arrested like what happened at the
16   Aria with the security officer.
17        Q.   So were there times where you kind of used
18   code words, for example, hey, we are looking for a
19   party?
20        A.   Yes.  Sometimes it would be like what is it
21   worth to have a good time kind of thing.  That was
22   something that was or things like that were said to
23   kind of imply that there was a financial aspect to
24   things.  I will say nine times out of ten those people
25   knew -- they were not surprised when we would say that
```

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    there was a number involved.  I think it's kind of an

2    unspoken reality.

3         Q.    Let me make sure I understand that.  Are you

4    talking about the buyer was not surprised once you said

5    hey, you're going to have to pay?

6         A.    Yes.

7         Q.    And that conversation wouldn't happen until

8    you were up in the elevator?

9         A.    We would say things like what it's worth,

10   those type of things.  When those conversations

11   happened it was kind of to let them know there was a

12   financially aspect to it, but nobody was surprised once

13   we would get up to the rooms the numbers would start to

14   actually be spoken.

15        Q.    When you were at the Encore how did you

16   dress, the same way?

17        A.    Yes.

18        Q.    And same thing when you were at the Encore,

19   would you wait to talk about money until you were in

20   private?

21        A.    As much as we could we were trying to do

22   that, yes.

23        Q.    And again it was to avoid getting in trouble?

24        A.    That was a reality in general at all the

25   casinos.

CONFIDENTIAL

1        Q.   Let's talk about interactions with staff
2    members at each of the two.  Let's start with Encore.
3            Did you have any interactions with staff at
4    the Encore in the five times that you engaged in
5    commercial sex there?
6            MR. SCHULTZ:  Object to the form.
7            THE WITNESS:  No one specifically approached
8    me to speak to me at that point.
9    BY MS. BIESENTHAL:
10       Q.   Any other interactions that you can think of
11   at the Encore?
12       A.   Other than I think the normal interactions
13   that happen at casinos where casino employees will look
14   because they are watching what's going on and they know
15   what's going on, and so, you know, you can tell by
16   their facial experiences that they know what's going on
17   and that's more of a general thing.  It didn't just
18   happen in the Wynn or the Encore but was kind of an
19   unspoken reality.
20       Q.   At the Wynn you did have an interaction with
21   a staff member, right?
22       A.   Yes and no.  I did not speak to those
23   specific staff members.  It was one night in the
24   beginning of my -- towards the beginning of my
25   trafficking, I had -- at least had this fracture in my

Page 260

CONFIDENTIAL

1    face at that point in time and was very much not able

2    to see out of my left eye well.  I was able to open it

3    a little bit, but it was very clear that I was trying

4    to cover up a very swollen face with makeup.

5            I was not too far away from what is now the

6    sports book area, and I was in the area where the slot

7    machines kind of started, was not deep in it at that

8    point in time, and a cocktail waitress had -- was

9    walking behind the potential buyer and had looked at me

10   and immediately had went to a phone and I knew that she

11   was calling security on me, and so I very quickly just

12   said to the buyer that I needed to leave and started to

13   call ████████

14           She was just getting out of her date at that

15   point in time and told her that I think something was

16   going to happen, and I was walking towards that -- it

17   would have been the northeast corner where that

18   restaurant was in the back corner and then turned the

19   corner, and as I was walking down the back walkway

20   towards the bar and the hotel elevators I looked behind

21   me and I saw two security guards who were following and

22   I remember looking and I was still on the phone with

23   ██████ and she was coming off of the elevator very

24   soon.

25           After that I don't think I really waited more

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    than a couple seconds for her to get off the elevator,

2    and we continued to walk down that back hallway and we

3    turned right towards the southwest most corner of the

4    Wynn and walked past the shopping area that's located

5    on that southeast corner and the security guards had

6    walked about 30 to 50 feet behind us the whole time all

7    the way to that front door slowly, which I think was

8    their way of letting me know I was looking too trashy

9    that night and needed to come back later.

10           Again, that was one of those situations where

11   I think if I was able to be separated and treated

12   respectfully and shown some compassion I would have

13   been able to be receiving some type of services.

14       Q.   At the time -- let me go back.  When was that

15   in your trafficking period, do you remember?

16       A.   I don't remember specific date but it would

17   have been somewhere between the last week of March

18   after my period.  I wasn't on my period at that point

19   in time when I got the broken jaw and the next three

20   remaining weeks of April, somewhere in April for lack

21   of a better term.

22       Q.   Then you said that you were approaching a

23   potential buyer when you saw the cocktail waitress go

24   to make a phone call?

25       A.   I was already speaking with the potential

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    buyer.  She had walked behind the buyer that I was

2    speaking with and we made eye contact.

3        Q.   Do you think she could hear what you were

4    saying to him?

5        A.   It's possible but I was again using the terms

6    that I needed to use, like do you want to go party or

7    things like that.

8        Q.   So were you concerned then that she knew that

9    you were asking this guy if he would engage in

10   commercial sex?

11       A.   That was my understanding of the situation.

12   I also -- I think she had -- she had walked past us

13   relatively slow and was looking at my face for a while

14   so I think she saw how little I was able to see out of

15   my left eye.

16       Q.   How did she make a call, did she have a cell

17   phone she pulled out?

18       A.   There was a phone that was connected to a

19   pillar or something like that or a wall piece.  I think

20   it was a pillar that I just assumed was part of her

21   little section.

22       Q.   At that time you were not with ████████

23   correct?

24       A.   No.  ████████ was able to find a date at that

25   point in time so she was upstairs -- ████████ was

Page 263

1    upstairs with the buyer.

2        Q.    ████████ was away from you?

3        A.    Yes, at that point in time.

4        Q.    And you were actually the one who called

5    ████████

6        A.    Yes.

7        Q.    And told her to come down?

8        A.    I had told her that I thought security was

9    being called on me.

10       Q.    But you guys were separated at that time?

11       A.    Yes.

12       Q.    And then you said that you saw who you

13   believed to be the security guards kind of following

14   you?

15       A.    Uh-huh.

16       Q.    Was that a yes?

17       A.    Yes, sorry.

18       Q.    Why do you think they were security guards?

19       A.    They were dressed in outfits that security

20   guards would wear.

21       Q.    Were they following you in the manner in

22   which someone is following you when they are going to

23   try to talk to you?

24           MR. SCHULTZ:  Object to the form.

25           THE WITNESS:  I guess what do you mean?

CONFIDENTIAL

1   BY MS. BIESENTHAL:

2       Q.   Did it look like they were going to try to

3   stop you?

4       A.   I don't believe so.  The reason I said that

5   is we were walking relatively slow.  Part of my

6   thinking was the fact that again if, we were separated

7   that would be a good thing.  I don't feel like we were

8   walking very fast, but also, I don't think we would

9   have been able to walk very fast.  We are in four to

10  six inch heels and they were kind of putzing, if I was

11  going to call it a word, like they were very much

12  trying to stay the same distance behind us all the way

13  to the door.

14      Q.   Did you see them first before ██████ came

15  down?  I think that's what you said, right, you saw the

16  security guards and ██████ came down a little bit

17  later?

18      A.   Very, very briefly.  Within, I don't know

19  exactly, but within maybe 10, 15 seconds.  It wasn't

20  very long.  I believe I was walking right close to the

21  door and she was there.

22      Q.   So you obviously didn't initiate conversation

23  with them?

24      A.   No.

25      Q.   And then because you guys walked away you

Page 265

CONFIDENTIAL

1    never ended up talking to the security guards; is that

2    right?

3         A.    Yes.

4         Q.    How did you get out of the casino that day as

5    they were kind of as you put it putzing behind you?

6         A.    We would typically and this night

7    specifically we did as well.  We would be outside past

8    the shopping area and there is that escalator that you

9    can take to the Palazzo with that walkway that goes

10   above the Wynn and the Palazzo over that road, Sands, I

11   think.  We would take that walkway a lot, and we did

12   that that day that would drop you in Palazzo, and

13   again, not being a friendlier casino we would try and

14   walk through the Palazzo really quickly and that kind

15   of thing.

16        Q.    So then did ████ eventually pick you up

17   that night?

18        A.    I think that we were told to get to the

19   Venetian garage as soon as possible.

20        Q.    Did you guys tell ████ what had happened?

21        A.    She was on the phone right when she could be.

22   When she was walking with me she got on the phone.  I

23   believe she got on the phone kind of as we were getting

24   into the shopping area but somewhere in that property

25   she was on the phone with him.

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

