# EXHIBIT 8

To Be Filed Under Seal