# EXHIBIT 9



A.H.000004

CONFIDENTIAL - TRUE IDENTITY