# EXHIBIT 10

To Be Filed Under Seal



# T-SCAN
CORPORATION

4200 23rd Avenue West
Seattle, WA 98199-1283
Tel: 206-285-6322
Fax: 800-238-7307

| | |
|---|---|
| **RECORDS OF** | ▓▓▓▓▓▓ |
| **RECORD LOCATION** | UC Davis Health - UC Davis Medical Center |
| **ATTENTION** | Carissa Phelps<br>ATTN: Jadyn Fuszner |
| **FILE NUMBER** | ATO #: 176630 |
| **ADDRESS** | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A<br>316 S. Baylen St.<br>Pensacola FL 32591 |
| **REQUEST INFORMATION** | Request Code: ▓▓▓▓▓▓ |
| **COMMENT** | Medical Records |
| | Volume 1 of 3 |

**Record Retrieval**
- Authorization Creation
- Subpoena Creation
- Process Service
- Scheduled Follow-up

**Document Production**
- High Volume Copy
- On-Site Copy Service
- Load File Creation
- Rush Service Available

**Court Reporting**
- Northwest Region
- Rush Transcript
- E-File Delivery
- Videographer

**Deposition Scheduling**
- Northwest Region
- Deposition Rooms Available
- Real-Time CR
- Calendaring

**Electronic Delivery**
- CD Delivery
- Secure FTP Site
- OCR
- Document Management Support

The information contained in this correspondence may be confidential and/or legally privileged and is intended only for the individual/entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Inadvertent delivery does not waive privilege against disclosure. If you have received this transmission in error please do not read it; instead immediately notify the sender by calling 206-285-6322 to arrange for return of the original message.

CONFIDENTIAL - PLAINTIFF'S TRUE IDENTITY

A.H.000350



**T-SCAN CORPORATION**

To Whom It May Concern:

The custodian of the attached record failed to complete the certification/declaration included within the original request packet.

To insure your office is provided with any and all records received from a provider without delay, T-Scan is forwarding the attached record without the certification.

Unless your firm has asked T-Scan to not pursue missing certifications, *T-Scan will continue working to collect the declaration pages from this provider.*

As soon as we are in receipt of the certification, T-Scan will forward the document immediately.

Sincerely,

Jay Jenkins
Director Business Development
& Client Services
jay@tscan.biz

4200 23rd Avenue West, Suite 100, Seattle, WA 98199-1283  Phone: 206.285.6322  Fax: 800.218.2175

CONFIDENTIAL - PLAINTIFF'S TRUE IDENTITY

A.H.000351




HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

MRN: ▇▇▇, DOB: ▇▇▇, Sex: F

## 07/12/2014 - ED to Hosp-Admission (Discharged) in D11 TRAUMA NURSING UNIT (continued)

**Clinical Notes (group 5 of 5) (continued)**

I/O Last 2 Completed Shifts:
In: 1570 [Oral:720; Crystalloid:850]
Out: 1150 [Urine:1150]
Current Shift
In: 250
Out: 250 [Urine:250]

Intake/Output Summary (Last 24 hours) at 07/26/14 0403
Last data filed at 07/25/14 2200

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 1700 ml           |
| Output | 750 ml            |
| **Net**| 950 ml            |

### PHYSICAL EXAM
**Gen:** Resting in NAD in R lateral recumbent position
**Pulm:** Lungs CTAB, no stridor/wheeze
**Wound:** Xeroform dressing intact, dry. Anterior thigh wound without bleeding. Left third finger s/p amputation, sutures removed. Drain removed.
**Graft site:** Dressing is intact with some serosanguinous drainage; Abd pad placed on top to absorb fluid

### Meds Scheduled
Acetaminophen (TYLENOL) Tablet 650 mg, ORAL, Q8H
Bacitracin Topical Ointment, TOPICAL, BID
Dalteparin (FRAGMIN) Injection 5,000 Units, SUBCUTANEOUS, Daily 2100
Docusate (COLACE) Capsule 100 mg, ORAL, BID
Gabapentin (NEURONTIN) Capsule 300 mg, ORAL, TID
Hydromorphone (DILAUDID) Injection 0.5-1 mg, IV, PRE-MED
Lorazepam (ATIVAN) Injection 0.5-1 mg, IV, ONCE
Morphine (MS CONTIN) SR 12hr Tablet 30 mg, ORAL, Q12H
Polyethylene Glycol 3350 (MIRALAX) Oral Powder Packet 17 g, ORAL, QAM
Sennosides (SENOKOT) Tablet 17.2 mg, ORAL, Daily Bedtime

### Meds PRN
Albuterol (PROAIR HFA, PROVENTIL HFA, VENTOLIN HFA) Inhaler 1-2 puff, INHALATION, Q4H PRN
Diazepam (VALIUM) Tablet 2.5 mg, ORAL, Q6H PRN
DiphenhydrAMINE (BENADRYL) Injection 12.5 mg, IV, Q8H PRN
Flumazenil (ROMAZICON) Injection 0.2 mg, IV, Q1MIN PRN
Hydromorphone (DILAUDID) Injection 0.2 mg, IV, Q2H PRN
Hydromorphone (DILAUDID) Tablet 2 mg, ORAL, Q3H PRN
Ipratropium-Albuterol (DUO-NEB) 0.5 mg-3 mg(2.5 mg base)/3 mL Solution for Nebulization 3 mL, NEBULIZATION, Q4H PRN

