# EXHIBIT 15

Home > News Releases

# Las Vegas Evolves Famous Slogan to "What Happens Here, Only Happens Here"

Release Date: 26 Jan 2020

**LAS VEGAS** – Las Vegas launched a new campaign, "What Happens Here, Only Happens Here," which continues to reinforce the legendary brand's status as the paramount purveyor of adult freedom. The new campaign launched during the 62nd GRAMMY™ Awards, making Las Vegas the first destination to ever place a 60-second ad during the international broadcast and the first to debut the campaign with an emoji prompted by the campaign hashtag #OnlyVegas on Twitter.

Las Vegas tapped into its roster of star-studded resident performers to showcase the destination in a way that Only Vegas can. The new ad features Live Nation residency artists **Shania Twain, Christina Aguilera** and **Aerosmith**, who filmed their part during one of their **"Deuces Are Wild"** residency dates at Park Theater at Park MGM. Both **Twain's "Let's Go!"** and **Aguilera's "The Xperience"** residencies are at Zappos Theater inside Planet Hollywood Resort & Casino. It also showcases Lady Gaga's bandleader **Brian Newman** and his show "Brian Newman After Dark" at The NoMad Restaurant at NoMad Las Vegas and UFC heavyweight fighter **Francis Ngannou**.

"Las Vegas utilized an impressive array of global superstars to deliver the message that what happens in Las Vegas only happens here," said Steve Hill, CEO and president of the Las Vegas Convention and Visitors Authority (LVCVA). "Millions of visitors travel to the destination annually as it's the only place that delivers so many unique entertainment, culinary and nightlife experiences in one location. Nowhere else can you dine at a handful of celebrity chef restaurants, see top-tier talent like Aerosmith, Shania Twain and the Vegas Golden Knights, and recharge at some of the world's top-rated

The ad was filmed in Las Vegas and is airing on major national and network channels.

For a link to the video, click here.

For more information about Las Vegas, visit www.VisitLasVegas.com.

## Download Media

All (3)    Images (2)    Videos (1)

Add All To Cart    Download All

    

## Related Links

Visit Las Vegas

"What Happens Here, Only Happens Here" Video Link

## Tags

LVCVA

## Media Contacts

Jenna Greene
R&R Partners
United States
jenna.greene@rrpartners.com
7022280222
7023184289

## Company Information

The Las Vegas Convention and Visitors Authority (LVCVA) is charged with positioning Southern Nevada as the undisputed global destination for leisure and business travel and operates the 4.6 million square-foot Las Vegas Convention Center (LVCC). With 151,000 hotel rooms and nearly 15 million square feet of meeting and exhibit space in Las Vegas, the LVCVA's mission centers on attracting visitors to the area. The LVCVA also owns the Vegas Loop at Las Vegas Convention Center, designed, and operated by The Boring Company, and also owns the Las Vegas Monorail, an elevated 3.9-mile system with seven stops throughout the resort corridor. For more information, go to www.lvcva.com, www.visitlasvegas.com or www.vegasmeansbusiness.com.

Manage Cookie Preferences

 File added to media cart.

## Subscribe to our news alerts and stay informed.

Subscribe

## Related News Releases

See All →



**Las Vegas Welcomes the FORMULA 1 HEINEKEN LAS VEGAS GRAND PRIX 2025 with Elite Entertainment, Internationally Acclaimed Dining and...**

06 Nov 2025



**Las Vegas News Briefs - November 2025**

03 Nov 2025

## Subscribe to our news alerts and stay informed.

Enter your email address

Subscribe

**VisitLasVegas.com**

**VegasMeansBusiness.com**

**VisitLaughlin.com**

**VisitMesquite.com**

**VisitBoulderCity.com**

About Las Vegas

Legal

Contact Us

Cookie Preferences

     

© 2025 Las Vegas Convention and Visitors Authority

Powered by thenewsmarket

Manage Cookie Preferences

We use cookies (and equivalent technologies) to collect and analyse information on site's performance and to enable the site to function. Some cookies allow third parties to tailor the ads you see when you visit our site and other third party websites. By clicking 'Agree', you agree to these uses of cookies.