# EXHIBIT 20

| TERMS | MEANING |
|---|---|
| **411** | Seeking information |
| **50 (Five Oh):** | Police or Vice. |
| **ABC:** | American Born Chinese |
| **ABJ:** | American Born Japanese |
| **AGENCY:** | A company that manages calls, bookings, and advertising for a group of providers |
| **AKA** | Also known as |
| **AAMP:** | Apartment Asian Massage Parlor. Based in a residential apartment instead of a commercial storefront. |
| **AMP:** | Asian Massage Parlor |
| **ANALIGUS:** | Licking anus. |
| **AROUND THE WORLD:** | Vaginal intercourse. A term used in the trucking industry. |
| **ASIAN:** | Oral sex on the anus of either sex. Also known as Rimming or Around-the World. |
| **ASIAN COWGIRL:** | Girl on her feet, instead of her knees. Girl on top squatting |
| **ASYOYO:** | Adios Sucker – You're On Your Own! |
| **ATF:** | All time favorite |
| **AUTOMATIC**: | When a pimp is out of town, in jail, or not in direct control of the people he/she prostitutes, and the people the pimp prostitutes continues "working" while the pimp is gone. This means that the people that conduct prostitution dates for a pimp "automatically" goes out to prostitute and make their pimp money, without being ordered to do so. |
| **BABY 'HO:** | Unusually young person being prostituted. Age 12 and younger are not unusual. |
| **BABYBACK:** | Petite, young, attractive Asian |
| **BAG UP**: | To be caught/arrested by the police |
| **BAIT AND SWITCH:** | Person who shows up is different then the person advertised |

| | |
|---|---|
| **BARE BACK**: | Sexual intercourse without the use of a condom |
| **BARE BACK BLOW JOB:** | Oral sex on a man without using a condom. AKA French Without**. (BBBJ)** |
| **BARE BACK BLOW JOB TO COMPLETION:** | Oral sex on a man where he ejaculates in the mouth. **(BBBJTC)** |
| **BED DANCING**: | A strip club performance in which a naked or nearly naked woman will dance on top of a clothed man on a bed in a private room. Readily escalates to acts of direct prostitution. |
| **BEND**: | A person who engages in prostitution. |
| **BERRY:** | A police car (The red lights on old police cars looked like a berry.) |
| **BFE:** | Boy friend experience: Spend two or more hours together, having dinner or drinks, maybe a small gift, give a massage on occasion, be willing to give and receive oral sex and make it a priority for the provider to have a good time in addition to the client. |
| **BITCH:** | The most common term used by pimps and customers when referring to the people who engage in prostitution and nude dancers. **B**abe **I**n **T**otal **C**ontrol **H**erself. Other terms include Cunt, Ho, Slut. |
| **BIZZO:** | A girl. |
| **BLADE:** | A street where prostitution is common. Also known as the Track. |
| **BLOW JOB:** | Oral sex performed on a man**.(BJ)** |
| **BOO HOO HEAD:** | A whore or deceitful woman. |
| **BOTTOM BITCH:** | A Pimp's main girl, the one that rides in the front seat. The person in the stable who has been with pimp the longest or who is the most trusted. The bottom is usually the recruiter for the pimp and has the task of training the new girls. The bottom supervises the other girls, reports any rule violations and often helps the pimp inflict punishment on the violators. Previously referred to as the Bottom Lady. |
| **BREAK A BITCH:** | When the pimp, or someone acting for the pimp, takes the money that a person has earned from prostitution dates. May be done many times during a day. |
| **BREAK YOURSELF:** | This is what a pimp tells a person engaged in prostitution when he wants their money or for the person to choose another pimp. |

