# EXHIBIT 21
*Physical media*

# To Be Filed Under Seal

Contains: WYNN_A.H._00000153