# EXHIBIT 22

To Be Filed Under Seal