# EXHIBIT 23

## To Be Filed Under Seal