# EXHIBIT 24

To Be Filed Under Seal