# EXHIBIT 25

To Be Filed Under Seal