# EXHIBIT 26

To Be Filed Under Seal