# EXHIBIT 27

# To Be Filed Under Seal