# EXHIBIT 28

To Be Filed Under Seal