# EXHIBIT 29

To Be Filed Under Seal