# EXHIBIT 30

To Be Filed Under Seal