# EXHIBIT 35

# To Be Filed Under Seal

**Consolidated—Contains**:

WYNN_A.H._00000733-34
WYNN_A.H._00002773
WYNN_A.H._00002867-69
WYNN_A.H._00002888-90
WYNN_A.H._00003053
WYNN_A.H._00003061
WYNN_A.H._00003071
WYNN_A.H._00003408
WYNN_A.H._00003733
WYNN_A.H._00003938
WYNN_A.H._00004275
WYNN_A.H._00004279
WYNN_A.H._00004285
WYNN_A.H._00004311-12
WYNN_A.H._00004343