# EXHIBIT 36

# To Be Filed Under Seal

**Consolidated—Contains**:
WYNN_A.H._00003033
WYNN_A.H._00003035
WYNN_A.H._00003322-25
WYNN_A.H._00004311-12