# EXHIBIT 38

To Be Filed Under Seal