# EXHIBIT 39

To Be Filed Under Seal