# EXHIBIT 40

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual,<br><br>   Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al.*,<br><br>   Defendants. | Case No. 24-cv-1041-GMN-NJK<br><br>**DECLARATION OF**<br>**GREYSON THAGARD** |

I, Greyson Thagard swear:

1. I am over the age of 18 and of sound mind to make this declaration.

2. I am an outside paralegal and have been performing consulting and document preparation services in this matter at the behest of Plaintiff's counsel.

3. I have signed the acknowledgement and agreement to be bound associated with the Protective Order in this matter.

4. On November 6, 2025, I compiled data from incident reports and other documents referencing incident reports disclosed by Wynn Las Vegas LLC into an Excel spreadsheet for use as Exhibit 39. I did this thoroughly and individually, examining each incident report and related document to categorize them as shown in the exhibit.

5. On November 7, 2025, I used the "sort" and "filter" tools to isolate and count data for reference in the motion. I personally counted and recounted the data to ensure accuracy and attest that the numbers given for prostitutes and johns initially detained by each of Wynn security and the LVMPD are accurate.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S. C. § 1746 that the foregoing is true and correct.

Dated: November 7, 2025

/S/ *Greyson Thagard*
GREYSON THAGARD