# EXHIBIT 41

**RFA**
MICHAEL C. KANE. ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone:(702) 776-3333
Facsimile: (702) 505-9787
*E-Mail:* MCKTeam@the702firm.com
and
Kimberly L. Adams, Esq. (pro hac vice)
Matthew D. Schultz, Esq. (pr hac vice)
**LEVIN PAPANTONIO**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (802) 435-7000
kadams@levinlaw.com
mschultz@levinlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; et al.<br><br>Defendants. | CASE NO.: 2:24-cv-01041-GMN-NJK<br><br>**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS, FOURTH SET OF INTERROGATORIES, AND FOURT SET OF REQUESTS FOR PRODUCTION TO DEFENDANT WYNN LAS VEGAS, LLC** |

Plaintiff, A.H., by and through her attorneys of record, MICHAEL C. KANE, ESQ., and BRADLEY J. MYERS, ESQ., of the THE702FIRM, and KIMBERLY L. ADAMS, ESQ., and MATTHEW D. SCHULTZ, ESQ., of LEVIN PAPANTONIO hereby propounds her *First Set of Requests for Admissions*, her *Fourth Set of* Interrogatories, and her *Fourth Set of Requests for Production to Defendant WYNN LAS VEGAS, LLC* pursuant to FRCP 26, 33, 34, and 36 and as follows:

Note: these Requests are addressed not only to the Defendant, but also to its attorney, and it is expected that to the extent any questions inquire about information that may not be in the knowledge of Defendant, but is in the knowledge of Defendant's attorney.

## DEFINITIONS AND INSTRUCTIONS

For the purpose of this Request for Admissions, the following definitions and instructions apply:

1. As used herein, the singular shall include the plural and the plural the singular. Furthermore, "and" and "or" shall be construed disjunctively or conjunctively as necessary, in order to bring within the scope of the particular Request for Admission which might otherwise be construed to be outside of the scope.

2. As used herein, the terms "you", "your", and "Defendant" refer to Defendant, its counsel and all agents, servants, employees, representatives, investigators and others who are in possession of, or may have obtained information for or on behalf of the Defendant.

# REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that all documents you have produced and that you will produce—and that may or will be offered as exhibits or used at trial in this matter by any party—are true, correct, and authentic as contemplated in FRE 901.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you fired zero employees for facilitating or overlooking prostitution in 2012.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you fired zero employees for facilitating or overlooking prostitution in 2014.

**REQUEST FOR ADMISSION NO. 4:**

Admit that in 2009, you voted to extend the contract between the Las Vegas Convention and Visitors Authority ("LVCVA") and R&R partners.

**REQUEST FOR ADMISSION NO. 5:**

Admit that in 2011, you voted to extend the contract between the Las Vegas Convention and Visitors Authority ("LVCVA") and R&R partners.

**REQUEST FOR ADMISSION NO. 6:**

Admit on at least one occasion between January 1, 2002 and March 10, 2014, you voted in favor creating, funding, broadcasting, or distributing an advertisement (in any format) featuring the catchphrase "What Happens Here, Stays Here."

**REQUEST FOR ADMISSION NO. 7:**

Admit on at least one occasion between January 1, 2002 and March 10, 2014, you voted in favor creating, funding, broadcasting, or distributing an advertisement (in any format) featuring the catchphrase "What Happens in Vegas, Stays Vegas."

**REQUEST FOR ADMISSION NO. 8:**

Admit on at least one occasion between January 1, 2002 and March 10, 2014, you broadcast or distributed an advertisement (in any format) featuring the catchphrase "What Happens Here, Stays Here."

//

**REQUEST FOR ADMISSION NO. 9:**

Admit on at least one occasion between January 1, 2002 and March 10, 2014, you broadcast or distributed an advertisement (in any format) featuring the catchphrase "What Happens in Vegas, Stays in Vegas."

THE702FIRM  
INJURY ATTORNEYS  
8335 W Flamingo Rd  
LAS VEGAS, NEVADA 89147  
PHONE: (702) 776-3333

## INTERROGATORIES

**INTERROGATORY NO. 19:**

Please list the names and bar numbers of all attorneys whose names or email addresses appear on your privilege log.

