MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:   (702) 776-3333
Facsimile:   (702) 505-9787
*E-Mail:*   service@the702firm.com

GEOFFREY C. PARKER
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:   (614) 992-2277
Facsimile:   (614) 927-5980
*E-Mail:*   gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H., an Individual,<br><br>    Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al.*,<br><br>    Defendants. | Case No. : 24-cv-1041-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE AND MOTION TO UNSEAL DOCUMENTS** |

Proposed Intervenors CHLOE C., ELLIE H., MCKENZIE KELLER, GABBY M., and CHRISTINA T. ("Proposed Intervenors") and Defendant Wynn Las Vegas, LLC ("Wynn" and, together with Proposed Intervenors, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.  On December 15, 2025, Wynn filed a Response in Opposition to Proposed Intervenors' Motions to Intervene, to Unseal, and for an Order under Section VII-E of the Confidentiality Order. (Doc. 154.)

2.  Wynn redacted parts of the version of this Response that it filed on the public docket. *See* (Doc. 154.)

3. Local Rule IA 10-5 requires that parties who file redacted versions of documents on the public docket must accompany that filing with either "(i) a certificate of service certifying that the sealed document was served on the opposing attorneys or pro se parties, or (ii) an affidavit showing good cause why the document has not been served on the opposing attorneys or pro se parties." LR IA 10-5.

4. On October 16, 2024, the Court Ordered the parties to comply with the requirements of Local Rule IA 10-5. (Doc. 68.)

5. Wynn states that it inadvertently did not comply with the requirements of Local Rule IA 10-5 and did not otherwise serve an unredacted copy of its filing on the Proposed Intervenors until prompted by their counsel four days later, which Proposed Intervenors state resulted in prejudice.

6. To remedy any stated prejudice from this failure, and in light of the upcoming holidays, good cause exists to extend Proposed Intervenors' deadline to Reply to Wynn's Response (Doc. 154) through <u>January 2, 2026</u>.

IT IS SO STIPULATED.

DATED this 19th day of December, 2025.

                                              Respectfully submitted,

/s/ *Geoffrey C. Parker*
GEOFFREY C. PARKER, ESQ.
Nevada Bar. No. 16952
HILTON PARKER LLC
Ohio Bar No. 0095742
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147

*Attorneys for Proposed Intervenors*

/s/Nicole M. Perry
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Dawn Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5275
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
ddavis@swlaw.com

Bethany K. Biesenthal, Esq. (*Pro Hac Vice*)
Allison L. McQueen, Esq. (*Pro Hac Vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Email: bbiesenthal@jonesday.com
amcqueen@jonesday.com

Nicole M. Perry, Esq. (*Pro Hac Vice*)
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
Email: nmperry@jonesday.com
*Counsel for Defendant Wynn Las Vegas, LLC*

IT IS SO ORDERED.

DATED this __22__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court