UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

A.H., an individual,

        Plaintiff(s),

vs.

WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, et al.

        Defendant(s).

Case # 2:24-cv-1041

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Perlette Michele Jura, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Gibson, Dunn & Crutcher, LLP
(firm name)

with offices at 333 S. Grand Avenue, Suite 5300,
(street address)

Los Angeles, California, 90071,
(city) (state) (zip code)

(213) 229-7121, pjura@gibsondunn.com.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by MGM Resorts International, Aria Resort & Casino, New York New York Hotel & Casino, CityCenter Land to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  May 30, 2006  , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of  California  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attached | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

| Court | Bar Number | Date Admitted |
|---|---|---|
| California Supreme Court | 242332 | May 30, 2006 |
| U.S. Court of Appeals District of Columbia | 1028959 | November 6, 2015 |
| U.S. Court of Appeals District of Columbia Circuit | 242332 | June 22, 2022 |
| U.S. Court of Appeals Eighth Circuit | 24-0423 | September 17, 2024 |
| U.S. Court of Appeals Eleventh Circuit | 242332 | August 10, 2010 |
| U.S. Court of Appeals Fifth Circuit | 242332 | August 17, 2010 |
| U.S. Court of Appeals Ninth Circuit | 242332 | April 26, 2007 |
| U.S. Court of Appeals Second Circuit | 242332 | June 7, 2016 |
| U.S. Court of Appeals Seventh Circuit | 242332 | January 15, 2016 |
| U.S. Court of Appeals Tenth Circuit | 242332 | August 17, 2010 |
| U.S. District Court Central District of California | 242332 | March 16, 2016 |
| U.S. District Court for the District of Columbia | 1028959 | December 7, 2020 |
| U.S. District Court Northern District of California | 242332 | July 10, 2006 |
| U.S. District Court Northern District of Illinois | 242332 | January 6, 2017 |
| U.S. District Court Southern District of California | 242332 | May 2, 2019 |
| U.S. District Court Southern District of New York | 5804166 | December 7, 2021 |
| U.S. Supreme Court | 291275 | June 2, 2014 |
| U.S. District Court Eastern District of New York | 5804166 | September 30, 2025 |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
California State Bar, District of Columbia Bar, New York State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
                            )
COUNTY OF ___Los Angeles___ )

____Perlette Michele Jura____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __January__, __2026__.

_____
Notary Public or Clerk of Court

GALA R. PEREZ
Notary Public - California
Los Angeles County
Commission # 2417705
My Comm. Expires Sep 23, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Robert A. Ryan____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8880 W. Sunset Road, Suite 130_____.
(street address)

____Las Vegas____, ____Nevada____, ____89148____,
(city)              (state)           (zip code)

____(702) 462-6083____.  ____robert@knightryan.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Robert A. Ryan__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_(party's signature)_
MGM Resorts International, Aria Resort & Casino,
New York New York Hotel & Casino, CityCenter Land
(type or print party name, title)
Andrew W. Hazlett, Vice President & Legal Counsel, MGM Resorts International

_(party's signature)_

_(type or print party name, title)_

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

12084                 robert@knightryan.com
Bar number            Email address

APPROVED:

Dated: this __12__ day of January, 2026

_____
Gloria M. Navarro, District Judge
United States District Court

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

ISSUE DATE: 1/5/2026

LICENSEE NAME: Perlette Michele Jura

LICENSEE BAR NUMBER: 242332

LICENSEE STATUS: Active

ADMIT DATE: 5/30/2006

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Perlette Michele Jura's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

Carolina Almarante-Terrero
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Perlette Michele Jura

was duly qualified and admitted on November 6, 2015 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 05, 2026.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Perlette Michele Jura

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 29, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on January 5, 2026.

*Robert D. Mayberger*

Clerk of the Court

CertID-00267359



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022