**KEMP JONES**
Nathanael R. Rulis (NBN 11259)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (*admitted pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (*admitted pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
T: 480.606.5100 | F: 480.606.5101
kyle.orne@us.dlapiper.com
dlaphx@us.dlapiper.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>       Plaintiff,<br><br>       v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al*.,<br><br>       Defendants. | Case No.: 2:24-cv-01041-GMN-NJK<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT VENETIAN LAS VEGAS GAMING, LLC** |

Plaintiff A.H. and Defendant Venetian Las Vegas Gaming, LLC, by and through their respective counsel of record, file this Stipulation and Order for Voluntary Dismissal, with prejudice, of Plaintiff's claims in this action against Defendant Venetian Las Vegas Gaming, LLC. Each party shall bear its own fees and costs.

///

///

///

///

Dated: February 13, 2026.

/s/ Matthew D. Schultz (with permission)
Kimberly L. Adams (admitted *pro hac vice*)
Matthew D. Schultz (admitted *pro hac vice*)
**LEVIN PAPANTONIO**
316 South Baylen St., Suite 600
Pensacola, Florida 32502
kadams@levinlaw.com
mschultz@levinlaw.com

Michael C. Kane (NBN 10096)
Bradley J. Myers (NBN 8857)
Thomas N. Beckom (NBN 12554)
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Rd.
Las Vegas, Nevada 89147
service@the702firm.com
mckteam@the702firm.com

*Attorneys for Plaintiff A.H.*

/s/ Kyle T. Orne
Kyle T. Orne *(admitted pro hac vice)*
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
kyle.orne@us.dlapiper.com
dlaphx@us.dlapiper.com

David S. Sager *(admitted pro hac vice)*
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
david.sager@us.dlapiper.com

Nathaneal R. Rulis (NBN 11259)
**KEMP JONES**
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
n.rulis@kempjones.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

2

**ORDER**

Based on the foregoing Stipulation by Plaintiff A.H. and Defendant Venetian Las Vegas Gaming, LLC, and for other good cause appearing,

**IT IS HEREBY ORDERED** that all claims against Defendant Venetian Las Vegas Gaming, LLC are voluntarily dismissed with prejudice.

DATED this __13__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court