# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

A.H.,

      Plaintiff(s),

v.

Wynn Las Vegas, LLC, et al.,

      Defendant(s).

Case No. 2:24-cv-01041-GMN-NJK

**Order**

[Docket No. 185]

Pending before the Court is a joint motion by Plaintiff and Defendant Wynn seeking to stay discovery pending resolution of Wynn's motion for summary judgment. Docket No. 185. Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-83 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[1] Accordingly, the Court **GRANTS** the joint motion to stay discovery.[2] If resolution of the motion for summary judgment does not result in termination of Defendant Wynn as a defendant in this case, the parties must file a joint proposed discovery schedule within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: February 26, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion for summary judgment is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

[2] The parties also reference a pending Rule 56(d) motion. Obviously, nothing in this order is meant to impact the district judge's determination as to whether discovery should be completed prior to resolving the motion for summary judgment. The motion to stay is specific to Plaintiff and Defendant Wynn, so the ruling herein does not impact discovery as to any other Defendant. *White v. Am. Tobacco Co.*, 125 F.R.D. 508, 510 (D. Nev. 1989).

1