**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A.H.,

     Plaintiff(s),

v.

Wynn Las Vegas, LLC, et al.,

     Defendant(s).

Case No. 2:24-cv-01041-GMN-NJK

**Order**

[Docket No. 142]

Pending before the Court is Defendants' motion to enforce and for sanctions. Docket No. 142; *see also* Docket No. 143 (sealed); Docket No. 145 (joinder). The Court **SETS** an in-person hearing on this matter for 10:00 a.m. on April 7, 2026, in Courtroom 3C. <u>Attorneys Michael Kane and Geoffrey Parker must both appear at this hearing</u>.

In addition to setting this hearing, the Court notes that there appears to have been discussion of counsel resolving this issue amongst themselves. *See, e.g.*, Docket No. 154-1 at ¶ 24. Given the time before the subject hearing, counsel may wish to continue that discussion. No later than March 30, 2026, counsel must file a joint notice indicating whether this issue has been resolved by counsel such that the hearing can be vacated and the motion/joinder can be denied as moot.[1]

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The joint notice must include no argument, but must simply notify the Court whether counsel reached a resolution.

1