# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

A.H.,

      Petitioner(s),

v.

Wynn Las Vegas, LLC, et al.,

      Respondent(s).

Case No. 2:24-cv-01041-GMN-NJK

**ORDER**

[Docket Nos. 150, 174]

Pending before the Court is Defendant Wynn's motion to seal information filed in relation to briefing on a motion to intervene and to modify the protective order, among other relief. *See* Docket No. 150. No response was filed. Also pending before the Court is Intervenors' motion to seal filed in relation to that same briefing. Docket No. 174. Wynn filed a response. Docket No. 176.

Sealing requests filed in relation to non-dispositive motion practice must be supported by a "particularized showing" of good cause. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

These sealing requests are predicated on two bases: (1) that the underlying information warrants secrecy and (2) that Judge Albregts entered a sealing order in another case based on the confidentiality designations made in this case. The Court is concurrently herewith issuing an order resolving another motion to seal that appears to overlap with some of the issues presented in these motions to seal. For example, the Court has concluded that certain incident reports and BOLOs must be redacted, but cannot be sealed. That ruling may moot the first argument. As to the latter argument, the parties are required in the other matter to file a status report regarding the sealing motions in this case by March 16, 2026, at which time Judge Albregts may consider the impact of the Court's order in this case. *See* Case No. 2:25-cv-00145-JCM-DJA, Docket No. 98 (D. Nev. Jan. 15, 2026). Hence, action taken by Judge Albregts may moot the latter argument.

1

Given the above, the Court **DEFERS** ruling on these motions to seal.  Wynn must file a supplement, by March 23, 2026, explaining whether these motions to seal are moot.  If Wynn continues to seek secrecy, it must provide meaningful explanation for doing so.[1]  Wynn's supplement must be no more than five pages.  If Wynn continues to seek secrecy on these motions, Intervenors may file a response of no more than five pages by March 30, 2026.

IT IS SO ORDERED.

Dated: March 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If Wynn seeks secrecy in the form of redactions, it must attach to the supplement the proposed redactions.

2