**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H.,<br><br>        Plaintiff(s),<br><br>v.<br><br>Wynn Las Vegas, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:24-cv-01041-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 141, 142] |

On March 9, 2026, the Court issued an order resolving several motions. *See* Docket No. 188. While that order was resolving the motion to modify protective order, Docket No. 141, the final paragraph of the order wrongly referred to that motion as being at Docket No. 142.[1] This order is meant to correct that typographical error. The Clerk's Office is **INSTRUCTED** to (1) correct the accompanying docketing text for Docket No. 188 to reflect that the Court denied the motion to modify protective order at Docket No. 141, (2) terminate the motion at Docket No. 141, and (3) reactivate the motion at Docket No. 142.

IT IS SO ORDERED.

Dated: March 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] A hearing has been set for the motion at Docket No. 142. *See* Docket No. 189.

1