**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A.H.,

      Plaintiff(s),

v.

Wynn Las Vegas, LLC, et al.,

      Defendant(s).

Case No. 2:24-cv-01041-GMN-NJK

**Order**

[Docket No. 142]

In light of the parties' joint notice, Docket No. 199, the Court **DENIES** as moot the motion to enforce protective order and for sanctions, Docket No. 142, along with the joinder thereto, Docket No. 145. The Court also **VACATES** the hearing set on that matter.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1