**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A.H.,

      Petitioner(s),

v.

Wynn Las Vegas, LLC, et al.,

      Respondent(s).

Case No. 2:24-cv-01041-GMN-NJK

**ORDER**

[Docket Nos. 144, 146, 155, 158, 166, 169]

Defendants filed a motion to enforce and for sanctions. *See* Docket No. 142; *see also* Docket No. 145 (joinder). In conjunction with that motion practice, the parties filed several motions to seal. Docket Nos. 144, 146, 155, 158, 166, 169. As the parties amicably resolved the underlying dispute, the motion to enforce and for sanctions was denied as moot. Docket No. 200. As there will be no decision on the merits of that motion, there is no need for judicial review of the subject materials and little (or no) public interest in these materials. *Cf. Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Accordingly, the Court **INSTRUCTS** the Clerk's Office to strike from the record the filings at Docket Nos. 143, 147, 148, 153, 159, 165, and 170, including any exhibits thereto. *See, e.g.*, *Garcia v. Lincoln Life Assur. Co. of Boston*, 2022 U.S. Dist. Lexis 243095, at *1-2 (D. Nev. Sept. 16, 2022). As striking these filings renders them beyond public view, the Court also **DENIES** as moot the motions to seal at Docket Nos. 144, 146, 155, 158, 166, 169.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge