**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

A.H.,

      Petitioner(s),

v.

Wynn Las Vegas, LLC, et al.,

      Respondent(s).

Case No. 2:24-cv-01041-GMN-NJK

**ORDER**

[Docket No. 129]

On March 9, 2026, the Court partially deferred ruling on Plaintiff's motion to seal filed in relation to her response to a motion for summary judgment. *See* Docket No. 187 at 5 (requiring supplements as to Exhibit 4 and Exhibit 5).[1]

Venetian filed a supplement that it consents to the unsealing of Exhibit 5. Docket No. 194. The MGM Defendants filed a supplement that they consent to the public disclosure of the aspect of Exhibit 4 pertinent to the underlying motion practice, but otherwise seek secrecy of that exhibit on the ground that, *inter alia*, the public has no interest in relation to the summary judgment motion practice as to the other information. Docket No. 195 at 5. The MGM Defendants also publicly filed the relevant pages of deposition transcript. Docket No. 195-1. The Court agrees that this approach appropriately balances the public's right to transparency. *Cf. Kamakana*, 447 F.3d at 1179 (in deciding whether to provide public access to filings, courts consider the "public interest in understanding the judicial process").

---

[1] As explained previously, the motion to seal is subject to the compelling reasons standard. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Accordingly, the Court further **GRANTS** in part and **DENIES** in part the earlier motion to seal.   The Court **INSTRUCTS** the Clerk's Office to unseal Docket No. 127-4.   The Court **INSTRUCTS** the Clerk's Office to continue maintaining under seal Docket No. 127-3.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge