Kimberly L. Adams, Pro Hac Vice
Matthew D. Schultz, Pro Hac Vice
**LEVIN PAPANTONIO**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Email: kadams@levinlaw.com
         mschultz@levinlaw.com

Michael C. Kane, Esq. (NBN 10096)
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Email: mckteam@the702firm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A.H., an Individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company, *et al*.,<br><br>        Defendants. | Case No. 24-cv-01041-GMN-NJK<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS MGM RESORTS INTERNATIONAL, ARIA RESORT & CASINO, LLC, ARIA RESORT & CASINO HOLDINGS, LLC, NEW YORK-NEW YORK HOTEL & CASINO, LLC, CITYCENTER LAND, LLC** |

Plaintiff A.H. and Defendants MGM Resorts International; Aria Resort & Casino LLC; Aria Resort & Casino Holdings, LLC; New York-New York Hotel & Casino, LLC; and CityCenter Land, LLC, by and through their respective counsel of record, file this Stipulation and Order for Voluntary Dismissal, with prejudice, of Plaintiff's claims in this action against Defendants MGM Resorts International; Aria Resort & Casino LLC; Aria Resort & Casino Holdings, LLC; New York-New York Hotel & Casino, LLC; and CityCenter Land, LLC. Each party shall bear its own fees and costs.

Dated: April 30, 2026

/s/ Ellen E. Dew
DLA Piper LLP (US)
Ellen E. Dew (admitted *pro hac vice*)
Darryl L. Tarver (admitted *pro hac vice*)
Alexa P. Ain (admitted *pro hac vice*)
ellen.dew@us.dlapiper.com
darryl.tarver@us.dlapiper.com
alexa.ain@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576

Angela C. Agrusa (admitted pro hac vice)
angela.agrusa@dlapiper.com
2000 Avenue of the Stars, Suite 400
Los Angeles, California 90067-4704

KNIGHT & RYAN PLLC
Robert A. Ryan, #12084
Scott A. Knight, #9083
robert@knightryan.com
scott@knightryan.com
8880 W. Sunset Road, Ste. 130
Las Vegas, Nevada 89148

Perlette M. Jura (admitted *pro hac vice*)
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave., Suite 5300
Los Angeles, CA 90071
pjura@gibsondunn.com

*Attorneys for Defendants Aria Resort &
Casino, LLC; Aria Resort & Casino
Holdings, LLC; MGM Resorts
International; New York New York Hotel &
Casino, LLC; and CityCenter Land, LLC*

/s/ Matthew D. Schultz
Kimberly L. Adams (admitted *pro hac vice*)
Matthew D. Schultz (admitted *pro hac vice*)
**LEVIN PAPANTONIO**
316 South Baylen St., Suite 600
Pensacola, Florida 32502
kadams@levinlaw.com
mschultz@levinlaw.com

Michael C. Kane (NBN 10096)
Bradley J. Myers (NBN 8857)
Thomas N. Beckom (NBN 12554)
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Rd.
Las Vegas, Nevada 89147
service@the702firm.com
mckteam@the702firm.com

*Attorneys for Plaintiff A.H.*

2

## ORDER

Based on the foregoing Stipulation by Plaintiff and Defendants MGM Resorts International; Aria Resort & Casino LLC; Aria Resort & Casino Holdings, LLC; New York-New York Hotel & Casino, LLC; and CityCenter Land, LLC, and for other good cause appearing,

**IT IS HEREBY ORDERED** that all claims against Defendants MGM Resorts International; Aria Resort & Casino LLC; Aria Resort & Casino Holdings, LLC; New York-New York Hotel & Casino, LLC; and CityCenter Land, LLC are voluntarily dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED** this __30__ day of April, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court