KIMBERLY L. ADAMS, ESQ.
(*pro hac vice*)
MATTHEW D. SCHULTZ, ESQ.
(*pro hac vice*)
**LEVIN PAPANTONIO**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Email: kadams@levinlaw.com
mschultz@levinlaw.com

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
***E-Mail:*** service@the702firm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| A.H.., individually,<br><br>Plaintiff,<br>vs.<br><br>WYNN LAS VEGAS, LLC, et al.,<br><br>Defendants. | Case No.: 2:24cv1041<br><br>Judge Gloria M. Navarro<br><br>Mag. Judge Nancy J. Koppe<br><br>**ORDER GRANTING STIPULATION TO FILE LESS-REDACTED VERSION OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

NOW COME Defendants Wynn Las Vegas, LLC, Aria Resort & Casino, LLC, Aria Resort & Casino, MGM Resorts International, New York New York Hotel & Casino, LLC, Citycenter Land, LLC, Venetian Gaming Las Vegas LLC, and Plaintiff A.H., by and through their undersigned counsel, and hereby stipulate to the filing of the attached version of Plaintiff A.H.'s Response in Opposition (Doc. 127) to Defendant Wynn Las Vegas, LLC's Motion for Summary Judgment. (Doc. 116.)

The attached version of Plaintiff's Response in Opposition features a reduced set of redactions in keeping with the Court's recent decision on the related Motion to Seal.[1] (Doc. 187.) This Stipulation applies solely to the attached Response and does not imply agreement on any other confidentiality concerns or filings. The parties request that the clerk substitute this less-redacted version for the original public version of Plaintiff's Response in Opposition on the docket as Doc 127.

IT IS SO STIPULATED.

DATED on this 17th day of June, 2026.


*/s/ Michael C. Kane*
Kimberly L. Adams, *Pro Hac Vice*
Matthew D. Schultz, *Pro Hac Vice*
**LEVIN PAPANTONIO**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7000
Email: kadams@levinlaw.com
mschultz@levinlaw.com

Michael C. Kane, Esq. (NBN 10096)
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Email: mckteam@the702firm.com

*Attorneys for Plaintiff*

*/s/ Kyle T. Orne*
David S. Sager *(admitted pro hac vice)*
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
david.sager@us.dlapiper.com
dlaphx@us.dlapiper.com

Kyle T. Orne *(admitted pro hac vice)*
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
kyle.orne@us.dlapiper.com

*/s/ Nicole M. Perry*

Nicole M. Perry, *Pro Hac Vice*
JONES DAY
717 Texas St., Suite 3300
Houston, TX 77002
nmperry@jonesday.com

*For Defendant Wynn Las Vegas, LLC*

*/s/ Ellen E. Dew*
**DLA Piper LLP (US)**
Ellen E. Dew *(admitted pro hac vice)*
Darryl L. Tarver *(admitted pro hac vice)*
Alexa P. Ain *(admitted pro hac vice)*
ellen.dew@us.dlapiper.com
darryl.tarver@us.dlapiper.com
alexa.ain@us.dlapiper.com
650 S. Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
(410) 580-3000
(410) 580-3001 fax

*Attorneys for MGM Resorts International, Aria Resort & Casino Holdings, LLC, Aria Resort & Casino, LLC, New York New York Hotel & Casino, LLC, and Citycenter Land, LLC*


[1] Out of an abundance of caution, the attached version also still redacts the names of Plaintiff's traffickers, although this is not required by the Confidentiality Order.



THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

Nathaneal R. Rulis (NBN 11259)
**KEMP JONES**
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
n.rulis@kempjones.com

*Attorneys for Defendant*
*Venetian Las Vegas Gaming, LLC*

**IT IS SO ORDERED**

**DATED** this 28 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court



THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333