```
1        Q.   Was there a period of time then after that
2    interaction in which you slowed down going to the Wynn
3    because you were kind of afraid you had been made?
4        A.   Do you mean going to the Palazzo?
5        Q.   The Wynn?
6        A.   Oh, well, after that interaction the
7    Stardust -- that interaction plus what happened at the
8    Stardust the next day he was very upset and the
9    beatings had continued for the next few days.  Once he
10   kind of, you know, stopped beating me in the face then
11   I was able to get back to work.
12       Q.   Let me make sure I understand.  Was it that
13   you had -- the face beatings that prevented you from
14   working happened after the interaction at the Wynn that
15   you just described?
16       A.   I know that this fracture was definitely
17   present when the interaction at the Wynn happened.  I
18   don't know exactly when the other three fractures in my
19   face happened, but I did receive beatings from not
20   being able to go to work because I was in his mind I
21   was messing with his money and he was very angry about
22   that.
23       Q.   Were there other interactions with staff at
24   the Wynn other than this one that you just described?
25       A.   Not specific or that I recall.
```

CONFIDENTIAL

1      Q.   So no other instances where security guards

2   came up to you and asked you to leave or anything like

3   that?

4      A.   No, not that I recall.

5      Q.   Were you -- you said that when you had this

6   interaction with the cocktail waitress and the security

7   guards were called that you had the fracture here and

8   had a swollen eye.

9           Were there other instances in which you were

10   at the Wynn where you had visible injuries on your

11   body?

12      A.   I think the similar injuries to what I had in

13   the other casinos in the fact that, you know, I was

14   losing a lot of weight during my trafficking period.  I

15   had definitely had the burn on my top of my foot and

16   was wearing the inappropriate summer outfit at the Wynn

17   and the other things like that.

18      Q.   Tell me what you mean by the inappropriate

19   summer outfit?

20      A.   I'm sorry if I didn't mention this earlier.

21   When my foot was burned I only had one pair of shoes

22   that would cover the burn, and those were a pair of

23   high heeled black boots.  He believed in my personal

24   opinion the boots would have looked very weird with a

25   dress so he paired them with a pair of black pants and

Veritext Legal Solutions
Calendar-NV@veritext.com 702-314-7200

CONFIDENTIAL

1    that would require me to wear one of the few shirts

2    that I had.

3         Q.   So the point of the boots was to make sure no

4    one saw the injury, right?

5         A.   Yes.

6         Q.   Were there other injuries that were visible

7    at the time that you were at the Wynn?

8         A.   I was still limping with the boots on so even

9    though the actual physical damage was on my foot and

10   was covered I still was limping but not exactly.  I

11   also -- I know that I had -- I don't know which casinos

12   I was in during this time period, but when I had the

13   fracture to my skull that was closer to the beginning

14   of my trafficking there were a couple times that that

15   had reopened and there was blood in my hair, the back

16   of my hair.

17            I don't know which casinos I was in but I do

18   remember being in a casino restroom cleaning the dried

19   blood out of my hair.  I think that was for weeks.  He

20   kept reopening the wound so that was probably in every

21   casino.  Whether the dried blood was present I don't

22   know.

23        Q.   Were you ever beaten at the Wynn?

24        A.   No.

25        Q.   Were you ever beaten at the Encore?

Page 269

CONFIDENTIAL

1      A.   No.

2      Q.   When you were talking about, I think, the

3   Venetian you talked about an instance in which you

4   screamed because you had a very horrible experience in

5   the room with a John.

6           Did anything like that happen at the Wynn?

7      A.   No.

8      Q.   What about at the Encore?

9      A.   No.

10      Q.   Were there ever any instances at the Wynn

11   where a staff member came to the room that the buyer

12   had rented and you were in at the time?

13      A.   No.

14      Q.   Were there ever any instances at the Encore

15   where a staff member came to the room that you were in

16   with a buyer?

17      A.   No.

18      Q.   You talked to Ms. Dew about your testimony in

19   the criminal trial?

20      A.   Yes.

21      Q.   Did you go to his sentencing hearing?

22      A.   I did, yes.

23      Q.   Did you give a statement at his sentencing

24   hearing?

25      A.   Yes, I did.

CONFIDENTIAL