CONFIDENTIAL - PLAINTIFF'S TRUE IDENTITY

A.H.000632



HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

MRN: ▮▮▮▮, DOB: ▮▮▮▮, Sex: F

**07/12/2014 - ED to Hosp-Admission (Discharged) in D11 TRAUMA NURSING UNIT (continued)**

**Clinical Notes (group 5 of 5) (continued)**

Lidocaine (XYLOCAINE) 10 mg/mL (1%) Injection 0.1-0.25 mL, INFILTRATION, PRN
Magnesium Hydroxide (MILK OF MAGNESIA) 400 mg/5 mL Suspension 30 mL, ORAL, Q12H PRN
Metoclopramide (REGLAN) Injection 10 mg, IV, Q6H PRN
Naloxone (NARCAN) Injection 0.1 mg, IV, PRN
Naloxone (NARCAN) Injection 0.1 mg, IV, Q2MIN PRN
Ondansetron (ZOFRAN) Injection 4 mg, IV, Q8H PRN
Phenol (CHLORASEPTIC) 1.4 % Throat Spray 5 spray, Mouth/Throat, Q2H PRN
Racepinephrine (MICRONEFRIN) 2.25 % Solution for Nebulization 0.5 mL, NEBULIZATION, Q2H PRN

**INTERVAL LABS**
No recent labs.

**Recent Cultures:**
No recent cultures.

**ASSESSMENT**
▮▮▮▮ is a ▮▮▮ woman s/p assault with numerous injuries, all healing well, no longer in need of inpatient care and ready for discharge once her wound care can be managed at home. She is now POD #9 s/p split thickness donor skin graft done by Plastic Surg.

**PROBLEM LIST & PLAN**
Principal Problem:
  Buttock wound

**Bilateral Buttock wounds**
Extensive deep tissue wounds s/p debridement at OSH, good granulation tissue present, VAC taken down, with xeroform dressing in place. Now POD #9 s/p split thickness donor skin graft. Drain removed today.
- Continue Pain Rx regimen Acetaminophen, Gabapentin
- MS Contin SR being refused currently, Hydromorphone will be held for dressing change today
- Patient's aunt needs wound care training before discharge

**Episodic stridor and dyspnea**
Resolved.
- Continue PRN management with Racemic epi, duonebs, humidified O2 and supplemental O2
- Benadryl pIV PRN for dyspneic episode not resolved with aforementioned regimen

**Acute stress reaction vs PTSD**
Per Psychiatry recommendations
- Plan for outpatient psychiatry

**Persistent Nausea/Emesis, Possibly gastroenteritis.**
Resolved.



HOSPITAL
2315 Stockton Boulevard
Sacramento CA 95817-2201

MRN: ███, DOB: ███, Sex: F

**07/12/2014 - ED to Hosp-Admission (Discharged) in D11 TRAUMA NURSING UNIT (continued)**

Clinical Notes (group 5 of 5) (continued)

**Disposition:** d/c home with local wound care after Aunt demonstrates ability to handle dressings and patient requires no IV pain medication

Kurt Kadon, MD
General Surgery PGY-1
PI # 14170
Service Pager: 2836

**Trauma Attending:**

I personally examined the patient and reviewed the pertinent laboratory and radiologic imagines. I discussed the findings with the resident team and we developed a plan of care together. I agree with the note as documented above.

**Travis W. Gerlach, MD**
**Attending Surgeon**
Pager - 816-5003
Cell - 240-988-3302

Electronically signed by Gerlach, Travis, MD at 07/29/14 1509

**Nurse Assessment by Finigan-Mindus, Catherine, RN at 7/26/2014 0412**

Author: Finigan-Mindus, Catherine, RN    Service: —                              Author Type: .NURSE: (RN or LVN)
Filed: 07/26/14 0417                      Date of Service: 07/26/14 0412          Status: Signed
Editor: Finigan-Mindus, Catherine, RN (.NURSE: (RN or LVN))

**ASSESSMENT NOTE**

Note Started:       7/26/2014, 04:12

Initial assessment completed @ 1946 and recorded in EMR. Report received from day shift nurse Irina Melnik, RN and orders reviewed. Pt A&O x 4, VSS, afebrile, c/o pain 7/10 of bilateral buttocks. Breath sounds CTA. CSM+ BS x 4. LLE sutures intact. Transparent film intact over skin graft donor site. Buttocks dressings clean, dry, intact. See EMR for complete assessment. Plan of Care reviewed and appropriate, discussed with patient and family. Plan includes pain control; medication administration as ordered and indicated; wound care; monitor VS, labs, Is & Os; maintain safe environment; assist with ADLs as necessary. Functional emergency equipment @ BS, bed in low position with wheels locked, call light within reach. Will continue to monitor Pt. Catherine Finigan-Mindus, RN

CONFIDENTIAL - PLAINTIFF'S TRUE IDENTITY

A.H.000634