| | |
|---|---|
| **BREAKING BREAD:** | If a pimp wants someone new to prostitute (aka: work) for him and he accepts money from that person |
| **BREAKING IN A NEW BITCH:** | When a pimp does certain things to take control of a new person. |
| **BROKE LUCK:** | Phrase referring to when someone engaged in prostitution makes money.  If someone engaged in prostitution has turned a trick for money she is said to have "broke luck" for that day. |
| **BROTHEL:** | A place specifically dedicated to prostitution. Also known as Bordello, whorehouse, cathouse, knocking shop and general houses. |
| **BUMPIN':** | Taking another pimp's person/worker. Also known as Knockin' or Peelin'. |
| **BURNOUT:** | A person who has engaged in prostitution too long. |
| **BUSTDOWN:** | A derogatory term for a person indicating that they are sexually promiscuous with no discretion and will have sex with anyone. |
| **BUSTER:** | Person who tries to act like a pimp, but is not really a pimp. |
| **CALL GIRL:** | Female that makes appointments over the phone |
| **CAMPAIGN:** | The cars, jewelry, clothes that a pimp displays to get elected or chosen by the workers engaged in prostitution |
| **CAR DATE/TRICK:** | When a prostituted person is picked up from the street by a customer for the purpose of having sex, for money, in the vehicle. |
| **CARPET HO:** | Someone who engages in prostitution that primarily works hotels |
| **CATEYE:** | To stare at a woman or man with sexual intention. |
| **CATCHER:** | Usually younger, "wannabe pimps", who watch those engaged in prostitution on "the track" to make sure they are following the pimp's orders. |
| **CAUGHT A CASE:** | When someone has been arrested and charged with a crime, they refer to that as "caught a case." |
| **CERTIFIED:** | term used to say that someone is a real pimp or ho. |
| **CHECKIN':** | To verbally or physically put an out-of-pocket (disrespectful) person in their place. |
| **CHOOSE- UP:** | When a person that engages in prostitution picks a new pimp to work for.  This can be done voluntarily, or by looking another |

|  |  |
|---|---|
|  | pimp in the eyes.  In the latter case, she has now "chosen" that new pimp, even if she didn't want to. |
| **CHOOSING FEE:** | Amount paid by prostituted person to the original pimp to compensate him for the prostituted person changing over control to a different pimp. AKA - Changing Fee. |
| **CHOOSY SUZY:** | A person engaged in prostitution who goes from pimp to pimp. She is always "choosing", hence the term. |
| **CHULEO:** | The Spanish word for pimp. |
| **CIRCUIT:** | All of the "tracks", or areas of prostitution, in the country.  When someone works the circuit, her pimp takes her from city to city, or "track to track"; the person will work a certain track until that person stops making money, or the "heat is turned up" (police begin to pay too much attention to that person). |
| **COMBAT ZONE:** | Municipal strategy of trying to confine sexually oriented businesses to a small area, one in which the residents are poor and small legitimate businesses in decline. The zone also becomes the center for street prostitution, drug dealing and high rates of other crime. The idea is to protect "better" areas from the increased crime rates, degraded quality of life and falling property values. This strategy has generally failed because the combat zones bring in more customers from a wider area, and more businesses are established, resulting in the problems spreading to other parts of the community. |
| **COMIN' UP:** | Refers to a person recently turned out (brought into prostitution) who is bringing in good money. |
| **COMING THROUGH A PIMP DOOR:** | When a person chooses a new pimp |
| **COOCHIE:** | Vagina |
| **COOK:** | To prepare a sucker (John/customer) to take his money. |
| **COONIN';** | To knock a pimp by disregarding the rules and playing dirty. |
| **COP AND BLOW:** | To obtain either a girl or material item and then lose her/it, hopefully with some class or dignity. |
| **COUCH DANCING:** | A strip club performance in a club area or private booth set up for prostitution. Sometimes it involves dancing on a box between the trick's legs, or it consists of straddling the trick while he lies on a couch. The customer usually is clothed, while the woman is naked. |
| **COVERED BLOW JOB:** | Oral sex on a man using a condom. AKA- French with. (CBJ) |