**INTERROGATORY NO. 20:**

Please state when you started (and stopped, if you have since stopped) offering: (1) condoms, (2) lubricants, and (3) vibrators for purchase inside each class of guestroom in each of your hotel properties.

**INTERROGATORY NO. 21:**

Please explain, in detail, why you believe the male registered guest who was the subject of the incident report produced as Wynn_A.H._2514 was not trespassed by Wynn, and identify by name and dates of employment all persons who took part in, reviewed, or was informed of that decision for any reason.

## REQUESTS FOR PRODUCTION

Please produce complete and legible copies of the following.

**REQUEST FOR PRODUCTION NO. 158:**

Produce all song playlists and lists of permissible or recommended radio stations played on Defendant's casino floor from the beginning of 2012 to the end of 2014.

**REQUEST FOR PRODUCTION NO. 159:**

Produce all incidents reports from the beginning of 2012 to the end of 2014 containing any of the following key words and phrases: "hooker", "prostitute", "pimp", "panderer", "pandering," "trick", "trick roll", "girls", "call girl", "escort", "sex work", "sex worker", "for sex", or "for sexual".

**REQUEST FOR PRODUCTION NO. 160:**

Produce the incident report, all attachments thereto, and all other documents referencing Incident No. 20120006717.

**REQUEST FOR PRODUCTION NO. 161:**

Produce any and all video footage relating to the incident described in Wynn_A.H._00002516.

**REQUEST FOR PRODUCTION NO. 162:**

Produce all documents from the beginning of 2012 to the end of 2014 containing any of the following key terms: "What Happens Here", "Stays Here", "What Happens in Vegas", "Stays in Vegas", "WHHSH", "WHVSV", "Palms Incident", "Palms Sting", and "Palms fine".

**REQUEST FOR PRODUCTION NO. 163:**

Produce all records of Wynn Las Vegas club employees reporting prostitution requests to club management as allegedly required by Wynn policy..

**REQUEST FOR PRODUCTION NO. 164:**

Produce all guest claims, guest communications, and other reports arising out of alleged or proven "trick rolls", or thefts by a prostitute or panderer from the start of 2012 to the end of 2014.

//

**REQUEST FOR PRODUCTION NO. 165:**

Produce the answer keys for all quizzes referenced in the Security Operations Manual (Wynn_A.H._0000154 et seq.).

**REQUEST FOR PRODUCTION NO. 166:**

Produce all documents you intend to use or may use to support the proposition that you trespassed sex buyers as a matter of policy at any point during the period between the start of 2012 and the end of 2014.

**REQUEST FOR PRODUCTION NO. 167:**

Produce all documents and reports generated as a result of, or otherwise in connection to, the email chain produced as Wynn_A.H._00006299 or the events referenced therein.

**REQUEST FOR PRODUCTION NO. 168:**

Produce the "Shop Report" referenced in Wynn_A.H._00004631 and all documents relating to it.

**REQUEST FOR PRODUCTION NO. 169:**

If your answer to RFA No. 2 was anything other than admit, produce discharge summaries and full employment records/files for every employee you fired for facilitating or overlooking prostitution in 2012, as well as all communications attaching or referencing the same.

**REQUEST FOR PRODUCTION NO. 170:**

Produce discharge summaries and full employment records/files for every employee you fired for facilitating or overlooking prostitution in 2013, as well as all communications attaching or referencing the same.

**REQUEST FOR PRODUCTION NO. 171:**

If your answer to RFA No. 3 was anything other than admit, produce discharge summaries and full employment records/files for every employee you fired facilitating or overlooking in 2014, as well as all communications attaching or referencing the same.

**REQUEST FOR PRODUCTION NO. 172:**

Produce the incident report and video footage mentioned in WYNN_A.H._00004327.