```
 1        Q.    Did the judge -- were you there when the
 2   judge sentenced him to prison?
 3        A.    Yes.
 4        Q.    Were you there when the judge -- did the
 5   judge enter an order giving you any money from him?
 6        A.    Not that I know of.  I also was unaware that
 7   I could receive any money so if he had mentioned
 8   something about that I was unaware of it but I don't
 9   believe so.
10        Q.    Have you heard the word restitution now?
11        A.    Throughout my work I know that it is a Nevada
12   law now.
13        Q.    You don't remember getting restitution based
14   on ███████ sentencing?
15             MR. SCHULTZ:  Object to the form.
16             THE WITNESS:  No, I did not.  The assistance
17   I got was from Victims of Crime and they did reup me
18   after my trial, but from my understanding those were
19   separate and they did allow me to get more therapeutic
20   services with an additional I want to say $3,000.
21   BY MS. BIESENTHAL:
22        Q.    So they gave you the $3,000 in order to get
23   the services, is that what you mean?
24        A.    They would pay for -- my therapist would
25   invoice the Victims of Crime which would be one of the
```

Page 271

CONFIDENTIAL

1    people I have to repay back in this potential suit.

2        Q.    You mentioned that posting ads online wasn't

3    profitable in Vegas?

4        A.    Not in my experience at the time or at the

5    time.

6        Q.    You said ███████ did post you on Backpage?

7        A.    Yes, from my understanding.

8        Q.    Are you familiar that Backpage and its

9    executives were charged criminally?

10        A.    Yes, I was.

11        Q.    Are you aware there is a restitution process

12    through Backpage for victims who were posted on

13    Backpage?

14        A.    I was aware.  I was asked if I know survivors

15    in some of the states that it has happened to so I can

16    refer them to get restitution, but from my

17    understanding I don't qualify based off of the amount

18    of times I was trafficked on Backpage and I don't know

19    what sites those buyers that were online came from.

20            Also, I don't believe in Nevada I'm able to,

21    and that might just be my lack of knowledge on which

22    specific state we're talking about but from my

23    understanding I don't qualify.

24        Q.    So you have not submitted an application for

25    Backpage restitution?

CONFIDENTIAL

1          A.    Not that I know of.  I don't know if my legal
2     team has done that for me or not.
3          Q.    We don't need to take a break, but can I just
4     have two seconds to talk to her.
5                    (Discussion off the record)
6                MS. BIESENTHAL:  I have nothing further and I
7     thank you very much for your time.
8                MR. SCHULTZ:  Is that everything for defense?
9                MS. DEW:  That's everything.
10               MR. SCHULTZ:  Let's take five and touch base.
11     I may have three or four questions.
12               THE VIDEOGRAPHER:  We are off the record at
13     4:57 p.m.
14                    (A recess was taken.)
15               THE VIDEOGRAPHER:  We are back on the record
16     at 5:02 p.m.
17               MR. SCHULTZ:  For the plaintiffs no
18     questions.  We appreciate your time today, of course.
19               THE WITNESS:  Thank you.
20               THE VIDEOGRAPHER:  This concludes the
21     deposition.  We are off the record at 5:03 p.m.
22               MR. SCHULTZ:  We want a PDF.  We don't want
23     an index if they are charging by the page for an index
24     and we don't need a rush and we don't need an AI
25     summary and we don't need video and we will read.

Page 273

CONFIDENTIAL

1

2

3

4                    (Deposition concluded at 5:03 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 274

CONFIDENTIAL