| | |
|---|---|
| **C.R.E.A.M.:** | Money. An acronym for **C**ash **R**ules **E**verything **A**round **M**e. |
| **CUNNILINGUS:** | The act of stimulating the female genitals (especially the clitoris and vaginal lips) with the lips and tongue, or having one's genitals stimulate in this way. Cunnilingus is also commonly referred to as oral sex or licking. |
| **DADDY:** | What most pimps require the people they prostitute to call them. The pimp may often refer to himself as a Pimp Daddy. |
| **DATE:** | Used to describe the act of prostitution or the client. When a person engaging in prostitution is with a client, he/she is said to be "with a date," "on a date," or, "turning a date." The words "trick" and "Lick" have the same meaning as "date." |
| **DATY:** | **D**ining **A**t **T**he **Y**. Also known as Cunnilingus. |
| **DEEP FRENCH KISSING:** | Kissing on mouth with tongue with contact deep into throat. (DFK). |
| **DOGGIE STYLE:** | Man behind girl (standing or kneeling, penis to vagina sex). |
| **DOUBLE BREASTED:** | When a pimp has double duties, such as also being a drug dealer or a thief. |
| **DOUGHSKI:** | Money, dollar, etc. |
| **DOWN ON TEN TOES:** | Totally in a pimp's corner, in reference to the people the pimp prostitutes out. |
| **DROP IT LIKE IT'S HOT:** | A pimp's command for a person prostituting for him in his stable to give him the money that was earned prostituting. |
| **DUCK:** | Black female that engages in prostitution. |
| **ESCORT SERVICE:** | Organization operating chiefly through the Internet and cell phones, which sends prostituted people to the trick's location (an outcall), or arranges to have the trick come to a house, apartment or a small brothel (an incall). Some are networked with others and can assemble large numbers of women for parties and conventions. Others serve those with special tastes such as children or sadomasochism. |
| **EUROPEAN:** | Sometimes used to refer to acts involving urine, feces, and other things. |
| **EXIT FEE:** | Money a person has to pay a "pimp" to enable that person to leave him. This is usually a high amount so as to dissuade the person from leaving. Most pimps will not let the person leave them anyway. |

**FAMILY:** All persons within one pimp's stable (group of people pimp prostitutes). If a pimp has three people working for him, each of them is considered family to each other.

**FELLATIO:** The act of sucking or licking the penis or having one's penis sucked or licked. Fellatio is also commonly referred to as Oral Sex, Sucking, or Blow Job.

**FINESSE PIMP:** Pimp who prides himself on controlling others primarily through psychological manipulation. AKA Passion Pimp

**FISTING:** Forcing a closed fist up someone's vagina or anus. For a few people, an erotic act. More commonly used by pimps and tricks to extensively damage a woman's pelvic organs, permanently injuring her.

**FOLK:** See Family.

**FOLLOW YOUR MONEY:** Phrase pimps use to warn the people they prostitute to take care of the money they are given. Losing money by some means, such as being robbed by a trick, will result in punishment determined by the pimp.

**FLAT-BACKIN':** Straight sexual intercourse.

**FREELANCE:** A person engaged in prostitution who works inside a casino or hotel, and approaches clients while they are drinking and/or gambling is said to be "freelancing." This has nothing to do with whether or not the person engaged in prostitution has a pimp.

**FRENCH:** Oral sex.

**FRENCH KISSING:** Kissing on mouth with tongue contact.

**FRESH WORK:** A green (inexperienced) person in the prostitution industry.

**FRONTS:** Money the pimp give to a person he prostitutes. The money is supposed to be used while the person is working (engaging in prostitution). It is usually a small amount, $5 to $20, and is to be used for cab fare, condoms, and drinks (at the bar) for when the person is trying to pick up on a client.