//

**REQUEST FOR PRODUCTION NO. 173:**

Produce all subject summaries, subject reports, and other documents (including but not limited to emails, player cards, player card records, rewards plans records, billing/payment records, suite accountability logs, and butler shift reports/handover reports) referencing all non-employee individuals named in each of the following incident reports:

- IN20120002782
- IN20120002163
- IN20120003604
- IN20120015669
- IN20120015775
- IN20130005535
- IN20130007257
- IN20130008317
- IN20130010461
- IN20130010618
- IN20130010952
- IN20130011994
- IN20140000664
- IN20140006877
- IN20140000986
- IN20140009184
- IN20140011068
- IN20140013868

**REQUEST FOR PRODUCTION NO. 174:**

Produce all statistical reports "specifically for prostitution" (mentioned at Wynn's 30(b)(6), 132:14) produced from the beginning of 2012 to the end of 2014 and from the beginning of 2020 to the end of 2024.

//

**REQUEST FOR PRODUCTION NO. 175:**

Produce all documents, including communications, related to the training on "dealing with prostitutes" mentioned in WYNN_A.H._00006623.

**REQUEST FOR PRODUCTION NO. 176:**

Produce all call logs, dispatch logs, and iTrack reports (as described at Wynn 30(b)(6) 175:11–13) produced during the Plaintiff's trafficking (March 10, 2014 through June 29, 2014). This request does not seek full incident reports.

You may redact the personally identifiable information of any persons named in any entry in this production that does not include the keyword "prostitution" or any of the keywords listed in RFP # 159, *supra*.

**REQUEST FOR PRODUCTION NO. 177:**

Produce all policies in effect at any point from the start of 2012 to the end of 2014 that governed when or under what circumstances happenings (of any kind) would result in an entry on a call log, on a dispatch report, or on an iTrack report.

DATED this 7th day of November, 2025.

                    **THE702FIRM INJURY ATTORNEYS**

                    */s/Michael C. Kane*
                    MICHAEL C. KANE. ESQ.
                    Nevada Bar No.: 10096
                    BRADLEY J. MYERS, ESQ.
                    Nevada Bar No.: 8857
                    8335 West Flamingo Road
                    Las Vegas, Nevada 89147
                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of November, 2025, I caused service of a true and correct copy of the foregoing **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT WYNN LAS VEGAS, LLC** on the following person(s) on the following person(s) by the following method(s) pursuant to FRCP 5(b) and NEFCR 9:

VIA E-MAIL ONLY:
Nathanael R. Rulis, Esq.
KEMP JONES, LLP
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
La Vegas, Nevada 89169

David S. Sager (Pro Hac Vice)
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (Pro Hac Vice)
Caroline Montfort (Pro Hac Vice)
DLA PIPER LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
Attorneys for Defendant Venetian Las Vegas Gaming, LLC

Dawn L. Davis, Esq.
SNELL & WILMER
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Bethany Biesenthal, Esq. (Pro Hac Vice)
Allison McQueen, Esq. (Pro Hac Vice)
Clare Baldwin, Esq. (Pro Hac Vice)
Alisann Anderson, Esq. (Pro Hac Vice)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606

Nicole Perry, Esq. (Pro Hac Vice)
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002
Attorneys for Defendants Wynn Las Vegas, LLC;
and Wynn Resorts, Limited

| | |
|---|---|
| 1 | Robert A. Ryan, Esq. |
| 2 | Scott A. Knight, Esq. |
|   | KNIGHT & RYAN |
| 3 | 8880 W. Sunset Rd., Ste. 130 |
|   | Las Vegas, Nevada 89148 |
| 4 | |
| 5 | DLA Piper LLP (US). |
|   | Angela C. Agrusa (pro hac vice) |
| 6 | 2000 Avenue of the Stars, Suite 400 |
|   | Los Angeles, California 90067 |

Ellen E. Dew (Pro Hac Vice)
Darryl L. Tarver, Esq. (Pro Hac Vice)
Alexa Ain, Esq. (Pro Hac Vice)
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202
Attorneys for Defendants MGM Resorts International;
New York New York Hotel & Casino, LLC;
Aria Resort & Casino, LLC; and CityCenter Land LLC

 /s/Amber Mann
 An Employee of THE702FIRM