```
1    STATE OF NEVADA  )
     COUNTY OF CLARK  )

2

3                    CERTIFICATE OF REPORTER
4        I, Donna E. Mize, a licensed court reporter,
5    Clark County, State of Nevada, do hereby certify:
6        That I reported the taking of the deposition of
7    A.H., commencing on Tuesday, July 23, 2025, at the hour
8    of 9:05 a.m.;
9        That the witness was, by me, duly sworn to
10   testify to the truth and that I thereafter transcribed
11   my shorthand notes into typewriting, and that the
12   typewritten transcript of said deposition is a
13   complete, true, and accurate transcription of said
14   shorthand notes;
15       I further certify that I am not a relative or
16   employee of any of the parties involved in said action,
17   nor a person financially interested in said action;
18       That the reading and signing of the transcript
19   was requested.
20       IN WITNESS WHEREOF, I have hereunto set my hand
21   in my office in the County of Clark, State of Nevada,
22   this 5th day of August 2025.

23

24
                       DONNA E. MIZE, CCR NO. 675

25
```

Page 275

CONFIDENTIAL

1    Matthew D. Schultz, Esq.

2    mschultz@levinlaw.com

3                      August 5, 2025

4    RE: A.H. v. Wynn Las Vegas, LLC

5        7/23/2025, A.H. (#7467849)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   Calendar-LITNV@Veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

CONFIDENTIAL

```
1   A.H. v. Wynn Las Vegas, LLC

2   A.H. (#7467849)

3               E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____   _____

24  A.H.                              Date

25
```

Page 277

CONFIDENTIAL

1    A.H. v. Wynn Las Vegas, LLC

2    A.H. (#7467849)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, A.H., do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11    _____    _____

12    A.H.                             Date

13    *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

                                        Page 278