**FROSTED FLAKES:** A sugar-coated, fake pimp, not the real deal.

**FULL BODY SENSUAL MASSAGE:** Not usually full service; expect only massage and hand job (HJ), but more services may be available (FBSM). Also known as Private Viewing or Body 2 Body (B2B)

**FULL SERVICE:** Intercourse to completion (with condom).

**GAME:** The game is the pimp and prostitution subculture. Anyone involved in prostitution is said to be "in the game". Be sure to

|  |  |
|---|---|
|  | verify which "game" they speak of because they could be talking about another type of game such as the dope game. |
| **GENERATION:** | The level of a pimp. If both a pimp and his son are pimps, the son would be called "second generation" pimp. |
| **GET BURNED:** | To catch a sexually transmitted disease. (Specifically refers to the burning sensation caused by gonorrhea when urinating.) |
| **GFE:** | Girl Friend Experience. Commonly refers to a type of session providing aspects of social and physical interaction beyond the act itself. Like a real date. |
| **GIVING THE BLUES:** | Harassing a person engaged in prostitution to the point where it's difficult for the person to work (get prostitution dates), sometimes for years at a time. |
| **GOLDEN SHOWER:** | An act of prostitution where one of the participants, typically the client, gets urinated on by the other. |
| **GORILLA HO:** | A person working for the pimp who assists the pimp in controlling the pimps stable by using violence. |
| **GORILLA PIMP:** | Pimp who controls the people the pimp prostitutes through violence. The pimp resorts to serious brutality to keep them working for him. Sometimes called Godzilla. |
| **GREEK:** | Anal sex with condom. |
| **GREEK WITHOUT:** | Anal sex without condom. |
| **GREEN:** | Inexperienced in the prostitution game. |
| **HALF N HALF:** | Half sex, half blow-job. An act of prostitution in which there is both oral and vaginal sex. Priced somewhat lower than each act would be individually. |
| **HAND JOB:** | When a person engaged in prostitution brings trick to orgasm by manual masturbation. In massage parlors, called a "hand finish". |
| **HARD CORE:** | May mean showing an erect penis in action. May also refer to pornography when an actor, usually female, gets hurt, such as by violent anal sex. |
| **HEAD CUT:** | To beat a person who is prostituted. |
| **HIT-YOU-ON-THE-HIP:** | Phrase referring to "paging" someone. Most people carry their phones, on their hips. Example: "If I need you, I'll 'hit ya on the hip'." |

| | |
|---|---|
| **HO:** | Common title for a person being prostituted. Typically used by pimps to describe their girls. AKA: Prostitute, Whore, Hooker, Tramp, Slut |
| **HOBBYIST:** | What clients or tricks call themselves. |
| **HO CAKE:** | Vagina |
| **HO DRUNK:** | Having the qualities of a burnout. |
| **HO LINE:** | Loose network of communication between pimps, chiefly by phone, inter-city and interstate. Often uses changing slang and code words to confound law enforcement along the "circuit". Used to trade, buy, and sell prostituted women and children. |
| **HO VINE:** | The "route" that gossip travels among people who are prostituted. It is like a grape vine, like network of communication among people being prostituted. |
| **HOBOING:** | Fake ho'ing, playin' games. Also known as Tippytoeing. |
| **HOLDING HANDS AND KICKIN' CANS:** | Trying to make a prostituted person into a housewife. |
| **HOLLY:** | Another term for a prostituted person. AKA- ho. |
| **HOOK:** | Fake piece of jewelry. This term is used by trick-roll suspects. |
| **HOOKER:** | Solicits customers in public places also referred to as a streetwalker, Ho, Hooker, Whore. |
| **HOUSEHOLD:** | A stable of three or more people that the pimp prostitutes. |
| **HOUSE MOM:** | Person who organizes, hires, has personal knowledge of women who strip at strip clubs. |
| **HUSTLER:** | A person who will basically do anything for money - sell narcotics, steal, scam, commit acts of prostitution, pimp etc. It is also a word used more specific to a person prostituted in the gay trade. |
| **IN-CALL:** | The escort's place of residence or in a hotel room arranged by the escort. |
| **IN A MINUTE:** | (Sometimes AFor A Minute@) Terms used to describe a length of time, usually a couple of days. Example: My pimp brought me to Las Vegas for a minute. |
| **IN SEARCH OF:** | A message board post looking for something (a girl, a date, etc) |

| | |
|---|---|
| **INDOOR PIMP:** | A pimp who works the escort services, clubs or casinos. |
| **ISM:** | Good, certified pimpin' |
| **ITALIAN:** | Penis rubbing between the butt cheeks |
| **IZZ OR IZZN:** | This is what is added to words to create the language used by pimps and the people they prostitute.  Example:  Car would be Cizzar or Cizznar (pronounced Sizar or Siznar), Lick would be Lizzick or Liznick (pronounced Liz zick or Liz nick). |
| **JACK SHACK:** | Lingerie modeling, massage parlors and other operations where tricks masturbate while watching women in revealing clothes, underwear or lack thereof. Almost always have facilities for on-site prostitution. |
| **JAKES:** | The police |
| **JASPER:** | Lesbian prostitute. |
| **JAYER:** | A person who is willing to do various sex acts to numerous people at a time. |
| **JENNY:** | Vagina |
| **JOHN:** | Client of prostitution. Also referred to as a Trick, Lick, or Custe |
| **JUG:** | A favor or helping hand, usually done for a good pimp who fell off. |
| **KIDDIE STROLL:** | Area of the stroll featuring kids under sixteen, often much younger. |
| **KNOCK or KNOCKED:** | Luring or attempting to lure a person away from another pimp |
| **KNOCKING BOOTS:** | To have sexual intercourse. |
| **LAP DANCING:** | Strip club act in which a woman will grind her body into the lap of a trick (customer). While the trick (customer) is clothed, the woman may be naked or nearly so. |
| **LAY SOME DRAG:** | The way the victim is taught to talk to people not involved in prostitution. |
| **LICK HITTER:** | Severely addicted person who does prostitution dates just enough to get a dose of drugs or alcohol. When that wears off, she is back on the "track" until she can get another dose. May go on for days or weeks at a time, with serious health consequences. |
| **THE LIFE:** | In earlier times, "the sporting life" The experience of being |

| | |
|---|---|
| | used in prostitution. May involve heavy drug and alcohol use, violence and other crimes. |
| **LONG GREEN:** | Big money, as opposed to small money. |
| **LOT LIZARD:** | People engaged in prostitution that service mainly those in the trucking industries or at truck stops. |
| **MACARONI:** | Dressing flashy or someone who does, such as a ladies' man or pimp. |
| **MACK:** | Supposed to be an "upper level" pimp. A Mack will supposedly take money from any female, not just a one that he prostitutes (this is according to the Macks arrested so far). Mack is also an acronym for "**M**an **A**cquiring **C**ash through **K**nowledge." |
| **MAD MOVE:** | When a person chooses a new pimp because the person is temporarily mad at the old pimp. The person will usually go back to the old pimp. |
| **MADAME:** | Older woman who manage brothels. May have been prostituted in her earlier years, but may be a pimp, career criminal in her own right. Often supports the women's outside pimp, boyfriend, fiancé, husband by calling him when the prostituted person gets off work, and telling the pimp exactly at what time the prostituted person left and exactly how much money the person had when the person left. |
| **MARK:** | A client of prostitution. |
| **MASHIN' FOR A RATION:** | A person who is really getting that money for her pimp. |
| **MIS-PIMPIN':** | Misdirection from a simp |
| **MISSIONARY:** | Man on top girl on back. |
| **OD'D ON THE P:** | Burned out on ho'ing, prone to arguing, fussing and fighting. |
| **OG:** | Original Gangster, an old-school hustler. |
| **ON BLAST:** | Crowded. In reference to a track. |
| **ON BLAST:** | Putting someone's business out to every one or saying something negative to a group of people. In reference to People/youth. |
| **ONETIME:** | Police or vice. |
| **OUTDOOR PIMP:** | A 100% track pimp. Outdoor pimps think they are better then indoor pimps. |

| | |
|---|---|
| **OUT-CALL:** | The act takes place at the customer's place or residence or in a hotel room that the customer purchased. |
| **OUT-A-POCKET:** | When a person working under the direction of a pimp looks at another pimp, argues, tries to run off, or does something against the pimps rules she is deemed out-a-pocket. |
| **OUTLAW:** | Person that engages in prostitution generally successful in avoiding control by pimps. Also known as Renegade. May also refer to a pimp that does not follow pimp law. |
| **P:** | A Pimp |
| **PARTY:** | The act of prostitution.  A person that engages in prostitution may ask a client if he wants to "party". |
| **PECKERWOOD:** | White female involved in prostitution. Also known as a Swan, Pink Toe, Snow Bunny. May also references white people. |
| **PEELED:** | When a pimp loses a person they prostitute to another pimp. |
| **PEEL A TRICK:** | Phrase used to describe the act of when a person that engages in prostitution steals something from her client, such as money, checkbooks or credit cards. May be part of a group or sell items to a group who "hang paper" or do identity theft. |
| **PEEP SHOWS:** | Usually found in pornography stores. The trick sits behind a glass partition, and directs sexual activity by women and/or men, with or without sex toys and other props, to fulfill his fantasies. Also referred to as live sex shows. |
| **PIMP:** | Person who persuades, compels, entices, etc., a female to prostitute. The pimp will take all of the money from his prostitution dates, and will commonly have several people working for him/her.  The pimp will usually have no legitimate source of income.  The term pimp is also an acronym for **P**rovided **I**ncome from **M**anaging **P**rostitutes or **P**rostitutes **I**n **M**y **P**ossession |
| **PIMP ARREST:** | When a pimp forces a renegade to either break herself or get off the track. |
| **PIMP HARD:** | To raise quotas, reduce rest times, and/or require victims to accept tricks they would ordinarily avoid. |
| **PIMP PARTY:** | This is when several pimps get together (unite) for the purpose of abusing a person one of the pimp prostitutes for being disrespectful, trying to leave the game, or reporting the pimp to the police. The pimps usually gang rape, beat, urinating, defecate, and/or perform other forms of abuses on the person. |

| | |
|---|---|
| **PIMP PASS:** | When a pimp doesn't sweat another pimp's worker, out of respect or as a favor. |
| **PIMP STICK/CANE:** | Item used by a pimp to beat the person he prostitutes. The item can be any type of weapon; some pimps prefer to use a coat hanger. |
| **PLAYIN' GAMES:** | When a person engaged in prostitution refuses to choose a pimp and do some certified ho'ing (prostituting for a pimp). |
| **PORN STAR EXPERIENCE:** | A session that gives the feeling of being a Porn or XXX movie. A date with a Porn Star. (PSE) |
| **PORNOGRAPHY:** | Sexual activity depicted in words, pictures or films solely for sexual stimulation of others, and for monetary gain. |
| **PROSTITUTE:** | Generalized used term for a person who accepts money for sex. Also referred to as escort, whore or ho. Term is very judgmental and demeaning. A less harsh term would be sex worker or person involved in sex trade. |
| **PROVIDERS:** | A person who provides sex in exchange for money. AKA: prostitute. |
| **PRIVATE DANCE:** | Couch, bed or other "dances" which often take place in private rooms at an extra charge. This offers men the opportunity to pressure women into more direct acts of prostitution to earn tips. |
| **PUNANI:** | Vagina/sex. |
| **PUTA/PUTO:** | A Spanish term for Prostitute. |
| **PV:** | Private Viewing: The facts are that private viewings as a genre are not full service. This is hands to Penis only. |
| **QUOTA:** | Amount of money that a pimp expects the people the pimp prostitutes to turn over to the pimp before they can stop prostituting for the day. Commonly $500/day. |
| **RABBIT:** | A prostituted person who goes from one pimp to another too frequently. |
| **RECKLESS EYE BALLING:** | When a person who is being prostituted is looking at another pimp, or a suspected pimp, instead of holding her head down and getting away from him she is deemed to be doing this. This is strictly prohibited. Also known as Cross-eyed or Googly-eyed. |
| **RENEGADE:** | A person who engages in prostitution who does not have a pimp or refuses to choose up with a pimp. |

| | |
|---|---|
| **REQ:** | Requesting information. |
| **ROMAN SHOWER:** | Vomit play with sexual intercourse |
| **ROLL A TRICK:** | Robbing a trick with force by person engaged in prostitution, the pimp, or Pimp's associates. Usually involves weak or intoxicated tricks. |
| **RUNNER:** | A person who has sex with anyone |
| **SCOOBY SNACK:** | When a pimp has sexual intercourse with a person engaged in prostitution and doesn't get any money from the that person; this is frowned upon. |
| **SCRATCH:** | Money. |
| **SEASONING:** | Combination of psychological manipulation, intimidation, gang rape and sodomy, beatings, deprivation of food and sleep, cutting off from family, friends and other sources of support and threatening or holding hostage of victim's children. Purpose is to totally break down victim's resistance and ensure that she will do anything she is told. |
| **SENIOR CITIZEN:** | A person engaged in prostitution that is older than 24 or a pimp in his 30's. |
| **SERVE:** | The procedure of when the newly "chosen" pimp "serves notice" to the old pimp.  This is done when the "chosen" pimp takes his "new" worker's money (money previously earned from prostitution dates), and gives it to the old pimp.  This is an older custom, and is not used too much anymore.  Most pimps will simply verbally "serve" another pimp without a money exchange. |
| **SHAKE SOMETHING:** | To knock (lure) somebody else's worker. |
| **SHOWER DANCING:** | Strip club performance in which women are placed naked in a transparent shower. Paying customers may be allowed to apply soap or lotions to their bodies. |
| **SIMP:** | Fake pimp. |
| **SISTER WIFE:** | What women in a pimp's stable call each other. Also referred to as SISTER-IN-LAW, WIFE-IN-LAW, STABLE SISTER. |
| **SLUT:** | A person who has sex with anyone. |
| **SPONGES:** | Pimps keep the women they prostitute working all day, every day, year round ("24/7" is originally a prostitution term). There is no |

|  |  |
|---|---|
|  | time off for menstruation. Instead of being allowed to use tampons, the women are required to cut up pieces of kitchen sponges and insert them in their vaginas to absorb menstrual blood without the trick's noticing, as they would with a tampon. Pimps who want to humiliate the women may make them trade sponges. If he wants to inflict pain, he may make them use sponge/scotchbrite pads with the scotchbrite facing inward. |
| **SPORT:** | Oral sex. Also called , BJ, Blow Job, French. |
| **SQUARE:** | This is a person who is not involved in the game of "pimpin' and prostitution" and who leads a normal life. |
| **STABLE:** | The amount of people working for a particular pimp. If a pimp has six people working then the pimp has a stable of six. |
| **STABLE WRECKER:** | A person being prostituted who will argue, fight and create strife in a household. |
| **STACK:** | $1000 |
| **STRAIGHT SEX/LAY:** | Vaginal intercourse. |
| **STAND-UP:** | Real or certified, in reference to a pimp or ho. |
| **STREETS:** | Area where the prostitution trade is common |
| **STREETWALKER:** | Someone who primarily contacts tricks by walking the street and making nonverbal signals that they are available. May do car tricks or have a motel room nearby. |
| **STRIP CLUBS:** | A legal system of prostitution in which women and men take their clothes off for the sexual stimulation of customers. Often have private "VIP rooms" for on-site prostitution. |
| **STROLL:** | Sections of street commonly used to market sex between tricks in cars and women and kids on foot. If it is in a poor neighborhood, or a commercial area not open at night, and therefore there are few complaints to city officials by anyone considered to matter, the area may serve as a kind of "red light" district for decades. This is the old-school track. |
| **SUCKER:** | A new pimp who can't get it right. |
| **SUGAR DADDY:** | A trick who pays a person's bills, buys things, and takes care of the person instead of just paying each time the trick has sex with the person. |
| **SWAN:** | White female engaged in prostitution. |

| | |
|---|---|
| **SWEATIN' A BITCH:** | This is when a pimp goes to the "track" and puts pressure on a person engaged in prostitution to "chose" him to be her new pimp. It may involve following, screaming, kidnaping and/or beating the person that is engaged in prostitution. |
| **TABLE DANCING:** | Strip club performance in which a woman will dance on a small platform they carry around with them, or dance on the actual table around which one or more men are seated. The men are clothed while the dancer may be nude or nearly so. |
| **TENDER UNDER THE ZIPPER:** | A pimp who lets his little head beat out his big head. |
| **TIP:** | A term used in the escort and massage areas of prostitution. This is the amount actually received by the prostituted person, while the agency gets the "service charge". |
| **TRACK:** | Certain area of a street in any given city where prostitution can be found. Also known as a Blade or Stroll. |
| **TRACKER:** | A man who will go after an escaping prostituted person, kidnap them, and return them to the pimp for a fee. |
| **TRADE UP:** | Pimps dispose of people they prostitute that are giving them problems, or who no longer match the profile sought by the clientele the pimp normally serves. They may trade straight across, with some money or in return for two or more other people they can prostitute. The buy/sell price is usually low: $2500 to $3500. The women/kids can be moved long distances rapidly, such as from Portland, OR to Atlanta, GA, with a guard, overnight by air. Also referred to as TRADE DOWN, BUY AND SELL |
| **TRAP:** | Money earned by a person engaged in prostitution. Called "trap" instead of cash, or the money or location where money is hidden while on the circuit. A pimp may empty these traps several times a day. |
| **TRAPPING:** | Walking |
| **TRICK:** | Customer, lick or date. |
| **TRICK ROLLER:** | A person engaged in prostitution that steals, either through using deception or drugs, property from tricks after the trick is befriended and either offers or performs sex on the trick. Most trick roll victims are drugged to the point of unconsciousness, thereby giving the suspect several hours before the victim awakes. |
| **TRUNK:** | A person engaged in prostitution could be punished by being locked in the trunk of a car |
| **TURN-OUT:** | Brand new person brought into the prostitution industry; one who was just turned from a normal person into a prostituted person, |

|  |  |
|---|---|
| | used both to describe being forced into prostitution and a person newly involved in prostitution. |
| **TURNING TRICKS:** | When one services customers for money. |
| **WEAK DICK:** | Tender under the zipper. |
| **WHIP:** | A flashy car, part of a pimp's campaign. |
| **WIFE-IN-LAW:** | This is what each person in a pimp's "stable" call each other. A person the pimp prostitutes can only be a wife-in-law to another person the pimp prostitutes when they have the same pimp. In some "stables", wife-in-laws are not allowed to communicate with each other. Many pimps will enforce this rule to keep the people the pimp prostitutes from unifying against him, and to keep them from knowing how the pimp treats the others. |
| **WOO WOO WOO:** | Sometimes used as an emphasis in statements made by people including pimps. It has no particular meaning. Example: "The cops said I had this girl working for me, and I beat her, and woo woo woo, before you know it, I was arrested." |
| **WORKER:** | A person engaged in prostitution. AKA – working girl |
| **WORKING:** | Engaged in active prostitution. |
| **YMMV:** | **Y**our **M**ileage **M**ay **V**ary. The escort may do things with one person, but not with another or the experience may be different than another for a variety of reasons. |